**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **MHL CUSTOM, INC.,** | |
| **Plaintiff,** | **Case No. 1:21-cv-00091-RGA-MPT** |
| **v.** | |
| **WAYDOO USA, INC. and SHENZHEN WAYDOO INTELLIGENCE TECHNOLOGY CO., LTD,** | |
| **Defendants.** | |

## NON-PARTY INTELLECTUAL PROPERTY INSURANCE SERVICES CORPORATION'S MOTION TO INTERVENE

Non-party Intellectual Property Insurance Services Corporation ("IPISC"), by and through its undersigned counsel, respectfully moves the Court for an order allowing IPISC to intervene for the limited purpose of objecting to the Magistrate Judge's December 1, 2022, order compelling the production of certain documents as a matter of right pursuant to Federal Rule of Civil Procedure 24(a)(2), or alternatively, to intervene by permission under Rule 24(b)(1). The grounds for this motion are fully set forth in the Opening Brief in Support of IPISC's Motion to Intervene, filed herewith. A proposed order is attached to this motion.

Plaintiff does not oppose IPISC's intervention in this litigation for the limited purpose of stated above. On December 6, counsel for IPISC conferred with counsel for Defendants, who represented that Defendants do oppose this motion. IPISC has attached its Objections to Magistrate Judge's December 1, 2022 Order (D.I.) to this Motion as Exhibit 2.

SWARTZ CAMPBELL, LLC

*/s/ Joseph S. Naylor*
Joseph S. Naylor (DE Bar No. 3886)
300 Delaware Avenue, Suite 1410
Wilmington, DE 19801
jnaylor@swartzcampbell.com
(302) 656-5935

Attorneys for Non-Party
Intellectual Property Insurance
Services Corporation

December 7, 2022