# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MHL CUSTOM, INC., <br><br>        Plaintiff, <br><br>v. <br><br>WAYDOO USA, INC. and SHENZHEN WAYDOO INTELLIGENCE TECHNOLOGY CO., LTD, <br><br>        Defendants. | Case No. 1:21-cv-00091-RGA-MPT |

## ORDER GRANTING INTELLECTUAL PROPERTY INSURANCE SERVICES CORPORATION'S MOTION TO INTERVENE

Upon consideration of non-party Intellectual Property Insurance Services Corporation's Motion to Intervene, said motion is GRANTED and movant is hereby granted leave to intervene in this case for the limited purposes of objecting to Magistrate Judge Thynge's December 1, 2022 Order granting Defendants' motion to compel (D.I. 120) and asserting claims of privilege over any documents at issue in said Order.

                                                                                                                                                      _____
                                                                                                                                                       The Honorable Richard Andrews