IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MHL CUSTOM, INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 21-0091-RGA |
| WAYDOO USA, INC. and SHENZHEN WAYDOO INTELLIGENCE TECHNOLOGY CO., LTD, | : | |
| Defendants. | : | |

**ORDER AFTER PRETRIAL CONFERENCE**

Now, this 13th day of March 2023, after a pretrial conference, and upon consideration of the proposed pretrial order (D.I. 172) and the discussion at the pretrial conference held on March 10, 2023, IT IS HEREBY ORDERED that:

1. The Proposed Pretrial Order (D.I. 172) was extensively discussed and will be **ADOPTED** as modified by any discussion at the pretrial conference, which the parties are expected to incorporate into a revised pretrial order.

2. A jury trial will begin with jury selection and preliminary jury instructions on Friday, March 24, 2023, at 10:00 a.m. Opening statements and trial will begin on Monday, March 27, 2023, at 9:30 a.m. Each party should be prepared to present its case until 5:00 p.m. of each trial day, although the end of the trial day may, in the discretion of the Court, be earlier than 5:00 p.m.

3. The trial is timed. Each side is allowed **11.5 hours** for its opening statement and its direct and cross-examination of witnesses. Time during the trial day that does not neatly fit into

one of those categories will be attributed to one side or the other as the Court thinks most appropriate. The amount of time allowed for closing argument will be decided during trial.

4. Trial counsel are to be present and ready to proceed at 9:00 a.m. on March 27 and on each and every day thereafter of trial. **COUNSEL SHOULD UNDERSTAND THAT THERE MAY BE LONG LINES (PARTICULARLY WHEN A JURY IS BEING SELECTED) TO ENTER THE COURTHOUSE AND SHOULD PLAN ACCORDINGLY.** Issues that need to be addressed outside the presence of the jury will be taken up at 9 a.m. and at the end of the day. There will be up to an hour for lunch and a fifteen-minute break in both the morning and the afternoon. The Court does not generally want to use the lunch and break time to take up issues that need to be addressed outside the presence of the jury.

5. The Parties shall file their best effort at jointly agreed final jury instructions and a verdict form by Tuesday, March 28 at 8 p.m. The Court expects to hold a charge conference after the close of testimony on Thursday, March 30. Unless otherwise ordered, Plaintiff is responsible for the preparation and revising of the jury instructions and verdict form that will be given to the jury. The Court expects to give the bulk of the jury instructions before the closing arguments are made.

6. The motions in limine were discussed. Some were resolved. Plaintiff's MIL relating to Dr. Kuttenkeuler (D.I. 178) was RESOLVED. The Declaration was excluded, but not the Evolo Report. I have reviewed the Swedish magazine, Båtnytt (D.I. 94-1, Ex.31; D.I. 94-1, Ex. 34), and determined that it too is not excluded as it is self-authenticating evidence under Federal Rule of Evidence 902(6). The Evolo Report metadata and the Evolo webserver logs were excluded, but Mr. Lanterman may rely on them when he testifies. Plaintiff's MIL relating to licensing negotiations with Fliteboard (D.I. 179) was RESOLVED. Certain aspects were

excluded; others were not. The transcript needs to be relied upon to understand the rulings. Plaintiff's MIL (D.I. 180) and Defendants' MIL (D.I. 167) were taken under advisement. Defendants' MIL relating to China (D.I. 165) was discussed and RESOLVED. Evidence relating to DJI was excluded. Defendants' MIL relating to the Wayback Machine issues (D.I. 166) was RESOLVED. Plaintiff can cross-examine Mr. Lanterman about Exhibits 1 and 2 to the McGraw Declaration, and is not prohibited from cross-examining him with the aid of Exhibit 3 (which is inadmissible hearsay) should that be necessary.

7. The parties were requested to prepare a stipulation with the dates for the various follow-up submissions.

8. Any trial logistics should be coordinated through the Courtroom Deputy.

*[Signature]*
United States District Judge