# Exhibit D

**To Plaintiff's Submission of March 15, 2023**



### Evolo: Miljövänlig vattenfarkost - vattenskoterdödaren!



Länkar:

- Bilder
- Film
- Slutrapport

Evolo is a demonstrator vehicle invented, designed and built by 15 masters students studying Naval architecture and Lightweight structures at the Royal Institute of Technology (KTH) in Stockholm, Sweden. Evolo is an electrically propelled hydrofoil water-toy. It is totally silent, environmentally friendly and extremely fun to ride due to its fast and inherently unstable nature. Stearing is done by a combination of weight shifting and thrust control. Evolo is experimental and not on the market yet.

Evolo är en elektriskt driven vattenfarkost som är tänkt att vara ett mer miljömedvetet alternativ till t.ex. vattenskotern. Genom att farkosten är självdriven med en 4 kW elmotor behövs ingen stark båt som drar farkosten och med hjälp av de deltaformade bärplanen lyfts farkosten upp ur vattnet vilket ger en känsla av frihet och spänning samtidigt som motståndet i vattnet minskar och miljöbelastningen sjunker. Evolo är designad för att gå i 15 knop och i hastigheter över 8 knop lyfter Evolo hela 80 cm ovanför vattenytan tack vare bärplanen. Farkosten styrs med hjälp av tyngdpunktsförflyttning vilket erbjuder föraren en spännande utmaning. Nybörjaren kan flyga fram över vattenytan utan motorljud medan den mer erfarne föraren kan lära sig att trixa och utföra diverse konster.

Teknik
Evolo drivs av 16 stycken 3V-batterceller och en 4 kW elmotor. Farkosten är helt byggd i kolfiber för att minimera vikten och propellern är optimerad för Evolos tänkta hastighetsintervall. Allt för att minska miljöpåverkan och möjliggöra höga hastigheter trots den relativt låga motoreffekten. Flytkroppen genererar tillräckligt med flytkraft för att Evolo ska flyta ovanför vattenytan vid låga hastigheter. Vid högre hastigheter ökar bärplanens lyftkraft och Evolo lyfter ovanför vattenytan

Contact:
Jakob Kuttenkeuler, jakob@kth.se
Stefan Hallström, stefanha@kth.se

Lanterman
Deposition Exhibit

3

Laura J. Kogut, RMR, CRR, CRC
10/03/2022

Marina system, KTH
Ivan Stenius, e-post

Screenshot 9.30.22 BPM