

**Andrew A. Ralli**
302.984.3821
aralli@coochtaylor.com

April 7, 2023

**VIA ELECTRONIC FILING**
The Honorable Richard G. Andrews
United States District Court for the
District of Delaware
844 N. King Street, Unit 9, Room 6325
Wilmington, DE  19801

> **RE:** *MHL Custom, Inc. v. Waydoo USA, Inc. et al*,
> **Case No:  1:21-cv-00091-RGA**

Dear Judge Andrews:

The parties have met and conferred regarding post-trial motions and have agreed to the following:

(a) The parties shall file a proposed judgment for entry on April 12, 2023.

(b) The parties shall file their respective post-trial motions on May 10, 2023. The parties' motions will be consolidated into a single filing with a page limit of 40 pages.

(c) The parties shall file their responses to the post-trial motions on June 7, 2023. The consolidated responses shall have a page limit of 40 pages.

(d) The parties shall file their replies on the post-trial motions on June 21, 2023. The consolidated replies shall have a page limit of 20 pages.

The parties shall file their proposed judgment along with a proposed agreed order outlining the above schedule on April 12, 2023.

> Respectfully submitted,
>
> */s/ Andrew Ralli*
>
> Andrew A. Ralli (#6733)

AAR:cls
cc: All counsel of record (via CM-ECF)