# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MHL CUSTOM, INC., <br><br> Plaintiff, <br> v. <br><br> WAYDOO USA, INC. and SHENZHEN WAYDOO INTELLIGENCE TECHNOLOGY CO., LTD, <br><br> Defendants. | C.A. No. 21-0091-RGA |

## JUDGMENT ON THE JURY VERDICT

This __ day of April 2023, the Court having held a jury trial, and the jury having rendered a verdict, pursuant to Fed. R. Civ. P. 58(b)(2), IT IS HEREBY ORDERED that:

Judgment of infringement is entered for Plaintiff MHL Custom, Inc. and against Defendants Waydoo USA, Inc. and Shenzhen Waydoo Intelligence Technology Co., Ltd., on the First and Second Claims for Relief of the Complaint, with respect to claims 1, 2, 5, and 6 of U.S. Patent No. 9,359,044 ("the '044 patent") and claims 1 and 2 of U.S. Patent No. 9,586,659 ("the '659 patent"), in the amount of $1,334,000, at a royalty rate of $500 per unit sold as of December 31, 2022, and Defendants Waydoo USA, Inc. and Shenzhen Waydoo Intelligence Technology Co., Ltd. were further found to have willfully infringed claims 1, 2, 5, and 6 of the '044 patent and claims 1 and 2 of the '659 patent.

Judgment is further entered for Plaintiff MHL Custom, Inc. and against Defendants Waydoo USA, Inc. and Shenzhen Waydoo Intelligence Technology Co., Ltd. on Counterclaims I (non-infringement), II (non-infringement), III (invalidity), and IV (invalidity) with respect to claims 1, 2, 5, and 6 of the '044 patent and claims 1 and 2 of the '659 patent.

This Judgment is subject to modification following the Court's consideration of the parties' post-trial motions.

IT IS SO ORDERED this ___ day of April, 2023.

_____
The Honorable Richard G. Andrews