# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MHL CUSTOM, INC.,<br><br>　　　　　Plaintiff,<br>　v.<br><br>WAYDOO USA, INC. and SHENZHEN<br>WAYDOO INTELLIGENCE TECHNOLOGY<br>CO., LTD,<br><br>　　　　　Defendants. | C.A. No. 21-0091-RGA |

## PLAINTIFF'S MOTION TO REDACT TRIAL TRANSCRIPTS

　　　　Plaintiff, MHL Custom, Inc., by counsel, hereby moves the Court for an Order allowing the trial transcripts, Volumes 2, 3, 4 and 5 to be redacted of information other than the personal identifiers outlined in FRCP 5.2. Plaintiff requests redaction of certain financial information, including primarily the amount of royalties paid for the patented invention. This information, if published into the public record and easily accessible, could place Plaintiff at a significant competitive disadvantage in any future licensing negotiations. Further, to the extent this information includes amounts of money paid to the inventor of the patents in exchange for licenses and the ultimate assignment of rights, such information, if public, would divulge the personal financial information of the inventor. Plaintiff also requests redaction of information related to its sales data, including sales amounts, units sold, earning information, percentages related to sales, market share and/or purchases and other confidential and commercially sensitive information. The publication of this information places Plaintiff at a competitive disadvantage considering the proprietary and confidential nature of the information.

　　　　Copies of the proposed redactions are attached hereto as Exhibits 1 through 4.

**Local Rule 7.1.1 Statement**: Counsel for Plaintiff met and conferred with counsel for Defendants on April 14, 2013, and counsel for Defendants indicated that Defendants would neither join in nor oppose the present motion.

Dated:  April 14, 2023

                                **COOCH AND TAYLOR, P.A.**

                                */s/ Andrew A. Ralli*_____
                                Blake A. Bennett (#5133)
                                Andrew A. Ralli (#6733)
                                The Nemours Building
                                1007 N. Orange Street, Suite 1120
                                Wilmington, DE 19801
                                (302) 984-3800
                                bbennett@coochtaylor.com
                                aralli@coochtaylor.com

                                Dennis D. Murrell (*pro hac vice*)
                                Robert J. Theuerkauf (*pro hac vice*)
                                Brian P. McGraw (*pro hac vice*)
                                Megan E. Gibson (*pro hac vice*)
                                GRAY ICE HIGDON, PLCC
                                4600 Shelbyville Road #8022
                                Louisville, KY 40257
                                (502) 625-2739
                                dmurrell@grayice.com
                                rjt@grayice.com
                                bmcgraw@grayice.com
                                mgibson@middletonlaw.com

                             *Attorneys for Plaintiff MHL Custom, Inc*