# EXHIBIT 2

```
1                    IN THE UNITED STATES DISTRICT COURT

2                      FOR THE DISTRICT OF DELAWARE

3

4    MHL CUSTOM, INC.,              )
                                    ) Trial Volume IV
5                    Plaintiff,     )
                                    ) C.A. No. 21-91-RGA
6    v.                             )
                                    )
7    WAYDOO USA, INC. and SHENZEN   )
     WAYDOO INTELLIGENCE TECHNOLOGY )
8    CO., LTD.,                     )
                                    )
9                    Defendants.    )

10
                                         J. Caleb Boggs Courthouse
11                                       844 North King Street
                                         Wilmington, Delaware
12
                                         Wednesday, March 29, 2023
13                                       9:01 a.m.
                                         Jury Trial
14

15   BEFORE:  THE HONORABLE RICHARD G. ANDREWS, U.S.D.C.J.

16   APPEARANCES:

17              COOCH & TAYLOR, P.A.
                BY:  ANDREW A. RALLI, ESQUIRE
18
                         -and-
19
                GRAY ICE & HIGDON, PLLC
20              BY:  ROBERT THEUERKAUF, ESQUIRE
                BY:  DENNIS MURRELL, ESQUIRE
21              BY:  BRIAN McGRAW, ESQUIRE

22                                       For the Plaintiff

23

24

25
```

1    APPEARANCES CONTINUED:

2
             RICHARDS LAYTON & FINGER, P.A.
3            BY:  KELLY E. FARNAN, ESQUIRE
             BY:  DORRONDA R. BORDLEY, ESQUIRE
4
                      -and-
5
             HAUG PARTNERS LLP
6            BY:  ROBERT E. COLLETTI, ESQUIRE
             BY:  JASON KANTER, ESQUIRE
7            BY:  MARK BASANTA, ESQUIRE
             BY:  PATRICK LAVERY, ESQUIRE
8
                               For the Defendants
08:53:11  9
08:53:11
09:01:09 10          DEPUTY CLERK:  All rise.  Court is now in

09:01:26 11   session.  The Honorable Richard G. Andrews presiding.

09:01:26 12          THE COURT:  All right.  Good morning, everyone.

09:01:30 13   Please be seated.

09:01:31 14          I gather from the screen that we have Mr. Ping

09:01:40 15   and an interpreter on the line.

09:01:47 16          Are we live with them right now?

09:01:49 17          MR. COLLETTI:  I believe we are live.  We just

09:01:52 18   wanted to have the connection, but begin at 9:30 with them.

09:01:55 19          THE COURT:  All right.  I see the interpreter.

09:01:59 20          Ms. Chen; is that right?  Can you hear me?

09:02:03 21          THE INTERPRETER:  Yes.  I can hear you,

09:02:04 22   Your Honor.

09:02:05 23          THE COURT:  All right.  Great.  And can you tell

09:02:08 24   Mr. Ping -- well, Mr. Ping seems to have a different name

09:02:12 25   there.

09:02:13  1                    But, Mr. Ping, good morning.

09:02:15  2                    All right.  So --

09:02:22  3                    THE INTERPRETER:  Good morning, Your Honor, from

09:02:25  4       Mr. Huang.

09:02:26  5                    THE COURT:  All right.  So anyway, can we mute

09:02:29  6       them for a minute and take care of our other business here?

09:02:33  7       I don't know who's in charge of muting.

09:02:40  8                    Okay.  All right.  So, I understand there's some

09:02:42  9       disputes of one kind or another.

09:02:44  10                    What do we need to resolve here?

09:02:46  11                    MR. COLLETTI:  Yes, Your Honor.

09:02:47  12                    With regard to Dr. Triantafyllou, there is the

09:02:52  13       Evolo Report.  And there -- there are -- we have a machine

09:02:56  14       translation and we also have a certified translation, and

09:03:00  15       I'd like to use the certified translation with

09:03:04  16       Professor Triantafyllou later today or early tomorrow

09:03:08  17       morning and they're -- they're objecting to our use of the

09:03:12  18       certified translation, as opposed to the machine language

09:03:16  19       translation.  And I have them here.

09:03:18  20                    They're virtually the same.  We got the

09:03:21  21       certified one after Professor Triantafyllou submitted his

09:03:28  22       opening expert report and I think that's the basis for the

09:03:32  23       objection.

09:03:34  24                    THE COURT:  So, okay.  I understand that

09:03:36  25       scenario.

09:03:37  1          Mr. Theuerkauf, why do you object?

09:03:39  2          MR. THEUERKAUF:  Well, Dr. Triantafyllou didn't

09:03:41  3   rely on the certified translation and there are some

09:03:44  4   differences in the two.  Our expert didn't get to respond to

09:03:48  5   anything that Dr. Triantafyllou might have done with the

09:03:51  6   certified translation.

09:03:53  7          And, counsel, I mean, we can get the

09:03:55  8   certification, but I'm pretty sure that you all had the

09:03:57  9   certified translation prior to Dr. Triantafyllou's opening

09:04:01 10   report, at least according to the certification that came

09:04:04 11   with the report.

09:04:07 12          MR. COLLETTI:  I don't believe that's -- that's

09:04:09 13   correct.  My understanding is we got it after his --

09:04:14 14   after his opening report.

09:04:15 15          MR. THEUERKAUF:  I guess we'll have to pull that

09:04:17 16   up because it was in July that it was certified and his

09:04:20 17   report was in August.  And then when I took his deposition,

09:04:26 18   he still didn't have it.

09:04:30 19          MR. COLLETTI:  If I have a certification that

09:04:32 20   says that, I'll accept your representation.  But we didn't

09:04:35 21   receive it until after we had the report -- after we had

09:04:37 22   submitted his report and I don't know what the time

09:04:40 23   difference is there.  I can tell that you it was -- you

09:04:43 24   know, it was -- it was an expensive translation so we had to

09:04:46 25   go through various different agencies to try to get this

09:04:51 1    certified and we may have had it -- it may be certified, but

09:04:58 2    we didn't receive it until after that date.

09:05:00 3             THE COURT:  Well, so -- so, you know, on the

09:05:04 4    whole, I'd prefer to use the certified translation.  If

09:05:10 5    machine translation means essentially Google translation,

09:05:16 6    you know, it's just not as good a translation.

09:05:24 7             And is there some particular point where it

09:05:29 8    makes a difference that either side knows about?

09:05:33 9             MR. THEUERKAUF:  Well, and there is other issues

09:05:35 10   with the certified versus the machine.  There's a lot of

09:05:39 11   graphics and there are some formulas in there in the machine

09:05:44 12   translation.  The formatting is all jumbled up which makes

09:05:48 13   it almost impossible to understand some of it.  And that's

09:05:53 14   the point.

09:05:54 15            I mean, looking at that and being able to

09:05:56 16   comment on that is one thing.  But then when they go and

09:05:59 17   correct all the formatting and, you know, do all that to

09:06:02 18   make it look like it's readable, I mean, our expert didn't

09:06:06 19   opine on that part.  Their expert didn't opine on that part.

09:06:10 20   And so, now it's going to look much different than it did

09:06:14 21   when the experts were analyzing it.

09:06:18 22            MR. COLLETTI:  Your Honor, I have -- I don't

09:06:21 23   believe there are any material differences.  I have them

09:06:24 24   here if you'd like to take a look at them and inspect them.

09:06:27 25            THE COURT:  What am I going to get out of

09:06:29  1    looking at 500 pages?

09:06:30  2           MR. COLLETTI:  Well, I think you can see that

09:06:33  3    there -- there's no material differences.  They're

09:06:35  4    identical.  There's some small pagination differences, but

09:06:38  5    essentially they are the same document.  And the

09:06:40  6    translation -- the certified translation, we'd prefer to put

09:06:44  7    that in as opposed to the machine language translation.

09:06:48  8           MR. THEUERKAUF:  It's a very different looking

09:06:49  9    record.

09:06:50 10           THE COURT:  All right.  Well, I'm going to allow

09:06:53 11    the certified translation.

09:07:00 12           You know, if Dr. Triantafyllou starts testifying

09:07:05 13    about things that weren't in the machine translation, I

09:07:10 14    guess you should make an objection and we'll go from there.

09:07:13 15    But I rather doubt that there's any actual material

09:07:18 16    difference and it would just be a lot better to use an

09:07:29 17    accurate translation.  So, I'm going to allow the

09:07:37 18    Defendants' to use the certified translation.

09:07:43 19           What else is there?

09:07:44 20           MR. COLLETTI:  There's a slide in the

09:07:46 21    presentation for Dr. Triantafyllou that summarizes the Evolo

09:07:52 22    Report against the asserted patents.  And Dr. Triantafyllou

09:07:55 23    reviewed the asserted patents, he reviewed the Evolo Report

09:07:59 24    and he's making a summary -- a comparison of the subject

09:08:03 25    matter that's in each of them.

09:08:05  1          I have the slide, if you'd like to take a look

09:08:07  2     at it.

09:08:08  3               THE COURT:  Well, what's the objection?

09:08:10  4               MR. THEUERKAUF:  It's not in his report.

09:08:11  5               THE COURT:  Well --

09:08:13  6               MR. THEUERKAUF:  Or reports.

09:08:14  7               THE COURT:  Well, the fact that you may use a

09:08:16  8     slide that's not in his report, why don't you show it to me?

09:08:19  9               MR. THEUERKAUF:  And I will say this.  This

09:08:21 10     comparison that he's doing with these slides, the comparison

09:08:24 11     is not -- he's not opined on this comparison previously in

09:08:27 12     his report.

09:08:28 13               THE COURT:  All right.  Well, let me see the

09:08:31 14     slide.  Oh, okay.  Sorry.  I thought I was -- right, right.

09:08:35 15               MR. COLLETTI:  We can also bring it up.

09:08:37 16               THE COURT:  No, no.

09:08:38 17               MR. COLLETTI:  I'm sorry.

09:08:38 18               THE COURT:  No, no, no.  It's -- no.

09:08:42 19               MR. COLLETTI:  It's the chart on the back.

09:08:44 20               THE COURT:  It's the checkbox?

09:08:45 21               MR. COLLETTI:  The checkboxes.  And all that

09:08:47 22     subject matter on the left-hand side, Your Honor, is

09:08:50 23     certainly in his reports.  He's drawing the distinctions

09:08:53 24     between the Evolo Report and the patents.  He's obviously

09:08:58 25     reviewed them both.  And those are -- the subject matter

09:09:01 1     that's listed there is absolutely in his reports.

09:09:05 2               MR. THEUERKAUF:  But he's not making the

09:09:07 3     comparison.

09:09:10 4               THE COURT:  So, he says in his reports Evolo

09:09:25 5     discloses these things, the asserted patents do not disclose

09:09:29 6     these things.  But he doesn't say it in a comparison format?

09:09:34 7               MR. THEUERKAUF:  He doesn't compare them.  And

09:09:36 8     I'd have to go look again, but I'm not sure he even comments

09:09:39 9     on each of those items for the patent.  But he definitely

09:09:45 10    does not do the comparison.

09:09:47 11              THE COURT:  All right.  Well, if he discloses A

09:09:51 12    and he discloses B and they choose to put this on the same

09:09:56 13    page of a demonstrative, it's hard for me to see how it's

09:10:01 14    not been disclosed just because he didn't expressly compare

09:10:04 15    it.  So I will overrule that objection.

09:10:06 16              What else is there?

09:10:23 17              MR. COLLETTI:  Your Honor, I believe there's

09:10:25 18    also objections to Slide 11, which is -- has a series of

09:10:30 19    formulas that are set forth there.

09:10:33 20              THE COURT:  All right.  Well, I only have one

09:10:34 21    page.  So, Slide 11 with formulas, what is the objection to

09:10:40 22    that, Mr. Theuerkauf?

09:10:41 23              MR. THEUERKAUF:  So, at the top of that page he

09:10:43 24    does have that formula, although it's written a little bit

09:10:45 25    differently.  He has that formula in his report, but then

09:10:49  1    the narrative from there where he's walking through it and

09:10:54  2    kind of showing how you would calculate it is not in his

09:10:57  3    report.

09:10:57  4                    THE COURT:  All right.  Can I see the slide,

09:10:59  5    please?

09:11:07  6                    All right.  So, the formula $L_1 = (0.5)$ and then

09:11:30  7    there's some Greek letter and some Latin letters.

09:11:39  8                    That's the formula that's in his report; right?

09:11:43  9                    MR. COLLETTI:  That's --

09:11:44 10                    MR. THEUERKAUF:  Yes, more or less.

09:11:45 11                    THE COURT:  Okay.  More or less is -- all right.

09:11:53 12    You know, I guess -- what is it -- what is it that is on the

09:12:07 13    rest of the page that either is or is not disclosed by his

09:12:12 14    reports?

09:12:14 15                    MR. THEUERKAUF:  So, it's -- it's sort of a step

09:12:16 16    through on how you would calculate this, right, for a Speed

09:12:16 17    U, Weight W, Support the Weight, Find inclination A, move CG

09:12:25 18    until the SeeSaw balances, that sort of analysis or that

09:12:27 19    analysis and that walk through of that formula is not in his

09:12:30 20    report.

09:12:31 21                    THE COURT:  Mr. Colletti.

09:12:33 22                    MR. COLLETTI:  Your Honor, I'm looking at

09:12:35 23    Page 45 of his report, which appears to have these formulas

09:12:40 24    to some extent.  He may have simplified one of them, but I

09:12:47 25    can show you Page 45 of his report.

09:12:49 1                    THE COURT:  All right.  Let me see Page 45,

09:12:51 2      please.

09:13:07 3                    Well, so, I'm guessing that Page 45 which has

09:13:13 4      more of a schematic drawing could possibly be more or less

09:13:18 5      the same thing as the more animated drawing that's on this

09:13:28 6      page.  And let's see, I see $L_1 - L_2 = W_1 + W_2$.  I can't really make

09:14:09 7      too much sense of the rest of the equations.  I would say

09:14:25 8      that it appears to me plausible that what's on the Page 11

09:14:31 9      is a simplification of what appears on Page 45 of the expert

09:14:36 10     report, not perfectly clear to me for sure, but it appears

09:14:42 11     to have equations that are more or less in some kind of way

09:14:46 12     paralleling the equations that are on the page.  And I

09:14:52 13     certainly think that simplification is the order of the day

09:14:58 14     for the jury.  Certainly simplification for me would be the

09:15:02 15     order of the day.  So, what am I missing, Mr. Theuerkauf?

09:15:06 16                   MR. THEUERKAUF:  Well, that -- I mean, that's

09:15:09 17     part of it.  I mean, this simplification is not what he's

09:15:12 18     been opining on in here, right?  I mean, now, this whole

09:15:16 19     seesaw balances thing is something that is not here in the

09:15:21 20     report and is something Mr. Barry didn't respond to, but...

09:15:28 21                   THE COURT:  Well, he could have responded to

09:15:30 22     pages 117 to -- I mean, pages -- paragraph 117 to 119 of the

09:15:36 23     expert report.

09:15:48 24                   MR. THEUERKAUF:  But, I mean, there's no

09:15:49 25     discussion in here that I see of move -- moving the -- move

09:15:55 1   CG until the seesaw balances.  And, again, I mean, I think

09:16:02 2   that's the important point.  I mean, that sort of opinion

09:16:07 3   does not reside here on Page 45 and, I mean, I think that's

09:16:16 4   the crux of this issue.

09:16:27 5              THE COURT:  Well, I'll tell you what, I'm going

09:16:28 6   to -- it looks to me close enough.  So I'm going to let

09:16:32 7   Dr. Triantafyllou say whatever he's going to say that's

09:16:36 8   related to this slide.  And, you know, if cross-examination

09:16:41 9   reveals that this is not in his report in some fashion, then

09:16:49 10  maybe I'll strike it.  But I'm going to let him do it

09:16:53 11  because without trying to figure out all the math myself or

09:16:58 12  the formulas, it looks plausible to me that they are talking

09:17:03 13  about the same thing.  And I certainly think that

09:17:10 14  simplification is in the interest of understanding here.

09:17:14 15             All right.  So what else is there?

09:17:17 16             MR. COLLETTI:  I believe there's one more slide,

09:17:18 17  Slide 27.

09:17:21 18             THE COURT:  All right.  Well, I've got the

09:17:22 19  slides now.  Mr. Barry's guesswork.

09:17:26 20             MR. COLLETTI:  Right.  This is a damping slide.

09:17:29 21  It's the last bullet point that's underlined where it says

09:17:32 22  "Will absolutely without any question help stabilize the

09:17:35 23  craft."  I believe that's a statement from --

09:17:40 24             THE COURT:  Oh, so, hold on a second.

09:17:41 25  Mr. Colletti, what is the objection here, Mr. Theuerkauf?

09:17:43 1            MR. MURRELL:  It's actually Mr. Murrell on this

09:17:46 2    one, Your Honor.

09:17:46 3            THE COURT:  Oh, sorry.

09:17:47 4            MR. MURRELL:  And it came up yesterday, and I

09:17:49 5    didn't stand up.  It's -- this is from the transcript from

09:17:53 6    yesterday's hearing that they're using.  And if the Court is

09:17:57 7    going to allow us, all sides, to use the daily transcripts

09:18:02 8    to show them in Court, that's fine.  I just wanted to know

09:18:05 9    that and then we have no objection to it.  But my prior

09:18:09 10   experience with this Court has been that you didn't consider

09:18:11 11   the dailies to be final and not to be used in the courtroom

09:18:16 12   like they used them yesterday.  And I'm fine with them being

09:18:18 13   used, and I just want to know that, those ground rules, as

09:18:21 14   we go forward and for closing argument.

09:18:23 15           THE COURT:  Yes, well, closing argument is a

09:18:26 16   different thing.  I have -- I have occasionally, but I've

09:18:33 17   never been consistent about it, said, no, you can't use the

09:18:37 18   transcripts during closing argument.

09:18:41 19           MR. MURRELL:  And I'm fine with it.  I just want

09:18:43 20   to know what the ground rules are.

09:18:45 21           THE COURT:  But certainly they were using it in

09:18:48 22   cross.  Somebody was using it in cross-examination --

09:18:51 23           MR. MURRELL:  Right.

09:18:51 24           THE COURT:  -- yesterday and I guess since they

09:18:53 25   were your witnesses that would mean it was the Defendant who

09:18:55  1    was doing it.  So, you can use it in cross-examination or

09:19:00  2    they can use it here.  So, the "will absolutely without any

09:19:06  3    question help stabilize the craft," that's -- oh, I see it.

09:19:10  4    It says "Trial Transcript."

09:19:14  5                MR. MURRELL:  Exactly, Your Honor.

09:19:15  6                THE COURT:  Well, so I think we've gone down

09:19:32  7    this road so far and so, I'll let you during the trial

09:19:43  8    cross-examine people with drafts of trial transcripts.  We

09:19:51  9    have a pretty reliable court reporter here so they're

09:19:54 10    usually pretty close to being accurate.  I mean, they

09:19:57 11    usually are accurate.  And -- but I'm not going to let you

09:20:04 12    use them in closing argument.

09:20:06 13                MR. MURRELL:  Okay.

09:20:07 14                THE COURT:  All right?  So that resolves that

09:20:09 15    problem?

09:20:10 16                MR. MURRELL:  That resolves that problem.

09:20:11 17                THE COURT:  Okay.  Is there anything else,

09:20:13 18    Mr. Colletti?

09:20:14 19                MR. COLLETTI:  Yeah, we have one more, Your

09:20:16 20    Honor.  It's my understanding.  And this has to do with the

09:20:23 21    Evolo video and the page.  I've been informed that MHL would

09:20:29 22    like to use this, and it has that statement with regard to

09:20:33 23    the inherently unstable.

09:20:37 24                THE COURT:  All right.  Well, so I've kept the

09:20:40 25    inherently unstable out so far.  What are we talking about

09:20:45  1    here?

09:20:46  2              MR. MURRELL:  Your Honor, if I can approach?

09:20:48  3              THE COURT:  Sure.

09:21:04  4              MR. MURRELL:  So, Your Honor, this is not the

09:21:06  5    exhibit that you ruled on in the motion in limine, but this

09:21:09  6    is the exhibit that came up at the final pretrial

09:21:12  7    conference.  It's just a different exhibit.  And so, this is

09:21:16  8    the one with the date on it.  So, our argument is this is

09:21:19  9    present sense impression.

09:21:20 10              THE COURT:  Right.  It's not present sense

09:21:23 11    impression.

09:21:23 12              MR. MURRELL:  Let me show you why, Your Honor.

09:21:25 13    So you look at this.  It has a date.  It says, first of all,

09:21:28 14    on the face of it, it shows it's from Mr. Kuttenkeuler who

09:21:31 15    led the project.  His name is on the Evolo Report as the

09:21:35 16    leader of the project.  It has a date on this of 13 years

09:21:39 17    ago.  This was used in the summary judgment motions.  It was

09:21:43 18    downloaded in 2022 which shows that it was from 2009 which

09:21:48 19    is the date of the Evolo Report.

09:21:51 20              THE COURT:  Yeah, the Evolo Report, I believe,

09:21:53 21    has a date that is a specific day in 2009.

09:21:56 22              MR. MURRELL:  Well, actually it doesn't, but we

09:21:59 23    have the declaration of Mr. Kuttenkeuler who provided that

09:22:01 24    the Evolo Report was done in June of 2009, and that's the

09:22:04 25    second thing I handed you, Your Honor.  So, if you look at

09:22:07 1    Page 3 --

09:22:11 2                  THE COURT:  Yeah.

09:22:12 3                  MR. MURRELL:  -- paragraph 17, "In and around

09:22:15 4    June 20, 2009, the Evolo team finalized a written report and

09:22:19 5    submitted a copy to me."

09:22:20 6              And then if you turn to the next page, Evolo,

09:22:23 7    specifically YouTube videos at the bottom of the page

09:22:26 8    beginning at paragraph 24, he says, "On or about June 11th,

09:22:34 9    2009, I uploaded to YouTube.com, a video of the final Evolo

09:22:39 10   prototype taken by me and some of my students during the

09:22:42 11   testing sessions of 2009.  When I uploaded it" -- "when

09:22:47 12   uploading it, I permitted the video to be viewed publicly."

09:22:50 13             So we know he's the one who uploaded it.  We

09:22:52 14   know the date of it.  He then says, "The video is about one

09:22:55 15   minute and 45 seconds," and he provides the website for it,

09:22:58 16   and if you look back at it, in the top right-hand corner,

09:23:03 17   it's that exact same website for YouTube.  It gives us that

09:23:10 18   providence.  And so, it provides that this YouTube video was

09:23:16 19   uploaded by the director of it at the time the final Evolo

09:23:20 20   Report was completed.  And then he's describing it.

09:23:24 21             And so, we've had the Evolo Report.  We have one

09:23:27 22   side's expert saying the Evolo Report teaches stability.  We

09:23:30 23   have another expert saying it doesn't.  And we have the

09:23:34 24   person who led the project at the time that it was

09:23:37 25   completed, him providing his present sense impression that

09:23:42 1    it is totally silent, environmentally friendly and extremely

09:23:48 2    fun to ride due to its fast and inherently unstable nature.

09:23:52 3    So that is the present sense impression.  That's what gives

09:23:56 4    it the credibility that makes it an exception to hearsay.

09:24:00 5           THE COURT:  So here's what the rules of evidence

09:24:02 6    say, Mr. Murrell.  "Present sense impression is like "a

09:24:07 7    statement described or explaining an event or condition made

09:24:12 8    while or immediately after the declarant perceived it."

09:24:15 9           MR. MURRELL:  Exactly.  He just read the Evolo

09:24:18 10   Report, and he just described it.

09:24:19 11          THE COURT:  I think your argument fails, so I

09:24:24 12   don't -- so, it is hearsay, or I'm going to rule that it's

09:24:29 13   hearsay.  And so you can play the video, but you need to do

09:24:35 14   something about the comment so that that's not displayed.

09:24:40 15          MR. MURRELL:  All right.

09:24:41 16          THE COURT:  Okay?

09:24:41 17          MR. MURRELL:  And there's one other thing about

09:24:43 18   Mr. Ping.  I'm be doing his cross-examination.  I'm going to

09:24:46 19   ask minimum a question about a statement he made to their

09:24:48 20   expert, that their expert testified about.  If he does --

09:24:51 21          THE COURT:  Which statement about the --

09:24:54 22          MR. MURRELL:  That they had issues with their

09:24:55 23   accounting records.

09:24:56 24          THE COURT:  Oh.

09:24:57 25          MR. MURRELL:  And if he doesn't recall, if we

09:25:00 1    were in Court I would show him that to refresh his

09:25:02 2    recollection.  I'm going to try to do that by uploading

09:25:05 3    through Zoom without publishing it.  But I just wanted to

09:25:08 4    let you that might happen, and I'm going to try to do it

09:25:12 5    where we don't publish it but use it to refresh his

09:25:14 6    recollection.

09:25:14 7              THE COURT:  And maybe I've lost the thread here.

09:25:17 8    Besides for the technical difficulty with publishing it, is

09:25:23 9    there some other reason why we're trying to avoid publishing

09:25:26 10   it.

09:25:26 11             MR. MURRELL:  No.  I just --

09:25:28 12             THE COURT:  Oh.

09:25:29 13             MR. MURRELL:  -- normally --

09:25:29 14             THE COURT:  Oh, okay.

09:25:30 15             MR. MURRELL:  -- when I'm refreshing someone's

09:25:32 16   recollection, I don't publish it.

09:25:33 17             THE COURT:  Yeah.  I mean, obviously I would

09:25:35 18   like everyone to be fair to a witness who's not perfectly --

09:25:39 19   who's not present here, but I also, Mr. Murrell, I trust

09:25:47 20   your judgment as to what's a reasonable way to try to do

09:25:51 21   something.

09:25:51 22             MR. MURRELL:  Okay.  I think if I put it up,

09:25:53 23   it's not offensive or anything like that.  I just wanted to

09:25:55 24   discuss it with you before I did it.

09:25:57 25             THE COURT:  Okay.  But you're telling me you

09:25:59  1    don't --

09:25:59  2               MR. MURRELL:  If you're fine, I'll just publish

09:26:01  3    it because it will be quicker.  This is already going to be

09:26:04  4    slow with the translator.

09:26:05  5               THE COURT:  Right.  I'm sorry, Mr. Colletti.  Do

09:26:07  6    you have any comment on this?

09:26:09  7               MR. COLLETTI:  I don't have an objection to

09:26:12  8    that.  You're talking about the transcript from Philip

09:26:15  9    Kline?

09:26:16 10               MR. MURRELL:  Yeah.

09:26:17 11               MR. COLLETTI:  The footnote.

09:26:19 12               MR. MURRELL:  No, no, in his deposition I asked

09:26:21 13    him a question about the difference on these 1500 units.

09:26:23 14               MR. COLLETTI:  Right.

09:26:25 15               MR. MURRELL:  And he said he spoke with Mr. Ping

09:26:27 16    and that Mr. Ping told him that they were having

09:26:30 17    accounting -- they had accounting records issues.  It's one

09:26:33 18    of the explanations as to why his testimony may have been

09:26:36 19    incorrect in his deposition.

09:26:37 20               MR. COLLETTI:  You want to put Mr. Kline's

09:26:39 21    testimony up to refresh his recollection if he remembered

09:26:41 22    telling Kline that.

09:26:44 23               MR. MURRELL:  So it's an out of court statement

09:26:48 24    by Mr. Ping to Mr. Kline.  I would use it to refresh his

09:26:51 25    recollection if he does not independently recall it.

09:26:53  1              MR. COLLETTI:  Okay.  That's acceptable.

09:26:55  2              THE COURT:  Okay.  All right.  So you've got a

09:26:57  3    green light, Mr. Murrell.

09:26:58  4              MR. MURRELL:  Thank you.

09:26:58  5              THE COURT:  All right.  Is there anything else?

09:27:02  6              MR. COLLETTI:  Nothing further.

09:27:03  7              THE COURT:  Okay.  So, let me give back the

09:27:06  8    declaration of Mr. -- of Professor Kuttenkeuler, the Evolo

09:27:11  9    thing, the page, and everything I've collected here this

09:27:17 10    morning.

09:27:18 11              All right.  So, we'll be back in a few minutes.

09:27:22 12    I would suggest testing to make sure we're all still

09:27:27 13    connected with everybody else.

09:27:30 14              DEPUTY CLERK:  All rise.

09:27:49 15              (Recess was taken.)

09:28:19 16              DEPUTY CLERK:  All rise.

09:32:39 17              THE COURT:  All right.  We're all good here?

09:32:46 18    Let's get the jury.

09:32:54 19              And so the first thing we do after you say we'll

09:32:56 20    call the witness is besides for swearing the witness, we'll

09:32:59 21    swear the interpreter.  Okay?

09:33:03 22              MR. COLLETTI:  Your Honor.

09:33:03 23              THE COURT:  Yes.

09:33:04 24              MR. COLLETTI:  Just as I understand it, their

09:33:07 25    case is still open, so we're reserving our right to make our

09:33:11 1    JMOL motions.

09:33:14 2              THE COURT:  Yes, yes, yes.

09:33:15 3              MR. COLLETTI:  Thank you.

09:33:19 4              (Jury entering the courtroom.)

09:33:41 5              THE COURT:  Good morning, members of the jury.

09:33:43 6    Welcome back.  Everyone, you may be seated.

09:33:47 7              Mr. Colletti.

09:33:49 8              MR. COLLETTI:  Yes, I'd like to call Daniel

09:33:53 9    Ping, Your Honor.

09:33:54 10             THE COURT:  All right.  And so we're going to

09:33:58 11   swear Mr. Ping, who is going to be testifying by video.  You

09:34:03 12   should treat his testimony just the same as if he were

09:34:06 13   testifying here in person.

09:34:07 14             And then, after we swear him, we're also going

09:34:10 15   to swear Ms. Chen who is certified interpreter and will be

09:34:18 16   involved in translating back and forth with Mr. Ping.  All

09:34:18 17   right.

09:34:23 18             Can we swear the witness and the interpreter?

09:34:26 19             DEPUTY CLERK:  Please state and spell your full

09:34:29 20   name for the record.

09:34:32 21             THE INTERPRETER:  Yes, my first name is Ping,

09:34:35 22   "P" as in Paul, I-N-G.  Last name is C-H-E-N.  Ping Chen.

09:34:45 23             PING CHEN, the interpreter herein, after having

09:34:45 24   been duly sworn under oath, was examined and translated from

09:34:45 25   English to Mandarin and Mandarin to English as follows:

574

Ping - Direct

09:34:56  1          THE INTERPRETER:  Yes, I do.

09:34:56  2          DEPUTY CLERK:  Okay.  Now, I'm going to swear

09:34:58  3  Mr. Ping.

09:35:03  4          Mr. Ping, please state and spell your full name

09:35:07  5  for the record.

09:35:09  6          THE WITNESS:  My full name is Ping Wang,

09:35:18  7  P-I-N-G.  Okay.  W-A-N-G is the last name.

09:35:31  8          PING WANG, the witness herein, after having been

09:35:31  9  duly sworn under oath, was examined and testified as

09:35:33 10  follows: (Affirm.)

09:35:58 11                   DIRECT EXAMINATION

09:36:00 12  BY MR. COLLETTI:

09:36:03 13  Q.     Mr. Ping, good evening.  I understand -- do you

09:36:07 14  understand English?

09:36:08 15  A.     Yes, I understand a little English.

09:36:21 16  Q.     Are you more comfortable testifying with an

09:36:23 17  interpreter?

09:36:24 18  A.     Yes, because English is not my native language, I

09:36:46 19  would prefer to testify using a interpreter.

09:36:50 20  Q.     Okay.  Can you please state your name for the -- our

09:36:53 21  record and for the jury?

09:36:54 22  A.     My full name is Ping Wang.

09:37:10 23  Q.     And can you tell us why you're not able to be in the

09:37:13 24  courtroom this week?

09:37:14 25  A.     Personally, I really wanted to testify in court in

Ping - Direct

09:38:00  1    person by myself.  I started to prepare take all the

09:38:06  2    materials, documents and make preparations before the

09:38:11  3    Chinese Lunar New Year.  However, because of the pandemic,

09:38:16  4    all the visa application and the process in China including

09:38:25  5    in the U.S. consulate in Guangzhou, Shanghai and also the

09:38:30  6    embassy in Beijing where -- where all the cases having

09:38:34  7    severely backlogged.

09:38:36  8         All the time which I can be available for

09:38:40  9    scheduling and appointments for the Visa interview, it would

09:38:45 10    be in that May, June or July.  Even though we have somebody

09:38:50 11    to order documents and materials required, including the

09:38:54 12    invitation letter issued by my law firm.  So, I cannot make

09:38:58 13    this because of the Visa issue.

09:39:02 14    Q.    Okay.  So, just to be clear, you have Visa

09:39:05 15    difficulties that prevent you from being in the courtroom

09:39:07 16    this week?

09:39:07 17    A.    Right.  I really wanted to be in the courtroom by

09:39:28 18    myself in person; however, because of the Visa difficulty, I

09:39:33 19    cannot be there.

09:39:35 20    Q.    Are you currently employed, Mr. Ping?

09:39:41 21    A.    Yes, currently I act as COO, the chief operation

09:39:58 22    officer, of some Shenzhen Waydoo intelligence Technology

09:40:03 23    Company, Limited.

09:40:04 24    Q.    What are your responsibilities as the chief operating

09:40:07 25    officer at Waydoo?

Ping - Direct

09:40:09  1    A.    Currently, there are five departments for business

09:40:45  2    lines reporting to me.  The first one is governmental

09:40:50  3    relationship.  The second one is the public relations.  The

09:40:53  4    third is legal matters.  The fourth is supply chain.  The

09:41:02  5    last one is investors relations.

09:41:13  6    Q.    Are those departments at Waydoo that report to you,

09:41:16  7    Mr. Ping?

09:41:17  8    A.    Correct.  They directly report to me.

09:41:35  9    Q.    And did you mention public relations as one as well

09:41:42 10    as investor relationships and supply chain?  Is that -- did

09:41:49 11    I understand that correctly?

09:41:49 12    A.    Correct.

09:42:03 13    Q.    Does Waydoo have a research and development

09:42:06 14    department?

09:42:06 15    A.    Yes, a very important department.

09:42:18 16    Q.    Do you participate in research and development

09:42:22 17    meetings?

09:42:22 18    A.    Yes, I participate in all the meetings held by our

09:42:43 19    R&D department and I am familiar with all the proposals and

09:42:52 20    confidential information of this department.

09:42:56 21             THE COURT:  So, I'm sorry.  Could I just

09:42:57 22    interrupt for a second?  The audibility is not that great.

09:43:02 23    So I'm wondering if Ms. Chen, if maybe the mic was closer to

09:43:06 24    her mouth that would help or whether there's something else

09:43:09 25    we can do.  I'm straining to hear it.

Ping - Direct

09:43:14  1          MR. COLLETTI:  Ms. Chen, are you able to move

09:43:18  2    the microphone closer to your mouth for better quality of

09:43:23  3    the audio in the courtroom?

09:43:26  4          THE INTERPRETER:  You mean the interpreter,

09:43:30  5    right?

09:43:30  6          MR. COLLETTI:  Yes, that's -- that's a little

09:43:32  7    better.

09:43:35  8          THE INTERPRETER:  Okay.  Thank you.

09:43:39  9    BY MR COLLETTI:

09:43:39 10    Q.    Why do you participate in the R&D meetings, Mr. Ping?

09:43:46 11    A.    The first reason is that when I joined this company

09:44:32 12    it's because I have -- I have very -- I am -- I have rich

09:44:40 13    experience in water sports such as windsurfing --

09:44:51 14    windsurfing, scuba diving and also surfing.  Right.

09:44:57 15          And I also am very familiar with the features

09:45:00 16    and functionalities in relation to the product.

09:45:26 17          The second reason is that because I am in charge

09:45:30 18    of the businesses or matters relating to the governmental

09:45:35 19    relations, public relations, legal matters and also to the

09:45:41 20    trends.  I have to know all the up-to-date knowledge and

09:45:48 21    news about the R&D trends, R&D knowledge.  So that I can

09:45:55 22    handle all the business regarding to all the inquiries which

09:46:03 23    would be brought by the government's investors.

09:46:07 24          And I also have to have this knowledge to be

09:46:11 25    able to manage all the legal relative matters and inquiries.

578

Ping - Direct

09:46:24 1    Q.    Can you tell the jury generally about Waydoo's eFoil

09:46:28 2    products?

09:46:29 3    A.    Yes.  First of all, in January 2019, we had -- we

09:47:06 4    marketed this, our first-generation product, which was named

09:47:11 5    the Waydoo Flyer NTS in the United States.  Correct.

09:47:20 6          In June 2020, we marketed our second-generation

09:47:40 7    product which was named the Waydoo Flyer ONE which was

09:47:47 8    brought to the market in June 1st platform.

09:47:53 9          Kickstarter platform.

09:48:01 10         In March 2022, last March, we brought to the

09:48:17 11   market a product that became the second generation and the

09:48:23 12   third generation.  We called 2.5 generation product.  The

09:48:27 13   name on the product was Waydoo Flyer ONE Plus.

09:48:35 14   Q.    Is the Flyer ONE Plus the current eFoil sold by

09:48:40 15   Waydoo?

09:48:40 16   A.    Yes, correct.

09:48:57 17   Q.    How many individuals does Waydoo currently employ?

09:49:01 18   A.    As of today, we employ 136 people.

09:49:19 19   Q.    And did you say a 136?

09:49:23 20   A.    Correct.

09:49:30 21   Q.    Does Waydoo employ engineers?

09:49:33 22   A.    Yes.  We employ -- we are employing 50 engineers.

09:49:52 23   Q.    Just --

09:49:54 24   A.    5-0.

09:49:56 25   Q.    5-0, thank you.

Ping - Direct

09:49:58 1          And what is the involvement of those engineers

09:50:01 2   with regard to Waydoo's eFoil products?

09:50:05 3   A.     Speaking of eFoil products, it involves a lot of

09:50:55 4   significant R&D efforts.  First of all, for example, in the

09:51:00 5   fluid dynamics, we need to do the research and development

09:51:07 6   and also demolition for the limited -- demolition for the

09:51:15 7   fluid dynamics design.

09:51:19 8          And -- these mechanics --

09:51:45 9          THE WITNESS:  Motor battery ESC.

09:51:53 10         THE INTERPRETER:  Secondly, we have a lot of R&D

09:51:58 11  efforts in the electricity aspects, which included motor

09:52:07 12  battery and also ESC.

09:52:14 13         In addition, we also have teams working on R&D

09:52:39 14  for software, firmware and also industry aspects related to

09:52:48 15  research and design.

09:52:49 16         And so these are the differences like units in

09:52:53 17  the R&D department.  We have difference personnel and the

09:52:58 18  teams working together on the -- on product research and

09:53:02 19  development and design.

09:53:10 20  Q.     Do you know Kevin Wade?

09:53:12 21  A.     Yes, I am very familiar with this person.

09:53:25 22  Q.     Okay.  Who is Mr. Wade?

09:53:26 23  A.     He is an operation partner of ours in the United

09:53:41 24  States.

09:53:41 25  Q.     Okay when you say he's an operation partner with

Ping - Direct

| | |
|---|---|
| 09:53:46 1 | Waydoo, what do you mean? |
| 09:53:46 2 | A.     Operations -- cooperative partner.  Sorry, Counsel. |
| 09:53:52 3 | Cooperative partner. |
| 09:53:54 4 | Q.     When you say he's a cooperative partner, what do you |
| 09:53:57 5 | mean? |
| 09:53:57 6 | A.     Mr. Wade is not only an exclusive distributor for our |
| 09:54:34 7 | product in the United States, he also works with us |
| 09:54:40 8 | assisting with some marketing of post-sales surveys. |
| 09:54:47 9 | They -- |
| 09:54:47 10 | THE REPORTER:  I'm sorry. |
| 09:54:51 11 | THE INTERPRETER:  So, he is also part of our |
| 09:54:54 12 | collaborative partner. |
| 09:54:57 13 | Q.     Okay.  Let me see if I can clarify. |
| 09:54:59 14 | Did you say he was a -- an exclusive distributor |
| 09:55:03 15 | for Waydoo? |
| 09:55:04 16 | A.     Correct. |
| 09:55:15 17 | Q.     Okay.  And does he also provide other services? |
| 09:55:19 18 | A.     Yes.  In our agreement with him, we request for him |
| 09:56:00 19 | to work with us for multitude of our products.  And he would |
| 09:56:08 20 | also participate for important issues on behalf of us. |
| 09:56:14 21 | He would also provide and hope to sell services |
| 09:56:22 22 | including repairs of products.  And he also need to handle |
| 09:56:27 23 | customers' or users' complaints.  In addition, he also is in |
| 09:56:34 24 | charge of our public -- public relations-related matters. |
| 09:56:39 25 | He would be our front interface with media. |

581

Ping - Direct

09:56:47 1   Q.      Okay.  So Mr. Wade is responsible for marketing of

09:56:53 2   Waydoo's boards in the United States as well as

09:56:56 3   distribution?

09:56:57 4   A.      Correct.

09:57:11 5   Q.      Okay.  And I think you mentioned he also handles

09:57:14 6   after or post-sales service.

09:57:17 7           Is that after-sales services?

09:57:19 8   A.      Yes.  He takes responsibility in addition to his

09:57:39 9   other roles for our after-sales service.

09:57:46 10   Q.     Okay.  So after-sales services includes complaints

09:57:50 11   and return of product?

09:57:51 12   A.     Yes.  When we have some product which are not

09:58:26 13   available, then the product would be shipped back to our

09:58:33 14   warehouse in the United States through Mr. Wade's company's

09:58:38 15   assistance.  And sometimes this product would be even

09:58:42 16   shipped back to China.

09:58:44 17   Q.     Does Mr. Wade get paid for those additional services

09:58:48 18   that you're describing?

09:58:49 19   A.     No.  What -- all these additional stuff that he does

09:59:12 20   were included in our collaboration agreement.

09:59:17 21   Q.     Okay.  I have one last topic.

09:59:22 22           Mr. Ping, do you know how many complete eFoils

09:59:27 23   Waydoo has sold in the United States?

09:59:29 24   A.     Yes, I know.  As of December 31st of 2020, we totally

10:00:02 25   sold 2,080 units in the United States.

582

Ping - Direct

10:00:09  1          THE WITNESS:  Correction, not 2020 but 2022.

10:00:12  2          THE INTERPRETER:  Okay, as to December 31st,

10:00:18  3  2022, we totally sold 2,080 units in the United States.

10:00:26  4  2080.

10:00:27  5          MR. COLLETTI:  Okay.

10:00:28  6  BY MR. COLLETTI:

10:00:30  7  Q.     I'd like to publish a document, a 1006 summary of

10:00:36  8  Waydoo's revenue and unit sales.

10:00:50  9          Can you see that document, Mr. Ping?

10:00:52 10  A.     Yes, I can see it very clear.

10:01:03 11  Q.     Is this an accurate summary of your revenue and units

10:01:07 12  sold in 2019, 2020, 2021 and 2022?

10:01:18 13  A.     It is accurate.

10:01:38 14  Q.     Okay.  How many eFoils did Waydoo sell in 2021?

10:01:45 15  A.     In 2021, it was 751 units.

10:02:05 16  Q.     And do you recall giving a deposition in this case?

10:02:08 17  A.     Yes, it was the same that I did in Macau.

10:02:27 18  Q.     And do you recall testifying with regard to how many

10:02:30 19  eFoils were sold in 2021 during your deposition?

10:02:34 20  A.     Yes, I remember.  Back then I said the number of the

10:02:57 21  units was 1,500.

10:03:05 22  Q.     So, when you testified during your deposition, were

10:03:09 23  you giving a number relating to just 2021 or were you giving

10:03:15 24  a number combining more than one year?

10:03:17 25  A.     I think back then during that deposition either I

583

Ping - Cross

10:03:51  1  heard the question wrongly or I misunderstood the question.

10:03:56  2  So, I give that number which actually represented the

10:04:03  3  accumulated total number of units sold near the end of 2021.

10:04:12  4  Q.    Okay.  So, just to -- I'll finish up.

10:04:16  5        The number of boards that Waydoo sold in 2021

10:04:19  6  was 751; is that correct?

10:04:21  7  A.    Correct.

10:04:36  8        MR. COLLETTI:  Okay.  Thank you.  No further

10:04:38  9  questions.

10:04:39 10        THE COURT:  All right.  Mr. Murrell?

10:04:39 11        MR. MURRELL:  I have questions, so...

10:04:43 12                    CROSS-EXAMINATION

10:04:43 13  BY MR. MURRELL:

10:04:55 14  Q.    Good morning, Mr. Ping.  Or good evening.

10:05:04 15  A.    Good morning, Mr. Murrell.

10:05:09 16  Q.    The -- I want to begin where you started.  You said

10:05:12 17  you couldn't be here today because -- and you told us that

10:05:17 18  you began to apply to be here today at the Chinese New Year.

10:05:21 19        Did I understand that correctly?

10:05:22 20  A.    Correct.  I started my preparation before the Chinese

10:05:43 21  New Year.

10:05:44 22  Q.    And for those of us who don't know, the Chinese New

10:05:47 23  Year this year would have been January 23rd in the U.S.?

10:05:52 24  A.    (Witness nodded head yes.)

10:06:10 25        THE INTERPRETER:  Was that a question or a

584

Ping - Cross

10:06:12   1   statement?  The translator translated it as a statement.

10:06:16   2   BY MR. MURRELL:

10:06:16   3   Q.    Oh, the question was:  Was the Chinese New Year this

10:06:19   4   year January 23rd?

10:06:22   5               THE INTERPRETER:  Thank you, counsel.

10:06:26   6               THE WITNESS:  I needed to think about it for a

10:06:46   7   moment.  The date of -- just this past Chinese Spring

10:06:58   8   Festival, the Chinese New Year was on January 22nd.

10:07:01   9   BY MR. MURRELL:

10:07:01 10   Q.    Okay.  So, I was off a day.  I apologize.

10:07:03 11             The trial date in this case has been set for

10:07:06 12   over a year.  You know that?

10:07:09 13   A.    I knew it.

10:07:26 14   Q.    All right.  You remember being asked questions about

10:07:31 15   the research and development at the company and how

10:07:34 16   important it is?

10:07:34 17   A.    Yes.

10:07:46 18   Q.    The company started in May of 2018; is that correct?

10:07:49 19   A.    Correct.

10:07:58 20   Q.    So, before May of 2018, there was no research and

10:08:04 21   development company -- no research and development, no

10:08:07 22   engineers, no employees, no marketing; is that correct?

10:08:12 23   A.    This is not correct.

10:08:32 24   Q.    If the company was not -- the company started in May

10:08:35 25   of 2018.  Did I hear that correctly?

585

Ping - Cross

10:08:40  1    A.      What you heard was correct, but I want to make a

10:09:13  2    compliment statement regarding this point.

10:09:19  3            This company was in out -- or came out from

10:09:26  4    another company.  The other company, which was the

10:09:31  5    predecessor of this current company patent, their R&D and

10:09:37  6    the marketing team.

10:09:38  7    Q.      And that company was an agricultural company?

10:09:43  8    A.      Yes.  But that company was centralized in R&D and the

10:10:09  9    manufacturing June used this for agriculture.

10:10:13 10    Q.      For agriculture, not water sports; correct?

10:10:17 11    A.      Correct.

10:10:24 12    Q.      And by January of 2019, Waydoo was at the consumer

10:10:31 13    electronics show in the United States showing the Waydoo

10:10:37 14    Flyer; is that correct?

10:10:39 15    A.      Yes, correct.

10:11:05 16    Q.      You said that you made a mistake in your deposition

10:11:09 17    about the number of eFoils sold in 2021; is that correct?

10:11:15 18    A.      Yes.

10:11:32 19    Q.      And you just told the jury you may not have

10:11:35 20    understood the question; is that correct?

10:11:38 21    A.      I mentioned two possible reasons, one was that I

10:12:05 22    could have hear the question -- or heard that question

10:12:09 23    wrongly.  The other possible reason was that I could have

10:12:15 24    misunderstood the question.

10:12:18 25            And if you may go back to check the

Ping - Cross

10:12:21  1   transcription of the deposition, you may see that the

10:12:25  2   deposition and at the time when I -- when I answered that

10:12:28  3   question was past midnight.  It was quite late.

10:12:34  4   Q.    I am not going to read that again because we've read

10:12:36  5   it, I think, with two witnesses already, the testimony.  But

10:12:40  6   I do want to understand you maybe not understanding the

10:12:44  7   question.

10:12:46  8          What was your college degree in?

10:12:48  9   A.    My college degree was in tourism, English.

10:13:18 10   Q.    So your college degree was in English.

10:13:21 11          You told the jury at the beginning of your

10:13:23 12   testimony you understood English; true?

10:13:25 13   A.    Yes.

10:13:42 14   Q.    And when Mr. Colletti was asking you questions and

10:13:47 15   the translation was being given of your answers this

10:13:51 16   morning, or this evening, you've been nodding along with the

10:13:54 17   translation?

10:13:56 18   A.    Yes.

10:14:16 19   Q.    And, in fact, one time you told Ms. Chen, the

10:14:19 20   interpreter, that she got the translation correct?

10:14:22 21   A.    Correct.

10:14:38 22   Q.    You gave two reasons why your answers may have -- may

10:14:44 23   have been wrong.  The chart you showed us, the summary with

10:14:53 24   Mr. Colletti, that comes from the company's financial

10:14:56 25   records; is that correct?

587

Ping - Cross

10:14:57 1    A.      Yes.   Correct.

10:15:22 2    Q.      Now, you have spoken to Mr. Kline, Waydoo's damages

10:15:29 3    expert; is that true?

10:15:30 4    A.      We had a meeting.

10:15:49 5    Q.      And did you tell Mr. Kline that Waydoo had

10:15:55 6    difficulties with this accounting system?

10:15:58 7    A.      Waydoo company now is five year post.  They're doing

10:16:40 8    that after five years.

10:16:41 9            We had two times of operating of the financial

10:16:46 10   system.  Previously, the financial or accounting system of

10:16:52 11   this company was not very good and they -- the upgrade were

10:17:00 12   also the cancellation or improvement that the current

10:17:07 13   managerial personnel who joined the company brought to this

10:17:11 14   company.

10:17:13 15   Q.      So, for how long were there issues with the

10:17:17 16   accounting records?

10:17:18 17   A.      In the years of 2018, 2019 and 2020, the accounting

10:17:46 18   system that the company used was not very good.

10:17:53 19           MR. MURRELL:  Thank you.  That's all the

10:17:55 20   questions I have, Mr. Ping.

10:17:56 21           THE COURT:  Thank you, Mr. Murrell.

10:17:58 22           Anything further, Mr. Colletti?

10:17:59 23           MR. COLLETTI:  Nothing further, Your Honor.

10:18:00 24           THE COURT:  All right.  Mr. Ping, you're

10:18:06 25   excused.

Wade - Direct

10:18:06  1          To the interpreter, thank you for your efforts.

10:18:11  2          So, I think we're going to terminate the

10:18:13  3   connection now.  All right?

10:18:18  4          THE INTERPRETER:  Okay.  Thank you, Your Honor.

10:18:22  5          THE WITNESS:  Thank you, Your Honor.

10:18:27  6          MS. FARNAN:  Your Honor, at this time Waydoo is

10:18:29  7   going to call Kevin Wade.

10:18:31  8          THE COURT:  All right.  Okay.

10:18:45  9          DEPUTY CLERK:  Please states and spell your full

10:18:53 10   name for the record.

10:18:53 11          THE WITNESS:  Kevin Patrick Wade.  K-E-V-I-N.

10:18:57 12   P-A-T-R-I-C-K.  W-A-D-E.

10:18:57 13          KEVIN PATRICK WADE, the witness herein, after

10:18:57 14   having been duly sworn under oath, was examined and

10:18:57 15   testified as follows: (Affirmed).

10:18:57 16                   DIRECT EXAMINATION

10:19:07 17   BY MS. FARNAN:

10:19:07 18   Q.     Good morning, Mr. Wade.

10:19:15 19   A.     Good morning.

10:19:16 20   Q.     Could you just introduce yourself to the jury?

10:19:18 21   A.     My name is Kevin Wade.  I live in Charleston,

10:19:22 22   South Carolina.

10:19:23 23   Q.     And what is your relationship with Waydoo?

10:19:25 24   A.     I am the North American distributor of Waydoo eFoils.

10:19:30 25   Q.     And are there any entities that you use to distribute

589

Wade - Direct

10:19:33 1   the Waydoo products?

10:19:34 2   A.    Yes.  I own a company by the name of Shred Services

10:19:38 3   and I use that to distribute Waydoo eFoils.

10:19:42 4   Q.    And do you also have another logistics company?

10:19:44 5   A.    Yes.  I have a company called Action Sports Logistics

10:19:46 6   that provides logistics services to other water sport

10:19:52 7   companies and also distributes other water sports products.

10:19:54 8   Q.    And what does Action Sports Logistics do with respect

10:19:57 9   to the Waydoo products?

10:19:59 10  A.    So, Action Sports is just -- is essentially the

10:20:02 11  warehouse itself.  So, it warehouses, stores, ships and

10:20:06 12  receives the products.

10:20:08 13  Q.    And then Shred Services is the entity that sells the

10:20:11 14  products?

10:20:11 15  A.    Correct.

10:20:13 16  Q.    Now, how long have you personally been in the water

10:20:16 17  sports industry?

10:20:16 18  A.    So, I've been in the water sports industry -- I think

10:20:21 19  it's kind of a hard question for an enthusiast -- for a long

10:20:24 20  time.

10:20:24 21          In 2006 I fell in love with kitesurfing and

10:20:27 22  that's kind of when I decided to try to make my way in the

10:20:29 23  industry and do what I tell people is try to make sure that

10:20:33 24  my mother is not upset that I did not become a doctor.

10:20:36 25          So stopped -- kind of left Charleston,

Wade - Direct

10:20:39  1    South Carolina.  At the time I was working as a mental

10:20:42  2    health assistant.  Moved down to the Florida Keys.  Right

10:20:44  3    before I left I got certified in scuba diving instruction,

10:20:47  4    as well as kitesurfing.

10:20:49  5            Moved down to Florida Keys in 2007, I believe.

10:20:52  6    Started working for a company called Seven Sports in Key

10:20:55  7    Largo, as well as a company called Divers Direct.  It was

10:20:59  8    kind of -- I just moved my way through the industry.

10:21:01  9    Started doing some local competitions, as well as kind of

10:21:04 10    furthering my way in instruction and sales.

10:21:06 11            Left there and moved to Hawaii because at the

10:21:09 12    time a lot of the industry was relatively small in Florida.

10:21:11 13    They had a very good scene, but really wanted to kind of

10:21:14 14    further myself in the industry and Hawaii, as a lot of

10:21:17 15    people knows, is a mecca for water sports.  Got a job

10:21:21 16    working for a company called Hawaiian Water Sports.  I

10:21:21 17    believe it was around 2009.

10:21:23 18            Moved out there.  Continued my competition and

10:21:26 19    also working for companies and sales.  Eventually, I moved

10:21:29 20    to sales and management on the retail side of things in

10:21:32 21    Hawaii.  Lived there for about two-and-a-half years.

10:21:34 22            And then, moved to the Outer Banks of

10:21:36 23    North Carolina where I got -- I would say it was my first

10:21:38 24    industry job actually working for a brand.  Working first as

10:21:42 25    an accounts executive for a company called HQ Kites.  Kind

Wade - Direct

10:21:45  1    of moved my way up to sales management and then working for

10:21:48  2    a company called Best Kiteboarding for a few years, until

10:21:52  3    moving from the Outer Banks back to Charleston,

10:21:55  4    South Carolina, where I went to high school.

10:21:57  5            Getting a little older, thinking about kids.

10:21:59  6    You know, my mom lives in the Charleston area.  So also

10:22:02  7    trying to start my own business.  So worked for Best

10:22:05  8    Kiteboarding in the sales management area for a while there

10:22:07  9    and then kind of saw a need in the industry.  A lot of

10:22:09  10   companies looking to move into the U.S. market needing

10:22:15  11   either a subsidiary, a distributor, or a logistics company.

10:22:18  12           So, I decided to start a logistics company and

10:22:21  13   then eventually moved into distribution with Action Sports

10:22:25  14   Logistics in Charleston, South Carolina.

10:22:26  15           DEPUTY CLERK:  Mr. Wade --

10:22:28  16           MS. FARNAN:  And I think -- I was going to tell

10:22:29  17   him, I think it might help the court reporter if you slow

10:22:30  18   down a little bit.

10:22:31  19           THE WITNESS:  Sorry.  Yeah.

10:22:33  20   BY MS. FARNAN:

10:22:33  21   Q.    I -- usually have the same problem, so...

10:22:36  22   A.    Yes, yes.

10:22:37  23   Q.    Okay.  Have you ridden hydrofoils before?

10:22:41  24   A.    Yes, I have.  So, I actually began -- started riding

10:22:46  25   hydrofoils, yes, for the first time out in Hawaii.  Back

Wade - Direct

10:22:49  1   then we were riding them, getting towed into waves.  And

10:22:52  2   then also doing it behind kites.

10:22:55  3           So, did it a little bit out there in Hawaii and

10:22:57  4   then, you know -- after starting the distribution company

10:23:00  5   and also after working in the industry, doing it more in

10:23:02  6   kites, started working with a company called Delta

10:23:06  7   Hydrofoil.  I do some brand management for that company.

10:23:08  8   I'm also a distributor for that company.

10:23:10  9           So, they do essentially not eFoils but regular

10:23:13 10   foils.  So, you get behind the boat -- essentially, a foil

10:23:17 11   is a very good means to travel above the water.  There's

10:23:21 12   limited resistance, so you can do it behind the boat, you

10:23:25 13   can do it with a kite, with a wave.  Any form of propulsion

10:23:29 14   can be used for foiling.  So I've kind of done -- I would

10:23:31 15   say most forms of foiling I've done.  Yes.

10:23:35 16   Q.    And have you ridden eFoils as well?

10:23:37 17   A.    Yes, I have.  Yes.  So, I have a Waydoo myself that I

10:23:41 18   ride.  I've also ridden, I would say, most of the other

10:23:44 19   eFoils on the market, both as an enthusiast and obviously

10:23:48 20   just, you know, being in the industry, you know, to be

10:23:50 21   familiar with everyone else and what they're doing.

10:23:52 22           But, yeah, I just also really enjoy it.  So,

10:23:55 23   yes, I've ridden.  Every chance I get, I've ridden an eFoil.

10:23:58 24   Q.    If we could still try to slow down just a little bit.

10:24:00 25   A.    Sorry.

Wade - Direct

10:24:01  1   Q.      No, I feel bad for the court reporter.

10:24:03  2              Can you just explain to the jury how you first

10:24:06  3   became acquainted with Waydoo?

10:24:07  4   A.      Yes.  So, in 2019, I believe it was some time in the

10:24:14  5   summer or fall of that year, I was looking for, you know,

10:24:19  6   the eFoil -- an eFoil product.  You know, looking for

10:24:20  7   products.  One of the things that I do as a distributor is

10:24:23  8   trying to be a one-stop shop.

10:24:25  9              Being in the sales industry, one of your biggest

10:24:28 10   assets is your client base.  So I've cultivated

10:24:31 11   relationships over the years and people seem to like me,

10:24:33 12   they want to buy products from me.  So, that being a product

10:24:36 13   on the market was, you know, somebody was interested.

10:24:38 14              So, one of my retailers was saying, yeah, the

10:24:41 15   eFoil thing is happening, you know, we should try to get

10:24:43 16   into it.  And I was -- was introduced to Waydoo, I guess,

10:24:50 17   via email.  You know, back and forth with them and kind of

10:24:52 18   talking to them about potentially distributing for them.

10:24:55 19              I met them in person in January of 2020 in

10:24:58 20   Orlando, Florida, at the surf expo and our relationship kind

10:25:02 21   of continued on from there.

10:25:04 22   Q.      At some point did you enter into a formal distributor

10:25:06 23   relationship with Waydoo?

10:25:07 24   A.      I did.  That would have been the fall of 2020.

10:25:11 25   Q.      And are you still the exclusive distributor of Waydoo

Wade - Direct

1    products in the United States?

2    A.      I am.

3    Q.      Which -- which Waydoo products have you sold?

4    A.      So, I started out with the Flyer ONE and the Flyer

5    ONE Plus is what I'm currently selling.

6    Q.      And do you maintain a website where you sell the

7    Flyer ONE and the Flyer ONE Plus?

8    A.      Yes.  So, Shred Services also owns the website

9    waydoousa.com where we do some direct sales as well.

10   Q.      Can you just explain how your relationship works with

11   Waydoo in terms of how you purchase the board from them and

12   then how you sell them to customers?

13   A.      Yes.  So, I purchase the boards from Waydoo on what's

14   known as kind of FOB terms.  Essentially they manufacture

15   the boards, they prepare them, box them up, get them ready

16   at the factory.  I then am -- I then am responsible for, you

17   know, the transport, the importing, and the storage of the

18   foils.  So, essentially they get them ready to ship and then

19   I take it from there.

20           I sell to both stores, primarily -- I would say

21   that's probably 95 percent of the sales, and then, like I

22   said, through the website we also do some direct sales, but

23   primarily I set up a service and distribute products to

24   retail stores in North America.

25   Q.      How much do you currently pay Waydoo for the Flyer

Wade - Direct

10:26:31 1    ONE Plus?

10:26:31 2    A.    So, my -- I guess, landed cost is different from what

10:26:36 3    I pay them.  So I pay them around $3400 a board.  The price

10:26:40 4    has fluctuated over time, and then there's obviously a lot

10:26:42 5    of fees and location transport that drives the price quite a

10:26:46 6    bit higher than that by the time I'm actually ready to sell

10:26:49 7    the product.

10:26:50 8    Q.    Has -- you said the prices changed over time.  Was it

10:26:53 9    previously lower?

10:26:53 10   A.    Yes, it was.  Yes.

10:26:57 11   Q.    And could you just explain some of the -- I think you

10:26:59 12   mentioned that you have to get it from the factory.  Can you

10:27:02 13   mention some of the shipping and other costs that are --

10:27:05 14   that you pay on top of what you pay to Waydoo?

10:27:07 15   A.    Yes.  So, we import the -- in most cases we try to

10:27:12 16   bring the boards in via sea so via shipping container.  So

10:27:16 17   there's the cost of that -- you know, that price fluctuates

10:27:18 18   anywhere from -- one time it was as low as three or $4,000,

10:27:22 19   you know, years and years ago.

10:27:23 20         It went as high as, I think, $25,000 over the

10:27:25 21   pandemic, and then it's gradually come down recently which

10:27:28 22   is fortunate.  But, like, gas prices, they'll never go back

10:27:31 23   to what it was unfortunately.

10:27:32 24         So, there's the transport cost.  There's the

10:27:34 25   importation, which is, you know customs, duty fees, and then

Wade - Direct

10:27:38  1    obviously the storage of the boards.

10:27:41  2            We have to have certifications for shipping them

10:27:43  3    because of lithium ion batteries.  They're considered

10:27:47  4    hazardous material.  So we have continued dedication,

10:27:49  5    certification, emergency contact numbers, things that are

10:27:52  6    all needed for us to handle and distribute the products.

10:27:55  7    And then, obviously, general overhead warehouse expense,

10:27:58  8    customer service, what I call, I guess, the Smith Stoke fee

10:28:02  9    which is, you know, people that -- being an enthusiast, I

10:28:05 10    think, is a very big part of the sport so sometimes there

10:28:07 11    are people that, you know, have an issue that, you know, may

10:28:10 12    be their fault and not the fault of the manufacturer or

10:28:12 13    shipping, but, you know, I make considerations.  We try to

10:28:15 14    do what we can to go above and beyond for the customer.  So,

10:28:18 15    yeah, expenses, such as those.

10:28:22 16    Q.    You mentioned at one point shipping containers.

10:28:24 17    A.    Mm-hmm.

10:28:25 18    Q.    Is that generally -- do you receive your Waydoos in a

10:28:29 19    full shipping container?

10:28:30 20    A.    Yes, we try because that is the most economical way

10:28:33 21    to transport them.  Under certain circumstances, we may air

10:28:36 22    ship them.  We try to avoid that because that is quite a bit

10:28:39 23    more expensive, but we typically purchase them about a

10:28:42 24    hundred at a time which is the quantity that fits into a

10:28:45 25    shipping container.

597

Wade - Direct

10:28:46  1    Q.     Has the quantity that fits into a shipping container

10:28:48  2    changed over time?

10:28:49  3    A.     Yes, it has.  Because the packaging has changed.

10:28:52  4    When I first started with Waydoo, they were coming in

10:28:54  5    essentially one large box.  So because of that, less boards

10:28:59  6    fit into the container.  They started then.  Now we have

10:29:01  7    five different packages.  So the wings come in a different

10:29:04  8    package, the boards, the battery.  So, you're able to kind

10:29:07  9    of play Tetris a bit more in the shipping container, and

10:29:10 10    that allows us to fit more boards into a container.

10:29:13 11    Q.     Okay.  So we've talked about how much you purchase

10:29:16 12    the Waydoo Flyer ONE Plus for.  How much currently do you

10:29:20 13    sell that for to customers?

10:29:21 14    A.     So the retail price is $6,399 for the base model.

10:29:27 15    And then the wholesale price is, I believe, $5,112, again,

10:29:32 16    for the base model.  And then the more volume that a

10:29:36 17    customer purchases, they get volume-based discounts.  So,

10:29:39 18    you know, the pricing goes from, let's say, $5,112, I

10:29:44 19    believe, all the way down to, let's say, $4,300 or so.

10:29:48 20    Q.     And the wholesale sales, is that the majority of the

10:29:52 21    sales that you make?

10:29:52 22    A.     Yes, it's about 95 percent of the sales that I do.

10:29:57 23    Q.     Does Waydoo have any input on the price that you

10:29:59 24    charge customers?

10:30:00 25    A.     Yes.  They do.  We have obviously other customers to

Wade - Direct

10:30:04 1   consider in our countries, you know, Europe, rest of the

10:30:06 2   world.  So we try to make sure that, you know, I'm not

10:30:09 3   selling for, you know, a lot more expensive or a lot less

10:30:12 4   expensive.  We try to look at the margins to make sure that

10:30:14 5   we're selling for a, you know, reasonable price for the end

10:30:17 6   consumer, but also that we can make enough money to keep

10:30:20 7   living the dream as we say.

10:30:21 8           So, yes.  We do, you know, communicate but

10:30:24 9   price, they have the ultimate say on what the price is.

10:30:29 10  Q.    Okay.  I want to shift to talk about some other

10:30:32 11  eFoils on the market.  Are there other eFoils on the market

10:30:35 12  that you're aware of?

10:30:35 13  A.    Yes, there are.  Yes.

10:30:37 14  Q.    What are some of the ones that you're aware of?

10:30:39 15  A.    So, obviously there's LIFT, there's Flite.  There is

10:30:42 16  Takuma.  There is a company -- and I forget the name, but

10:30:47 17  there's a company that sells essentially do-it-yourself kits

10:30:49 18  where people can, you know, create their own eFoils.  There

10:30:54 19  are several other companies that -- you know, Sea-Doo is

10:30:56 20  making an eFoil.  Audi has an eFoil.

10:31:00 21          There's Get Foil, which is based in Florida.  I

10:31:03 22  believe they do most direct sales but that's another company

10:31:05 23  that also does eFoils.  And a handful of other ones.  As a

10:31:10 24  distributor, I get emails all the time from people trying to

10:31:12 25  enter the U.S. market and, you know, essentially trying to

Wade - Direct

10:31:15 1    see if I want to be their distributor as well.  So Seaglide

10:31:18 2    is a company that has also been kind of pushing into the

10:31:21 3    U.S. market recently and a few others as well.

10:31:25 4    Q.    Now, I know you weren't here, but we had heard some

10:31:27 5    other testimony that Takuma was not selling in the U.S.

10:31:30 6    market.  Do you agree with that?

10:31:32 7    A.    I do not agree with that, no.  Actually one of my

10:31:35 8    potential customers recently that I sell some other products

10:31:38 9    to decided to purchase from Takuma instead of me which was a

10:31:42 10   bummer, but they are currently advertising Takuma on their

10:31:46 11   website.  Takuma is also as far as I know has opened up a

10:31:50 12   distribution facility and/or employed a distributor in my

10:31:56 13   hometown of Charleston, South Carolina.  So MACkite, one of

10:32:00 14   my larger dealers, they actively sell Takuma on their

10:32:04 15   website.  Jupiter kiteboarding, which is the company that I

10:32:06 16   was referring to before, they're currently selling Takuma.

10:32:09 17   So, I believe they're still -- it would be nice if they

10:32:14 18   weren't, but yeah, they're definitely selling boards.

10:32:16 19   Q.    From your perspective what is the target market for

10:32:19 20   the Waydoo eFoils that you sell?

10:32:20 21   A.    So, you know, I kind of -- let's say the umbrella

10:32:25 22   statement is the general water sports enthusiast, someone

10:32:27 23   that's active, you know, and they're typically -- you know,

10:32:30 24   you can do it at a younger age, but in terms of people

10:32:33 25   having the means, our key demographic is probably early 30s

Wade - Direct

10:32:38 1   to, let's say, mid 60s, you know, relatively active people

10:32:40 2   who own jet skis, people who, you know, enjoy the lake life

10:32:44 3   or the water sports life, active enthusiast but pretty much

10:32:47 4   anyone who wants to, you know, give it a try and experience

10:32:50 5   the joy of floating over the water, as we say.

10:32:53 6   Q.    And throughout the year, are your -- do your sales

10:32:57 7   tend to be seasonal?

10:32:58 8   A.    Yes.  It's a very seasonal because we are a water

10:33:00 9   sports business.  So, you know, the fourth quarter is kind

10:33:04 10  of very slow.  We -- March 15th is what I kind of mark as

10:33:08 11  kind of the beginning of the general season.  Obviously we

10:33:10 12  do have South Florida, Southern California, Texas, parts of

10:33:14 13  the Caribbean that do operate on the opposite seasons, but

10:33:16 14  the majority of the sales, I would say, are April through

10:33:19 15  August.  They kind of start tapering off after that, and

10:33:22 16  then, yeah, you have January and February are hopefully the

10:33:25 17  vacation months for us, the time that we can kind of take a

10:33:28 18  break.

10:33:29 19  Q.    Okay.  I want to talk a little bit about one of the

10:33:31 20  features of the Flyer ONE Plus, and I'll probably pull this

10:33:35 21  board up.  Does the Flyer ONE Plus currently have any kind

10:33:38 22  of leash on it?

10:33:39 23  A.    No, there's a leash on the remote, but there is no

10:33:42 24  leash on the board if that's what you're referring to.

10:33:46 25  Q.    I am just going to try to prop this up.  Can you just

10:33:50 1    tell the jury what this is?

10:33:51 2    A.    So, that is the board for the Flyer ONE Plus.

10:33:56 3    Q.    Okay.  And are you familiar with leashes on other

10:34:01 4    water sports products?

10:34:02 5    A.    Yes.  Kitesurfing, stand-up paddleboard surfing,

10:34:06 6    almost every -- I taught, you know, most of the water

10:34:09 7    sports, so, yeah, I'm very familiar with leashes.  They're

10:34:11 8    used in a lot of other water sports, so yes.

10:34:14 9    Q.    And do you have familiarity with manufacturing

10:34:18 10   leashes for water sports products?

10:34:19 11   A.    Yes, so I own a company called WMFG Water Sports

10:34:23 12   Manufacturing Company.  And we make, you know, jet pads for

10:34:27 13   surfboards, pumps for kites and we're currently developing

10:34:31 14   leashes for winging and also kitesurfing.

10:34:34 15   Q.    Okay.  And having -- could you add a leash to this

10:34:38 16   Flyer ONE Plus board?

10:34:39 17   A.    Yes.  Certainly you could.  There's actually -- if

10:34:42 18   you look on the nose of the board there --

10:34:44 19   Q.    Are you pointing to this?

10:34:45 20   A.    Yes, yes.

10:34:46 21   Q.    The black piece up there?

10:34:47 22   A.    Yes, that's a mounting plate currently used for a

10:34:50 23   camera.  But you could you could put an anchor point on the

10:34:54 24   nose of the board there and attach a leash, yes.

10:34:56 25   Q.    And could that leash assist with controlling the

Wade - Direct

10:34:59 1   direction of the board?

10:35:00 2   A.     Sure.  It could give you added leverage while holding

10:35:03 3   onto the leash.  They do that in -- a bit in jet surfing

10:35:06 4   depending on the leash and how you are attaching it.  It

10:35:10 5   certainly wouldn't be, you know, like you were steering on a

10:35:14 6   scooter or a rigid handle, but it sure could aid -- it could

10:35:17 7   aid in the leverage use to initiate a turn, I would say.

10:35:20 8   Q.     And how much would it cost to manufacture a leash

10:35:23 9   that could be added to this product?

10:35:24 10   A.     So, again, depending on the rigidity of the leash and

10:35:28 11   how much -- how much force can be put on that attachment

10:35:32 12   point.  That attachment point is attached to the frame of

10:35:34 13   the board.  There's a metal frame that runs through the

10:35:36 14   board there.  So, I don't know exactly how that's internally

10:35:39 15   attached, but if it is attached to the frame, you're looking

10:35:42 16   at, I would say, less than $10.

10:35:44 17         If you had to make an adjustment to the mold in

10:35:47 18   order to make sure that there was enough strength for that

10:35:52 19   attachment point, then you're looking at, you know,

10:35:54 20   something that could be advertised or, you know, over --

10:35:56 21   you'd have to pay one cost for the mold and then, you know,

10:35:59 22   over the production of board, it would lower the cost so I

10:36:01 23   would say probably, you know, less than $30 at a

10:36:04 24   manufacturing level.

10:36:08 25   Q.     Have you --

Wade - Direct

10:36:11  1    A.      Am I talking slow enough?

10:36:13  2    Q.      She says no, so I guess we could still try to slow

10:36:18  3    down.  But we're close to done, so if we can just slow it

10:36:21  4    down for a little longer.

10:36:22  5            As you've been around the water sports industry,

10:36:26  6    have you ever heard of another eFoil being made by some

10:36:29  7    students in Sweden?

10:36:31  8    A.      Yes.  Yes.

10:36:32  9    Q.      And how did you hear about that?

10:36:33 10    A.      Honestly, I don't remember the first point I heard

10:36:37 11    about it.  It was kind of a, let's say, industry chatter.

10:36:40 12    You know our industry is relatively small.  A lot of

10:36:43 13    people -- we know a lot of the same people.

10:36:44 14            So, essentially, from, I would say, not too long

10:36:48 15    after I first started researching eFoils becoming a

10:36:52 16    distributor, I had heard about this.  Yes.

10:36:54 17    Q.      Do you -- do you now know the name of that project

10:36:57 18    from Sweden?

10:36:58 19    A.      Yes, I know about that.  The name of the project now

10:36:59 20    is the Evolo Project.  But at the time, I didn't know the

10:37:02 21    name, but I had heard of it, yes.

10:37:04 22    Q.      And have you discussed it with other people in the

10:37:06 23    industry?

10:37:06 24    A.      Yes.

10:37:08 25    Q.      And you know that other people in the industry are

Wade - Direct

10:37:09 1   aware of it?

10:37:10 2   A.      Yes.

10:37:12 3   Q.      Have you discussed it with Waydoo?

10:37:14 4   A.      Yes, I have.

10:37:16 5   Q.      Okay.  I want to show you -- I'm not going to play a

10:37:19 6   video because I think we've seen enough.  I just want to

10:37:22 7   should you the beginning of video DTX 309.  And I just want

10:37:26 8   to ask you if you can recognize what product is shown on the

10:37:29 9   video there.

10:37:29 10  A.      Yes.  It's a Waydoo.

10:37:32 11  Q.      Okay.

10:37:32 12  A.      Yea.

10:37:32 13  Q.      Is that similar to what we see here in the courtroom?

10:37:34 14  A.      Yeah.  I can't tell by the nose of the board, if it

10:37:38 15  had the mounting plate.  And also the foam on the Flyer ONE

10:37:41 16  Plus is a little bit darker, so that may be a regular Flyer

10:37:43 17  ONE as opposed to a Plus.

10:37:45 18          But I mean, I can see a little bit better on my

10:37:47 19  screen.  You can tell a little bit above the raise where the

10:37:50 20  battery goes into the board, you can kind of see just behind

10:37:54 21  the rider's back foot.  Also, the handle's in the shape of

10:37:57 22  the board, that's clearly a Waydoo.

10:37:59 23  Q.      Okay.  Just a few more questions.

10:38:02 24          Have you --

10:38:02 25          MS. FARNAN:  And we can take that down.

605

Wade - Direct

10:38:02  1    BY MS. FARNAN:

10:38:04  2    Q.      Have you ridden the Waydoo Flyer ONE and Flyer ONE

10:38:07  3    Plus yourself?

10:38:08  4    A.      Yes.  Yes.

10:38:09  5    Q.      And have you helped beginners learn how to ride them?

10:38:13  6    A.      Yes.  Yeah.  I don't teach in a professional setting,

10:38:16  7    but, you know, family members, nieces, nephews, aunties,

10:38:19  8    cousins.  Anyone who comes to my house and wants to try the

10:38:24  9    new -- I'm kind of the cool uncle, right.  So anyone who

10:38:25 10    comes and wants to try the cool new toy I have, yeah, I try

10:38:29 11    to teach them if I have time.  Yes.

10:38:30 12    Q.      And what have you witnessed generally when you see a

10:38:33 13    beginner or a new person start to ride one of the Waydoo

10:38:37 14    eFoils?

10:38:37 15    A.      You know, a lot of falling at first, a lot of

10:38:39 16    laughing.  It's fun to watch.  You know, kind of the Bambi

10:38:44 17    stage of people trying to get the hang of it, right.

10:38:46 18    Fortunately, it's a water sports so when they fall, they

10:38:49 19    full fall in the water.

10:38:50 20             So a lot of -- my sister-in-laws and them being

10:38:53 21    like, oh, no, what's going to happen?  What's going to

10:38:55 22    happen?  But the end of the day, there's a learning curve

10:38:58 23    but it's -- it's a lot of fun.  A lot of fun to watch.

10:39:01 24    Q.      And what are the -- is that pretty typical of all

10:39:04 25    eFoils that there's a bit of a learning curve in riding

Wade - Direct

10:39:07 1  them?

10:39:07 2  A.    Certainly.  I mean, obviously, depending on its skill

10:39:10 3  level.  I mean, if you're a professional surfer and you've

10:39:12 4  been foiling your whole life, you're being to get it a lot

10:39:15 5  faster than someone who's, you know, never been on a board

10:39:18 6  before.

10:39:18 7        A lot of people go through what we call the

10:39:20 8  dolphining stage, where they're kind of going up and going

10:39:21 9  down and going up and going down and trying to get the hang

10:39:25 10  of it.  But yes, there's certainly a learning curve

10:39:26 11  associated with it.

10:39:27 12  Q.    And what are some of the things that can help a rider

10:39:29 13  go from the dolphining you talked about to more of the --

10:39:32 14  the flight look that is probably what you do?

10:39:34 15  A.    Right.  So we showed them -- you know, kind of give

10:39:37 16  people pointers on land, try to, you know, make sure that

10:39:42 17  they, you know, understand how the board works.  And then

10:39:46 18  have them kneeling on the board, not on foil, at first.

10:39:49 19  Just, you know, kind of getting of hang of how the control

10:39:53 20  and redirect the board.  What do you do if you fall off, how

10:39:55 21  do you get back on it.

10:39:56 22        Obviously, there's an electronic, you know,

10:39:59 23  function to it.  So, setting the board at the proper speed.

10:40:02 24  You know, not making sure that the speed is not varying a

10:40:05 25  lot when you're trying to get up on the board.  You know,

Wade - Cross

10:40:09 1    it's kind of a step-by-step process.

10:40:11 2            There's been somewhat, I wouldn't say, a

10:40:13 3    universal curriculum, but just like any sport, as it's -- as

10:40:17 4    it gets taught throughout -- you know, throughout the course

10:40:20 5    of, of learning, you kind of give steps down, get tips from

10:40:25 6    other people that are teaching professionally, but, yeah.

10:40:28 7    Q.    And will a rider who can -- is maybe more balanced or

10:40:32 8    centered than, say, myself, would that help them ride the

10:40:35 9    foil better if they have better balance?

10:40:37 10   A.    Yeah, sure.  Of course.  Yes.  My niece who is, I

10:40:43 11   guess, 13 now, 13, 14 now, she does gymnastics and she

10:40:47 12   weighs, you know, all of maybe 80 pounds soaking wet.  So

10:40:52 13   she's very light-weight and has very good balance.  She did

10:40:55 14   way better than her cousin who is a lot larger and, in his

10:41:00 15   own mind, a lot more athletic.

10:41:01 16           But yes, sure.  Balance, the weight of the

10:41:05 17   rider, those definitely come into play.

10:41:07 18   Q.    Okay.

10:41:08 19           MS. FARNAN:  No further questions.

10:41:08 20           THE COURT:  All right.  Thank you.

10:41:10 21           Cross-examination?

10:41:13 22           MR. McGRAW:  Yes, Your Honor.

10:41:15 23                   CROSS-EXAMINATION

10:41:20 24   BY MR. McGRAW:

10:41:24 25   Q.    Good morning, Mr. Wade.

Wade - Cross

10:41:24  1    A.      Good morning.

10:41:27  2    Q.      I want to start with Evolo.  You mentioned you were

10:41:29  3    aware of something called Evolo; correct?

10:41:31  4    A.      Right.

10:41:32  5    Q.      And I believe you said you were aware or you became

10:41:35  6    aware of it when you were researching becoming a distributor

10:41:40  7    for eFoil its; correct?

10:41:41  8    A.      Yeah, during the time I first started looking into

10:41:44  9    it, you know, talking to people about it.

10:41:46 10    Q.      And when was that?

10:41:46 11    A.      That would have been in 2019.

10:41:49 12    Q.      Okay.  So you weren't aware of the Evolo hydrofoil

10:41:54 13    back in 2013?

10:41:55 14    A.      Back in 2013?  No.

10:41:58 15    Q.      Okay.

10:41:59 16            So, you have a company that imports Waydoo

10:42:05 17    eFoils in the United States; correct?

10:42:07 18    A.      Yes.

10:42:08 19    Q.      And you have a company that sells or distributes

10:42:12 20    eFoil Waydoo eFoils in the United States, too; correct?

10:42:15 21    A.      Sure.

10:42:15 22    Q.      And you also have a company that sells those boards

10:42:19 23    or those eFoils at retail, too; correct?  Or you're involved

10:42:23 24    in a company that sells those at retail?

10:42:26 25    A.      So, yes.  I'm involved in a retail -- so, Waydoo

Wade - Cross

10:42:31 1    U.S.A. is owned by Shred Services, which is the distribution

10:42:34 2    company.  I also am involved in a company that sells all

10:42:38 3    manner of water sports equipment.  They also do sell Waydoo,

10:42:41 4    yes.

10:42:41 5    Q.    Okay.  And you've got extensive equipment riding the

10:42:43 6    Waydoo eFoils; right?

10:42:44 7    A.    I do.

10:42:45 8    Q.    Okay.  Have you ridden a LIFT eFoil?

10:42:48 9    A.    Yes, I have.

10:42:49 10   Q.    Have you ridden other eFoils?

10:42:50 11   A.    I have.

10:42:51 12   Q.    What other types of eFoils have you ridden?

10:42:53 13   A.    I've ridden a Takuma, I've ridden a Flite.  I've

10:42:58 14   ridden the Get Foil.  I've ridden -- did I ride the Audi?

10:43:05 15   No, I did not.

10:43:06 16         I've ridden the High Flow Flyer which is a

10:43:09 17   new -- a new product.  But, yes, those are the one I've

10:43:13 18   ridden, I believe.

10:43:13 19   Q.    So, it's safe to say, with all this experience,

10:43:15 20   you're pretty familiar with these products, these eFoil

10:43:18 21   products?

10:43:19 22   A.    EFoils in general, I would say I'm relatively

10:43:22 23   familiar, certainly.  More familiar than most people in the

10:43:24 24   room I would say.

10:43:25 25   Q.    We talked about -- you talked about the leashes that

Wade - Cross

10:43:32  1    were being put on eFoils.

10:43:35  2                Does Waydoo put a leash on their eFoils?

10:43:37  3    A.    No, there is no -- there's a leash on the remote but

10:43:40  4    not on the board, no, sir.

10:43:41  5    Q.    Why doesn't Waydoo have a leash on their eFoils?

10:43:44  6    A.    I'm not sure.

10:43:46  7    Q.    Okay.  And can you explain again how the leash has

10:43:50  8    any sort of control over the direction of the eFoil when

10:43:55  9    it's in operation?

10:43:55 10    A.    So, if there is a fixed point on the nose of the

10:44:01 11    board and you're holding onto that fixed point, you're

10:44:05 12    turning your body and shifting your weight to control the

10:44:07 13    board.  So, if you're holding onto something as you're

10:44:11 14    shifting your weight, that -- that attachment point is going

10:44:14 15    to aid in the leverage that you're putting on the direction

10:44:17 16    change, let's say.

10:44:18 17    Q.    And with that leverage, isn't that really giving the

10:44:21 18    rider balance on the board?

10:44:24 19    A.    I mean, in a sense, but I would say that, you know

10:44:27 20    for example, if you have, let's say, a scooter or even

10:44:31 21    videos of people that foil regularly.  And I don't know if

10:44:34 22    they're doing it as a gimmick or if they're actually doing

10:44:37 23    it to evolve the sport.

10:44:38 24                But I've seen guys that have a fixed mounting

10:44:40 25    point on the nose of a regular foil and they're riding down

611

Wade - Cross

10:44:44  1   large waves.  I haven't done it yet, but I'd like to try it.

10:44:47  2   But yes, there are actually -- they're adding leverage.  Of

10:44:49  3   course, it's going to aid in the balance as well, but I

10:44:51  4   would say that if you're leaning, you know, that the

10:44:53  5   leverage, the force that's being put on the nose of the

10:44:56  6   board is going to give you added leverage of the initiation

10:44:59  7   of the turn.

10:44:59  8          But certainly I with say that it would aid in

10:45:01  9   the balance as well.

10:45:02 10   Q.    Okay.  In your experience selling these boards and

10:45:04 11   riding these boards, what type of consumer would want to

10:45:07 12   have a leash on its product like?

10:45:10 13   A.    I would say probably a, you know, maybe a beginner.

10:45:15 14   Maybe someone that, again, is looking to turn more

10:45:18 15   aggressively.  We've used -- I've seen, like I said --

10:45:22 16   the Hydro Flyer, for example, has a fixed point.  It's not a

10:45:25 17   leash, so it's different than what we're talking about.

10:45:28 18          But certainly, you know, using that, you're able

10:45:30 19   to also stand in a different way, for someone that's looking

10:45:33 20   for a change.  One of the things that I think in a lot of

10:45:35 21   these sports, especially in, I guess, what some people would

10:45:38 22   consider the extreme sport era, a lot of people get bored

10:45:43 23   relatively fast, so someone looking for something new,

10:45:46 24   someone who has an existing eFoil and may be looking for a

10:45:49 25   way to spice things up or change the way that they are able

Wade - Cross

10:45:52  1    to ride.

10:45:52  2            Or even the volume of the sport.  The sport is

10:45:55  3    still relatively new, so I'm not sure where it will be in

10:45:58  4    the next, you know, few years, but I'm certainly excited to

10:46:00  5    see.

10:46:01  6    Q.    So we're talking about controlling these boards.

10:46:03  7            Generally speaking, how do you control a Waydoo

10:46:06  8    Flyer eFoil, when you are riding it?

10:46:09  9    A.    So, shifting your weight, essentially, is -- you

10:46:13 10    know, and controlling.  I mean, typically, when you're --

10:46:16 11    similar to when you're surfing, you know, you essentially

10:46:19 12    look where you're going.  So if I look this way, my

10:46:21 13    shoulders are going to turn, my body is going to turn.  My

10:46:24 14    weight is going to shift as a result of me initiating that

10:46:28 15    movement.

10:46:29 16            That is going to help me steer, direct the

10:46:32 17    board.

10:46:33 18    Q.    And is that the case for both the Waydoo Flyer or

10:46:36 19    Waydoo Flyer ONE and the Waydoo Flyer ONE Plus?

10:46:39 20    A.    Yes.

10:46:39 21    Q.    Okay.  Do you agree that the Waydoo eFoils are stable

10:46:46 22    eFoils?

10:46:47 23    A.    They're stable eFoils?  I mean, they provide a smooth

10:46:53 24    ride, I would say, yes.  Stable, sure.

10:46:55 25    Q.    Do you recall testifying in a deposition in June of

Wade - Cross

10:46:57  1    2022 in this case?

10:47:00  2    A.      Yeah.

10:47:00  3    Q.      And do you recall testifying in that deposition that

10:47:02  4    you believed the Waydoo eFoils were stable?

10:47:05  5    A.      Sure.  I mean, I believe so.  Yeah.

10:47:09  6    Q.      Okay.

10:47:09  7    A.      I would imagine, yes.

10:47:10  8    Q.      So you admit, then, that Waydoo eFoils are stable

10:47:13  9    eFoils?

10:47:13 10    A.      Sure.

10:47:15 11    Q.      And I think you previously testified that most eFoils

10:47:17 12    on the market are stable eFoils; correct?

10:47:19 13    A.      Yes.  I mean, I think if we're talking -- I'm pretty

10:47:23 14    sure I remember the conversation.  We were talking about,

10:47:25 15    you know, there's a lot of factors that contribute to the

10:47:28 16    overall stability.  It depends on what you mean

10:47:30 17    specifically, but yes.

10:47:31 18            I mean, do they -- you know, if one ship fell on

10:47:33 19    a foil in riding, are they all over the place or are they,

10:47:37 20    you know, easy to direct in one direction?  Certainly.

10:47:40 21    Q.      So, are they easy to direct in one direction?

10:47:42 22    A.      With the proper skill.  You know, if you know what

10:47:45 23    you're doing, yes.

10:47:48 24    Q.      And -- and we'll get back to that in a minute.

10:47:50 25            Do you agree that the LIFT eFoil is a stable

614

Wade - Cross

10:47:53 1   eFoil?

10:47:53 2   A.      Yeah, in the same -- in the same way I would say

10:47:57 3   that -- you know, sure.  I mean, I enjoyed riding the LIFT.

10:48:01 4   I didn't have any issue with it.  There are different wings

10:48:04 5   as well that you use with the foil.  So certain wings, or

10:48:07 6   smaller wings is going -- you know, take a bit more skill

10:48:09 7   than a larger wing.  But if you are able to master, you

10:48:13 8   know, eFoil or at least be able to be a competent rider of

10:48:16 9   the foil, then you are going to experience what I would call

10:48:18 10  a smooth stable ride.

10:48:21 11  Q.      And then a larger wing -- I think you said a smaller

10:48:23 12  wing, it requires a little bit more skill.

10:48:26 13          Are the larger wings designed to provide a

10:48:28 14  little bit more stability for more beginner riders?

10:48:31 15  A.      They're able to foil at lower speed.  You know, so,

10:48:35 16  sure, a larger rider would use a larger wing.  It's going to

10:48:38 17  provide a -- you know, a larger platform.

10:48:41 18  Q.      Okay.  Let me -- let's pull up for a second what's

10:48:44 19  been marked as PTX 123.

10:48:53 20          (Video playing.)

10:48:57 21  BY MR. McGRAW:

10:48:58 22  Q.      And if you just -- while you watch this, just let me

10:49:00 23  know if you recognize it.

10:49:01 24  A.      Recognize what?  The video or the board?

10:49:04 25  Q.      Yes, the video and then the board that's being used

Wade - Cross

10:49:07  1    in the video.

10:49:08  2    A.     I recognize the board.  I don't know that I

10:49:09  3    necessarily recognize the video.  Unfortunately, that's one

10:49:12  4    of the problems that we have in our industry, a lot of the

10:49:14  5    videos look the same.  I mean, the guy is riding the board

10:49:17  6    on the water.  So I don't know if I know that one

10:49:19  7    specifically, but it's a guy riding a Waydoo, I would say.

10:49:21  8    Q.     Fair enough.

10:49:22  9           Can you tell what model Waydoo that is?

10:49:24 10    A.     Again, like the video before, I'm not sure if it's a

10:49:28 11    Flyer ONE or Flyer ONE Plus.  There are slight differences

10:49:31 12    and it's kind of hard to tell, you know, from this distance.

10:49:34 13    But I would say a Flyer ONE perhaps.

10:49:36 14           MR. McGRAW:  Okay.  And we can stop the video.

10:49:36 15    BY MR. McGRAW:

10:49:42 16    Q.     Do you agree that it's relatively easy for even a

10:49:44 17    beginner to learn how to use an eFoil?

10:49:46 18    A.     It depends -- that depends on the beginner.  You

10:49:49 19    know, but I mean it's a process but certainly if you are,

10:49:54 20    you know, in decent shape, if you have decent balance, if

10:49:58 21    you're, you know, good on the water.  You have to be able to

10:50:01 22    swim.

10:50:01 23           You know, I used to rent kayaks in Hawaii, that

10:50:05 24    was one of the biggest questions.  Do you have to be able to

10:50:07 25    swim?  Yes, you have to be able to swim.

Wade - Cross

10:50:08   1           But certainly under the right circumstances with

10:50:11   2   the right instruction under the right conditions.  The water

10:50:12   3   needs to be smooth.  You can -- you could learn to eFoil

10:50:16   4   relatively -- within a couple hours, I would say.

10:50:18   5   Q.    And when you say within a couple hours, do you think

10:50:21   6   most beginners could learn how to eFoil within 30 minutes?

10:50:25   7   A.    Most -- most people -- most -- I mean most people

10:50:28   8   that, again, fall under the description that I mentioned.

10:50:30   9   Again, relatively coordinated, you know, decent swimmers,

10:50:35  10   you know, competent in the water.  You know, under

10:50:38  11   30 minutes, I would hope so.

10:50:39  12           But I would say -- you know, I tried to --

10:50:42  13   typically a lesson -- let's say an eFoil lesson is typically

10:50:45  14   about two hours.

10:50:47  15   Q.    Okay.  Let me show you what's been marked as PTX 206.

10:50:57  16           Do you recognize this?

10:50:59  17   A.    That looks like a Waydoo.  Either -- the Waydoo Tech

10:51:06  18   website, I believe.

10:51:07  19   Q.    And just -- I just want to draw your attention to the

10:51:11  20   easy to learn section here on the right, right in the

10:51:15  21   middle.

10:51:17  22           And is this a statement that Waydoo makes in its

10:51:20  23   advertising, that most beginners can learn to eFoil in less

10:51:23  24   than 30 minutes?

10:51:24  25   A.    I mean, it's on the Waydoo Tech website, so...  I

Wade - Cross

10:51:28 1    mean, according to my eyeballs I would say.

10:51:32 2              MR. McGRAW:   Okay.   Let's pull up what's been

10:51:33 3    marked as PTX 233.

10:51:33 4    BY MR. McGRAW:

10:51:40 5    Q.      And do you recognize what this is?

10:51:41 6    A.      Waydoo website.   Either the Waydoo -- could be the

10:51:47 7    Waydoo Flyer, it could be Waydoo Tech, or it could be the

10:51:50 8    Waydoo U.S.A. website.   I'm not sure.

10:51:53 9    Q.      Okay.

10:51:53 10   A.      So a Waydoo page on someone's retail website.

10:51:56 11   Q.      And just a few more questions, Mr. Wade.   I want to

10:52:00 12   kind of finish with the market.

10:52:01 13             You talked a little bit about competitors in the

10:52:03 14   market.

10:52:04 15   A.      Mm-hmm.

10:52:04 16   Q.      Would you agree that Waydoo and LIFT -- or MHL are

10:52:09 17   competitors?

10:52:09 18   A.      I would call them indirect competitors.

10:52:14 19   Q.      Do you recall in your deposition testifying that they

10:52:16 20   were primary competitors?

10:52:17 21   A.      Primary competitors?   I don't recall, but we both

10:52:21 22   sell eFoils.   There's not so many of us.   We sell to a very

10:52:24 23   different price point, but we both do sell eFoils.

10:52:28 24   Q.      Do you recall testifying that they were direct

10:52:30 25   competitors?

618

Wade - Cross

10:52:31  1    A.      I don't, but I may have said it.  If you asked me

10:52:34  2    that question, if they're direct competitors, I may have

10:52:36  3    said yes.  I don't -- I don't recall but sure.

10:52:44  4            I always say they sell -- you know, we sell

10:52:46  5    Honda Civics and they sell Ferraris.  We both sell cars.

10:52:50  6    You know, there's certainly some overlaps.

10:52:51  7            There are people with means to buy a LIFT that

10:52:55  8    may decide that for their money they'd rather buy two

10:52:57  9    Waydoos.  There are people that, you know, buy -- you know,

10:53:01 10    buy a Waydoo that may want to -- want to buy a LIFT.

10:53:04 11    Q.      Do you think there's a substantial difference in

10:53:06 12    someone who's willing to pay 6 or $6,000 for an eFoil to

10:53:10 13    $10,000 for an eFoil?

10:53:12 14    A.      Yes.

10:53:14 15    Q.      How so?

10:53:15 16    A.      Well, 3 or $4,000, so...

10:53:19 17    Q.      Yeah.  But that's generally the same market; right?

10:53:21 18            If you're willing to pay 7,000 or 10,000, you

10:53:24 19    are probably willing to buy either or.

10:53:26 20    A.      I would -- I would hope so.  I would hope so.  But

10:53:30 21    from my experience, I've had people who, you know, purchased

10:53:34 22    LIFTS.  And, again, like the same car analogy, there are

10:53:37 23    people that purchase LIFTs that say, oh -- they look at the

10:53:39 24    board.  Our board is EPP foam, the LIFT is full carbon fiber

10:53:43 25    so it's a lot more esthetically pleasing.  So, it's a --

Wade - Cross

10:53:46 1   it's a different -- I mean, I would say again there's

10:53:47 2   definitely overlap.

10:53:48 3           I'm not saying there aren't people who have

10:53:50 4   LIFTS and Waydoo at the same time, but certainly I've seen

10:53:53 5   people who want to buy LIFTS and I've seen people who buy

10:53:57 6   Waydoos that, again, buy them because they say I wanted an

10:54:01 7   eFoil but I couldn't afford this one or that you one.  So,

10:54:03 8   it's decent amount of money to a lot of people, certainly to

10:54:06 9   me.

10:54:07 10  Q.   I mean, both seem like a decent amount of money to

10:54:09 11  me.

10:54:09 12  A.   Yeah, certainly.  But the difference between 6 and

10:54:12 13  $10,000, I mean it's one thing if you're spending $6,000 on

10:54:16 14  something.  It's not like if I'm spending 6, I might as well

10:54:19 15  spend 10 or I might as well spend 14.

10:54:21 16          I believe, honestly, the LIFT, they now have I

10:54:23 17  think a 9 or 10,000 foil.  But when I first got into the

10:54:26 18  scene, the Waydoo was a bit less expensive.  I believe the

10:54:28 19  cheapest LIFT at that time was $12,000.

10:54:30 20          So, it has -- while our price has come up, I

10:54:32 21  believe some of their products have come down.  But in

10:54:34 22  general, there's still a decent gap there that I would say

10:54:38 23  the average individual would take into serious consideration

10:54:41 24  when purchasing.

10:54:43 25  Q.   So, would you agree that MHL was the first in the

Wade - Redirect

10:54:46  1    eFoil market?

10:54:47  2    A.      You mean LIFT?

10:54:49  3    Q.      MHL LIFT, yes.

10:54:51  4    A.      Sorry.  Yeah.

10:54:52  5    Q.      Yeah?

10:54:53  6    A.      Yes, I would say so.

10:54:54  7    Q.      Okay.

10:54:55  8            MR. McGRAW:  No further questions.

10:54:55  9                     REDIRECT EXAMINATION

10:55:01 10    BY MS. FARNAN:

10:55:01 11    Q.      Just a few more questions, Mr. Wade.

10:55:05 12            Mr. McGraw was talking to you a little bit about

10:55:07 13    stability.  Do you remember that?

10:55:08 14    A.      Yes.

10:55:09 15    Q.      And you said there are a number of factors that

10:55:11 16    affect stability?

10:55:12 17    A.      Yes.

10:55:12 18    Q.      Can you explain what they are?

10:55:13 19    A.      So, again, the conditions, the speed of the rider,

10:55:18 20    the weight of the rider, the size of the wing.  The -- you

10:55:23 21    know, the skill of the rider, how much balance they have,

10:55:26 22    that's all going to contribute to the stability.  The size

10:55:28 23    of the board, the size of the stabilizer.

10:55:31 24            So, I mean, there's a lot of factors.  I would

10:55:33 25    say a dynamic and relatively fluid thing, that's why it's

Wade - Redirect

10:55:36 1  hard to say.  It's like are you' talking about pitch

10:55:38 2  stability or are you talking about roll stability would

10:55:42 3  actually -- you know, what do you mean when you -- when you

10:55:44 4  really say it.

10:55:44 5  Q.    Okay.  And you don't know in this case how the Court

10:55:49 6  has defined stability, do you?

10:55:51 7  A.    No, I don't.

10:55:52 8  Q.    Okay.  So when you've been talking about stability,

10:55:54 9  you're not talking about stability in the context of the

10:55:57 10  patents; right?

10:55:58 11  A.    I don't think I am.  I'm not sure.

10:56:02 12  Q.    Okay.  And you've also seen, I think -- have you seen

10:56:06 13  videos of the Evolo?

10:56:08 14  A.    Yes.

10:56:09 15  Q.    And when you've looked at those video, would you say

10:56:13 16  that's stable just like the way you said that other eFoils

10:56:16 17  are stable here today?

10:56:17 18  A.    Sure.

10:56:18 19         MS. FARNAN:  No further questions.

10:56:30 20         THE COURT:  All right.  Mr. Wade, thank you.

10:56:32 21  You may step down.  Okay?

10:56:33 22         THE WITNESS:  Okay.  Thanks.

10:56:48 23         MR. McGRAW:  It's not us.

10:56:50 24         THE COURT:  No.

10:56:54 25         MS. FARNAN:  Your Honor, we have some motions

Lanterman - Direct

10:56:55 1    but we'll do those at the break.

10:56:57 2             THE COURT:  We'll do -- yeah.

10:57:03 3             MR. LAVERY:  We would like to call Mr. Lanterman

10:57:04 4    to the stand.

10:57:19 5             THE DEPUTY CLERK:  Please state and spell your

10:57:35 6    full name for the record.

10:57:35 7             THE WITNESS:  My name is Mark, M-A-R-K,

10:57:39 8    Lanterman, L-A-N-T-E-R-M-A-N.

10:57:39 9             MARK LANTERMAN, the witness herein, after having

10:57:39 10   been duly sworn under oath, was examined and testified as

10:57:44 11   follows: (Affirm).

10:57:58 12            MR. LAVERY:  Your Honor, may I approach the

10:58:00 13   witness?

10:58:01 14            THE COURT:  Sure.

10:58:06 15            THE WITNESS:  Thank you.

10:58:06 16                      DIRECT EXAMINATION

10:58:08 17   BY MR. LAVERY:

10:58:08 18   Q.    Good morning, Mr. Lanterman.

10:58:13 19   A.    Good morning.

10:58:14 20   Q.    Could you please introduce yourself to the members of

10:58:17 21   the jury?

10:58:17 22   A.    Good morning.  My name is Mark Lanterman and I'm the

10:58:21 23   chief technology officer of Computer Forensic Services based

10:58:25 24   in Minneapolis.

10:58:26 25   Q.    Mr. Lanterman, could you tell us a little bit more

Lanterman - Direct

10:58:28  1  about what Computer Forensic Services does?

10:58:31  2  A.    So, we are often asked to analyze electronic data

10:58:37  3  related to different matters.  For instance, we're the crime

10:58:41  4  lab -- we're the digital forensic crime lab for 38 law

10:58:47  5  enforcement agencies, but primarily we work with

10:58:49  6  corporations and law firms.

10:58:52  7  Q.    And we'll get back in a little into your experience a

10:58:55  8  little bit later, but -- or in second, rather, but can you

10:58:59  9  briefly describe your education background since graduating

10:59:01 10  high school?

10:59:01 11  A.    I have an undergraduate and graduate degrees in

10:59:06 12  computer science, and I did my post-grad work in

10:59:10 13  cybersecurity at Harvard University.

10:59:16 14  Q.    Second slide.  So, Mr. Lanterman, there's one thing

10:59:20 15  that jumps out to me on this slide.  I see you worked for

10:59:23 16  the Secret Service.  Can you tell us a little bit more about

10:59:25 17  your experience in law enforcement?

10:59:26 18  A.    I was a -- initially a police officer for a suburban

10:59:34 19  Philadelphia police department, but then when I was married

10:59:37 20  and started having a lot of kids, I relocated to

10:59:41 21  Minneapolis, and I was a sworn member -- meaning badge and

10:59:46 22  gun.  I was a sworn member of the United States Secret

10:59:50 23  Service Electronic Crimes Task Force.  So I dealt primarily

10:59:53 24  with investigating cases involving electronic evidence.

11:00:00 25  Q.    And what did you do after your work at the Secret

Lanterman - Direct

11:00:03 1    Service?

11:00:03 2    A.    I -- the service started having me give presentations

11:00:09 3    to insurance companies and corporations, and eventually they

11:00:16 4    started calling me, asking to hire me privately.  And Uncle

11:00:23 5    Sam doesn't allow that.  So, I made the decision for my

11:00:25 6    family to start my company Computer Forensic Services.

11:00:31 7    Q.    And do you have any certifications related to

11:00:35 8    cybersecurity or computer forensics?

11:00:37 9    A.    I do.  I'm certified by the Department of Homeland

11:00:41 10   Security in digital forensics as well as being certified by

11:00:45 11   the National White Collar Crime Center.

11:00:48 12   Q.    And have you published any articles related to

11:00:50 13   cybersecurity or computer forensics?

11:00:51 14   A.    I have.  I've published 108 articles on

11:00:56 15   cybersecurity, digital evidence and forensics.

11:01:01 16   Q.    And do you have any teaching experience related to

11:01:04 17   cybersecurity or computer forensics?

11:01:06 18   A.    I do.  I'm a professor at the University of

11:01:10 19   St. Thomas School of Law in Minneapolis.  I am faculty at

11:01:15 20   Hamline University in St. Paul, Minnesota.  I teach a course

11:01:20 21   at the University of Minnesota as part of their masters of

11:01:24 22   science -- or master of science, security and technology

11:01:29 23   program.  I'm also faculty at the Federal Judicial Center in

11:01:34 24   Washington, D.C., as well as the National Judicial College

11:01:38 25   in Reno, Nevada.

11:01:40  1    Q.      And how many cases have you been involved in as an

11:01:43  2    expert in cybersecurity or computer forensics?

11:01:46  3    A.      Including my criminal cases, over 2000.

11:01:52  4    Q.      Are you serving here as an expert for Waydoo, Mr.

11:01:55  5    Lanterman?

11:01:55  6    A.      Yes.

11:01:57  7    Q.      Mr. Lanterman, what are you here to talk about?

11:01:58  8    A.      I am here to offer my opinion as to when the Evolo

11:02:04  9    Report was first publicly accessible on the Internet.

11:02:08 10    Q.      And can you generally tell us what your opinion about

11:02:10 11    that is, Mr. Lanterman?

11:02:11 12    A.      My opinions, as reflected on the slide, is that the

11:02:16 13    report was created and posted on the Internet in 2009, that

11:02:24 14    starting in January of 2010, it could be found and accessed

11:02:29 15    by anyone with a computer and an Internet connection using

11:02:33 16    Google, and that it actually was accessed and downloaded at

11:02:38 17    least 25 times prior to October 10th of 2013.

11:02:45 18    Q.      And you mentioned the date, October 10th, 2013.  Do

11:02:49 19    you understand that date as being important to this lawsuit?

11:02:51 20    A.      I've been told that that is an important date.

11:02:58 21    Q.      So, Mr. Lanterman, do you recognize that link that's

11:03:01 22    on the slide here?

11:03:02 23    A.      I do.

11:03:03 24    Q.      What is that link?

11:03:04 25    A.      That is the link to download the Evolo Report.

Lanterman - Direct

11:03:10  1    Q.     So Mr. Lanterman, have you downloaded the Evolo

11:03:13  2    Report?

11:03:13  3    A.     I'm sorry?

11:03:14  4    Q.     Have you downloaded the Evolo Report yourself?

11:03:16  5    A.     Yes.

11:03:18  6    Q.     And, well, did you review the contents of the Evolo

11:03:21  7    Report?

11:03:21  8    A.     I -- I didn't read the content of the report because

11:03:27  9    it's in Swedish, and I -- I don't know Swedish.  But I did

11:03:32 10    review the metadata associated with that file.  The file is

11:03:38 11    a -- it's an Adobe PDF file, so it's like an electronic

11:03:43 12    piece of paper, and in reviewing the metadata -- and if I

11:03:48 13    could briefly explain what metadata is.

11:03:51 14          Every electronic file has associated with it two

11:03:54 15    layers of information.  The first is the content.  If you

11:03:59 16    print it out, that's the content, but the second layer is

11:04:02 17    all of the information about the file itself such as when

11:04:07 18    was it created?  When was it deleted?  When was it, you

11:04:14 19    know, last modified?  So it's all of the information about

11:04:18 20    the file itself.

11:04:21 21    Q.     And what did you learn from your reviewing the

11:04:24 22    metadata related to the Evolo Report?

11:04:26 23    A.     I learned that the Evolo Report was created on

11:04:32 24    May 14th, 2009.  It has not been modified since then.  It

11:04:37 25    was PDF printed out of a Microsoft Word document and the

Lanterman - Direct

11:04:45  1   size of the file is exactly 37,044,780 bytes, and that value

11:04:55  2   will be important in a few minutes.

11:05:01  3   Q.     And, Mr. Lanterman, can you tell us what we're

11:05:03  4   looking at on the screen here?

11:05:04  5   A.     So, my understanding is that counsel for Waydoo sent

11:05:09  6   a subpoena to Google asking Google for records pertaining to

11:05:14  7   this file.  And this is the information that Google

11:05:19  8   returned.  So, Google is telling us that the Evolo Report,

11:05:25  9   that the actual PDF file, was first seen by Google on

11:05:32 10   June 18th, 2009 and then first crawled by Google on

11:05:39 11   January 30th, 2010.

11:05:42 12   Q.     So, Mr. Lanterman, you just said a couple things that

11:05:44 13   I want a little more clarification on.  You said "first

11:05:47 14   seen," and what does that mean in relation to Google

11:05:50 15   searching?

11:05:51 16   A.     So that means that the first time that Google became

11:05:54 17   aware of that file, the first time it was seen by Google.

11:06:01 18   Q.     And you also mentioned crawling.  What can you tell

11:06:04 19   us about crawling and how it relates to Google searching?

11:06:07 20   A.     Well, that's -- that's a little more difficult to

11:06:10 21   answer because Google is inconsistent in its definitions.

11:06:15 22   So, Google has reported that crawling means it is collecting

11:06:22 23   the content of that document, and then adding it to an

11:06:28 24   index, adding it to the search engine itself.

11:06:33 25   Q.     So you just mentioned indexing, Mr. Lanterman.  And

Lanterman - Direct

11:06:38  1   so, after Google crawls something, what does it then do?

11:06:43  2   A.     It indexes it, meaning that it adds it to its

11:06:48  3   database.  It adds it to the search engine so that when you

11:06:53  4   Google it, you'll find it.

11:06:55  5   Q.     So, in order to be included in the search results,

11:06:58  6   does Google have to index a web page?

11:07:00  7   A.     Yes.

11:07:03  8   Q.     And can indexing occur at a time a web page is

11:07:06  9   crawled?

11:07:06 10   A.     I'm sorry?

11:07:07 11   Q.     Can indexing occur at the same time a web page is

11:07:10 12   crawled?

11:07:11 13   A.     And, again, Google's information in their

11:07:17 14   documentation, they -- they're not very clear, but Google

11:07:23 15   does report that when it crawls or collects data from a site

11:07:30 16   or a document that that is the time of indexing.  But, then

11:07:35 17   they also -- also identify that as a third independent step.

11:07:40 18   So, Google's information is a little confusing.

11:07:45 19   Q.     So, we've heard seen, crawled and indexed.  Can you

11:07:49 20   kind of explain how those terms relate to each other by way

11:07:53 21   of analogy?

11:07:54 22   A.     Sure.  So, I would think of it as receiving a letter

11:07:58 23   in an envelope.  So, when you receive the letter, that's the

11:08:02 24   first time you see it.  When you open the envelope and read

11:08:07 25   it, that's the first time that you're crawling it.  And then

629

Lanterman - Direct

11:08:11 1   when you your brain understands what you're reading, that's

11:08:15 2   the indexing.  That's the processing.

11:08:18 3   Q.    So in your opinion, Mr. Lanterman, when was the Evolo

11:08:24 4   Report first accessible via Google search?

11:08:26 5   A.    January 30th of 2010.

11:08:30 6   Q.    And how many years before our important date which as

11:08:34 7   a reminder is October 10, 2013, was it accessible through a

11:08:38 8   Google search?

11:08:39 9   A.    Three-and-a-half years.

11:08:45 10  Q.    I just want to ask you a quick hypothetical, Mr.

11:08:49 11  Lanterman.  Let's say it's 2011, and I'm interested in

11:08:53 12  recent developments in hydrofoil.  I boot up Google, and

11:08:57 13  would it be an appropriate Google search to return the Evolo

11:09:01 14  Report.

11:09:01 15  A.    I'm sorry, I didn't hear all of that.

11:09:04 16  Q.    Sure.  Let me just say it one more time.  It's 2011.

11:09:08 17  I'm on Google.  I want to learn more about hydrofoils.  What

11:09:11 18  would be an appropriate search, you know, with the right

11:09:16 19  search terms to return the Evolo Report?

11:09:17 20  A.    I don't know because the report is written in Swedish

11:09:22 21  and I -- I just don't understand Swedish.

11:09:26 22  Q.    Okay.  And, Mr. Lanterman, do you have -- have you

11:09:31 23  seen any other evidence that supports your conclusion

11:09:34 24  that -- regarding whether the Evolo Report was accessible

11:09:39 25  via Google?

Lanterman - Direct

11:09:40 1    A.    Yes.

11:09:42 2              MR. LAVERY:  Can we pull up DTX 327, please?

11:09:59 3    327, please.

11:09:59 4    BY MR. LAVERY:

11:10:05 5    Q.    Okay.  Mr. Lanterman, can you tell us what we're

11:10:08 6    looking at here?

11:10:08 7    A.    Sure.  So, when you run a Google search, on the

11:10:16 8    right-hand side of the response, there are three vertical

11:10:23 9    dots.  And when you click on those dots, Google will tell

11:10:28 10   you or give you more information about that search result.

11:10:34 11   And in this case -- it's in February of 20 -- 2023, this

11:10:42 12   year, February of this year -- Google reported back -- if

11:10:47 13   you can zoom in, I can't really see that very well.  It

11:10:54 14   reported back that the PDF -- that the PDF of the Evolo

11:10:59 15   Report was posted on Google 13 years ago as of February 15th

11:11:07 16   of 2023 bringing you back to 2010.

11:11:12 17             MR. LAVERY:  Go back to Slide 6, please.  Slide

11:11:22 18   6.

11:11:22 19   BY MR. LAVERY:

11:11:40 20   Q.    And is that information provided by Google that we

11:11:44 21   were just looking at before, or is that consistent with what

11:11:46 22   we see here on this screen, Mr. Lanterman?  Slide 6?

11:11:52 23   A.    It's not on the screen.

11:11:53 24   Q.    Sorry.

11:11:54 25   A.    It's okay.  It is consistent.  Now, here Google is

Lanterman - Direct

11:11:57  1    reporting that the PDF was crawled 12 years ago, but this

11:12:04  2    was returned by Google a year ago.  So, the 13 years is as

11:12:10  3    of February.  12 years is as of a year ago.  So, it is

11:12:17  4    consistent, but it says two different years.

11:12:21  5    Q.    I'd like to show you something else, Mr. Lanterman.

11:12:24  6          MR. LAVERY:  Pull up DTX 333D, please.  The next

11:12:34  7    page.

11:12:34  8    BY MR. LAVERY:

11:12:35  9    Q.    Mr. Lanterman, do you recognize this document?

11:12:36 10    A.    Yes, I've seen this before.

11:12:40 11    Q.    And where have you seen it before, Mr. Lanterman?

11:12:42 12    A.    It was sent to me as an attachment to the declaration

11:12:46 13    of Professor Kuttenkeuler, I'm sorry, Kuttenkeuler, I

11:12:53 14    believe, is his last name.

11:12:53 15    Q.    I believe it's Kuttenkeuler.

11:12:57 16    A.    I'm sorry, Kuttenkeuler.

11:12:59 17    Q.    And who is Professor Kuttenkeuler; do you know?

11:13:01 18    A.    It's my understanding that he was the professor who

11:13:05 19    oversaw the Evolo Project.

11:13:08 20          MR. LAVERY:  Can you turn to the last page of

11:13:12 21    the article, please?

11:13:12 22    BY MR. LAVERY:

11:13:15 23    Q.    Do you see that picture in the middle there, Mr.

11:13:17 24    Lanterman, and the text next to it?

11:13:19 25    A.    Yes.

Lanterman - Direct

11:13:21 1    Q.    I'd like to direct your attention to that bottom link

11:13:25 2    down there.  Do you recognize that link?

11:13:26 3    A.    Yes.

11:13:28 4    Q.    What is that link?

11:13:28 5    A.    That is the link to the Evolo Project.

11:13:33 6    Q.    And is that link the same as the Evolo Report link?

11:13:39 7    A.    Well, this is the link to the project.  The report is

11:13:48 8    a sub-attachment to that web page.  Yes.

11:13:51 9    Q.    Okay.  Mr. Lanterman, do we know if that other web

11:13:57 10   page was also accessible via Google?

11:14:01 11   A.    Yes, it was.  Google returned information stating

11:14:05 12   that that link was accessible.

11:14:10 13            MR. LAVERY:  Go to Slide 8, please.

11:14:10 14   BY MR. LAVERY:

11:14:16 15   Q.    Can you tell me what we're looking at here, Mr.

11:14:18 16   Lanterman?

11:14:18 17   A.    Yeah.  So this is the information returned by Google

11:14:22 18   pertaining to the link that you just saw in that magazine

11:14:26 19   article.  And Google reports that it first saw that URL,

11:14:31 20   that link on May 8th, 2009, and first crawled it on May 8th,

11:14:39 21   2009.

11:14:40 22   Q.    So, Mr. Lanterman, if it's August 2009 and I'm

11:14:45 23   reading that magazine article and I look at that link and I

11:14:48 24   type it into my computer, will that website be available?

11:14:52 25   A.    Yes.

Lanterman - Direct

11:14:54  1            MR. McGRAW:  Objection, Your Honor.  Outside the

11:14:56  2   scope of his report.

11:14:56  3            THE COURT:  All right.  Well, overruled.

11:15:00  4   BY MR. LAVERY:

11:15:00  5   Q.    Okay.  Mr. Lanterman, do we know if this -- if the

11:15:05  6   Evolo Report was actually accessed?

11:15:07  7   A.    We do know that it was accessed.

11:15:12  8            MR. LAVERY:  Next slide, please.

11:15:12  9   BY MR. LAVERY:

11:15:15 10   Q.    And how do we know that, Mr. Lanterman?

11:15:16 11   A.    I was provided with web logs for these -- for the web

11:15:23 12   page that hosted Professor Kuttenkeuler's course.

11:15:29 13   Q.    And what do these web logs show us, Mr. Lanterman?

11:15:32 14   Just generally, what is the information provided on them?

11:15:34 15   A.    So, generally speaking, web logs keep track of

11:15:39 16   activity pertaining to a network resource like a web page.

11:15:44 17   So, it can keep track of the IP address, the individual user

11:15:50 18   who's accessing the web page, when that access took place,

11:15:55 19   what the user was clicking on, whether or not that click was

11:16:00 20   successful.

11:16:01 21            If you've ever clicked on a link and you try to

11:16:05 22   download something and if it failed, the web log can record

11:16:09 23   whether or not it was successful or a failure.  So, it --

11:16:16 24   web logs can be very helpful in describing the activity of a

11:16:21 25   web page.

Lanterman - Direct

11:16:22 1   Q.      And Mr. Lanterman just to go back to your experience

11:16:24 2   for a second.

11:16:25 3             You know, in your experience, how many web logs

11:16:28 4   have you analyzed?

11:16:30 5   A.      Hundreds.  I would say in more than half of my cases,

11:16:36 6   I have to review web logs.

11:16:40 7             MR. LAVERY:  Next slide, please.

11:16:40 8   BY MR. LAVERY:

11:16:43 9   Q.      Mr. Lanterman, can you tell us what we're looking at

11:16:44 10  here?

11:16:45 11  A.      So, this is one example of the web log that I was

11:16:50 12  provided from the professor's web server.  And just in this

11:16:56 13  example, what it states is that a computer user originating

11:17:02 14  from that IP address on February 4th, 2012.  And then if you

11:17:11 15  go under the request, clicked on a link to a file called

11:17:18 16  evoloslutrapport.pdf.  "Get" means get me this, get me that,

11:17:24 17  so it's a request from the computer user.

11:17:30 18             The response code is 200.  That means it's

11:17:33 19  successful.  If you've ever clicked on something and

11:17:36 20  downloaded a file, that's at 200.  That's a success.  If you

11:17:40 21  click on something and if it doesn't work, then it's a 400.

11:17:43 22  So, it's just a different code.

11:17:47 23             And then the size of the PDF that was

11:17:52 24  transferred is exactly 37,44,780 bytes, which is the exact

11:18:02 25  size of the metadata of the Evolo PDF file.

Lanterman - Direct

11:18:09 1          THE COURT:  So I think we need to take a morning

11:18:11 2     break here.  So we'll take a 15-minute break until 11:30.

11:18:15 3          Can we take the jury out, please?

11:18:17 4          (Jury leaving the courtroom.)

11:18:43 5          THE COURT:  All right.  We'll be in recess until

11:18:47 6     11:30.

11:18:51 7          THE CLERK:  All rise.

11:18:57 8          (Recess was taken.)

11:30:16 9          THE COURT:  All right.  Ready to go?  Let's get

11:30:18 10    the jury.

11:30:19 11         By the way, you're Mr. Lavery, right?

11:30:28 12         MR. LAVERY:  Yes.

11:30:29 13         THE COURT:  All right.

11:31:05 14         (Jury entering the courtroom.)

11:31:23 15         THE COURT:  All right.  Members of the jury,

11:31:25 16    welcome back.  Everyone, you may be seated.

11:31:27 17         Mr. Lavery, you may continue.

11:31:27 18         MR. LAVERY:  Sure.

11:31:29 19    BY MR. THEUERKAUF:

11:31:29 20    Q.    Mr. Lanterman, I think where we left off we were

11:31:32 21    talking about this file size here that's -- that's circled

11:31:36 22    in red.

11:31:38 23         Can we just talk about that a little bit more?

11:31:40 24    A.    Certainly.  So, that's -- as you'll recall, that's

11:31:45 25    the exact same file size as the Evolo Report, the PDF file.

Lanterman - Direct

11:31:55 1  Q.     Okay.  Mr. Lanterman, these logs that you reviewed,

11:31:59 2  did they contain more than just this one entry?

11:32:01 3  A.     Yes.

11:32:05 4             MR. LAVERY:  Slide five, please.

11:32:05 5  BY MR. LAVERY:

11:32:06 6  Q.     And what can you tell us after you reviewed these web

11:32:10 7  server logs?

11:32:11 8  A.     So, the logs that I received had over half a million

11:32:16 9  entries.  It showed that the website was successfully being

11:32:25 10  interacted with.  Every single day between November of 2011

11:32:31 11  and October 10th of 2013.  There was a gap of about three

11:32:41 12  weeks in April or May of 2013.  We didn't get anything in

11:32:47 13  the logs during that period.  So, I -- I don't know why that

11:32:51 14  is.

11:32:56 15  Q.     Mr. Lanterman, I see the date that the logs start

11:33:00 16  November 2011 up here.  Do you know why that is that they

11:33:03 17  start on that date?

11:33:04 18  A.     That's just when the data that I received began.  So,

11:33:11 19  I don't know why that is.

11:33:15 20  Q.     Okay.  And specifically with the Evolo Report, or

11:33:22 21  these logs, what do they show specifically with regards to

11:33:25 22  the Evolo Report?

11:33:26 23  A.     They show that the report -- well, the logs show that

11:33:33 24  there were 5,661 unique visitors to the course website.  It

11:33:42 25  shows 120 unique visitors to the Evolo Project web page.

Lanterman - Direct

11:33:50 1    They show that there were 25 successful downloads of the

11:33:56 2    Evolo Report PDF file.

11:33:58 3              They show that 17 unique visitors had downloaded

11:34:03 4    the Evolo Report PDF file and that seven of the unique

11:34:09 5    downloaders were from the United States.

11:34:13 6    Q.    And all this happened before October 10, 2013?

11:34:16 7    A.    Yes.

11:34:19 8              MR. LAVERY:  Next slide, please.

11:34:19 9    BY MR. LAVERY:

11:34:22 10   Q.    So, Mr. Lanterman, can you just quickly summarize the

11:34:24 11   opinions you just gave?

11:34:25 12   A.    So, my opinions are the Evolo Report PDF file was

11:34:31 13   created in May of 2009.  That it was on the Internet by June

11:34:37 14   of 2009.  That it would have been searchable using Google by

11:34:43 15   January of 2010.  And that it actually was accessed prior to

11:34:51 16   October 10th of 2013.

11:34:53 17   Q.    Now, you spend a lot of time talking about Google

11:34:59 18   today.  And can you tell us why you you've spoken so much

11:35:03 19   about Google?

11:35:04 20   A.    Well, I was asked to determine when the first time

11:35:11 21   this report would have been accessible on the Internet.  I

11:35:17 22   chose to focus on Google because it's the most successful

11:35:22 23   search engine out there.  And most people that I know in my

11:35:27 24   experience, if they want to find something on the Internet,

11:35:30 25   they use Google.  So, I focused on Google.

Lanterman - Cross

11:35:34 1    Q.    And in your work in this case, do you follow methods

11:35:37 2    that are generally accepted for computer forensic

11:35:40 3    professionals?

11:35:41 4    A.    Yes.

11:35:41 5    Q.    One last question, Mr. Lanterman.  Do you know if MHL

11:35:44 6    has an expert of their own to rebut your opinions?

11:35:47 7    A.    No.

11:35:50 8         MR. LAVERY:  Thank you.

11:35:51 9                    CROSS-EXAMINATION

11:35:56 10   BY MR. McGRAW:

11:36:06 11   Q.    Good morning, Mr. Lanterman.

11:36:07 12   A.    Good morning.

11:36:08 13   Q.    Okay.  I want to start with just some clarification

11:36:11 14   on your overall opinion in this case.  And I believe you

11:36:15 15   started your testimony with the term "publicly accessible";

11:36:19 16   is that correct?

11:36:20 17   A.    Yes.

11:36:20 18   Q.    That you're here to provide an opinion as to whether

11:36:22 19   or not the Evolo Report was publicly accessible?

11:36:24 20   A.    Yes.

11:36:26 21   Q.    Okay.  And to be clear, you're not offering a legal

11:36:32 22   conclusion in this case that the Evolo Report was publicly

11:36:34 23   accessible, are you?

11:36:35 24   A.    No, I am not a lawyer.  I am not offering any legal

11:36:40 25   opinion.

Lanterman - Cross

11:36:40  1    Q.     Okay.  And when you say something is publicly

11:36:44  2    accessible in this context, would you agree that it just

11:36:47  3    means that something -- that -- that it could be something

11:36:49  4    that would be found if you knew where to look; correct?

11:36:52  5    A.     Yes, that would make it accessible.

11:36:56  6    Q.     Okay.  But you would have to know where to look?

11:37:00  7    A.     Or you could go to Google.

11:37:05  8    Q.     Okay.  And I just want to play your deposition real

11:37:08  9    quick just to make sure we're clear on what your definition

11:37:10 10    of publicly accessible is.

11:37:12 11    A.     Sure.

11:37:12 12           MR. McGRAW:  If you could pull up ML13.

11:37:15 13           (Video playing.)

11:37:15 14    BY MR. McGRAW:

11:37:20 15    Q.     And just to back up, you just said that it would have

11:37:23 16    been publicly accessible.

11:37:24 17           What is your meaning of "publicly accessible"?

11:37:28 18    A.     Well, if someone knows where to look, they would find

11:37:33 19    it.  If -- if it -- by "publicly accessible," that's

11:37:39 20    information that's not behind a pay wall.

11:37:39 21           (Conclusion of video.)

11:37:39 22    BY MR. McGRAW:

11:37:45 23    Q.     Do you agree with that testimony?

11:37:46 24    A.     Yes.

11:37:46 25    Q.     Okay.

Lanterman - Cross

11:37:49 1          Let's talk about the logs and the downloads of

11:37:52 2     the Evolo Report.  I think I just want to be clear on one

11:37:56 3     thing.  You have mentioned there were 500-something thousand

11:37:58 4     entries of log entries.

11:38:01 5          That 500,000 log entries did not just relate to

11:38:05 6     the Evolo Report, did it?

11:38:06 7     A.     No.  That was all access -- all interaction with that

11:38:12 8     web page, not specifically with the Evolo Project or the

11:38:17 9     report.  It's the course website.

11:38:20 10    Q.     Okay.  And did your report indicate how many of those

11:38:26 11    500,000 actually related to the Evolo Report itself?

11:38:30 12    A.     I believe it did.

11:38:32 13    Q.     And was it around 1,400 log entries?

11:38:36 14    A.     I -- I don't recall the exact number.

11:38:39 15    Q.     That's okay.

11:38:40 16         Do you have any reason to dispute that it's

11:38:42 17    around specifically 1,487 entries?

11:38:45 18    A.     No.

11:38:46 19    Q.     Okay.  So, let's talk about the downloads.  And I

11:38:52 20    think it was your testimony that there were 17 downloads of

11:38:55 21    the Evolo Report between 2010, when it was available, to

11:38:59 22    2013?

11:39:00 23    A.     No.  I think that there were 25 downloads but that

11:39:06 24    there were 17 unique downloaders is.  So, some would have

11:39:12 25    downloaded it more than once.

Lanterman - Cross

11:39:14 1    Q.      So, 17 unique downloaders.  There could have been

11:39:18 2    some overlap between the 17 and the 24?

11:39:20 3    A.      And the 25, yes.

11:39:22 4    Q.      25, I'm sorry, okay.

11:39:26 5            So, 17 unique downloads of the Evolo Report in

11:39:30 6    three and a half years?

11:39:31 7            That's your testimony; correct?

11:39:32 8    A.      Yes.  That is my testimony.

11:39:35 9    Q.      Okay.  Did you produce any sort of records in this

11:39:39 10   case which identifies specifically who downloaded the Evolo

11:39:43 11   Report from these 17 unique IP addresses?

11:39:48 12   A.      I would not know the individuals' names who

11:39:51 13   downloaded these.  I had to rely on the web logs.  The web

11:39:55 14   logs identified 17 unique users who downloaded that PDF

11:40:02 15   file.  But I don't know who they are.

11:40:04 16   Q.      Okay.  And I think you just answered my next

11:40:06 17   question.

11:40:06 18           You don't know who they are; correct?

11:40:08 19   A.      That's correct.

11:40:08 20   Q.      Okay.  Do you know whether it was anyone associated

11:40:12 21   with the Evolo Project that may have downloaded -- would

11:40:16 22   have been one of those 17 unique downloads?

11:40:18 23   A.      I -- I don't know.  I don't know who downloaded that

11:40:22 24   report.  I just know that it was downloaded.

11:40:25 25   Q.      Do you know how many people were working on the Evolo

Lanterman - Cross

11:40:28  1   Project?

11:40:28  2   A.     I do not know that.

11:40:32  3   Q.     Do you know how many people were involved in

11:40:34  4   preparing the Evolo Report?

11:40:35  5   A.     No.

11:40:38  6           MR. McGRAW:  If I could pull up what's been

11:40:39  7   marked as DTX 81.

11:40:39  8   BY MR. McGRAW:

11:40:48  9   Q.     And if you could take a look.  I know you said you

11:40:50 10   don't speak Swedish, but let me know if you recognize this

11:40:53 11   document.

11:40:54 12   A.     I do recognize it.  It's the Evolo Report PDF file.

11:41:01 13   Q.     Okay.  And I want to draw your attention to this

11:41:03 14   column in the middle of the screen.  And this first list,

11:41:08 15   the top list that has a header on it.  If you could do me a

11:41:12 16   favor and count the number of names on that list, starting

11:41:15 17   with Fredrik Bender down to Nils Wolter?

11:41:24 18   A.     Seventeen.

11:41:25 19   Q.     Let me clarify.  The first on the top.  Not the

11:41:30 20   second column, just the first on the top.  Because I think

11:41:33 21   there's two names there on the bottom that are actually

11:41:36 22   repeat from the top.

11:41:37 23           Just, could you verify that's Petter Delin and

11:41:40 24   Erik Jerilgård?

11:41:42 25   A.     Yes.

Lanterman - Cross

11:41:44  1    Q.     Okay.  So 15 there on the top; correct?

11:41:46  2    A.     Yes.

11:41:48  3    Q.     Okay.  And if I could draw your attention to the

11:41:50  4    bottom.

11:41:52  5           You see the names J. Kuttenkeuler and then S.

11:41:57  6    Hallstrom?

11:41:59  7    A.     Yes, I see that.

11:41:59  8    Q.     And you testified earlier that Mr. Kuttenkeuler or

11:42:02  9    Dr.  Kuttenkeuler was the head of the Evolo Project;

11:42:05 10    correct?

11:42:05 11    A.     That's my understanding, yes.

11:42:07 12    Q.     Okay.  So, that's two more names right here; correct?

11:42:12 13    A.     It appears to be, yes.

11:42:13 14    Q.     So that gives us 17 people associated with the Evolo

11:42:17 15    Project?

11:42:17 16    A.     Yes.

11:42:18 17    Q.     Okay.  So 17 people working on the Evolo Project and

11:42:25 18    17 unique downloads of the Evolo Report?

11:42:27 19    A.     That's correct.

11:42:30 20    Q.     Okay.  Do you know how the 17 unique IP addresses

11:42:37 21    came to find the Evolo Report?

11:42:38 22    A.     I don't recall.  No.

11:42:50 23    Q.     Okay.  Do you know whether they found the Evolo

11:42:54 24    Report through a Google search?

11:42:55 25    A.     I don't know.  I just know that it was publicly

644

Lanterman - Cross

11:42:59 1    available using Google.

11:43:03 2    Q.    Do you know whether anyone found the Evolo Report

11:43:06 3    through that magazine you looked at a minute ago, that

11:43:09 4    Swedish magazine?

11:43:10 5    A.    I don't know.  I don't know the identity of the

11:43:15 6    downloaders, nor do I know how they came to download that

11:43:19 7    file.

11:43:19 8    Q.    Okay.  I want to shift gears for a second.  I want to

11:43:26 9    talk about the term "persons of ordinary skill in the art."

11:43:29 10            Are you familiar with that term?

11:43:30 11   A.    No.

11:43:31 12   Q.    Okay.  And I think during your deposition you said

11:43:33 13   you had no idea what that means; correct?

11:43:34 14   A.    That's correct.

11:43:35 15   Q.    Okay.  And you didn't do any sort of analysis in this

11:43:39 16   case as to whether a person of ordinary skill in the art of

11:43:42 17   hydrofoil watercraft would have been able to find the Evolo

11:43:45 18   Report prior to October 10th, 2013, did you?

11:43:47 19   A.    I -- I'm not even sure what that means, so I -- I

11:43:52 20   don't think I did that.

11:43:53 21   Q.    Okay.  I want to talk to you about your opinion that

11:44:01 22   the Evolo Report would have turned up in an appropriate

11:44:04 23   Google search.

11:44:05 24            That is your opinion; correct?

11:44:06 25   A.    That is my opinion.

Lanterman - Cross

11:44:09 1   Q.      And I think you just said you didn't know what search

11:44:12 2   terms could be used for the Evolo Report or generate the

11:44:15 3   Evolo Report because you didn't speak -- speak Swedish;

11:44:17 4   correct?

11:44:18 5   A.      That's correct.

11:44:19 6   Q.      Is it your testimony that you would have to speak

11:44:21 7   Swedish to be able to find the Evolo Report online?

11:44:23 8   A.      No, but you would need to know the Swedish search

11:44:28 9   terms to put into Google in order to find it.

11:44:42 10  Q.      And you can't tell us an example of what an

11:44:44 11  appropriate Google search would be in this case; correct?

11:44:47 12  A.      That's correct.  I don't know.

11:44:51 13  Q.      And it's correct that -- and it's correct that you

11:44:53 14  did not perform any Google searches in this case to

11:44:56 15  determine whether the Evolo Report would turn up as a result

11:44:58 16  of the Google search?

11:44:59 17  A.      I did not.  I relied on the Google records that were

11:45:05 18  returned to form my opinion.

11:45:07 19  Q.      And you didn't do any sort of analysis whatsoever

11:45:11 20  about specific search terms that could be used that you

11:45:14 21  could put into the Google search engine that would generate

11:45:16 22  a result for the Evolo Report, do you?

11:45:18 23  A.      I did not do that.  I did not need to.

11:45:26 24  Q.      Do you know whether in 2013 a search for the term

11:45:31 25  "electric hydrofoil" would have resulted in the Evolo Report

646

Lanterman - Cross

11:45:35 1   turning up in the search results?

11:45:37 2   A.    I don't know, but I don't recall seeing that term in

11:45:42 3   the report because it's written in Swedish.

11:45:45 4   Q.    Okay.  The website that links the Evolo Report has

11:45:51 5   English in it, doesn't it?

11:45:53 6   A.    I don't recall if it does or not.

11:45:59 7   Q.    Do you have any reason to dispute that the Evolo

11:46:02 8   website has English in the website?

11:46:04 9   A.    I -- I have no reason to dispute it.  I just don't

11:46:08 10  recall.

11:46:08 11  Q.    Okay.  What about the term "eFoil"?  Do you have any

11:46:13 12  evidence that someone could have searched for the term eFoil

11:46:16 13  in 2013 and turned up the Evolo Report?

11:46:20 14  A.    I don't know if it would or not.  I don't know if

11:46:26 15  eFoil is a Swedish word or not.

11:46:30 16  Q.    What about the term "electric hydrofoil"?  Do you

11:46:32 17  have any evidence that someone would have searched for that

11:46:35 18  term and found the Evolo Report prior to October 10th, 2013?

11:46:38 19  A.    Again, the report is in Swedish, so I don't know if

11:46:43 20  English words would hit on it.

11:46:45 21  Q.    Okay.  And isn't it true that you didn't do any

11:46:48 22  research or investigation in this case as to the steps that

11:46:53 23  it would take a person of ordinary skill in the art of

11:46:56 24  hydrofoil watercrafts to go online, search, and then locate

11:47:00 25  the Evolo Report?

647

Lanterman - Redirect

11:47:01 1   A.     I didn't need to.  The information from Google

11:47:07 2   indicated that the report was accessible and then I had the

11:47:11 3   web logs from the web server showing that it actually was

11:47:15 4   accessed and downloaded.  That was enough for me.

11:47:20 5   Q.     But you would agree that while you say that the

11:47:22 6   website was accessible, that you don't know how it could be

11:47:26 7   accessed?

11:47:29 8              How it -- I apologize.

11:47:30 9              How it could have been accessed back in

11:47:32 10  October 10th of 2013, whether that is through a Google

11:47:35 11  search or knowing exactly where to go?

11:47:37 12  A.     I'm sorry.  I just don't understand the question.

11:47:42 13  I'm sorry.

11:47:43 14  Q.     Would you agree that you don't have any information

11:47:46 15  as to how someone could have actually found the Evolo Report

11:47:50 16  as of October 10th, 2013?

11:47:52 17  A.     That's correct, but I do know that they could have

11:47:56 18  used Google.

11:47:59 19              MR. McGRAW:  No further questions.

11:48:11 20              MR. LAVERY:  Go to Slide 12, please, Adam.

11:48:11 21                      REDIRECT EXAMINATION

11:48:11 22  BY MR. LAVERY:

11:48:31 23  Q.     Okay.  Mr. Lanterman, do you remember Mr. McGraw

11:48:36 24  walking you through the front page of the Evolo Report and

11:48:39 25  having you counts the number of people on the front page?

Lanterman - Redirect

11:48:42 1     A.      Yes.

11:48:45 2     Q.      And how many people were on -- listed on the front

11:48:47 3     page?

11:48:47 4     A.      Seventeen.

11:48:50 5     Q.      You said there were 17 unique downloads of the Evolo

11:48:53 6     Report; correct?

11:48:54 7     A.      That's correct.

11:48:57 8     Q.      Do you see down here on the last bullet where it says

11:49:00 9     17 unique downloaders were in the United States?

11:49:02 10    A.      That's correct.

11:49:05 11    Q.      Do you know where the Evolo Project authors, do you

11:49:09 12    know where they reside?

11:49:11 13    A.      I -- I don't, but I believe in Sweden, but I'm not --

11:49:19 14    I don't know where they live.

11:49:21 15    Q.      Okay.  Now, there was a lot of talk about an

11:49:31 16    appropriate Google search.  Mr. McGraw used specific terms

11:49:38 17    and asked you why you didn't use them.

11:49:43 18            Can you tell us why you didn't try and run a

11:49:46 19    search to find the Evolo yourself?

11:49:49 20    A.      Certainly.  So, my task was to determine whether or

11:49:55 21    not the Evolo PDF report was available, accessible,

11:50:00 22    publicly.  And based on the records returned by Google, it

11:50:06 23    was.

11:50:09 24            And based on the web logs provided by the

11:50:14 25    professor who oversaw the Evolo Project, it -- not only was

Lanterman - Redirect

11:50:21 1    that report accessible online, but it had been accessed and

11:50:25 2    it had been successfully downloaded by multiple unique

11:50:30 3    users.

11:50:31 4           At that point, that was good enough for me and I

11:50:34 5    didn't see any reason to learn Swedish or do any kind of

11:50:38 6    translations and figure out what the best search terms were.

11:50:42 7    Google says it's there, it's accessible and I have evidence

11:50:45 8    that it was accessed.

11:50:49 9    Q.    And did anything Mr. McGraw ask you or show you lead

11:50:54 10   you to change your opinions that you just gave,

11:50:56 11   Mr. Lanterman?

11:50:56 12   A.    No.

11:50:58 13   Q.    And just one more time.  Does MHL have its own expert

11:51:01 14   to rebut your opinions?

11:51:03 15   A.    No.

11:51:04 16           MR. LAVERY:  No further questions.

11:51:05 17           THE COURT:  All right.  Mr. Lanterman, thank

11:51:07 18   you.  You may step down.  Watch your step.

11:51:09 19           THE WITNESS:  Thank you, Your Honor.

11:51:19 20           MR. COLLETTI:  I'm going to call

11:51:20 21   Professor Triantafyllou, Your Honor.

11:51:22 22           THE COURT:  All right.

11:51:44 23           DEPUTY CLERK:  Please state and spell your full

11:51:52 24   name for the record.

11:51:52 25           THE WITNESS:  Michael Triantafyllou.

Triantafyllou - Direct

11:51:59  1    M-I-C-H-A-E-L  T-R-I-A-N-T-A-F-Y-L-L-O-U.

11:51:59  2            MICHAEL TRIANTAFYLLOU, the witness herein, after

11:51:59  3    having been duly sworn under oath, was examined and

11:52:08  4    testified as follows: (Affirm).

11:52:14  5                    DIRECT EXAMINATION

11:52:14  6    BY MR. COLLETTI:

11:52:23  7    Q.      It's almost good afternoon, Professor.

11:52:27  8    A.      Good afternoon.

11:52:27  9    Q.      Could you introduce yourself to the jury, please?

11:52:30 10    A.      Good afternoon.  I'm Michael Triantafyllou.  I have a

11:52:34 11    very long and difficult name, I apologize.  And I'm a

11:52:41 12    professor at MIT and I specialize in ocean engineering.

11:52:46 13            My degrees are in ocean engineering.  I started

11:52:50 14    in my native country, which is Greece, at the National

11:52:54 15    Technical University of Athens in naval architecture.  Then,

11:52:57 16    I came to MIT where I got a master's degree in naval

11:53:02 17    architecture.  Master's degree in mechanical engineering and

11:53:06 18    a doctoral degree also in ocean engineering mechanical

11:53:09 19    engineering.

11:53:10 20    Q.      And what positions do you currently hold at MIT?

11:53:13 21    A.      I am a professor in the faculty of MIT since 1979.

11:53:21 22    Currently, I'm the director of the MIT Sea Grant program,

11:53:26 23    which is a program that does its research in the ocean.  I

11:53:30 24    have about 15 people working for me and we do all sorts of

11:53:32 25    research in vehicles, in ocean protection, in many aspects

11:53:38  1   of -- of the ocean.

11:53:40  2   Q.    Do you have experience with ocean science and

11:53:43  3   engineering?

11:53:44  4   A.    Yes, I -- I spend my professional life.  So, I have

11:53:51  5   been teaching classes in ocean engineering.  Maneuvering and

11:53:56  6   control is one class, which is relevant to this -- to this

11:53:59  7   case.  And others, ocean ships and craft and submarines.

11:54:06  8   And then I have been teaching for many years two classes in

11:54:13  9   stability and control for the engineering school at MIT.

11:54:17 10   Five departments.  So, I've got that experience.

11:54:20 11          In addition, I've done a lot of research.  And

11:54:23 12   also, I'm affiliated with Woods Hole Oceanographic to test

11:54:29 13   equipment and facilities.  And I have my own laboratories as

11:54:34 14   well.

11:54:35 15   Q.    Okay.  You mentioned that you teach in your

11:54:38 16   professional life.  How many years have you been teaching at

11:54:42 17   MIT?

11:54:42 18   A.    Forty-four years.

11:54:50 19   Q.    And can you further explain your experience with the

11:54:53 20   concepts of stability and control to the jury, please?

11:54:56 21   A.    Yes.  So, I teach this in my classroom maneuvering

11:55:01 22   and control.  Maneuvering is how you can stably perform the

11:55:06 23   kind of fast forward when you want to do, whether it's a

11:55:10 24   ship, a fast hydrofoil boat, an America's Cup or a

11:55:17 25   submarine.  So, there are certain principles that have to be

11:55:21  1   followed.

11:55:21  2              In addition, as I mentioned before, I took

11:55:25  3   classes in the theory and application of control and

11:55:28  4   stability.  I have designed robots.  Actually, I'm known for

11:55:35  5   that more than anything else because one of my first robots

11:55:41  6   is now on exhibit at the Science Museum in London.  It's a

11:55:45  7   robot that swims like a fish, so it was big fun for me and

11:55:48  8   my students.  It's called biomimetics and it uses a big foil

11:55:53  9   to propel itself like the fish.

11:55:56 10              DEPUTY CLERK:  Professor Triantafyllou, could

11:55:57 11   you speak up just as best you can.

11:56:01 12              THE WITNESS:  Certainly.

11:56:01 13              DEPUTY CLERK:  The microphone is right there, if

11:56:03 14   you want to.

11:56:04 15              THE WITNESS:  Oh, all right.

11:56:11 16   BY MR. COLLETTI:

11:56:11 17   Q.    I think if you lean in a little bit, Professor, that

11:56:14 18   might help with the volume.

11:56:15 19   A.    Okay.  Is it better?

11:56:18 20   Q.    Yeah.  Just got to get that -- get the balance

11:56:20 21   between too close and too far.

11:56:22 22              So, can you -- what is your experience with

11:56:25 23   ocean systems that specifically use hydrofoils?

11:56:27 24   A.    Okay.  Out of my scientific publications, about 30

11:56:32 25   are dedicated to the use of foil specifically for propulsion

Triantafyllou - Direct

11:56:38 1    and for maneuvering, whether it's surface ships or

11:56:43 2    underwater vehicles or robots.

11:56:45 3            I have also three patents on self-propelled

11:56:49 4    craft.  And I have directed as a principal investigator a

11:56:57 5    program on developing very fast hydrofoils to go 100 miles

11:57:01 6    per hour, which is beyond any possibility today.  They lift

11:57:06 7    themselves up, much like this -- foils we're talking about

11:57:10 8    today.  But this speeds is unimaginable for a larger boat.

11:57:14 9    So we've done that, too.

11:57:16 10           And I teach, as I said in all my classes, the

11:57:21 11   principles of using foils, stability and control.

11:57:26 12           By the way, we teach every year about ten Navy

11:57:31 13   officers who come to my people at Indiana State.  These are

11:57:34 14   the technical officers from the Navy.  So most of the

11:57:38 15   admirals in the Navy today have come through our program

11:57:40 16   to -- to be educated in ocean engineering.

11:57:48 17   Q.    So, you have specifically built and tested watercraft

11:57:52 18   systems?

11:57:52 19   A.    Yes, I have.  The latest is a vehicle called

11:57:57 20   Morpheus.  It's an underwater vehicle which uses deploy of

11:58:02 21   fins much like the sailfish, like a big fin out to maneuver

11:58:07 22   much faster.  That's how these vehicles do.  So we took a

11:58:10 23   vehicle that was going -- turning very slowly and now it

11:58:14 24   turns on a dime.  So, we're using foils extensively for

11:58:18 25   this.

654

Triantafyllou - Direct

11:58:20  1    Q.      Now, have you prepared some slides for today?

11:58:23  2    A.      Yes.

11:58:23  3            MR COLLETTI:  Okay.  I'd like to go to the next

11:58:26  4    slide, please.

11:58:26  5    BY MR COLLETTI:

11:58:27  6    Q.      What were you specifically assigned or requested to

11:58:31  7    do with regard to this case?

11:58:33  8    A.      Yes, I was asked some very specific tasks.  The first

11:58:37  9    is to assess whether the MHL analysis on infringement was

11:58:45 10    applicable, correct, was applicable, to check whether they

11:58:53 11    had already been invented such a file before the patents,

11:59:00 12    whether previous inventions made this invention obvious, and

11:59:08 13    finally if there is another area that is -- for invalidity.

11:59:11 14    Q.      Okay.  And can you give us a summary of your opinions

11:59:14 15    before we get into the details of those opinions?

11:59:17 16    A.      Yes.  As I will explain in detail, I -- the MHL's

11:59:24 17    analysis does not prove infringement as I will explain.  The

11:59:29 18    Evolo Report has produced the first eFoil in my view after

11:59:36 19    analyzing the report.  And as for obviousness, Woolley and

11:59:43 20    Namanny combination, the two patents with that name, could

11:59:46 21    be combined to produce such an electric vehicle.  I have a

11:59:51 22    problem with the patents that I don't think they enable

11:59:55 23    someone to design a vehicle for the reasons that I will

11:59:57 24    explain in my -- in my testimony.

12:00:00 25    Q.      Okay.  So, let's spend a little bit of time now

655

Triantafyllou - Direct

12:00:03 1    talking just generally about hydrofoil technology, and if we

12:00:08 2    go to the next slide, can you generally explain what a

12:00:12 3    hydrofoil watercraft is?

12:00:15 4    A.     So, this is an old idea.  There was a guy in Italy

12:00:20 5    called Forlanini in 1906 and he went to a lake in Italy and

12:00:25 6    he took a boat on much like this boat but much smaller and

12:00:32 7    much faster.  So for the first time he demonstrated that if

12:00:35 8    you get out of the water, if you manage to lift yourself up,

12:00:39 9    it will go faster because you don't have all this resistance

12:00:42 10   from the water.

12:00:45 11          And then this idea was taken up by military

12:00:47 12   craft.  So this one that you see on the right is a sketch,

12:00:53 13   which I think in the next slide we have a photo of it.

12:00:57 14   There it is.  There are hydrofoils which are wings like the

12:01:03 15   airplanes' wings which produce the lift to force up.  And so

12:01:07 16   they take all the weight and the whole thing comes out of

12:01:09 17   the water, but it has to be fast in order to do that.

12:01:12 18          And that way you gain a lot in terms of fuel.

12:01:18 19   This idea was taken up by the America's Cup boats.  If

12:01:21 20   you -- if you're familiar with it, this is a competition

12:01:24 21   worldwide, who will be the fastest race in boat.  And the

12:01:29 22   United States usually wins.  Actually that's the why it was

12:01:34 23   called the America's Cup.

12:01:35 24          So, in 2013 for the first time, they made this

12:01:41 25   sailing boat doing something different.  They rose out of

Triantafyllou - Direct

12:01:45 1    the water.  How?  With these fins just like here.  It went

12:01:50 2    50 miles per hour which is unimaginable with classical

12:01:53 3    boats.  They go 10, 20, 25, not 50.  And then it was the end

12:01:58 4    of classical sailing for competitions.  So it's a very good

12:02:01 5    idea.  It's been around, and it's very well tested.

12:02:06 6    Q.    I'd like to spend a little more time talking about

12:02:09 7    the difference between the hydrofoil watercraft and the

12:02:13 8    hydrofoil wing.  Can you explain further what that

12:02:19 9    difference is?

12:02:19 10   A.    They -- usually we say hydrofoil which looks like

12:02:24 11   the -- the airplanes have wings.  And sometimes we call it

12:02:29 12   the hydrofoil wing.  So, hydrofoil wing is the nomenclature.

12:02:35 13   We know that this boat is based on fins.  I apologize if I

12:02:38 14   repeat some of the things you've heard, but it will help me

12:02:40 15   a little bit when we go further down.  Okay.

12:02:44 16   Q.    And how does the boat lift out of the water using

12:02:46 17   that hydrofoil technology?

12:02:48 18   A.    So, we need to understand a little bit about foils.

12:02:52 19   And that will be an important point on --

12:02:58 20   Q.    So we can go to the next slide?

12:03:02 21   A.    Let's move one -- one more.

12:03:09 22   Q.    Before we get to stability, professor, what I'm

12:03:12 23   asking you to discuss is the -- is there a similarity

12:03:17 24   between hydrofoil wings and airplane wings?

12:03:20 25   A.    Yes.

Triantafyllou - Direct

12:03:22 1   Q.      And can you explain that similarity for the jury?

12:03:24 2   A.      Yes.  Thank you, counselor.

12:03:27 3          So, if I can have your attention, please, I will

12:03:31 4   not be technical.  It will be -- it will be very practical,

12:03:36 5   in fact.  And if I may say so, the next time you will fly,

12:03:41 6   you may remember what I said and feel even better that the

12:03:44 7   planes are very stable and safe.

12:03:48 8          Okay.  So, it will be a couple slides that look

12:03:50 9   like heavy waves and the like, but I will tell you what we

12:03:53 10  get out of this.  So, you see here on the left an airplane.

12:03:57 11  It has a wing in the front, that long wing.  And then

12:04:02 12  another one in the back.  They -- I don't know if we have a

12:04:07 13  laser.

12:04:11 14          MR. COLLETTI:  Do we have a laser?

12:04:20 15          THE WITNESS:  I -- I might need to get a new

12:04:24 16  battery, too.  I think it's absorbing the light.  Anyway,

12:04:45 17  there is the front wing, the long wing that you see in the

12:04:48 18  front.  So, what exactly --

12:04:51 19          THE COURT:  Hold on a minute.

12:05:01 20          THE WITNESS:  It's the kind of the material of

12:05:03 21  the -- of the projector that absorbs the light.

12:05:08 22          MR. COLLETTI:  Okay.

12:05:09 23          THE WITNESS:  So I won't be pointing.  Is it

12:05:15 24  possible that I go near?

12:05:16 25          THE COURT:  I'm sorry.

Triantafyllou - Direct

12:05:17  1            THE WITNESS:  Is it possible that I go near

12:05:19  2    the --

12:05:19  3            THE COURT:  Yeah, yeah.

12:05:20  4            THE WITNESS:  Oh, okay.  Great.

12:05:25  5            I will be very loud.

12:05:31  6            THE COURT:  And deputy clerk might have a

12:05:34  7    pointer that actually works.

12:05:36  8            DEPUTY CLERK:  It works.  You can try that.

12:05:38  9    Just pull that button down.

12:05:40 10            THE WITNESS:  Oh, okay.  So, this is the wing.

12:05:44 11    This wing, if I make a cut through it, it has this shape.

12:05:52 12            DEPUTY CLERK:  Can you speak up just a little

12:05:54 13    bit?

12:05:54 14            THE WITNESS:  So it has this shape.  You can do

12:05:57 15    two things.  You can go fast with a plane or you can then

12:06:02 16    glide.  And if the nose of the -- lift the nose of the plane

12:06:06 17    up.

12:06:06 18            So, we call this inclination the tilting back.

12:06:12 19    Inclination angle of the patent.

12:06:16 20            And there is the speed U which is the speed of

12:06:21 21    the plane.  Two things, the incline of the plane and the

12:06:25 22    speed comes.  That produces lift.  That's the basis of how

12:06:30 23    planes fly.  Okay.

12:06:33 24            Why?  There are explanations in mechanics.  What

12:06:38 25    we need to know right now is that this lift force you see

Triantafyllou - Direct

12:06:44  1    here down at the bottom, what's -- it says $L_1$ -- is equal to

12:06:48  2    something which are the size of the wings, the water density

12:06:53  3    and the like times the velocity, $u^2$.  What does it mean

12:06:57  4    squared.  If it's five -- no, it is 5 times 5, 25.  If it's

12:07:01  5    10, it's a hundred.  It goes up quick.  L times the angle, 5

12:07:06  6    degrees.  You get the lift.  Then degrees, you get twice the

12:07:10  7    lift.

12:07:12  8           Okay.  So when the pilot wants to go up, lifts

12:07:16  9    the angle up like that.  If it goes fast, it has to do it at

12:07:22 10    half the angle or a quarter of the angle.  If you remember

12:07:26 11    this, I will explain in a minute.  What's so special about

12:07:33 12    the foil developed to airplanes -- so if I can go to the

12:07:37 13    next.

12:07:39 14    BY MR. COLLETTI:

12:07:39 15    Q.    Professor, if we go back one slide just for a moment,

12:07:43 16    this looks complicated, so I just want to make sure that we

12:07:46 17    have the takeaway from this -- from this slide -- from this

12:07:49 18    formula.  What does -- what does the jury need to understand

12:07:54 19    with regard to this slide?

12:07:56 20    A.    Primarily what we need to remember is that this force

12:08:02 21    up goes up with the speed and how inclined the wing is.

12:08:10 22    Very simple.  Okay.  You can do it -- either go faster, you

12:08:14 23    get more speed, or you can incline more.  Either way.  If

12:08:18 24    you do both, it goes way up.

12:08:20 25    Q.    Okay.  So, in this formula, U is speed; correct?

Triantafyllou - Direct

12:08:24  1    A.     U is speed.  Alpha is inclination, how tilted you

12:08:28  2    have this wing.

12:08:28  3    Q.     Right.  So as the speed gets larger, if you go from 8

12:08:32  4    knots to 9 knots, what happens to the lift?

12:08:36  5    A.     Eight knots gives you 64.  Nine knots gives you 81.

12:08:41  6    It goes faster than just -- you do 10 percent increase, you

12:08:46  7    get 20 percent more lift.  It's a good deal.

12:08:49  8    Q.     Okay.  Next slide, please.

12:08:51  9           What are you illustrating here, professor?

12:08:56 10    A.     So, that is what an eFoil is; right?  It's a graph

12:09:01 11    that has two foils down at the bottom, the way we know it

12:09:04 12    today.  And there is a rider on the top.  The first thing

12:09:10 13    that strikes you is this rider is way out on the left.

12:09:14 14    Okay.

12:09:15 15           It's not sitting back.  It's not sitting in the

12:09:17 16    middle.  It's not sitting way, way back, as we think it

12:09:20 17    would be more safe.  Why does he or she have to move

12:09:24 18    forward?  Okay.

12:09:29 19    Q.     Next slide, please.

12:09:32 20    A.     No, let's stay into this.  So, what he's doing is a

12:09:37 21    seesaw.  In other words, there are two faults.  You see them

12:09:40 22    down on the bottom.  One says $L_{11}$  The other is $L_2$.  Guess

12:09:45 23    what?  This falls like in airplanes.  The front one is

12:09:49 24    inclined like that, and the one in the back is inclined the

12:09:52 25    other way.  It's pulling down.  So it's like a seesaw.  The

661

Triantafyllou - Direct

12:09:57  1    big foil, the $L_1$ holds everything up.  The rear foil goes

12:10:03  2    down and the rider on the left goes down the other way.

12:10:06  3    It's like when you are in the -- in a playground with your

12:10:09  4    kids.  You sit on one end, and at the other end is your kid.

12:10:13  5    You balance out --

12:10:15  6    Q.    Okay.

12:10:15  7    A.    -- by having the distance.

12:10:16  8    Q.    Yeah.  Let me see if I understand that, professor.

12:10:19  9    So there's two hydrofoil wings here; is that correct?

12:10:23 10    A.    Yes.

12:10:24 11    Q.    Okay.  With $L_1$, you're showing an upward force on

12:10:28 12    that front wing; correct?

12:10:29 13    A.    Correct.

12:10:30 14    Q.    Okay.  And with $L_2$ you're showing a downward force?

12:10:32 15    A.    Yes.

12:10:33 16    Q.    Okay.  And what is the significance of those

12:10:36 17    hydrofoil wings with regards to operating the hydrofoil?

12:10:41 18    A.    This is how airplane -- airplanes with two wings are

12:10:46 19    made.  And in this case, we need to do it here for the

12:10:52 20    reason that the next slide will show you.

12:10:55 21    Q.    Okay.

12:10:56 22    A.    So what is this humongous expression?  It's something

12:11:00 23    that I wrote in my report.  It's out there for a year.  This

12:11:04 24    is what you've heard about the static stability measure.

12:11:09 25    You've heard about static stability.  In mathematics if you

Triantafyllou - Direct

12:11:13  1    write down, it comes out to this, the green bracket

12:11:19  2    quantity, the blue and then to the right is what, our

12:11:21  3    friend, $U^2$, the velocity squared.  This --

12:11:28  4    Q.    Okay.

12:11:28  5    A.    -- is true for the eFoil.  So, again, remember the

12:11:32  6    bottom line.  The green recorded C so we don't have to write

12:11:37  7    it down because it's -- the blue I wrote as capital D so we

12:11:40  8    don't have to remember.  $U^2$.  When you go slow, C is big.

12:11:49  9    It's positive.  It's bad, because you have a positive,

12:11:53 10    meaning you tilt and that will capsize you.

12:11:56 11             The faster you go, D times $u^2$ will conspire to

12:12:01 12    make it big and it becomes a negative.  So, remember I told

12:12:06 13    you that you will feel better when you are on an airplane?

12:12:11 14    Q.    What do you mean by that, professor?  What concept

12:12:14 15    are you trying to illustrate to the jury when you talk about

12:12:18 16    feeling better on an airplane?

12:12:19 17    A.    In an airplane, this capital C is zero.  So it's

12:12:24 18    always stable.  But for an eFoil it's not.  And why?  If we

12:12:29 19    look at the green term, it says WW is the weight.  The more

12:12:33 20    weight, the more heavy you are, the worse it is.  And Z is

12:12:36 21    how high you are.

12:12:38 22             Okay.  In an airplane where do you sit?  You sit

12:12:42 23    inside the plane.  Z is almost zero.  Okay.  So, why do I

12:12:48 24    need the -- this term?  Because these foils have the unique

12:12:55 25    difference from airplanes.  You are going to hear that these

663

Triantafyllou - Direct

12:12:57  1    are similar to airplanes.  Yes, they are.  They have the

12:13:00  2    same wings.  They have the same arrangement, but the guy

12:13:05  3    sitting on top, way on top.  And he gets this extra term

12:13:09  4    which for low speeds makes it unstable.

12:13:16  5    Q.    So, again, it's a complicated slide at least for me,

12:13:19  6    professor.  And when you -- when you're showing you here,

12:13:22  7    that's the speed and what is -- what does the jury need to

12:13:25  8    understand when regard to this -- to this formula as it

12:13:29  9    relates to hydrofoils?

12:13:31 10    A.    So, basically remember that this formula is how you

12:13:37 11    write in mathematics whether it's stable or unstable.  And

12:13:41 12    if it comes out with this term in the bottom, C minus $Du^2$.

12:13:48 13    When U is small, C takes over.  It's unstable.

12:13:49 14           When U is big, C times $U^2$ is bigger than C, it's

12:13:55 15    negative.  It is good.  Okay.

12:13:56 16           So, if you make the front foil and the back to

12:14:00 17    have different inclinations, eventually you will become

12:14:04 18    stable statically in pitch.  That is enough.  All the planes

12:14:10 19    use it.  Okay.

12:14:13 20           But for this foil, it's not true for small

12:14:17 21    speeds because you have that -- the W and Z.  So I will make

12:14:23 22    a lot of comments where was the center of gravity.  Remember

12:14:27 23    the center of gravity we talked about yesterday.  Where is

12:14:30 24    my center of gravity?  Where is your center of gravity?  Out

12:14:33 25    on the belly button, halfway up.

Triantafyllou - Direct

12:14:34  1       So you sitting on top of the -- of that foil.

12:14:38  2  It's way up there.  That's what that C is there.  It's bad

12:14:42  3  for stability.  Okay.

12:14:45  4  Q.    Okay.

12:14:46  5       MR COLLETTI:  Next slide, please.

12:14:46  6  BY MR COLLETTI:

12:14:48  7  Q.    Okay, you put together this illustration and it's a

12:14:51  8  little simpler than the previous slide.

12:14:53  9       Can you explain for the jury here what -- what

12:14:57  10  we're talking about with regard to the hydrofoil with regard

12:15:00  11  to speed?

12:15:02  12  A.    So, if you decided to take a hydrofoil, but it and

12:15:05  13  you go out and try it, you will know that when you start the

12:15:10  14  foil cannot LIFT itself up.  Remember, $u^2$.  To get enough

12:15:14  15  LIFT, you have to go fast.  So, so just to go above the

12:15:19  16  water, you have to go up at some speed.

12:15:21  17       Then you get out of the water.  If you get too

12:15:23  18  early, what happens?  You're unstable and you capsize.

12:15:27  19  Eventually, if it's a well-designed foil, if, you'll have a

12:15:33  20  nice -- a nice ride.

12:15:37  21  Q.    Okay.  Professor, before we get to the next slide, I

12:15:40  22  want to talk a little bit about stability.

12:15:43  23       Do you have an understanding of what that term

12:15:46  24  means with regard to -- well, with regard to this case, have

12:15:51  25  you -- have you reviewed the court's definitions with regard

Triantafyllou - Direct

12:15:54  1   to stability?

12:15:55  2   A.    Yes, and I will restrict only my attention to the

12:15:59  3   court's -- which is what I knew even before this case

12:16:02  4   started.  But specifically for this, static stability is

12:16:06  5   when you get a small disturbance.  You tend to go back.

12:16:12  6   Simply that, one millisecond after.

12:16:14  7          And what's dynamic stability?  After some time

12:16:18  8   passes, you go back to where you were.  Okay.

12:16:23  9   Q.    Okay.  So you -- and you understand that the court

12:16:27 10   has construed static stability in this case?

12:16:29 11   A.    Yes.

12:16:30 12   Q.    And you understand that it's also construed dynamic

12:16:32 13   stability; correct?

12:16:33 14   A.    Yes.

12:16:35 15   Q.    Okay.  Now, is overall stability, is that -- what is

12:16:38 16   overall stability compared to both static and dynamic?

12:16:43 17   A.    Overall stability means static and dynamic together.

12:16:48 18   Q.    Okay.  And is your understanding of stability

12:16:50 19   consistent with the Court's definition in this case?

12:16:53 20   A.    Yes.

12:16:55 21   Q.    And is your definition of static stability consistent

12:16:57 22   with the Court's definition in this case?

12:16:59 23   A.    Yes.

12:17:02 24   Q.    Okay.

12:17:02 25          MR COLLETTI:  So if we could turn to the slide

12:17:05 1  14.

12:17:05 2  BY MR COLLETTI:

12:17:10 3  Q.     Now, I want to talk a little bit more about stability

12:17:14 4  and you've mentioned the importance of speed.

12:17:18 5          Is that right?

12:17:18 6  A.     Yes.  This may be technical terms, but now that

12:17:26 7  you've seen those slides, we understand.  We said this guy

12:17:29 8  sitting in front because it's a seesaw.  Okay.  Remember the

12:17:32 9  big LIFT which is the big foil, which is the front one, is

12:17:37 10  going to give the big force.  The small one in the back is

12:17:40 11  going to pull you down.  So you have to be up front to

12:17:42 12  balance out, with hands.

12:17:43 13          As the speed changes, you have to move further,

12:17:47 14  further up front.  Okay.  That's what makes riding more

12:17:51 15  difficult.

12:17:52 16          Which means it's never the same.  You always

12:17:56 17  move.  If you go slow, you're further back.  As you're

12:18:00 18  moving faster, you move further forward.

12:18:02 19          So, you remember this picture of the guy being

12:18:07 20  up -- way up front.  Keep it because it's important for when

12:18:11 21  we discuss Evolo and everything else, and what's -- what's

12:18:15 22  important about the various issues.

12:18:18 23          Remember, also, the center of gravity moves,

12:18:21 24  does not stay the same.  Why do I say this?  Well, have you

12:18:25 25  ever heard the pilot in an airplane say, guys, move up front

667

Triantafyllou - Direct

12:18:29 1   because I want you -- I want the center of gravity to move

12:18:31 2   forward?  Never, right?  Well, the pilot will never move the

12:18:38 3   center of gravity.  He will never ask the people to move

12:18:40 4   back and forth.

12:18:41 5           So how does an airplane do it?  Well, the

12:18:43 6   airplane has those other wings that the pilot controls.  The

12:18:49 7   elevators.  And that's how the center of gravity in an

12:18:53 8   airplane stays the same.  And as we said, next time you

12:18:56 9   travel, you know that the airplane is very stable.

12:19:01 10  Q.    Okay.

12:19:01 11  A.    Nobody is hanging out way up there.

12:19:04 12          So, but the important thing is big difference

12:19:07 13  from airplanes.  So, when you hear the patents say CM equals

12:19:13 14  $C_{m0}$ plus $C_{m-alpha}$  and the like, above the center of gravity?

12:19:21 15          And now, eventually, you will ask:  What's so

12:19:25 16  big about the center of gravity?  Why do we care about it?

12:19:29 17  Why so important?  We have a foil.  It has propellers.  It

12:19:33 18  has batteries, everything else.  Why is the center of

12:19:39 19  gravity so important?

12:19:40 20          Well, the basic law in mechanics is a law that

12:19:44 21  says everything has to be about the center of gravity.

12:19:47 22  That's why.  Okay.  There's nothing we can do about it.

12:19:51 23  Q.    So, what's the importance specifically, Professor,

12:19:54 24  though, to the center of gravity with regard to a -- a

12:19:58 25  hydrofoil?

668

Triantafyllou - Direct

12:19:58 1   A.      Well, in the -- in the hydrofoil, that is the

12:20:02 2   difference with airplanes.  The center of gravity moves as

12:20:07 3   you go at different speeds because the rider has to move

12:20:11 4   back and forth.  And for these reasons, as mentioned in

12:20:16 5   Anderson and as mentioned in my report many times and

12:20:19 6   Hoerner and Borst, in these cases, we have to recalculate

12:20:27 7   every time about the actual position of the center of

12:20:27 8   gravity.

12:20:29 9          The guy moves, you have to go with this guy

12:20:31 10  because Newton's law says so.  Not because we like it but

12:20:35 11  that's the law of physics.  Different law than the -- the

12:20:39 12  law here.

12:20:41 13  Q.      Do the patents discuss this center of gravity

12:20:44 14  concept, Professor?

12:20:46 15  A.      The patents, like the books, talk about the center of

12:20:51 16  gravity, but they take it to the next concept.  In

12:20:56 17  airplanes, as we say, it's constant.  It's take it slowly.

12:20:58 18  And then we -- remember, you burn the fuel, it changes a

12:21:01 19  little bit.  But the pilot has this elevator wings and many

12:21:06 20  other wings to do the balancing.

12:21:09 21         Here, we don't.  The only thing that can happen

12:21:11 22  is the guy has to move back and forth.

12:21:16 23  Q.      Okay.

12:21:17 24         MR COLLETTI:  So go to the next slide, please.

12:21:22 25  A.      So, a simple analogy of what I just said is the

669

Triantafyllou - Direct

12:21:24  1    bicycle.  What's so similar with the bicycle?  Well, when

12:21:29  2    you go slow, you fall.  When you go fast, it stabilize.  So,

12:21:37  3    all it takes is to develop the ability to know how to get

12:21:40  4    from standing to riding and then it becomes stable.

12:21:45  5              Okay.  So, remember -- and, in fact, there are

12:21:50  6    more similarities than you think.

12:21:52  7              When you do the math, there's similarities with

12:21:54  8    what I just said.  So, a simple bicycle is a good analogy

12:21:59  9    here.

12:21:59 10    Q.    When you say "a good analogy," you're drawing an

12:22:01 11    analogy between a hydrofoil and a bicycle?

12:22:03 12    A.    Yes.  Like a bicycle, there is no stable and unstable

12:22:07 13    bicycle.  If I go fast, it's stable.  If I go slow, I'm

12:22:11 14    going to fall.  I have to put my leg out.  Same with the

12:22:16 15    eFoil, for reasons that we just analyzed.

12:22:20 16    Q.    Okay.  So, I understand that analogy between the

12:22:23 17    bicycle and the hydrofoil for speed.

12:22:26 18              Is there a similar analogy with the bicycle and

12:22:30 19    the hydrofoil for the skill of the rider?

12:22:32 20    A.    Yes.  If someone is very acrobatic, I've seen people

12:22:36 21    even standing up and being able to other people do

12:22:41 22    motorcycles, okay.  There's no stability there, but they

12:22:44 23    still can do it.  So, the skill of the rider plays a big

12:22:48 24    role, yes.

12:22:48 25    Q.    Okay.  And how about weight?  Does weight also have a

Triantafyllou - Direct

12:22:53 1    role with regard to this analogy between the hydrofoil and

12:22:56 2    the bicycle?

12:22:57 3    A.    Yes.  If someone overweight goes onto a tiny bicycle,

12:23:01 4    it will have a very hard time standing up at slower speeds.

12:23:05 5    Q.    Okay.  Before we move into your opinions, are there

12:23:08 6    any other general concepts relating to hydrofoil technology

12:23:11 7    that you'd like to mention to the jury?

12:23:14 8    A.    I try to distill down what is the big difference

12:23:18 9    between airplanes and eFoils, okay.  So, I focused on that.

12:23:24 10   So, what comes out of this -- this idea that the foil is --

12:23:33 11   the speed plays a big role.  That's what you remember.  And

12:23:37 12   stability requires the math, see.  So, the rider can be

12:23:43 13   ahead of the front foil, which is a little peculiar.  Okay.

12:23:48 14          When I first saw it myself, okay, I was

12:23:49 15   surprised.  Why is the guy hanging up there?  Isn't he going

12:23:53 16   to fall?  Why not sitting in the back between the foil?  He

12:23:57 17   comes out between the foils, not stable.  You have to be up

12:23:59 18   front.

12:24:00 19          Okay.  And we'll find out more about it as we go

12:24:03 20   along.

12:24:04 21   Q.    Okay.  So, let's get to your opinions.  Let me ask

12:24:07 22   you this first, Professor.

12:24:09 23          Were you in the -- in the courtroom yesterday

12:24:11 24   when Mr. Barry was testifying?

12:24:14 25   A.    Yes.

12:24:15  1   Q.      Okay.  And did you hear his opinions with regard to

12:24:19  2   the patents?

12:24:19  3   A.      Yes.

12:24:21  4   Q.      Okay.  Now, did you hear his analysis with regard to

12:24:27  5   whether or not the Waydoo boards infringe?

12:24:28  6   A.      Yes, I did.

12:24:30  7   Q.      Okay.  Do you agree with that analysis?

12:24:33  8   A.      Well, I have disagreements with his analysis.

12:24:37  9   Q.      I am sorry.

12:24:38 10   A.      I have disagreements with his analysis.

12:24:40 11   Q.      I didn't hear that?

12:24:40 12   A.      I have disagreement with his analysis.

12:24:42 13   Q.      Disagreements with his analysis.

12:24:43 14           So what I would like to do is for you to explain

12:24:48 15   your disagreement with his analysis with regard to

12:24:51 16   infringement.

12:24:51 17   A.      Yes.  So, first, let's do static analysis.  Static

12:24:58 18   analysis, I know it's technical.  It requires finding these

12:25:03 19   derivatives.  The problem I have with the analysis by

12:25:08 20   Mr. Barry is that he does his analysis without considering

12:25:12 21   the fact that the center of gravity moves back and forth, as

12:25:15 22   I explained.  That's the basic disagreement I have.

12:25:18 23           You have to recalculate this.  With the

12:25:21 24   exception of CM0, which is a pure moment, the -- all the

12:25:25 25   others change with the center of gravity.  In addition, as

Triantafyllou - Direct

12:25:31 1    this book by Etkin and Reid mentioned, I mentioned many

12:25:35 2    times, Mr. Barry mentions it.

12:25:41 3            All these motions are called.  In other words,

12:25:43 4    you remember those videos when sometimes falling.  What

12:25:46 5    happens?  The nose goes up, and at the same time, the whole

12:25:50 6    thing goes up and then goes down and moves down.  It's never

12:25:54 7    like a duck on the waves going like this.  It's going up and

12:25:59 8    down and pitching and heaving, as we say, together.

12:26:03 9            They go hand in hand.  So, when we say it

12:26:08 10   returns to its original position, it doesn't mean it goes to

12:26:11 11   its original pitch position because the pitch is the

12:26:15 12   surface.  It could be everything.  That's what stability is.

12:26:18 13   Okay.

12:26:19 14           What good is it to me to be level and shoot up

12:26:23 15   in here.  So, the standard reference from Etkin and Reid

12:26:29 16   says, you want to check stability, this is what you have to

12:26:33 17   do.  $C_{m-alpha}$ is not sufficient.

12:26:37 18           You have to take this whole expression that you

12:26:40 19   see.  And when you use a code, a program, like -- like

12:26:45 20   Mr. Barry, you can find this derivative.  Or you can -- you

12:26:50 21   can calculate them yourself and get this derivative.

12:26:54 22           So, $C_{m-alpha}$ is not enough.  Let alone the fact

12:26:58 23   that $C_{m-alpha}$ is varied with speed, which I can see.

12:27:02 24   Q.    So, Professor, let me try to unpack that a little

12:27:05 25   bit.  Okay.  So, with regard to static stability, are you --

Triantafyllou - Direct

12:27:13 1   what is your disagreement with Mr. Barry's analysis?

12:27:18 2   A.     That the way he calculated it, he did not account for

12:27:22 3   the position of the center of gravity which infringes this

12:27:27 4   $C_{m-alpha}$ .

12:27:29 5   Q.     Okay.

12:27:30 6   A.     And in addition, having done that -- not done that,

12:27:33 7   he just produces $C_{m-alpha}$ .  He should have done the complete

12:27:37 8   analysis for the static element.  So he provides this --

12:27:41 9   these derivatives.  As I mentioned, these derivatives he

12:27:47 10  uses, he gets the same answer because he doesn't move the

12:27:51 11  center of gravity.  There's no magic into that.

12:27:54 12  Q.     Okay.  With regard to these stability derivatives

12:27:58 13  that he calculated, what is your opinion with regard to

12:28:05 14  whether that is -- whether those stability derivatives are

12:28:08 15  sufficient to show static stability?

12:28:10 16  A.     I think it's insufficient at this point to talk about

12:28:14 17  static stability and here's the other issue that I just

12:28:17 18  mentioned.  By the way, standard books show that if you have

12:28:23 19  a high center of gravity, for example, Covlins (phonetic) is

12:28:29 20  a standard reference.  $C_{m-alpha}$ , which is shown here, it's

12:28:33 21  varying with the speed with specific cuts which can be

12:28:39 22  produced.

12:28:39 23  Q.     Okay.  Now, yesterday you also heard Mr. Barry's

12:28:42 24  opinions with regard to dynamic stability.  Right?

12:28:45 25  A.     Yes.

674

Triantafyllou - Direct

12:28:46  1    Q.     Okay.  And it was -- it was -- with regard to dynamic

12:28:51  2    stability, do you agree with his -- his analysis there?

12:28:55  3    A.     No, actually in his analysis Mr. Barry showed that

12:29:00  4    the craft is unstable.  He tried to explain it afterwards

12:29:03  5    why although it's unstable, it should be stable.  But the

12:29:07  6    analogy shows it's stabile.

12:29:09  7    Q.     So you mentioned the graph, so let's back up a little

12:29:12  8    bit.

12:29:12  9           MR COLLETTI:  Let's go to the next slide.

12:29:12 10    BY MR COLLETTI:

12:29:14 11    Q.     And yesterday we spoke a little bit about

12:29:17 12    eigenvalues.  So, if you can briefly, just in your words,

12:29:20 13    summarize what an eigenvalue analysis is.

12:29:30 14    A.     Okay.  Sorry for the interruption.

12:29:35 15           So, what is an eigenvalue?  Well, it's not even

12:29:37 16    an English word.  Eigen is German, value is English.  It's a

12:29:43 17    mixed word.  For some of these -- mechanical engineers like

12:29:47 18    to use eiganvalues, so let's use the eigenvalue.

12:29:49 19           It's an index.  It's called lambda and it has

12:29:53 20    two numbers with it, a sigma and an omega.  All Greek.

12:29:59 21           Sigma tells you whether the system is stable or

12:30:02 22    unstable.  If it's negative, it's stable.  If it's positive,

12:30:07 23    it's stable.  Why?  It turns out that the response of such

12:30:12 24    systems is exponential.  You've heard exponential, something

12:30:15 25    that grows quickly.  Well, that is true when sigma is

Triantafyllou - Direct

12:30:20  1  positive.  If it's negative, it goes down equally quickly.

12:30:24  2  So exponential with negative sigma goes -- shoot down.  If

12:30:29  3  it's positive, it goes way up.  Exponentially as we say.

12:30:33  4  Q.    Okay.  So if you have positive eigenvalues, that

12:30:39  5  demonstrates instability; correct?

12:30:41  6  A.    Exactly.

12:30:41  7  Q.    Okay.  So, now Mr. -- you recall that Mr. Barry did

12:30:45  8  an eigenvalue analysis?

12:30:47  9  A.    Yes, he used the AVL program to do these.

12:30:51 10          I have to tell you that calculating an

12:30:55 11  eigenvalue is complicated.  It's very complex calculation,

12:30:59 12  meaning if you find that the system is unstable it doesn't

12:31:02 13  tell you change this and you're going to make it stable.

12:31:05 14  It's a nasty way to do it.  Okay.  So we have special plots

12:31:09 15  to be able to stabilize the systems.

12:31:11 16          MR COLLETTI:  Okay.  So let's go to the next

12:31:13 17  slide.

12:31:13 18          THE WITNESS:  And one more point.  This is valid

12:31:16 19  only for very small disturbances.  When disturbances become

12:31:21 20  larger, there's no eigenvalue.  No nothing.  Forget about

12:31:24 21  it.  Okay.

12:31:24 22          So, it has to be small deviation.  Small motions

12:31:27 23  from the equilibrium.

12:31:30 24  BY MR COLLETTI:

12:31:30 25  Q.    Now, if you can explain for us, Professor, why you

Triantafyllou - Direct

12:31:34  1   believe that Mr. Barry's dynamic stability evidence is

12:31:39  2   flawed with regard to Waydoo's boards infringing.

12:31:43  3   A.     First of all, he finds unstable eigenvalues.  And in

12:31:47  4   his original report, the first report, he just showed the

12:31:50  5   graph, he didn't comment.  He said it's stable and when I

12:31:54  6   looked at the plot, I couldn't believe it because -- can we

12:31:56  7   see the plot?  We can discuss it.

12:32:00  8          MR COLLETTI:  Two forward.

12:32:02  9   A.     Yeah.  This plot.

12:32:03  10  Q.     So, Professor, can I just ask, so we can set it up

12:32:05  11  better for the jury.  This is the plot for the Flyer ONE

12:32:09  12  Explorer; correct?

12:32:10  13  A.     Exactly.

12:32:11  14  Q.     And this is an eigenvalue value analysis; right?

12:32:13  15  A.     Right.

12:32:14  16         So, how many eigenvalues does an airplane and an

12:32:18  17  eFoil and everything has?  It has eight.  There is an eight

12:32:22  18  on the plot, but it has eight.  And when you see at these

12:32:26  19  red dots, you have to count eight.

12:32:28  20         Okay.  So, the first time I look at it, there

12:32:31  21  weren't eight.  So, I started looking and that was the only

12:32:34  22  one.  When you see -- so, what happens, where are the eight?

12:32:38  23  Well, every one -- every eigenvalue that has a non-zero

12:32:43  24  omega, like the one that is labeled yaw, it has a middle

12:32:47  25  image underneath.

Triantafyllou - Direct

12:32:47 1        So, if you count, there are eight of them and

12:32:51 2   they're coupled, the points.  So, what you see there,

12:32:55 3   they're labels:  yaw, roll, pitch and the like.  It also

12:33:00 4   struck me.  What they roll into?  They're coupled.  Coupled

12:33:07 5   together.  Separate motions.

12:33:07 6        In fact, one of the most famous instability is

12:33:10 7   called the Dutch roll because it -- imagine a skater, and

12:33:13 8   the Dutch are good at skating, and it's a combination of

12:33:18 9   roll and yaw and instability.  So, for them to say that this

12:33:21 10  is roll and this is yaw, it's not true.  These motions are

12:33:27 11  coupled they go together.

12:33:29 12  Q.    Okay.

12:33:31 13  A.    So -- and then I noticed that in this case there is

12:33:34 14  an eigenvalue, which is -- has a positive -- a positive

12:33:39 15  sign.

12:33:39 16        By the way, to say it's a little unstable is

12:33:42 17  like saying it's a little dead.  You're either alive or

12:33:47 18  dead.  There's no -- you're either stable or unstable.  It's

12:33:50 19  not like a tiny bit of instability.  Even the eigenvalue,

12:33:56 20  which is double the one that is just above it, it's on the

12:34:00 21  left, it's so close to the axis.  But in controlled theory,

12:34:04 22  this is about to become unstable, unlike what you heard

12:34:08 23  yesterday.  That we control people business because control

12:34:13 24  is different it's difficult.

12:34:15 25        So, if you heard that, hey, if it comes to be

Triantafyllou - Direct

12:34:18  1    stable or unstable, we'll fix it.  It's not true.

12:34:22  2    Q.     Okay.

12:34:22  3    A.     In fact, the basic control class is what's called

12:34:26  4    robust control, not only to have negative eigenvalue but to

12:34:30  5    be far enough from zero so you can have stability markers.

12:34:35  6    Q.     Okay.  Sir, let me stay on this slide for a moment.

12:34:38  7    So, it's your opinion that this demonstrates instability;

12:34:43  8    correct?

12:34:43  9    A.     Yes.

12:34:44 10    Q.     Okay.

12:34:45 11    A.     In addition, we have a number of issues with this

12:34:48 12    plot.  For example, like in this case, he had lift

12:34:53 13    coefficients which would produce a force twice the weight of

12:34:56 14    the -- of the vehicle.

12:34:58 15    Q.     So, Professor, let me -- let's slow down a little bit

12:35:00 16    so I think we can -- everybody can keep up.

12:35:04 17           When you say lift coefficents, are you

12:35:06 18    referring to one of the variables at the top?

12:35:08 19    A.     Yes, some of the -- some of the variables that

12:35:11 20    Mr. Barry used are listed here.  Alpha is the inclination

12:35:14 21    number we've been talking about.  CL is the lift

12:35:17 22    coefficient.

12:35:17 23           Remember the lift, L, if you make it in a second

12:35:21 24    form it becomes a coefficient.  And then he lists the speed,

12:35:24 25    which is 8.5.  That's in minutes per second.  Then he lists

679

Triantafyllou - Direct

12:35:29  1    the position of the center of gravity.

12:35:31  2                Look at it.  It's .2 distance.  And the center

12:35:39  3    of gravity is .14 inches we talked about yesterday.

12:35:42  4                So anyway, I went about ten pages in his reports

12:35:45  5    because in another plot you're going to see, which is the

12:35:50  6    MHL.

12:35:51  7    Q.      Yeah.

12:35:51  8                MR COLLETTI:  If we can pull Slide 24.

12:35:51  9    BY MR COLLETTI:

12:35:53 10    Q.      And let's explain to the jury what this is an

12:35:56 11    eigenvalue plot of?

12:35:57 12    A.      So, this is an eigenvalue plot like the one you saw

12:36:00 13    before, but this is for the MHL vehicle.

12:36:04 14                So he does this analysis.  He labels again the

12:36:07 15    plots.  And that is what?  There's one down at the bottom

12:36:12 16    and there's another one just above it, which is also

12:36:14 17    unstable.  And has a mirror image, this one because it

12:36:18 18    has -- sorry -- there are three unstable eigenvalues.

12:36:23 19    Q.      Okay.  Just so we're clear on that, because I heard

12:36:26 20    you talk about mirror images, right, with --

12:36:28 21    A.      Yes.

12:36:28 22    Q.      -- the supposedly eight eigenvalues.

12:36:31 23                So if they're actually on the line, they only

12:36:35 24    count once.  But if they're above the line, there's a mirror

12:36:38 25    image below it; correct?

Triantafyllou - Direct

12:36:39 1   A.      Only -- only if they're not exactly on the same line.

12:36:43 2   Those that are on the line don't have mirror image.

12:36:46 3   Q.      Okay.  So when you say there are three points on this

12:36:48 4   graph, you're referring to the three eigenvalues -- that

12:36:51 5   eigenvalue there?

12:36:52 6   A.      That's the mirror and the one that is to the right.

12:36:55 7   Q.      Right and there is a mirror image of the one --

12:36:56 8   A.      So, consistently in all the analysis, you're

12:36:59 9   improving the analysis.  The eigenvalues remained unstable.

12:37:05 10  As Mark Twain says, there is nothing more stubborn than a

12:37:06 11  fact.

12:37:06 12          So, the fact here is that they are found

12:37:12 13  unstable.  And as I said, the calculation of eigenvalues is

12:37:14 14  not a linear calculation, we change this and we get

12:37:18 15  10 percent.

12:37:19 16  Q.      So, after you criticized Mr. Barry's work in your --

12:37:25 17  your expert report, what did he do in his reply report?

12:37:28 18  A.      Well, he recalculated the -- the plots.  Again,

12:37:36 19  you'll see the same calculations.  I have other problems as

12:37:40 20  well, so...

12:37:40 21          We don't need to go into that, but the bottom

12:37:42 22  line is that the instability persists however you change --

12:37:47 23  again, the center of gravity is something to discuss.  They

12:37:51 24  look -- X to see how far the rider is, I have another

12:37:56 25  problem.  But we decided to call it quits.  I mean, the

Triantafyllou - Direct

12:37:59  1    analysis showed instability.

12:38:00  2              How far can we go into this business?  I spent

12:38:03  3    ten pages in my first reply pointing this out.  In the first

12:38:07  4    time, we saw this report and there was no comment.  He

12:38:11  5    called it stable.  How can you call something stable when

12:38:14  6    what you show is unstable.

12:38:15  7    Q.    Okay.

12:38:16  8    A.    And not common to say but by the way these are

12:38:20  9    slightly unstable.  Just stable.  I couldn't believe it.

12:38:25 10              You show a report that has unstable roots, and

12:38:27 11    you call it stable.

12:38:28 12    Q.    So, it's your opinion that his eigenvalue analysis

12:38:31 13    work indicates instability; correct?

12:38:34 14    A.    Yes.

12:38:34 15    Q.    Okay.  Now, yesterday when you were in court did you

12:38:37 16    hear Mr. Barry talk about damping?

12:38:39 17    A.    Yes.

12:38:40 18    Q.    Okay.  Did you agree with his damping analysis?

12:38:43 19    A.    No.  Actually, we don't need to go too much over it.

12:38:48 20    But I'll tell you something.  You heard that general

12:38:52 21    statement, the damping is good for you.  In a very simple

12:38:57 22    system, it's true.  If it's just a mask hanging with a

12:38:57 23    string.

12:39:01 24              My professor at MIT, Stephen Crandall, was the

12:39:05 25    first to point out that damping can be stabilizing and

682

Triantafyllou - Direct

12:39:09  1   destabilizing and there are many papers now that talk about

12:39:12  2   it.

12:39:13  3         Why can damping be destabilizing?  Well, you saw

12:39:19  4   the experiment yesterday with the little ball and the water

12:39:22  5   and the water damped it out, right.

12:39:27  6         What's the difference?  First of all, have you

12:39:28  7   ever seen a boat being like -- a boat like a sphere?  Never.

12:39:33  8   Why?  Because it has so much drag that you would never think

12:39:37  9   of making a boat like this.

12:39:38 10         So, what's different with this boat?  Why was it

12:39:41 11   stabilized?  It has what is called pressure drag.  Pressure

12:39:45 12   drag is completely different.  It's not like the friction on

12:39:50 13   drag on everything else.  It can kill you.  It can bend over

12:39:55 14   for ever.  So, in a port where everything is standing, if

12:39:59 15   you put this sphere that has all this pressure drag, which

12:40:02 16   kills it because the water is very dense, but not when

12:40:06 17   someone is moving at 10, 15-knotts, 20-knotts per hour.

12:40:12 18         Imagine yourselves.  You're skiing and you hit

12:40:15 19   something, what would happen?  You would go 20 feet in the

12:40:18 20   air, right.  If you hit the water -- water is the damping

12:40:24 21   effect.  When you get so much energy in your system, what's

12:40:27 22   damping?  You could tip over.

12:40:29 23         And then the other notion about -- talking

12:40:32 24   about -- about fluid mechanics being different in the air

12:40:34 25   rather than in water.  With the exception of the free

683

Triantafyllou - Direct

12:40:36  1    surface, and that's another thing.  We talk about fluid

12:40:40  2    mechanics, not water mechanics.  They're identical.

12:40:43  3           And in terms of the viscosity -- you get talking

12:40:46  4    about viscosity.  You know that water is ten times less

12:40:51  5    viscous than air.  Air is more viscous.  This is the

12:40:54  6    so-called kinematics that we use daily.  All right.

12:40:57  7           So these are loose -- loose stable.  I don't

12:41:01  8    want to get into the energy mass and viscous effects.  I

12:41:06  9    just don't.

12:41:07 10           Let's go into the foil piercing the surface.

12:41:10 11    Can you imagine what will happen when you get the free

12:41:14 12    surface and the foil ventilates.  You can lose

12:41:18 13    uncontrollability, not to mention that the propeller is

12:41:21 14    being emerged, too, then you're going to loose all your

12:41:23 15    power.  You're going to just fall in and God save you.  So,

12:41:27 16    these are not quantifiable statements.  And I don't know why

12:41:35 17    they insist on talking about that.

12:41:38 18    Q.    So, in addition to -- so with regard to damping, can

12:41:42 19    damping be both -- can it be destabilizing?

12:41:46 20    A.    Yes.  In fact, one of the more well-known

12:41:49 21    instabilities is turbulence which is -- one of the roots of

12:41:53 22    the turbulence, when you open the faucets and it's going

12:41:55 23    slowly, it's nice and smooth.  So when you make it go

12:42:00 24    faster, it starts shaking.  That's called turbulence.  The

12:42:03 25    floor around the airplanes and ships and the like, it's

Triantafyllou - Direct

12:42:06 1  turbulence.  And viscosity has something to do with it.

12:42:11 2        What is viscosity?  Damping, is it friction?

12:42:13 3  Yes, it is, but at the same time, it's the -- it's the route

12:42:16 4  of creating the turbulence.  So, to go out with a blank

12:42:20 5  statement that you put viscosity in everything, and

12:42:24 6  everything will be surface, it's just not...

12:42:29 7  Q.    So, with regard -- in addition to damping, we also

12:42:32 8  heard Mr. Barry testify about being able to inspect or be

12:42:37 9  able to view the boards.

12:42:38 10       Do you remember him testifying to that effect?

12:42:40 11 A.    Yes, I don't think that is scientific method.

12:42:42 12 Q.    Okay.  So --

12:42:43 13 A.    But you can observe certain things, for sure, but you

12:42:46 14 cannot make a conclusive statement.

12:42:48 15 Q.    Are you able to determine stability by looking at a

12:42:52 16 hydrofoil, professor?

12:42:53 17 A.    Look, if I know the skill of the rider and if I know

12:42:58 18 all of the conditions, what speed it's going on and the

12:43:01 19 like, maybe I can conclude something about stability.  But

12:43:04 20 just looking at the video, no.

12:43:06 21 Q.    Okay.  So, is it your opinion that you cannot look at

12:43:09 22 a video in order to determine stability?

12:43:11 23 A.    As I said, and as a blank statement, no.

12:43:17 24 Q.    Okay.  Okay.  Let me switch gears to a different

12:43:23 25 topic, one that I think will be a little more easier for us.

Triantafyllou - Direct

12:43:28  1    So, are you familiar with the term "Evolo"?

12:43:32  2    A.     Yes.

12:43:33  3    Q.     And are you familiar with the Evolo Project?

12:43:35  4    A.     Yes.

12:43:36  5    Q.     Okay.  Have you reviewed the Evolo Report?

12:43:40  6    A.     Yes, I have.

12:43:41  7    Q.     Okay.  And have you read the Evolo Report?

12:43:45  8    A.     Yes, I have.

12:43:47  9    Q.     And would you say that you have a good understanding

12:43:50 10    of the Evolo Report?

12:43:51 11    A.     Yes, I do.

12:43:53 12    Q.     Okay.  Do you need to be an MIT professor to

12:43:57 13    understand the Evolo Report?

12:43:59 14    A.     No.  It's written by students, graduate students, and

12:44:03 15    it's reflecting the -- the -- the concept actually in a very

12:44:11 16    plain -- in a plain manner.  By the way, I'm teaching a

12:44:14 17    class exactly like the one that Professor Kuttenkeuler

12:44:17 18    teaches in -- in Sweden.  And the graduate students building

12:44:25 19    crawlers, each six months we built electromechanical systems

12:44:28 20    like this eFoil.  So I have a big appreciation of what it

12:44:33 21    takes.  I'm explain all along we will -- we do similar

12:44:36 22    things, not eFoils, but we do similar work.

12:44:38 23    Q.     Okay.  Can you generally explain what the Evolo

12:44:41 24    Report is to the jury?

12:44:42 25    A.     Yes.  So, these students were assigned as a project

Triantafyllou - Direct

12:44:47 1    to graduate to create a vehicle which looks like an eFoil,

12:44:52 2    to take foils and mount a place where someone can sit and

12:44:59 3    enjoy with self-propulsion and without controlling.  The

12:45:04 4    only control -- any other controls than shifting their body.

12:45:10 5    Q.     So, these were master level engineering students that

12:45:15 6    were being -- that were part of the Evolo Report?

12:45:17 7    A.     Yeah.  I think it's the equivalent to the master

12:45:20 8    degree, yes.

12:45:27 9    Q.     Okay.  And how long is the Evolo Report in terms of

12:45:30 10   its length?

12:45:30 11   A.     It's several hundred pages, so you will ask why did

12:45:33 12   they need 500 pages?  So, 30 percent of the grades in my

12:45:39 13   class is what we call the lab report.  Every student must

12:45:43 14   have a report where they write what they do every day.  And

12:45:46 15   they cannot tear the pages.  They're all numbered.  They

12:45:49 16   have to learn how to do that.  If it's something wrong, you

12:45:53 17   don't just scratch it, we keep it there.  So you keep a long

12:45:57 18   book where it records everything you've done, even the false

12:46:01 19   starts.  Okay.

12:46:02 20          So, this reminds me of a big lab report.  Why is

12:46:06 21   it big?  Because there were -- oh, we measured actually.  I

12:46:10 22   think there were 12 students who -- I was here when someone

12:46:13 23   was counting them.  So, 12 students together, they produce

12:46:17 24   500 pages.  So this is a record of what they did.  Okay.

12:46:22 25          And after you go through the motions and you

Triantafyllou - Direct

12:46:25  1   read it, you enjoy it, too.  I mean, I'm reading, I'm

12:46:29  2   reading every year such reports, so I know it, but it's fun

12:46:33  3   to read.

12:46:33  4   Q.     Okay.  Now, professor, I'd like you to open the book

12:46:37  5   in front of you which has the Evolo Report in it.  It's

12:46:44  6   DTX 325.

12:46:49  7          Okay.  And what we've -- what I've done is I'd

12:46:53  8   like to go through this a little bit before I get into the

12:46:57  9   report.  This was part of a program at KATH University;

12:47:03 10   correct?

12:47:03 11   A.     Yes.

12:47:03 12   Q.     And this report, how long did it take for this report

12:47:06 13   to be written?

12:47:06 14   A.     My guess is about six months.

12:47:10 15   Q.     Okay.  And do you recall what the assignment was by

12:47:15 16   the professor that was advising this project?

12:47:18 17   A.     Yes.  A self-propelled vehicle for entertainment

12:47:24 18   which can be controlled by a single person.

12:47:26 19   Q.     Okay.  And did he set forth a specific challenge?

12:47:30 20          MR COLLETTI:  If we go to the next slide,

12:47:32 21   please.

12:47:32 22   Q.     Or no?

12:47:35 23   A.     Well, this --

12:47:36 24   Q.     Yeah.

12:47:36 25   A.     -- this is -- this is a good -- I like this

688

Triantafyllou - Direct

12:47:40  1   expression that I read into the Evolo Report.  It says, "We

12:47:44  2   give a preview of what tomorrow's water toys might look

12:47:49  3   like."  I think the students did it right.  I think if you

12:47:53  4   look today at all the eFoils that are around, they look like

12:47:58  5   the Evolo.

12:48:00  6              MR COLLETTI:  And so if we go to the next slide,

12:48:02  7   please.

12:48:02  8   BY MR COLLETTI:

12:48:04  9   Q.    So --

12:48:05 10   A.    Here, I wanted to show you this before.  This is how

12:48:09 11   it looked to people when Professor Kuttenkeuler asked the

12:48:12 12   students to do it.  Taking a plane and put a giant on it.

12:48:17 13   That's basically what it is.  Okay.  And this giant is what

12:48:24 14   makes the change from an airplane.  Okay.

12:48:27 15              So to say we will apply airplane technology, of

12:48:31 16   course, yes, of course, wings, arrangement stability and

12:48:34 17   everything else.  But what are we going to do with the giant

12:48:39 18   up there that's moving back and forth and the center of

12:48:41 19   gravity moves and we have in our backs Newton.  What does

12:48:45 20   Newton say?  Go to the center of gravity.  Not where you

12:48:47 21   want to go.  Okay.

12:48:48 22              So as the guy moves around, we mathematicians

12:48:51 23   have to follow this guy or this girl that's on top of the

12:48:54 24   airplane.

12:48:55 25   Q.    Okay.  So the students were tasked with the challenge

689

Triantafyllou - Direct

12:48:58  1    of designing this hydrofoil to deal with this problem;

12:49:02  2    correct?

12:49:02  3    A.     Yes.

12:49:03  4    Q.     Okay.

12:49:04  5           MR COLLETTI:  So, let me turn to the next slide.

12:49:04  6    BY MR COLLETTI:

12:49:07  7    Q.     And do you recognize that picture?

12:49:11  8    A.     Yes.  I've seen it before.

12:49:13  9    Q.     Okay.  What is that picture?

12:49:15 10    A.     It shows the Evolo, and so, when we go down the list,

12:49:20 11    it has a floatation.  It has a strut, the propulsion system,

12:49:23 12    the hydrofoil, it has all the components that we call an

12:49:26 13    eFoil.

12:49:27 14    Q.     Okay, now that's important now because Claim 1 of the

12:49:30 15    asserted patents have these elements; correct?

12:49:33 16    A.     Yes.

12:49:34 17    Q.     Okay.  And is there any -- there's no dispute with

12:49:39 18    regard to these elements; is that right?

12:49:40 19    A.     Yes.

12:49:41 20    Q.     Okay.  What are the two elements that are in dispute

12:49:43 21    in this case?

12:49:51 22           Do you know if stability is in dispute?

12:49:53 23    A.     Well, give me one second.

12:50:01 24           THE WITNESS:  I'm sorry, Your Honor.  Can I take

12:50:02 25    one minute?

Triantafyllou - Direct

12:50:03  1          THE COURT:  It's all right.

12:50:11  2          THE WITNESS:  So, yes, so we have to make sure

12:50:14  3  that the other components -- is it weight-shift controlled?

12:50:22  4  Is it stable?  We have to make sure that as the patents

12:50:26  5  classify, did it -- did they make a provision for that, too?

12:50:31  6  BY MR. COLLETTI:

12:50:31  7  Q.     Okay.  So let's take one of those at a time.  Let's

12:50:34  8  take weight-shift control, and have you evaluated the Evolo

12:50:39  9  Report with regard to whether it discloses weight-shift

12:50:43 10  control?

12:50:43 11  A.     Yes.  So, that's why I read the report.  On several

12:50:47 12  occasions, it mentions explicitly.  So, in this case we have

12:50:52 13  red -- in red.  It's not red in the report, but we just made

12:50:54 14  it controlled only by means of center of gravity movement.

12:50:57 15  So, remember, your center of gravity is around the belly

12:51:00 16  button.  You move your belly button, you -- you control the

12:51:05 17  vehicle.  That's the idea here.

12:51:07 18  Q.     So, when you say, Professor, that -- well, first of

12:51:10 19  all, this is a page from the Evolo Report; correct?

12:51:12 20  A.     Correct.

12:51:13 21  Q.     Okay.

12:51:14 22          THE COURT:  Mr. Colletti, can I just interrupt

12:51:17 23  for a second?  So, the jury has heard a number of times that

12:51:20 24  the Evolo Report is in Swedish.  And this is not Swedish.

12:51:27 25  They probably would like to know why they're looking at it

Triantafyllou - Direct

12:51:29 1    in English.

12:51:30 2                  MR. COLLETTI:  Right.

12:51:31 3    BY MR. COLLETTI:

12:51:32 4    Q.    Professor, can you explain how you came to have an

12:51:35 5    English language version of the Evolo Report?

12:51:39 6    A.    It's a Google translation of the Swedish.

12:51:42 7    Q.    Okay.  Now --

12:51:44 8    A.    You know, if you go into Google, there is a service

12:51:47 9    where you can put something in any foreign language and it

12:51:51 10   will give you a translation into English.  It's a relatively

12:51:53 11   new thing.  It's a good one.

12:51:55 12   Q.    Okay.  And there's also a translation that we -- a

12:51:59 13   certified translation that was provided; correct?

12:52:01 14   A.    And there is also certified translation.

12:52:03 15   Q.    Okay.  So, again, this is page 5 of the Evolo Report;

12:52:08 16   correct?

12:52:08 17   A.    Correct.

12:52:10 18   Q.    All right.  And what is it saying here about

12:52:14 19   weight-shift control?

12:52:14 20   A.    It says that it's controlled only by center of

12:52:22 21   gravity movement.

12:52:22 22   Q.    Okay.  And does that indicate to you weight-shift

12:52:26 23   control?

12:52:26 24   A.    Yes.

12:52:27 25   Q.    Okay.  Let's go to the next slide.

Triantafyllou - Direct

12:52:31 1    A.       And, again, once more in another page.  It's

12:52:35 2    repeatable -- it's repeating because, as we said, there are

12:52:38 3    many lab reports one after the other.

12:52:45 4    Q.       So, this is Page 31 of the report; correct?

12:52:48 5    A.       Correct.

12:52:49 6    Q.       What does the Evolo Report disclose on Page 31?

12:52:52 7    A.       That it's controlled by means of center of gravity

12:52:57 8    shift.

12:53:01 9    Q.       If we go to the next slide, this is Page 422.

12:53:09 10            Does it again discuss --

12:53:10 11   A.       Yes, the same concept.

12:53:11 12   Q.       Okay.  So, is it your opinion that the Evolo Report

12:53:16 13   discloses weight-shift control?

12:53:16 14   A.       Yes, and in fact, it makes a point to say only

12:53:19 15   weight-shift control.

12:53:20 16   Q.       Okay.  Now, I'd like to turn to stability.

12:53:30 17            Okay.  Does the Evolo Report disclose stability?

12:53:33 18   A.       Yes.  In fact, on several occasions, it mentions --

12:53:41 19   it mentions -- for example, it's talking about pitch

12:53:41 20   stability.  It says, "Establish a configuration of the

12:53:47 21   hydrofoil so that it is stable in pitch."

12:53:54 22            That's Page 62.

12:53:57 23   Q.       That's right.  So, now the students, during the

12:54:03 24   development of the Evolo Report -- if you go to the next

12:54:07 25   slide.

693

Triantafyllou - Direct

12:54:09  1        And on the -- what do we see here?

12:54:11  2   A.    On the left, we see the Evolo Report that it says,

12:54:14  3   "By stable is meant that if Evolo is exposed to a

12:54:17  4   disturbance, it will return to its initial position," which

12:54:21  5   is the definition of the Court's dynamic stability.

12:54:26  6   Q.    Right.  We spoke about that a little earlier.  That's

12:54:28  7   the general understanding of stability?

12:54:30  8   A.    Yes, it is.

12:54:31  9   Q.    And -- and that's -- that is also found in the '044

12:54:31 10   patent?

12:54:36 11   A.    Exactly.

12:54:39 12        MR. COLLETTI:  If you turn to the next slide.

12:54:39 13   BY MR. COLLETTI:

12:54:41 14   Q.    Now, this is, again, Figure 17 on Page 62.

12:54:48 15        What does this tell us about stability,

12:54:49 16   Professor?

12:54:49 17   A.    Okay.  This was the -- at the moment that convinced

12:54:56 18   me about Evolo.  You know how you read these pages, page

12:55:00 19   after page after page, and then you face something.  Well,

12:55:03 20   look at it.  What does it say?  Make the front wing up and

12:55:09 21   the rear wing facedown.

12:55:12 22        Sound familiar?  Yes.  That is how airplanes do

12:55:15 23   it.  And that's how you get the stability.  And those are --

12:55:19 24   what else?  The rider has to go way to the front.  So, this

12:55:24 25   graph here shows that these students understood the physics,

694

Triantafyllou - Direct

12:55:30  1    but also made the choice.

12:55:32  2         You know, in the patents, it says one foil, two

12:55:35  3    foils, maybe one front, one in the back.

12:55:37  4         These guys said two wings.  All commercial

12:55:41  5    aircraft have two wings.  They're stable.  They're a very

12:55:45  6    good ride.  Why don't we make it like that?

12:55:48  7    Q.    Okay.

12:55:50  8    A.    So, this is crucial because remember about the

12:55:53  9    formula C minus DU squared.  There is a C, which is bad and

12:55:58 10    a D which is good, but D is multiplied by $U^2$.  You make U

12:56:03 11    big, it's going to go stable.

12:56:05 12         Here is where it teaches how to do it.  Okay.

12:56:10 13    This right here is an instruction to anyone who wants to do

12:56:15 14    it, a foil of this type, how to do it.

12:56:20 15    Q.    So, you're saying that the Evolo team understood what

12:56:22 16    stability was; right?

12:56:23 17    A.    Yes.

12:56:24 18    Q.    Okay.  And in viewing this diagram, Professor, again,

12:56:30 19    for the jury, what is the significance of this as it relates

12:56:33 20    to achieving stability?

12:56:35 21    A.    That it is setting the wings in such a way as to

12:56:40 22    guarantee stability at high speed.  And this, by the way,

12:56:44 23    it's known as the longitudinal dihedral, if you want to know

12:56:47 24    in literature.  So, it's a known concept.

12:56:50 25    Q.    Okay.

695

Triantafyllou - Direct

12:56:51  1    A.      But they chose that.  So, they made a choice from the

12:56:58  2    evidence.

12:56:58  3    Q.      So, how do you know they made a stable craft?

12:57:01  4    A.      They -- the report describes how to make a stable

12:57:05  5    craft, and that's what I analyzed.

12:57:08  6    Q.      Okay.  Is this --

12:57:09  7    A.      I did not make an analysis of any Evolo craft or

12:57:14  8    anything.  In fact, if you -- if you ask:  How do you know

12:57:19  9    that it is stable?  But remember that equation I showed you

12:57:23 10    in the beginning, $C$ minus $Du^2$.  I'm going to go back to that

12:57:27 11    again and again.  I don't need to do anything.

12:57:30 12            The C and D's have high coefficients.  You're

12:57:34 13    going to calculate it with AVL.  You're going to -- you're

12:57:37 14    giving me money to do tests in the towing tank that I have,

12:57:41 15    and we can calculate them down to the last digit.  Fine.  We

12:57:46 16    can do it for any specific -- I don't need to do anything to

12:57:51 17    show that this arrangement guarantees pitch and stability.

12:57:55 18    Q.      Okay.  And --

12:57:57 19    A.      Of course, airplanes have done it enough for us

12:58:00 20    already.

12:58:02 21    Q.      That's right.  So, when you say the "airplanes have

12:58:05 22    done it already," are you saying this is a standard

12:58:07 23    configuration to achieve stability?

12:58:09 24    A.      Yes, it is.  And dihedral, it's a well-known concept

12:58:15 25    in aeronautics.

Triantafyllou - Direct

12:58:16  1    Q.      And when you say "It's a well-known concept," is this

12:58:19  2    a concept that's found in authoritative textbooks?

12:58:22  3    A.      Yes.

12:58:23  4    Q.      So, let's go back to the Evolo Report.

12:58:27  5            MR COLLETTI:  Let's go to the next slide.

12:58:27  6    BY MR COLLETTI:

12:58:30  7    Q.      And this gets a little more complicated now, more

12:58:34  8    like some of your earlier slides.  This is Page 63,

12:58:39  9    Figure 18 from the Evolo Report.

12:58:41 10            And what are the students representing here?

12:58:44 11    A.      Well, what I showed you earlier is exactly like this.

12:58:48 12    This is what we -- we talked about the seesaw.  You see the

12:58:53 13    weight of the person on the left where you see that circle

12:58:57 14    with the -- the black -- half black over there hanging down.

12:59:00 15    That's the person hanging down.

12:59:02 16            And to the right, that is the other wing which

12:59:05 17    balances.  So, it's a seesaw that's balanced.  So, they're

12:59:09 18    doing exactly what I've been talking about.

12:59:12 19    Q.      Okay.  So I think you referred to the circle on the

12:59:15 20    left-hand side; is that right?

12:59:16 21    A.      That's right.

12:59:17 22    Q.      Okay.  What is that representing?

12:59:18 23    A.      The position where the center of gravity is.

12:59:21 24    Q.      Okay.  And why is that important?

12:59:22 25    A.      Because that's where all the stability calculations

Triantafyllou - Direct

1   will be referenced to.  Computer says you have to do that.

2   Q.      And during the course of the Evolo Report, did they

3   do calculations?

4   A.      Yes, they did.

5   Q.      Okay.  Did they actually build prototypes?

6   A.      Yes, they did.  And like all students would do in a

7   project, which is the first, they would try one thing and

8   then they would try another thing and then another thing.

9   And they had to build everything themselves.  Their budget

10  was 90,000 kroner, which is about $9,000.  That's it.  Get

11  $9,000, you can build the whole thing.

12          In fact, one of the unfortunate things is the

13  only motor they could get was half as powerful as what they

14  wanted.  It was 2 kilowatt.  They wanted a 4 kilowatt.  So

15  they went out -- I was reading it.  I was moved.  I would

16  have mailed them a check.  Not that I'm rich, but I would

17  have done it because they wanted to buy a motor and they

18  didn't have one.

19          They went to various companies.  And they didn't

20  give them the money on time, so they couldn't do the testing

21  that they wanted.  So, they had a 2-kilowatt motor and they

22  wanted a 4 kilowatt.  Guess what happens, most of the Air

23  Force today have?  4 to 5 kilowatt force engines.  Exactly

24  what they wanted to have.  And they arrive at it, in so many

25  words.  They have even the model down.  They were ready to

698

Triantafyllou - Direct

01:00:52 1    buy it.

01:00:53 2    Q.     Okay.  So, let's back up a little bit and try to

01:00:56 3    start at the beginning with regard to the various different

01:00:59 4    prototypes.

01:01:00 5            Were there numerous prototypes in the Evolo

01:01:02 6    Report?

01:01:02 7    A.     There were several.

01:01:04 8    Q.     Okay.

01:01:04 9    A.     Which --

01:01:04 10   Q.     Which?

01:01:05 11           MR COLLETTI:  If we go to the next slide.

01:01:07 12   A.     So, this is the X4 prototype which discusses yaw and

01:01:13 13   roll stability.  So, they're concerned about all the

01:01:17 14   stability and that's how you do it in practical terms.  You

01:01:21 15   try and see what works and take measures.

01:01:24 16           And by the way, in the theory they mentioned

01:01:28 17   aeronautical concepts.  And also what is called

01:01:36 18   dihedral-angle wings.  Instead of the wings being horizontal

01:01:39 19   like this, if you make them like a V-shape.

01:01:43 20   Q.     Okay.  So, let's go to the next prototype.

01:01:47 21           Do you recall reviewing and studying the X7

01:01:50 22   prototype?

01:01:50 23   A.     Yes.  So, they measure the viscous, better pitch,

01:01:56 24   better stability and --

01:02:00 25   Q.     And how did -- and how did the X7 prototype

699

Triantafyllou - Direct

1  demonstrate stability?

2  A.    By riding up with the center of gravity located in

3  front of the main wing.  And it says quickly gains control

4  of the Evolo and manages 30 to 40 seconds in flying mode.

5  To bypass the problem they had with that model -- that they

6  had a problem, they did this also towing test, meaning with

7  a rope and a boat.

8        So and as I said, Evolo when you have a motor,

9  you do the next best thing, you do some towing test at least

10  for pitch stability.

11  Q.    Okay.  So let's make sure we understand that.  So, if

12  you don't have the motor, you're talking about a towing

13  test; is that right?

14  A.    Right.  So you have a boat and you tow it with a rope

15  and you try to make the rope as close to the position where

16  -- where the propeller -- it's not the same thing, but at

17  least for test for the static stability to pitch, it gives

18  you.

19        So, they discovered that when you go faster, you

20  improve stability.  Exactly what I have been talking before.

21  Q.    Right.  So the students were -- for their prototypes,

22  what were they -- if they didn't have the motor, what were

23  they using as a motor?

24  A.    They were using a boat in front with a -- with a --

25  with a cable towing them.

Triantafyllou - Direct

01:03:28  1   Q.    Okay.  And there did come a time, though, where they

01:03:31  2   eventually were able to put the motor on; is that correct?

01:03:34  3   A.    Yes, they've done also self-propulsion test.  But

01:03:38  4   what they really -- in their reports, is we need to get 4

01:03:41  5   kilowatt force.

01:03:44  6   Q.    Okay.  But as part of their prototype testing, they

01:03:49  7   were using the boat to tow the prototypes; correct?

01:03:51  8   A.    Yes.

01:03:52  9   Q.    And what was the purpose of doing that?

01:03:53 10   A.    To test pitch stability.  Primarily that's -- that is

01:03:57 11   the first thing you have to -- you have to do.

01:03:59 12   Q.    Okay.

01:03:59 13            THE COURT:  Mr. Colletti, I think we better

01:04:01 14   break for lunch here.

01:04:03 15            All right.  So, we'll have until 2 o'clock for

01:04:05 16   lunch.

01:04:05 17            Can we take the jury out, please?

01:04:07 18            (Jury leaving the courtroom.)

01:04:39 19            All right.  So, we'll break for lunch and see

01:04:41 20   you again at 2 o'clock.

01:04:43 21            DEPUTY CLERK:  All rise.

01:04:58 22            THE COURT:  Go about your business.

01:05:00 23            (Luncheon recess was taken.)

01:59:38 24            DEPUTY CLERK:  All rise.

01:59:40 25            MR. COLLETTI:  Your Honor, can we move some

01:59:41  1  exhibits into evidence now?

01:59:42  2           THE COURT:  Okay.  Are we -- got the jury while

01:59:45  3  you're doing that.

01:59:46  4           MR. COLLETTI:  Sure.  For Mr. Ping, I just

01:59:48  5  wanted to move into evidence the 1006 summary of PTX 223 and

01:59:54  6  227.

01:59:55  7           MR. MURRELL:  No objection, Your Honor.

01:59:56  8           MR. COLLETTI:  And for Mr. Lanterman, we'd like

01:59:59  9  to move into evidence DTX 68, the access logs; DTX 69; and

02:00:10 10  DTX 333D.

02:00:14 11           MR. McGRAW:  No objection.

02:00:17 12           THE COURT:  All right.  So they're admitted

02:00:19 13  without objection.

02:00:20 14           (Exhibit Nos. PTX 223 1006 summary, PTX 227 1006

02:00:20 15  summary, DTX 68, DTX 69, and DTX 333D were admitted into

02:00:32 16  evidence.)

02:00:32 17           MR. THEUERKAUF:  Should we go ahead and read

02:00:34 18  ours into --

02:00:35 19           THE COURT:  If you got them ready sure.

02:00:36 20           MR. THEUERKAUF:  For Mr. Wade was as PTX 123,

02:00:39 21  PTX 206 and PTX 233.  Wade.

02:00:45 22           And then for Mr. Lanterman, it was DTX 081.

02:00:45 23           (Exhibit Nos. PTX 123, PTX 206, and PTX 233 were

02:00:52 24  admitted into evidence.)

02:00:52 25           MR. COLLETTI:  We had one more, Your Honor.

Triantafyllou - Direct

02:00:53 1          DTX 309 for Mr. Wade.

02:00:58 2          MR. MURRELL:  No objection, Your Honor.

02:00:59 3          THE COURT:  All right.  They're all admitted

02:01:06 4   without objection.

02:01:06 5          (Exhibit No. DTX 309 was admitted into

02:01:08 6   evidence.)

02:01:08 7          (Jury entering the courtroom.)

02:01:12 8          THE COURT:  All right.  Members of the jury,

02:01:13 9   welcome back.  Everyone may be seated.

02:01:17 10         Mr. Colletti, you may continue.

02:01:20 11         Dr. Triantafyllou, you can sit down.

02:01:21 12         THE WITNESS:  Thank you, Your Honor.

02:01:31 13  BY MR. COLLETTI:

02:01:31 14  Q.     Professor, before our lunch break we were discussing

02:01:36 15  the Evolo Report.  And I'd like to pick up with the

02:01:39 16  prototypes.

02:01:40 17  A.     Yes.

02:01:41 18         MR COLLETTI:  So, if we could go to Slide 45,

02:01:44 19  please.

02:01:44 20  BY MR COLLETTI:

02:01:51 21  Q.     Can you tell the jury a little bit more about the X8

02:01:54 22  prototype that was disclosed in the Evolo Report?

02:01:56 23  A.     Yes.  So as we had -- as we stopped at X7 prototype.

02:02:05 24  There was an X8 and then subsequent versions.  What they

02:02:10 25  were trying to do was improve stability.  So, they are

703

Triantafyllou - Direct

02:02:16  1  talking here about the rolling stability, as you see in the

02:02:19  2  upper statement here.

02:02:22  3          And finding that the flight time was

02:02:26  4  consistently longer for the trials of X8.  So, there the

02:02:32  5  students are concerned about making a stable product.

02:02:40  6  That's what they were charged to do.

02:02:42  7          They're considering, also, things like putting a

02:02:45  8  vertical wing.  That's like the wing on an airplane, in the

02:02:50  9  back, the tail of the plane, to improve stability.  That

02:02:54 10  makes airplanes go in a straight line.

02:02:56 11          And another configuration that they tried, it

02:03:00 12  was V-shaped for the wings to tilt them up.  That improves

02:03:05 13  static instability in certain ways.

02:03:08 14          So, what you see here is these students trying,

02:03:12 15  what is known from aeronautics, to build a stable craft.

02:03:18 16  And they record this into that document -- into their

02:03:23 17  report.

02:03:24 18  Q.    Were there additional prototypes after the X8

02:03:27 19  prototype?

02:03:27 20  A.    Yes, there were.

02:03:28 21  Q.    Okay.  And did they eventually have a final design?

02:03:33 22  A.    Yes, and they tried it.

02:03:35 23  Q.    Okay.  And before they got to the final design, were

02:03:37 24  they still evaluating stability with the prototypes?

02:03:41 25  A.    Yes, all along.  This was -- the first time that this

Triantafyllou - Direct

02:03:47  1    was -- was to be tried.  And you can imagine, they had hand

02:03:49  2    made this hull, no factory made them.  They just built them

02:03:53  3    by hand.  They designed the propeller, they bought the

02:03:58  4    motor, they had to work out the controller how to interface

02:04:01  5    it with the propeller.  And then one of the things that is

02:04:05  6    especially difficult in oceans that whenever you have

02:04:09  7    electric motors and batteries, you can get electrocuted

02:04:12  8    because the water is all around.  As you know, you should

02:04:14  9    never vacuum the floor if the floor is wet because you can

02:04:17 10    be electrocuted.  You can imagine when you work in an

02:04:20 11    environment which is all wet.  So, connectors in ocean

02:04:24 12    engineering is a big business and they're careful about that

02:04:28 13    because these vehicles are stable they can be dangerous.

02:04:31 14    So, they're aware of that and safety is another issue that

02:04:35 15    they're talking about.

02:04:36 16              So, you see, it's a balance of all these

02:04:38 17    requirements.  It's not that they're making it a single

02:04:42 18    issue.  They have a balanced view of a vehicle.  They want

02:04:45 19    to try something which they know they're going to try

02:04:48 20    themselves, so they want to be safe and to enjoy it.

02:04:53 21              MR COLLETTI:  Okay.  Can we go to the next

02:04:55 22    slide, please?

02:04:55 23    BY MR COLLETTI:

02:04:57 24    Q.    And so, Professor, you're familiar with Claim 1 of

02:05:03 25    the '044 patent; is that right?

Triantafyllou - Direct

02:05:05  1   A.      Yes.

02:05:06  2   Q.      And are you also familiar with Claim 1 of the '659

02:05:09  3   patent?

02:05:10  4   A.      Yes.

02:05:13  5   Q.      Are those -- in those claims, there's various

02:05:16  6   different undisputed elements; is that right?

02:05:20  7   A.      Yes.

02:05:21  8   Q.      Okay.  And does the Evolo Project, does it disclose a

02:05:24  9   floatation device as set forth in those claims?

02:05:26 10   A.      Yes, it does.

02:05:27 11   Q.      And does it disclose a strut as set forth in those

02:05:31 12   claims?

02:05:31 13   A.      Yes, it does.

02:05:33 14   Q.      Does it also disclose a propulsion system?

02:05:35 15   A.      Yes.

02:05:36 16   Q.      And does the Evolo Project disclose a hydrofoil as

02:05:41 17   set forth in Claim 1 of both the '044 and the '659 patent.

02:05:45 18   A.      Yes.

02:05:46 19   Q.      Okay.  And you understand that those -- that's

02:05:48 20   undisputed in this case; is that right?

02:05:50 21   A.      I understand.

02:05:52 22   Q.      Okay.  So with regard to weight-shift control, is it

02:05:55 23   your opinion that the Evolo Report discloses a hydrofoil

02:06:00 24   that is weight-shift controlled?

02:06:02 25   A.      Yes, there's no other control on the vehicle.

02:06:05 1    Q.    And I'm sorry, I didn't hear that.

02:06:07 2    A.    There is no other control on the vehicle.

02:06:10 3    Q.    Okay.  So as such, the Evolo Report discloses

02:06:14 4    weight-shift control?

02:06:15 5    A.    Exactly.

02:06:17 6    Q.    And with regard to stability, what is your opinion as

02:06:21 7    to whether or not the Evolo Report discloses stability?

02:06:25 8    A.    The report teaches how to achieve a stable vehicle.

02:06:29 9    Q.    Okay.  And when you say it teaches how to disclose a

02:06:33 10   stable vehicle, you're referring to both static and dynamic

02:06:36 11   stability?

02:06:36 12   A.    Yes.  They explicitly mention that.

02:06:41 13   Q.    Okay.  Now, you've had the opportunities to review

02:06:44 14   not only the patents-in-suit, but the Evolo Report; correct?

02:06:47 15   A.    Yes.

02:06:48 16   Q.    And I'd like to turn to the -- well, let me ask you

02:06:51 17   this first:  What is your overall impression of the Evolo

02:06:56 18   Report?

02:06:56 19   A.    It's a fine piece of document.  It's -- as I said,

02:07:01 20   it's a laboratory book produced by the students and the

02:07:05 21   record is very well what the students did.

02:07:08 22   Q.    Okay.  When you say it's a laboratory book, what do

02:07:11 23   you mean?

02:07:11 24   A.    As I explained before, in every class where we design

02:07:16 25   things, every student must have a laboratory book which is

02:07:19  1  part of the grade and it's given at the end, like an exam.

02:07:22  2  You have to go through the pages and whether they're clean,

02:07:27  3  they record everything from day one to day -- to the last

02:07:30  4  day.

02:07:30  5       It is important for the professional life

02:07:33  6  because if they ever want to make patents, they have to

02:07:35  7  produce a lab book that documents the date they did

02:07:38  8  everything, when and how they did it.  So, we teach them to

02:07:43  9  do it and I believe this is exactly what the Evolo Report

02:07:46 10  is.

02:07:47 11       MR COLLETTI:  So, if we go to the next slide.

02:07:54 12       THE WITNESS:  So, here we make a comparison.

02:07:56 13  So, I would like to explain what I find in this project and

02:08:00 14  I'm sorry if I -- but I'm fond of undergraduate students

02:08:05 15  particular, so I appreciate what the students have done.

02:08:08 16  So, we have to give them credit for what they've done.

02:08:12 17       They underlined the component of dual wings for

02:08:15 18  stability.  Dual, front and back.  One up, the other down.

02:08:23 19  It's the fundamental step for stability.

02:08:29 20       The center of gravity has to be forward of the

02:08:32 21  front wing.  That's a decisive step.  You have to move way

02:08:37 22  up there.  Remember, the giant on the plane.  Not only is

02:08:41 23  the giant on top of the plane, you can go forward.  Go as

02:08:46 24  far towards the nose, not in the middle.

02:08:48 25       And then we discussed that for this vehicle, not

Triantafyllou - Direct

02:08:55  1   for airplanes, the speed is very important for stability.

02:08:59  2   Why?  Because this person is sitting up.  The center of

02:09:02  3   gravity is up.

02:09:03  4            Who says so?  Is it only me?  No.  The

02:09:08  5   authoritative books, Herbener in his book discusses this

02:09:12  6   because there have been other craft in the air that they did

02:09:16  7   this.  And he says when the center of gravity is high,

02:09:20  8   stability changes.  And you can go at one speed stable and

02:09:26  9   at another one unstable.  And the same thing with Anderson,

02:09:30 10   another authoritative book.

02:09:32 11            What's the difference with airplanes?  We said

02:09:34 12   the airplanes have different wings.  Here, it won't allow

02:09:38 13   the wings to fly test.  So, the only way we have is to move

02:09:43 14   the rider back and forth.  This is separate from shifting

02:09:46 15   the weight.

02:09:47 16            Okay.  Shifting weight says that if you feel a

02:09:51 17   disturbance, if you feel something, you -- I'm sorry.

02:09:57 18            When we say shifting the weight is you're

02:09:59 19   sitting there, you're doing a fine job and you say, hey, I

02:10:02 20   want to go left, you shift your weight and you go left.  The

02:10:07 21   disturbance has nothing to do with the person.  The

02:10:09 22   disturbance has to be done by the vehicle itself.  You

02:10:12 23   shouldn't be doing anything.  It should be done

02:10:17 24   mathematically by a stable vehicle.  That's what passive

02:10:20 25   stability mean.  You don't have to do anything.

02:10:21  1          Otherwise, you can imagine, if we asked the

02:10:23  2    rider to move when there is a disturbance.  What if the

02:10:29  3    disturbance is one degree?  Who of us can understand one

02:10:31  4    degree inclination?  Nobody.  I don't have the sensors to do

02:10:34  5    that.

02:10:34  6          Okay.  And what if I do -- if I go over one

02:10:38  7    degree instead of plus one degree?  So I should not move for

02:10:43  8    stability.  I should be staying put on the vehicle.  So,

02:10:46  9    weight shift is one thing only.  If I decide to go somewhere

02:10:50 10    else, I shift my weight.  Otherwise, I don't move.

02:10:55 11    Q.    Okay.  And with regard to your comparison between the

02:10:58 12    Evolo Report and the patents, is the Evolo Report -- what is

02:11:04 13    your opinion with regard to actual experiments?

02:11:07 14    A.    So they tried to actually do experiments.  They are

02:11:11 15    improving the stability and they have working examples and

02:11:14 16    they identify what to do next.  It's exactly what we're

02:11:19 17    talking about.  It teaches someone how to do it first time.

02:11:23 18    Okay.

02:11:25 19    Q.    You're talking about the Evolo Report?

02:11:26 20    A.    The Evolo Report been done the first time.

02:11:28 21    Q.    Is it fair to say the Evolo Report discloses working

02:11:31 22    examples?

02:11:31 23    A.    Yes.

02:11:33 24    Q.    Do the patents disclose data from actual experiments

02:11:37 25    or working examples?

710

Triantafyllou - Direct

02:11:38 1   A.      Not this specific patents.  So, from that point of

02:11:43 2   view, I find much more informal the Evolo Report which

02:11:46 3   contains.  If I look at the patents, they say check

02:11:52 4   stability with this equation.

02:11:54 5              Okay.  I check the stability.  Let's see how far

02:11:56 6   it's unstable.

02:11:56 7              What do I do next?  If you read the patents, it

02:12:00 8   doesn't say do that.  Okay.  Here, from -- from point one it

02:12:06 9   says use two foils, one down, one up.  One up.  It's the

02:12:10 10  first step towards that.

02:12:15 11  Q.      Okay.  So, Professor, I want to now talk about some

02:12:18 12  of the additional claims that are at issue in this case.

02:12:23 13             MR COLLETTI:  And let's go to the next slide.

02:12:23 14  BY MR COLLETTI:

02:12:24 15  Q.      So, with regard to the '044 patent, Claim 2, is that

02:12:30 16  identical to the '659 Claim 2?

02:12:32 17  A.      Yes.

02:12:34 18  Q.      Okay.  And does the Evolo Report disclose a

02:12:43 19  propulsion system as having a battery?

02:12:45 20  A.      Yes.

02:12:48 21  Q.      Does the Evolo Report have an electric motor as

02:12:52 22  required by this claim?

02:12:53 23  A.      Yes.  They specify which one actually.

02:12:57 24  Q.      Does the Evolo Report have the propulsor as required

02:13:01 25  by these claims?

Triantafyllou - Direct

02:13:02 1    A.      Yes, a propeller.

02:13:04 2    Q.      Claim 2 also requires a motor speed controller; is

02:13:12 3    that -- is that your understanding?

02:13:13 4    A.      Yes.

02:13:14 5    Q.      Okay.  Does the Evolo Report disclose a motor speed

02:13:19 6    controller?

02:13:19 7    A.      Yes, and they discuss about it.

02:13:21 8    Q.      Okay.  Can you show us --

02:13:23 9            MR COLLETTI:  Let's go to the next slide.

02:13:23 10   BY MR COLLETTI:

02:13:24 11   Q.      Can you show us where?

02:13:25 12   A.      Well, you see on the Page 500 of the Evolo Report,

02:13:30 13   they describe that because they have an asynchronous motor.

02:13:40 14   They are very -- you can see these, and so on and so forth.

02:13:40 15   These types of methods you control with an asynchronous

02:13:44 16   motor.

02:13:45 17   Q.      Okay.  So, you're referring to Page 500 of the Evolo

02:13:48 18   Report?

02:13:48 19   A.      Exactly.

02:13:49 20   Q.      Okay.  And it's your opinion that Page 500 of the

02:13:52 21   Evolo Report disclose as a motor speed controller?

02:13:55 22   A.      Yes.  And that's how they implemented.

02:13:58 23   Q.      Okay.  And that is because of the language here that

02:14:00 24   talks about the motor is controlled by varying the frequency

02:14:04 25   of the input voltage?

Triantafyllou - Direct

A.     Exactly.  Which is a standard way to -- to do an asynchronous motor.  Sorry.  Very specific to what they're doing.

Q.     Did you say an asynchronous?

A.     Asynchronous motor.

        MR COLLETTI:  If you go to the next slide.

        THE WITNESS:  And here, the students have put a diagram on how the various components of the controller work.  It's -- it's just to demonstrate that they had to work on it to -- to implement it.

Q.     Is it your opinion that this diagram in the Evolo Report further discloses a motor speed controller?

A.     Yes.

        MR COLLETTI:  And if we can go back to Slide 48.

BY MR COLLETTI:

Q.     So we also -- Claim 5 is also at issue.  Is that your understanding as well, Professor?

A.     Yes.

Q.     And Claim 5 discloses on the passive static stability being achieved through a combination of airfoil design, planform design and tailoring of span-wise twist distribution?

A.     Yes.

Q.     Okay.  What is airfoil design?

A.     Airfoil design is how you -- you choose one of two

713

Triantafyllou - Direct

02:15:22 1    foils, or however many foils you have, and what planform

02:15:26 2    they have when you look at the -- from the top.  And they're

02:15:29 3    all the details of the geometry of the foils.

02:15:33 4    Q.    Does its Evolo Report disclose planform design for

02:15:37 5    its hydrofoil wing?

02:15:39 6    A.    Yes.  Yes.  They show graphs and photos sometimes of

02:15:44 7    the -- of the -- of the foil arrangement.

02:15:48 8    Q.    Right.  And the foil arrangement that you're

02:15:50 9    referring to is the wing at the bottom of the strut?

02:15:53 10   A.    Yes.  The two wings at the bottom of the strut.  The

02:15:56 11   front and the back, which are connected.

02:15:59 12   Q.    Okay.  How about planform design, what is that?

02:16:01 13   A.    Planform is -- for example in this case, you choose

02:16:07 14   two -- too foils.  They have -- they have a triangular

02:16:11 15   shape.  That's one component of the -- of the planform.  The

02:16:15 16   shape -- the overall geometric shape.

02:16:17 17   Q.    Okay.  Does the Evolo Report disclose a planform

02:16:22 18   design for the -- for the prototypes?

02:16:26 19   A.    Yes.  It does.

02:16:28 20   Q.    And how about span-wise twist distribution, tailoring

02:16:32 21   a span-wise twist distribution, does Evolo describe that as

02:16:36 22   well?

02:16:36 23   A.    It's discussing the various options you have of

02:16:39 24   arranging the wings.  So, for example, they are talking

02:16:42 25   about this V shape.  Right.  They change the angle of the --

Triantafyllou - Direct

02:16:47  1   of the wings.  There are many kinds of wings.  The -- when

02:16:55  2   you have a single wing, only one, which Evolo doesn't, but

02:16:59  3   if you have one wing, you still have to have the same

02:17:02  4   arrangement of a front up and a -- and a back equivalent.

02:17:08  5   So you have to have the single wing to twist to make it.

02:17:12  6   Okay.

02:17:13  7           They're not using a single wing.  So there's no

02:17:15  8   need to do specific twist, but they mention all this.  And

02:17:20  9   here is, for example, what they're talking about, this

02:17:24 10   what's called dihedral where it's V-shaped when you -- like

02:17:27 11   the military airplanes in the second war.

02:17:31 12           And they have other shapes where they show how

02:17:34 13   you adjust and curve and the like.  In general, when they're

02:17:37 14   talking about a wing, they say that certain area, because

02:17:44 15   you need a foil of a certain size, it can be big or it can

02:17:48 16   be very small.  It says, once you choose a certain area, it

02:17:52 17   can have many appearances, many shapes.  We open any book in

02:17:57 18   aeronautics.  It's full of shape, triangular, curved,

02:18:00 19   backwards, with sweep and everything else.

02:18:03 20           And then there is one measure that's called the

02:18:07 21   aspect issue, how wide it is, and how long the cord is.

02:18:11 22   That's very important for aerodynamics so they define it,

02:18:16 23   and they need to define it in a certain way for arbitrary

02:18:19 24   shapes.  That's why I'm saying this particular sentence

02:18:22 25   carries the weight that they are talking about, a variety of

715

Triantafyllou - Direct

02:18:26  1   of wings.

02:18:29  2   Q.     And let's also talk about the final claim here, Claim

02:18:33  3   6.  Now, Claim 6 talks about a watercraft wherein the

02:18:37  4   hydrofoil is wing-shaped with a front edge and a rear edge

02:18:41  5   that both curve rearwardly.  And is -- what is your opinion

02:18:45  6   as to whether or not the Evolo Report discloses a hydrofoil

02:18:49  7   wing shaped with the front edge and a rear edge that both

02:18:52  8   curved rearwardly?

02:18:55  9   A.     It's a little more general.  It discloses that a wing

02:18:58 10   can have -- have a variety of shapes.  You choose from

02:19:01 11   the -- from the aeronautics literature what fits the

02:19:05 12   specific person.  The -- for example, in their case they

02:19:10 13   started with a rectangular wing.  They decided to go to a

02:19:13 14   delta wing, which is a different -- it looks like a Greek

02:19:16 15   delta.  And then they said, how about combining a delta wing

02:19:19 16   with a rectangular wing like you see here.

02:19:22 17          There is a delta wing, and then there are two

02:19:29 18   sides to it.  And the sides are part of the rectangular

02:19:37 19   wing.  So, they combine many forms.  Now, they had to

02:19:43 20   construct this cut, the -- the material and everything and

02:19:48 21   do it.  So they tried the simpler form there.  But in all

02:19:53 22   their designs, they don't lose sight of -- of the principal

02:19:58 23   thing, front foil like this, back like that.  Okay.

02:20:00 24          They want to follow-up on what they started

02:20:05 25   with.  I like that particular thing, but throughout the

716

Triantafyllou - Direct

02:20:09 1    report they stick with it however many different

02:20:12 2    difficulties they had.

02:20:15 3                MR COLLETTI:  So, I'd like to go back to the

02:20:17 4    comparison chart that you -- that we looked at.  I think

02:20:23 5    it's Slide 53.

02:20:23 6    BY MR COLLETTI:

02:20:25 7    Q.    Does -- so, is it your opinion that the Evolo Report

02:20:32 8    teaches someone how to make a weight-shift eFoil that's

02:20:39 9    stable?

02:20:40 10   A.    Yes, and as you see, they were very patient.  They

02:20:47 11   chose a shape which is what we have today.  So, they taught

02:20:51 12   the right way to get there.  And that's available.  It would

02:20:56 13   be many choices.  Somehow they chose a shape which is what

02:20:59 14   we see today.  You see the Evolo.  You say, oh, yeah

02:21:03 15   triangular, but it's basically any eFoil today.  And at the

02:21:09 16   time the idea, you remember the big airplane and the giants

02:21:12 17   on top.  How did they end up there?  They did a good job.

02:21:16 18   Q.    And when you -- when you testified, you say the shape

02:21:19 19   that we have today.  What are you referring to?  You're

02:21:22 20   referring to the configure -- what are you referring to?

02:21:25 21   A.    I'm referring to -- to all these beautiful eFoils we

02:21:30 22   have available today, the MHLs, the Waydoo.  There are the

02:21:36 23   Flyer, several from -- we have many.  They look -- most of

02:21:42 24   the ones I've seen anyway, they look like the Evolo.

02:21:44 25   Q.    Okay.  And what do you mean "they look like the

717

Triantafyllou - Direct

02:21:47 1  Evolo"?

02:21:47 2  A.    They have all the components of the Evolo.  The board

02:21:51 3  at the top, two wings.  They spend a lot of time explaining,

02:21:56 4  and I'll give you an example.  They chose the front wing to

02:21:59 5  be five times the rear wing in size, five times bigger.

02:22:05 6  Most of the accommodations in the literature, you can choose

02:22:08 7  which wings, so if you are adventurous but if you do

02:22:12 8  something conservative and good, 5 to 1.  They did a very

02:22:17 9  thorough job in what they did.

02:22:21 10 Q.    Do the patents have that type of disclosure with

02:22:24 11 regard to building an eFoil that's weight-shift controlled

02:22:30 12 and stable?

02:22:30 13 A.    No, they don't.  They don't teach that.  They give

02:22:34 14 you a formula to check stability.  And I think the

02:22:40 15 sentences, like, you do it with appropriate design, for

02:22:44 16 example.  Well, I've never done anything with inappropriate

02:22:48 17 design.  I did an accommodation.  What do I do?  It's an

02:22:50 18 unstable vehicle.  What do I do?  Do I add another fin?

02:22:57 19 What exactly do I do?  That's what it's teaching.  Just to

02:23:01 20 put a wish list is not enough.

02:23:06 21 Q.    Okay.  Let's move onto the -- you spoke earlier about

02:23:12 22 that Woolley and Namanny, that you had an assignment to look

02:23:14 23 at the Woolley and the Namanny references?

02:23:16 24       Do you recall that?

02:23:17 25 A.    Yes.

Triantafyllou - Direct

02:23:17  1    Q.      Okay.

02:23:19  2                MR COLLETTI:  If we can pull up 55.

02:23:19  3    BY MR COLLETTI:

02:23:24  4    Q.      Now, let's take a look at the Woolley reference

02:23:29  5    first.  And can you tell us whether or not that -- what

02:23:33  6    components of Claim 1 that discloses?

02:23:35  7    A.      Okay.  So I have to explain that we're talking to the

02:23:40  8    invention now from something that created an eFoil to the

02:23:46  9    possibility that existing patents could be used to -- to

02:23:52 10    create an eFoil.  So I had a very narrow view because I have

02:23:56 11    to understand first what obvious means, which in this case

02:24:01 12    because it's said in legal with it.

02:24:04 13                So, we want to see whether all the elements that

02:24:07 14    an eFoil has could be drawn from existing patents.  So,

02:24:14 15    there's a patent on the left by Woolley which shows a

02:24:17 16    person -- this was for handicapped people.  So, it was made

02:24:21 17    to have a seat where someone could sit and enjoy a toy ride

02:24:29 18    without having to have these things that are actually

02:24:33 19    dangerous.  So, if you hit something, it's really bad.

02:24:35 20                And, therefore, they made it with a floatation

02:24:38 21    device, a strut, and two hydrofoils, again, back and forth.

02:24:43 22    And there is a tow rope, which you can see here.  So that's

02:24:47 23    different, not self-propelled.

02:24:49 24                It's propelled by another vehicle in front,

02:24:53 25    which is towing it.  And then on the right we have Namanny

Triantafyllou - Direct

02:24:58  1   who does it for a different application.  It's a surface

02:25:02  2   vehicle.  It's not a hydrofoil where he puts the motor which

02:25:09  3   looks very much in the shape that you would envision a

02:25:12  4   propeller.  And it's streamlined casing which contains

02:25:18  5   enough energy to propel it.

02:25:24  6           Woolley discusses stability because obviously,

02:25:29  7   especially for a handicap person, stability is very

02:25:31  8   important.  So he's talking about, again, arranging the

02:25:33  9   wings in an appropriate way, especially, and making the

02:25:36 10   appropriate calculations.

02:25:37 11           So, with the advent of -- especially of

02:25:44 12   batteries, you know -- if you are wondering why we have

02:25:47 13   electric cars today; right?  Because the battery has

02:25:50 14   advanced on so fast the last 10, 15 years, they've become

02:25:55 15   very cheap.  Whether they're higher lithium ion or --

02:26:01 16   lithium ion or any kind of lithium battery, they became very

02:26:06 17   cheap.  And there's a light, and it gives you a lot of

02:26:09 18   juice, a lot of power.  Okay.

02:26:11 19           Well, this is happening around the time when it

02:26:14 20   becomes possible to put these batteries on vehicles.  So,

02:26:19 21   it's -- it's a -- when you see this patent, it dawns on you

02:26:27 22   that if this is fun for a handicapped person and we put an

02:26:31 23   actual person, then instead of towing, adding a -- we make

02:26:38 24   it self-propelled.

02:26:39 25   Q.     Sure.  Let's take it step-by-step just to -- if --

720

Triantafyllou - Direct

02:26:42  1    so, you're indicating that Woolley discloses the undisputed

02:26:46  2    elements of the Claim 1; correct?

02:26:48  3    A.      Yes.

02:26:49  4    Q.      And Namanny has the propulsion system that's also

02:26:54  5    undisputed, but they're in two separate references; right?

02:26:57  6    A.      Exactly.

02:26:57  7    Q.      Okay.  So does your review -- did your -- did your

02:27:01  8    review of Woolley disclose the disputed element of

02:27:06  9    weight-shift control?

02:27:06 10    A.      Yes.  He explicitly referenced it because that's the

02:27:10 11    way to control where he wants to go explicitly -- or she

02:27:14 12    wants to.

02:27:14 13    Q.      And does Woolley disclose that in that patent

02:27:17 14    multiple times?

02:27:18 15    A.      Yes.

02:27:19 16    Q.      Okay.

02:27:19 17             MR COLLETTI:  If we go to the next slide.

02:27:19 18    BY MR COLLETTI:

02:27:22 19    Q.      Is this another instance of Woolley disclosing --

02:27:25 20    A.      Yes.

02:27:25 21    Q.      -- in reference to the hydrofoil is stable?

02:27:27 22    A.      Exactly.  And he's referring to planes, not wings,

02:27:32 23    but that's his choice.

02:27:34 24    Q.      And are there even more if we go to the next slide?

02:27:40 25    A.      Yes.  And, again, he's talking about making it more

Triantafyllou - Direct

02:27:46 1  stable or more responsive.  You know, when you make

02:27:51 2  something very stable, it doesn't -- it doesn't turn very

02:27:54 3  well.  So, this -- there is always this argument, which way

02:27:58 4  we should go?  Too much stability or too much responses.  If

02:28:01 5  you make it too responsive, it's not very stable.

02:28:04 6  Q.     So is it your opinion, Professor Triantafyllou, that

02:28:08 7  the Woolley reference discloses weight-shift control and

02:28:11 8  stability?

02:28:12 9  A.     It discusses stability and discusses weight-shift

02:28:15 10 control.

02:28:17 11 Q.     Okay.  So, is it -- what -- is it fair to say the

02:28:20 12 missing element is the propulsion system?

02:28:21 13 A.     Yes.

02:28:22 14 Q.     Okay.  And the propulsion system, you said, was found

02:28:26 15 in Namanny; correct?

02:28:27 16 A.     Right.

02:28:29 17 Q.     Okay.  So, you also talked about lithium ion

02:28:33 18 batteries; right?  What was the state of that technology in

02:28:43 19 2010 before the patent issued?

02:28:46 20 A.     It was -- it was just about at the level we're at

02:28:52 21 today.  In other words, very economical to buy very powerful

02:28:56 22 batteries.

02:28:57 23 Q.     All right.  So is it -- the power of batteries, was

02:29:05 24 has that gotten better and better since 2010?

02:29:09 25 A.     They come back and they can pack more power, yes.

Triantafyllou - Direct

02:29:13  1   And the price compared to what it has gone away from, that's

02:29:17  2   why we have electric cars.

02:29:18  3   Q.    Right.  That's my -- what I was trying to get at.  So

02:29:22  4   the price of batteries has also come down while the power of

02:29:25  5   those batteries has gone on up; right?

02:29:27  6   A.    Right.  And this plot comes from a paper.  It's for

02:29:30  7   lithium ion batteries.  But you can see the price from

02:29:36  8   10,000 going to a few hundred dollars from June 1990 to 2020

02:29:44  9   to today.  So, this is tremendous improvement in technology.

02:29:48  10  So, it wouldn't be -- it would be impossible in 1990 to

02:29:52  11  invent any of these vehicles because you couldn't pack

02:29:58  12  batteries.  It's -- as late as 2006, I designed a robot.  It

02:30:03  13  was about 6 foot long, and it was swimming like a turtle.

02:30:10  14  And we used batteries, but we used car batteries.  It was a

02:30:15  15  nightmare.  Very heavy.

02:30:17  16       We had to take it out and repair and -- today

02:30:24  17  it's a beauty to do the same thing with much, much, much

02:30:29  18  less money and effort.  So, a little bit this was the

02:30:32  19  revolution that especially powered a lot of development.

02:30:37  20  Q.    Now, you mentioned a car battery.  So, a battery size

02:30:40  21  has also decreased as well as the price; is that --

02:30:44  22  A.    Exactly.  So especially for self-propelled

02:30:49  23  entertainment vehicles, it's a big.

02:30:51  24  Q.    And as such, would a person have been motivated to

02:30:54  25  combine the Woolley and Namanny reference in order to reach

Triantafyllou - Cross

02:30:57 1    the invention of the asserted patents?

02:31:00 2    A.      Correct.  Although you have such tools in your --

02:31:06 3    available to you, it's -- there is always the desire, and

02:31:11 4    now there's a capability.

02:31:13 5    Q.      Okay.  So what is -- is it your opinion that the

02:31:15 6    Woolley and Namanny patents in combination -- what is your

02:31:20 7    opinion with regard to that and the asserted patents?

02:31:22 8    A.      Yes.  It would provide the elements to -- to make

02:31:28 9    such a vehicle.

02:31:29 10   Q.      They -- do you believe -- is it your opinion that

02:31:30 11   they disclosed all of the elements of the asserted patents?

02:31:33 12   A.      Yes, as we went through, they would -- there were all

02:31:39 13   the elements there.

02:31:56 14            MR. COLLETTI:  No further questions.

02:32:00 15            THE COURT:  All right.  So, cross-examination.

02:32:08 16   Can I just see Mr. Colletti and Mr. Theuerkauf at side-bar

02:32:17 17   for a second.  I don't need the court reporter.

02:32:27 18            (Discussion held at side-bar off the

02:32:30 19   stenographic record.)

02:33:06 20            CROSS-EXAMINATION

02:33:06 21   BY MR. THEUERKAUF:

02:33:08 22   Q.      Good afternoon, Doctor.

02:33:10 23   A.      Good afternoon, Mr. Theuerkauf.

02:33:12 24   Q.      Right.  So, I want to start with some of the

02:33:20 25   questioning earlier and it was about Waydoo and MHL products

Triantafyllou - Cross

02:33:25  1   and, you know, whether they were stable or not.

02:33:29  2         And we heard a lot of criticisms from you of

02:33:33  3   Mr. Barry's opinions; correct?

02:33:37  4   A.    Yes.

02:33:39  5   Q.    Okay.  But you have not analyzed yourself whether or

02:33:42  6   not the Waydoo products are stable, have you?

02:33:44  7   A.    I would -- I was not asked to do that.

02:33:48  8   Q.    Okay.  And so your opinions on whether or not Waydoo

02:33:56  9   infringes is simply your criticisms of Mr. Barry?

02:34:00 10   A.    Yes.

02:34:01 11   Q.    Okay.  And let's see.  So, let's back up just for one

02:34:08 12   second.

02:34:10 13         When you've submitted -- or when you submitted

02:34:13 14   your reports in this case, you had not talked to anybody

02:34:17 15   with Waydoo; correct?

02:34:18 16   A.    Say this again.

02:34:20 17   Q.    You've -- you've not talked -- when you wrote and

02:34:23 18   submitted your opinions in this case, you've not talked to

02:34:26 19   anybody from Waydoo, have you?

02:34:27 20   A.    From Waydoo?

02:34:30 21   Q.    Correct.

02:34:30 22   A.    No.

02:34:31 23   Q.    Is that no?

02:34:31 24   A.    It's a no.

02:34:33 25   Q.    Okay.  And you haven't analyzed any of the

725

Triantafyllou - Cross

02:34:36  1   engineering drawings of the Waydoo products; correct?

02:34:39  2   A.    Analyzed in what sense?

02:34:42  3   Q.    Well, did -- have you had the Waydoo engineering

02:34:45  4   drawings?

02:34:46  5   A.    No, I didn't have the engineering drawings, but I

02:34:49  6   have pictures of them from the -- from the Internet.

02:34:53  7   Q.    So pictures.

02:34:54  8         But you didn't have the 3D model engineering

02:34:57  9   drawings like Mr. Barry; correct?

02:34:58 10   A.    No, I did not.

02:34:59 11   Q.    And you didn't ask for them; correct?

02:35:02 12   A.    I did not ask for them.

02:35:03 13   Q.    Okay.  And so, based on your testimony today and what

02:35:26 14   we just heard, is it your opinion Waydoo is unstable and

02:35:34 15   Evolo is stable?

02:35:35 16   A.    These are two different questions.

02:35:43 17         Which one you want me to answer first?

02:35:45 18   Q.    No, I think it's the same question.

02:35:48 19         It -- is it your opinion today that Waydoo is

02:35:52 20   unstable and Evolo is stable?

02:35:55 21   A.    Let me answer one at a time.

02:35:58 22   Q.    Okay.

02:35:59 23   A.    Waydoo was shown by Mr. Barry to be unstable.  Is it

02:36:08 24   unstable?  If it -- if it had proven especially stable,

02:36:13 25   maybe I would have looked at it.  But this is the conclusion

726

Triantafyllou - Cross

02:36:17 1    of his report.

02:36:19 2              Is the Evolo stable?  I went through a long

02:36:24 3    discussion this morning, when stable and when it is

02:36:28 4    unstable.  It teaches -- the report teaches how to get

02:36:32 5    stability.  That's what I was asked to do -- to investigate.

02:36:35 6    Q.    Okay.  But is your -- are you trying to leave with

02:36:40 7    the jury the idea that Waydoo is unstable and Evolo is

02:36:45 8    stable?

02:36:45 9    A.    Was I -- what I was asked is does Mr. Barry prove

02:36:53 10   infringement through --

02:36:54 11   Q.    Okay.

02:36:55 12   A.    -- stability, and he does not.

02:36:56 13   Q.    Okay.  So you weren't asked to determine whether

02:36:59 14   Waydoo is stable or not?

02:37:00 15   A.    I was not asked to -- whether -- because we had to

02:37:05 16   check your analysis first.

02:37:07 17   Q.    But you could have checked; right?

02:37:09 18   A.    If I was asked to do it.  I have very little time

02:37:14 19   outside my work, so I had to focus --

02:37:17 20   Q.    So, it was a time constraint?

02:37:19 21   A.    It's not a time constraint.  It's reasonableness,

02:37:22 22   where should you give your effort.

02:37:36 23   Q.    And actually, during your deposition -- you recall

02:37:39 24   the deposition that we had?

02:37:40 25   A.    Yes.  Yes.

Triantafyllou - Cross

02:37:42  1   Q.      You do?  Okay.

02:37:43  2          And you actually testified during that

02:37:47  3   deposition that Waydoo must be stable; right, because people

02:37:51  4   like them?

02:37:52  5   A.      That's -- that's an uninformed opinion, since they

02:37:59  6   like them.

02:38:00  7   Q.      Okay.  So your opinion --

02:38:01  8   A.      It was not -- it was not scientific statement.  I

02:38:05  9   have not checked it.

02:38:05 10   Q.      Okay.  So your opinion was uninformed?

02:38:07 11   A.      It is a guess and my -- my phrase says it all.  Since

02:38:14 12   they like it, must be stable.

02:38:15 13   Q.      Okay.  And so, you've showed the jury a lot of

02:38:24 14   equations today; right?

02:38:26 15   A.      No, very few actually.

02:38:28 16   Q.      Very few?

02:38:28 17   A.      Very few.

02:38:29 18   Q.      Okay.  I consider equations that long even two or

02:38:33 19   three of them seem like a lot to me?

02:38:34 20   A.      No.  No.  No.  I'm sorry.  The equations were on

02:38:37 21   purpose.  One equation was the lift proposal, the velocity

02:38:42 22   and the inclination.  And the other was two terms, C-D $U_2$.

02:38:49 23          People of the jury when they go and they have

02:38:52 24   the room and they have nothing else to do, they can take

02:38:55 25   these equations and look to them, and say, yeah, this is

Triantafyllou - Cross

02:38:57 1    something simple.

02:38:59 2    Q.    Okay.  And you didn't plug any numbers into those

02:39:02 3    equations?

02:39:03 4    A.    Counselor, we went through this before.  When this

02:39:08 5    equation shows C-D $U^2$ where you don't understand that this

02:39:14 6    will be stable when the $U^2$ becomes bigger than C.

02:39:17 7    Q.    Well, in my world, I guess when I've got an equation,

02:39:22 8    you don't get an answer unless you plug the numbers in,

02:39:27 9    Doctor.

02:39:28 10   A.    Not in algebra.  When you look at something like

02:39:32 11   this, it's obvious.

02:39:34 12   Q.    And you had told me that you had plugged the numbers

02:39:38 13   in at one point; right?

02:39:39 14   A.    Of course, I check the numbers for the -- for the

02:39:42 15   that Evolo.

02:39:42 16   Q.    And then you didn't -- you didn't have them, you

02:39:45 17   didn't maintain them?  You got rid of them; right?

02:39:47 18   A.    We can do it in another room.

02:39:52 19   Q.    And then -- and then you told me later in that same

02:39:55 20   deposition that you didn't run the numbers; isn't that

02:39:57 21   correct?

02:39:58 22   A.    The numbers that -- the detailed numbers that we're

02:40:04 23   -- maybe we're talking about, but in the report they give

02:40:07 24   all the numbers.  I checked them.  Yes.

02:40:09 25   Q.    You did?

Triantafyllou - Cross

02:40:10  1    A.    But they had given in the book.  I read them.

02:40:14  2    Q.    But you told me during your deposition that you did

02:40:16  3    not -- well, first you told me you did run the numbers but

02:40:19  4    you didn't maintain them, you didn't deep them.  And then

02:40:22  5    you came back and told me you didn't run any calculations.

02:40:24  6                Isn't that correct?

02:40:29  7                Is that correct?

02:40:29  8    A.    No, I'm telling you that I read the numbers that were

02:40:34  9    in the report.  That means running the numbers.  You run

02:40:37 10    through and you -- and you construe it.  And -- and --

02:40:41 11    Q.    So let's just be sure we're clear here.

02:40:43 12                So running the numbers means just looking at the

02:40:46 13    equations?

02:40:47 14    A.    Running the numbers means reading the report where it

02:40:52 15    says the area is 116.  The LIFT coefficient is .18.  You

02:40:56 16    multiply this and you find something.  I checked and they

02:41:01 17    were -- they were doing it right.  Whether I did other

02:41:04 18    calculations for my own sake, maybe I did.  I don't remember

02:41:07 19    it.  Maybe -- maybe I did.

02:41:08 20    Q.    But your report, your opinions in this case don't

02:41:10 21    have any calculations in them, do they?

02:41:12 22    A.    I gave you an equation which is loud and clear.  C-D

02:41:19 23    $U^2$.

02:41:20 24    Q.    Okay.  But my question --

02:41:22 25    A.    My conclusion is that for high speed, you get

730

Triantafyllou - Cross

02:41:27  1   negative number.

02:41:28  2   Q.     Yeah, I understand.  I'm just trying to be clear and

02:41:30  3   I want to be clear for the jury.

02:41:32  4          You did not put any calculations in your report

02:41:35  5   in your opinions in this case, did you?

02:41:37  6   A.     I did not put a calculation in the report.

02:41:40  7   Q.     Okay.  So we don't have an answer from your report

02:41:44  8   with respect to those equations; correct?

02:41:47  9   A.     No, you have the equations which are the answer,

02:41:51 10   Counselor.  That's my job to find equations.  And to be

02:41:55 11   explicit as they are in the report.

02:42:07 12   Q.     And you would agree, right, that plugging the numbers

02:42:09 13   into the calculate -- into those equations would give you an

02:42:13 14   answer of whether or not they were, for example, statically

02:42:17 15   stable; correct?

02:42:18 16   A.     Counselor, we are repeating the same thing.  If I

02:42:23 17   have an equation that says 2X is bigger than X, I don't need

02:42:26 18   to put any X in there.  It's obvious that it's correct.

02:42:29 19   This -- you look at it.  $C$-$D$ $U^2$.  I will give you the same

02:42:34 20   answer if you asked this question.  Loud and clear, you make

02:42:37 21   U large, you get the stable answer.  What numbers?  What

02:42:43 22   numbers?

02:42:44 23   Q.     Okay.

02:42:45 24   A.     It's a generic property.  You think Newton was

02:42:49 25   putting equation numbers in an effort to make --

731

Triantafyllou - Cross

02:42:54  1  Q.    Okay.  And you told me during your deposition that

02:42:56  2  you weren't asked to determine mathematically whether or not

02:42:59  3  they were stable; correct?

02:43:00  4  A.    That's a mathematical proof.

02:43:03  5  Q.    Didn't you tell me that you were not asked to make a

02:43:07  6  mathematical determination whether they were stable?

02:43:09  7  A.    Which one you're talking about now?

02:43:13  8  Q.    Well, let's talk about -- I mean, any of them.  We

02:43:16  9  can talk about MHL.  We can talk about Waydoo.  We can talk

02:43:21 10  about Evolo.

02:43:21 11          What you told me -- and we can pull up your

02:43:24 12  deposition, but what you told me is that you weren't asked

02:43:27 13  to make a determine -- mathematical determination whether

02:43:30 14  they were stable.

02:43:31 15  A.    And a numerical determination, you mean.  To take the

02:43:34 16  specific vehicle and put the numbers and find an answer.

02:43:37 17  That's what you're talking about?

02:43:41 18  Q.    Yes.

02:43:41 19  A.    Well --

02:43:43 20  Q.    Did you or did you not?

02:43:45 21  A.    Did I answer before C-D U$^2$ explains to you what it

02:43:50 22  is.  It's applicable to any vehicle that has a front up and

02:43:54 23  a vehicle in the back.

02:43:57 24  Q.    And let's just -- I guess we'll have to pull the

02:43:59 25  deposition here.

Triantafyllou - Cross

02:44:14　1 　　　　　MR. THEUERKAUF:  Well, let's do DTO 1.

02:44:27　2 　　　　　(Video playing.)

02:44:28　3 　BY MR. THEUERKAUF:

02:44:28　4 　Q.　　Do you have an opinion on whether or not they're

02:44:30　5 　stable?

02:44:30　6 　A.　　Stable as in mathematically stable?  I don't know.

02:44:34　7 　Stable?  People like them.  They must be stable in what they

02:44:40　8 　-- they wish to be stable.

02:44:40　9 　　　　　(Conclusion of video.)

02:44:42　10 　BY MR. THEUERKAUF:

02:44:42　11 　Q.　　And that was with respect to the Waydoo products;

02:44:46　12 　correct?

02:44:46　13 　A.　　I take your word that this was in answer to a Waydoo

02:44:50　14 　product.

02:44:54　15 　Q.　　All right.  So, let's look at Page 193, 194.

02:45:20　16 　　　　　And the question there is:  "And you could look

02:45:27　17 　at a video and confirm whether that was the case" -- I'm

02:45:30　18 　sorry, let's back up.

02:45:32　19 　　　　　We were talking about whether you could look at

02:45:33　20 　a video and determine whether it was static or had static

02:45:38　21 　pitch stability.

02:45:39　22 　　　　　And I asked you:  "And you could look at a video

02:45:42　23 　and confirm whether that was the case or not, right?"

02:45:46　24 　　　　　And you said:  "Not from a video, but you can

02:45:48　25 　get an indication of what is happening with -- stable in a

Triantafyllou - Cross

02:45:51 1    mathematical sense, as we said, need some analysis and I

02:45:56 2    wasn't asked to do an analysis of stability."

02:45:58 3            Do you recall giving that answer?

02:45:59 4    A.    Yes.  And the analysis of stability means to take a

02:46:02 5    specific vehicle to tell you whether it's stable or not.

02:46:10 6    When I give you an expression which applies to any vehicle,

02:46:14 7    -- applies to any vehicle.  So, I don't need to do it for

02:46:18 8    any specific vehicle.  I did it for every single one.

02:46:24 9    Q.    So, you made no mathematical determination; correct?

02:46:26 10   A.    I just did.  C-D U$^2$.  Do I need to repeat it?

02:46:31 11   Q.    And I guess I've got to repeat my question.

02:46:33 12           You never filled the values in and got an

02:46:36 13   answer; right?

02:46:36 14   A.    Only when it when I followed the calculations with

02:46:45 15   the Evolo.  It's just matter of changing the their

02:46:48 16   calculations.

02:46:51 17   Q.    And so, I think you said your experience in

02:47:13 18   hydrofoils goes back to the '80s; right?

02:47:19 19   A.    Goes to who?

02:47:19 20   Q.    To the 1980s; is that correct?

02:47:21 21   A.    Roughly, yes.  Yes, roughly.

02:47:23 22   Q.    Okay.  And you have several patents related to

02:47:26 23   hydrofoils?

02:47:27 24   A.    Yes.

02:47:28 25   Q.    Okay.  But prior to this litigation and prior to --

734

Triantafyllou - Cross

02:47:35 1    or not until you were engaged by Waydoo had you ever heard

02:47:38 2    of the Evolo Report; correct?

02:47:40 3    A.    I didn't happen to hear about it, no.

02:47:44 4    Q.    Okay.  And you've been in this industry since the

02:47:49 5    '80s?

02:47:49 6    A.    Say this again?

02:47:51 7    Q.    You've been in this industry since the '80s?

02:47:53 8    A.    I have been not in this industry of eFoils, but in

02:47:58 9    ocean --

02:47:58 10   Q.    In hydrofoil watercraft?

02:48:00 11   A.    Not personal hydrofoil craft.  I became aware of

02:48:05 12   hydrofoil crafts about three years ago.

02:48:12 13   Q.    And you have not talked to -- so you did not know

02:48:14 14   about the Evolo Report until your engagement?

02:48:16 15         And you've not spoken to anybody that was

02:48:21 16   associated with the Evolo Report; correct?

02:48:22 17   A.    I had a short talk with -- over video with

02:48:28 18   Professor Kuttenkeuler.

02:48:31 19   Q.    It's not what you told me during your deposition; is

02:48:34 20   that --

02:48:34 21   A.    It was after my deposition.

02:48:36 22   Q.    You spoke --

02:48:36 23   A.    This is more recent.

02:48:38 24   Q.    Okay.  And you testified earlier that you had read

02:48:47 25   the entire Evolo Report; right?

Triantafyllou - Cross

A.      Yes.

Q.      Okay.  And that's not what you told me after you

submitted your report and I took your deposition; right?

A.      I might have skipped a few pages.  I don't remember,

but...

Q.      And I think what you to told me is you had skimmed

it; right?

A.      Maybe I had skimmed it.  Since then, I have a reason

to -- to look here and there.  Have I read every single

page, 550 pages?  I have a very good find index.  So

whatever I want to find, I find very quickly.

        But, yes.  I have skimmed through the report.

That's what I do.

Q.      And what you relied on for your report was a machine

translation; right?

A.      Yes.

Q.      But a certified translation existed; right?

A.      Not when I did my first investigation.

Q.      Okay.  Well, you understand that Waydoo's counsel has

a certified translation of that report; right?

A.      Yes, I do.

Q.      And so, you understand, too, that -- in the Evolo

Report, for example, I know you showed a page that seemed to

define what stability was, but you understand that that

report has got a lot of inconsistencies in it; correct?

Triantafyllou - Cross

02:50:24 1    Even with respect to the word stability; right?

02:50:26 2    A.      Namely.

02:50:26 3    Q.      Namely.

02:50:31 4            And we talked about this during your deposition,

02:50:33 5    too.  I'm sure you probably remember, but there's a portion

02:50:41 6    of the Evolo Report --

02:50:42 7            MR. THEUERKAUF:  And we can pull that up.  I

02:50:47 8    believe DTX 19, Page 95.

02:50:47 9    BY MR. THEUERKAUF:

02:50:49 10   Q.      And if you go --

02:51:00 11   A.      You would have to focus.

02:51:01 12   Q.      I'm sorry.  I think we're on the page, page 95.  Oh,

02:51:06 13   wait.  Oh, no.  There it is.  I'm sorry.  At the bottom.

02:51:12 14           So, here at the bottom you see it says, "By

02:51:17 15   stable it is meant that the system is slower so that the

02:51:19 16   driver has an opportunity to compensate for a disturbance in

02:51:23 17   the rolling."

02:51:25 18           It's a different definition of stability, isn't

02:51:27 19   it?

02:51:27 20   A.      He's not defining stability.  It's an off-the-cuff

02:51:31 21   remark, counsel.

02:51:32 22   Q.      Okay.

02:51:32 23   A.      The student wrote it.  Yes.

02:51:35 24   Q.      I guess are you -- well, I mean, it says "by stable

02:51:39 25   is meant there," doesn't it?

Triantafyllou - Cross

02:51:41 1    A.     Yes.  But in a handful of other places, it says

02:51:45 2    stable means return to the original condition, counsel.  You

02:51:49 3    found one place --

02:51:50 4    Q.     And there were 15 -- at least 15 different authors;

02:51:53 5    right?

02:51:54 6    A.     I think there were 12.  We counted this morning.

02:51:58 7    Q.     Well, I think there was 15.  But, yeah, 12, 15.  I

02:52:03 8    mean, there was a bunch of people putting this report

02:52:05 9    together.  They were coming together, putting their own

02:52:08 10   parts in; right?

02:52:09 11   A.     True.

02:52:13 12   Q.     And those students, for example, obviously, had

02:52:16 13   different definitions of stable; right?

02:52:18 14   A.     This is an off-the-cuff remark by a student.  I

02:52:23 15   wouldn't -- I wouldn't go to say that they had different

02:52:25 16   definitions of stability.

02:52:27 17   Q.     So if this is an off-the-cuff remark, I'd say there's

02:52:30 18   a whole lot of off-the-cuff remarks in Evolo; right?

02:52:34 19   A.     Like what?

02:52:35 20   Q.     Well, I mean if this is off the cuff, why isn't the

02:52:38 21   earlier definition that we saw off the cuff?

02:52:39 22   A.     Because it's repeated in several applications and

02:52:44 23   with reference to Anderson, which has the appropriate -- and

02:52:53 24   the college -- it's a difference when you reference an

02:52:58 25   authoritative text and you say this is where it's coming

738

Triantafyllou - Cross

02:53:00 1    from.  That's what makes it something authoritative and off

02:53:05 2    the cuff somewhere without any reference.  Yes, they may

02:53:08 3    have done a mistake.  They wrote after hours.

02:53:25 4    Q.    All right.  And so, I want to back up just for a

02:53:32 5    minute.

02:53:46 6          The -- with respect to static stability -- well,

02:53:55 7    I think you've said that the Evolo Report showed static

02:54:00 8    pitch stability; is that correct?

02:54:02 9    A.    It gave the weights of static stability.

02:54:09 10   Q.    So, it didn't -- so you are not opining that it

02:54:12 11   actually achieved it, you're just saying it gave the way?

02:54:17 12   A.    It describes how to do it.

02:54:22 13   Q.    But did it do it?

02:54:23 14   A.    They were -- they were experimenting and they were

02:54:26 15   showing the stability.  I went through the process to

02:54:30 16   explain that what intent -- to have a driving product is to

02:54:40 17   have a higher motor, which they wanted, if they had the

02:54:43 18   motor of 4 kilowatts, as they wanted at that speed, that --

02:54:47 19   that motor would go from what I -- I read from the report.

02:54:55 20   Like everyone else -- everyone else had stated it.

02:54:55 21   Q.    So, not based on what was in the report.

02:54:57 22         So, I mean, what you just said, if I'm

02:55:01 23   interpreting that correctly, is that they didn't achieve it,

02:55:05 24   but they could have?

02:55:06 25   A.    In the testing they did, they were going to -- to the

Triantafyllou - Cross

02:55:18  1  exact speed that stability is achieved and they were having

02:55:25  2  tests where this was achieved.

02:55:28  3  Q.      And those tests were the X7 and X8.  Is that what

02:55:32  4  you're referring to?

02:55:32  5  A.      All the models.  They were going very close to that

02:55:36  6  speed X7, 8, 9 and...

02:55:38  7  Q.      So, you are -- but you're talking about tests where

02:55:41  8  they're towing it with a rope?

02:55:43  9  A.      No, I'm talking also the three test they did.

02:55:46 10  Q.      The what?

02:55:47 11  A.      And those are the three tests they did with the

02:55:50 12  actual vehicle.

02:55:51 13  Q.      Okay.  So it's your opinion that the video shows

02:55:55 14  static stability?

02:55:55 15  A.      The video shows a craft which achieves static

02:56:01 16  stability at high speeds.  And exactly that's what their

02:56:06 17  finding.  As they go up in the speed, it becomes more stable

02:56:09 18  and they knew that if a double -- to double the motor to

02:56:12 19  reach the speed where it's --

02:56:14 20  Q.      So they would need to double the motor.  Is that what

02:56:16 21  you're saying?

02:56:17 22  A.      That's exactly what they want, not they needed.

02:56:21 23  Q.      So based on what you've seen, they would need to

02:56:23 24  double the motor?

02:56:25 25  A.      That's what they say.  And I agree.  And that's the

740

Triantafyllou - Cross

02:56:28  1  kind of motor the eFoils have today.

02:56:39  2  Q.     And the Evolo Report mentions being unstable;

02:56:42  3  correct?

02:56:42  4  A.     It discusses issues of stability.  Whenever they have

02:56:49  5  a problem, they form to define the problems.

02:56:53  6  Q.     And, in fact, it talks about it being unstable;

02:56:56  7  correct?

02:56:56  8  A.     They tried various combinations of the work.  They

02:57:03  9  make comments, they are frank, good students and they report

02:57:09 10  exactly what they're seeing, like my students would do.

02:57:14 11          You know how many times the -- the Wright

02:57:18 12  brothers had to crash --

02:57:20 13          MR. THEUERKAUF:  So if we look at --

02:57:21 14          THE WITNESS:  -- before they got flight.

02:57:23 15          MR. THEUERKAUF:  -- DTX 19 Page 121.

02:57:23 16  BY MR. THEUERKAUF:

02:57:30 17  Q.     So, if you look at this first box, Evolo is still

02:57:36 18  very unstable; right?

02:57:39 19          MR. THEUERKAUF:  And then if we go down to the

02:57:40 20  next page.

02:57:40 21  BY MR. THEUERKAUF:

02:57:49 22  Q.     You'll see here that they're talking about since

02:57:51 23  these people have already gained experience and have a

02:57:53 24  feeling for how Evolo works, one way to maximize the risk is

02:57:59 25  to continue with the same test driver for the time being.

Triantafyllou - Cross

02:58:03  1          So here's an individual that was gaining

02:58:04  2   experience; right?  How many different iterations,

02:58:08  3   experiments, did they run?  Do you know?

02:58:11  4   A.    I don't and it doesn't matter.

02:58:14  5   Q.    So you don't know how many different experiments or

02:58:17  6   runs that they made?

02:58:19  7   A.    I didn't count them, counselor.

02:58:21  8   Q.    Okay.  And so then, obviously, they're gaining

02:58:24  9   experience.  And even the experienced driver, what we saw in

02:58:28 10   that earlier paragraph, it was unstable?

02:58:32 11   A.    In other locations they say other things.  They have

02:58:36 12   more sustained -- it's a frank report, so you chose one

02:58:40 13   paragraph.  The students are very fine, yes, they report

02:58:43 14   their failures.  That's how they do it.

02:58:45 15          MR. THEUERKAUF:  And so let's look at DTX 325.

02:58:54 16   I think it's at .654.

02:58:54 17   BY MR. THEUERKAUF:

02:58:58 18   Q.    And this is an exhibit to the certified translation.

02:59:03 19   And I think down here -- do you see where it says challenge

02:59:09 20   to ride -- "challenge to drive"?

02:59:12 21   A.    Yes.

02:59:13 22   Q.    And then you've told us already that a unicycle is

02:59:16 23   unstable; correct?

02:59:17 24   A.    Yes.

02:59:19 25   Q.    Okay.  See down here, it's compared to riding a

Triantafyllou - Cross

02:59:26  1  unicycle.

02:59:28  2  A.     It's -- it's -- it's not.

02:59:32  3  Q.     Unstable?

02:59:33  4  A.     It's not what the report -- you found -- this is not

02:59:36  5  in the report.

02:59:43  6  Q.     And on those tow tests, wasn't it your opinion that

02:59:49  7  the rope would need to be at the approximate location of the

02:59:55  8  motor and propeller?

02:59:56  9  A.     This is the best you can do to test static stability

03:00:03 10  by towing.  You have to put it approximately where the --

03:00:07 11  the propeller would -- would be.  It would never be the same

03:00:11 12  as running a self-propelled.  In this particular case,

03:00:15 13  unlike boats which are long, you get a pretty good estimate

03:00:19 14  of static stability.  But, yes, you have to put it down

03:00:24 15  where the propeller is.

03:00:25 16  Q.     Okay.  And so, you were saying those tow tests only

03:00:28 17  showed -- or I guess in your opinion, they were showing

03:00:31 18  static pitch stability; right?

03:00:32 19  A.     Say this again?  Can you repeat?

03:00:35 20  Q.     Is it your opinion that those tow tests were showing

03:00:38 21  static pitch stability?

03:00:40 22  A.     Those tests were showing that at higher speeds the

03:00:45 23  vehicle was behaving better.  That's what it was -- it was

03:00:48 24  showing.

03:00:48 25  Q.     Behaving better?

743

Triantafyllou - Cross

03:00:49  1    A.      Yes.

03:00:50  2    Q.      Okay.  Behaving better is not the same as static

03:00:55  3    pitch stability; right?

03:00:56  4    A.      The static pitch stability requires high speed.  They

03:01:00  5    were in the region where they would have short spells of

03:01:04  6    static response.

03:01:07  7    Q.      And that's -- those videos that -- and that's based

03:01:10  8    on some videos you watched; right?

03:01:12  9    A.      Based on the data that I have at which speed these

03:01:17 10    were constructed and what they're saying about that.

03:01:21 11    Q.      So you didn't -- you didn't rely on the videos then;

03:01:24 12    is that what you're saying?

03:01:25 13    A.      I don't rely on videos to determine stability, but

03:01:28 14    you get an indication if you know how able a rider is, what

03:01:33 15    speed is conducted and what is the condition.  Then you can

03:01:36 16    get some indication, yes.

03:01:39 17            Just look at the video, you have to learn -- you

03:01:44 18    learn on YouTube, no.  But these were very specific.  Very

03:01:47 19    specific.  They were described in the report.

03:01:48 20    Q.      Okay.  But you've also told me, too, that you can't

03:01:55 21    watch videos and make any sort of determination; right?

03:01:58 22    A.      You can get some indications.  That's what I said

03:02:00 23    before.

03:02:02 24    Q.      So, you've also said to be stable it has to be in all

03:02:11 25    directions; right?

744

Triantafyllou - Cross

03:02:11  1    A.      True.  Yes.

03:02:15  2    Q.      And I think what you've told us today with respect to

03:02:17  3    Evolo is pitch stability; right?

03:02:20  4    A.      Yes.

03:02:22  5    Q.      That doesn't include all directions, right?

03:02:24  6    A.      No, but they're talking about the other directions as

03:02:26  7    well, and that's what happens to airplanes, too.

03:02:29  8    Q.      They were talking about it?

03:02:31  9    A.      They give indications that they know how to do it.

03:02:35 10    Q.      And those equations that we were looking at today,

03:02:41 11    those are from you?

03:02:43 12    A.      Those are from -- from the standard references,

03:02:46 13    counsel.

03:02:47 14    Q.      But they're not from the Evolo Report; right, Doctor?

03:02:50 15    A.      They reference also the same references that I

03:02:55 16    reference.

03:02:56 17    Q.      Okay.  But they're not from the report; right?

03:02:58 18    A.      No, they're from the standard references.

03:03:02 19    Q.      Right.  And the benefit you have is hindsight; right?

03:03:10 20    A.      How would it be otherwise?

03:03:13 21    Q.      Well, you've spent a lot of time studying

03:03:20 22    Dr. Langelaan's patents; right?

03:03:21 23    A.      To be firm with you, I spent a lot more time studying

03:03:24 24    the Evolo.

03:03:25 25    Q.      So you really haven't studied Dr. Langelaan's

Triantafyllou - Cross

03:03:28  1   patents?

03:03:28  2   A.      No, I have.

03:03:29  3   Q.      You haven't?

03:03:29  4   A.      I have.

03:03:30  5   Q.      Okay.  But you -- but you were studying the Evolo

03:03:34  6   report because of the issue that Waydoo's having with

03:03:38  7   Dr. Langelaan's patents; correct?

03:03:41  8   A.      I was studying them both at the same time.  Yes.  I

03:03:44  9   came --

03:03:45 10   Q.      So you had the benefit of Dr. Langelaan's patents;

03:03:47 11   correct?

03:03:47 12   A.      I had the benefit of the standard references before

03:03:51 13   that, counsel, already.

03:03:52 14   Q.      Okay.  But you also had Dr. Langelaan's patents;

03:03:55 15   right?

03:03:55 16   A.      Yes, I did, of course.

03:04:10 17   Q.      So, lift is not the same thing as stability; right?

03:04:16 18   A.      Can you repeat, please?

03:04:19 19   Q.      Lift is not the same as stability; correct?

03:04:23 20   A.      Lift is a force.  Stability is a property.

03:04:26 21   Q.      Okay.  So they're not the same; right?

03:04:29 22   A.      They are different, apples and oranges.

03:04:33 23   Q.      Okay.  And so, do you recall telling me that Evolo

03:04:38 24   was stable because it was able to operate out of the water?

03:04:44 25   A.      I don't remember this specific instance.

Triantafyllou - Cross

03:04:49 1   Q.     Well, I mean, it's true; right?  Simply because it's

03:04:52 2   able to come up out of the water doesn't mean that it's

03:04:55 3   stable; right?

03:04:55 4   A.     No.

03:04:56 5   Q.     Okay.

03:04:57 6   A.     It doesn't necessarily mean, no.

03:05:18 7   Q.     So, let me ask you -- let me get my spot here.  You'd

03:05:35 8   also agree, right, that equilibrium is not the same thing as

03:05:40 9   stability; correct?

03:05:41 10  A.     Equilibrium is a balance of forces and moments.

03:05:48 11  Stability is the ability to go back to the original

03:05:52 12  position.

03:05:52 13  Q.     Okay.  So, they're different; correct?

03:05:54 14  A.     As different as they can be.

03:05:56 15  Q.     Okay.

03:06:02 16  A.     The only connection is that stability is assessed, at

03:06:05 17  least for these patents, around equilibrium.

03:06:11 18  Q.     And I'm sorry, can you repeat that?  I'm not sure I

03:06:13 19  understood.

03:06:13 20  A.     Stability is assessed -- is considered around

03:06:18 21  equilibrium.

03:06:20 22  Q.     Okay.

03:06:20 23  A.     So, that's the connection.

03:06:22 24  Q.     Oh, I'm sorry.  I lost your mic there.

03:06:24 25  A.     That's the only connection.

03:06:26  1   Q.    Okay.  So, because a craft is operating at

03:06:36  2   equilibrium doesn't mean that it's stable; right?

03:06:37  3   A.    If it's operating for a long time, it means it's

03:06:40  4   stable.  But, no.

03:06:42  5   Q.    Okay.  And so, going back to the tow test for a

03:06:56  6   moment, the tow test had the rope attached at the strut;

03:07:09  7   correct?

03:07:10  8   A.    The bottom part of the strut, if I remember right.

03:07:14  9   Q.    Right.  And it was your opinion in your report that

03:07:17 10   that rope would need to be at approximately the location of

03:07:22 11   the motor and propeller; right?

03:07:24 12   A.    Yes.

03:07:25 13   Q.    Okay.  And you understand, though, that in the Evolo,

03:07:29 14   that's actually the one that has the motor in it, the

03:07:33 15   propeller's not at that location; right?

03:07:35 16   A.    It's a little further down, yes.

03:07:36 17   Q.    A little further down?

03:07:38 18   A.    I think it's right where the rear wing is.

03:07:42 19   Q.    It's actually at the very back of the vehicle; right?

03:07:45 20   A.    Right.

03:07:46 21   Q.    And so, it's nowhere near where that rope would have

03:07:49 22   been attached to the strut; correct?

03:07:51 23   A.    Correct.

03:07:53 24   Q.    All right.  And so, let's talk about Woolley and

03:08:13 25   Namanny for a moment.  I guess my first question is:  You

03:08:26 1   understand that the Patent Office already considered those

03:08:32 2   two patents when issuing Dr. Langelaan his --

03:08:35 3   A.      Yes.

03:08:35 4   Q.      -- patent; right?  Okay.

03:08:37 5           And you agree that Woolley was designed for a

03:08:41 6   very specific purpose; right?

03:08:42 7   A.      Yes.

03:08:44 8   Q.      Okay.  And that purpose was to have the chair with

03:08:48 9   the strap for paraplegic people; correct?

03:08:52 10  A.      Exactly.

03:08:55 11  Q.      And you also understand that the motor on Namanny is

03:09:01 12  attached to a fin that goes on the bottom of the surfboard;

03:09:04 13  correct?

03:09:04 14  A.      Correct.

03:09:05 15  Q.      And it's a very low-powered motor to help somebody

03:09:09 16  get out past the waves?

03:09:11 17  A.      The motor fits the application, counsel.  There is no

03:09:15 18  room small and large.  It fits what it's made for.

03:09:20 19  Q.      And we'll get there, but you agree with me that

03:09:23 20  what's disclosed in Namanny is a small motor for very

03:09:29 21  low-powered use to just help somebody that's paddling out

03:09:35 22  over the waves; right?

03:09:36 23  A.      A person skilled in the art, we're talking about who

03:09:41 24  would do this or someone who arbitrary?

03:09:43 25  Q.      I'm simply asking what is disclosed.  I mean, have

749

Triantafyllou - Cross

03:09:46  1    you read the patent?

03:09:47  2    A.    Yes.

03:09:47  3    Q.    Okay.  So, what is disclosed in there is a small,

03:09:52  4    low-powered motor attached to a fin to help somebody that's

03:09:57  5    surfing to paddle out past the waves?

03:10:00  6    A.    Yes, because it fits the application.  If it was a

03:10:06  7    cruise ship, it would be a much bigger motor.  Yes.

03:10:17  8    Q.    And so, Woolley -- the device in Woolley being for

03:10:22  9    that specific purpose that we just talked about, for the

03:10:27 10    handicapped or paraplegic person, that tow rope is

03:10:33 11    important; correct?

03:10:35 12    A.    It provides the -- the force to propel it, yes.

03:10:41 13    Q.    Yeah.  And you haven't done any calculations for

03:11:00 14    Woolley, either, right, to know whether or not that would

03:11:03 15    provide for stability?

03:11:04 16    A.    No, he discusses stability.  I have not done the

03:11:09 17    calculations.

03:11:21 18    Q.    And, again, when you were assessing Woolley and

03:11:23 19    Namanny, you had the benefit of Dr. Langelaan's patents;

03:11:27 20    right?

03:11:27 21    A.    I had read the Langelaan patents, yes.  I had read

03:11:34 22    also the Evolo Report.

03:11:36 23    Q.    And it's quite easy after the fact to sit in

03:11:41 24    hindsight and tell the jury that his invention was obvious

03:11:46 25    or that the Evolo Report anticipates it when hindsight is at

750

Triantafyllou - Cross

03:11:53 1  your aid; right?

03:11:54 2  A.    It's funny you're asking this, counsel.  If hindsight

03:11:58 3  is seeing the -- the vehicles today, the Waydoo and the

03:12:02 4  LIFT, that's hindsight, not the patents.

03:12:06 5  Q.    And you had never seen an eFoil on the market until

03:12:08 6  you got involved in this case; right?

03:12:10 7  A.    I had not seen an eFoil -- well, I had seen them in

03:12:14 8  the -- in videos, but not up close.

03:12:19 9  Q.    Yeah.

03:12:24 10  A.    I had seen a different -- if you're interested, a

03:12:27 11  different eFoil, which is not electric.  It's self-powered,

03:12:31 12  and it looks exactly like it.

03:12:34 13  Q.    I guess I'll go back to my earlier questions.  And

03:12:50 14  that is:  You've testified today that Waydoo, at least from

03:13:04 15  going back and looking at the deposition, that they're

03:13:08 16  stable; right?

03:13:08 17  A.    I didn't -- I didn't sit down to do a determination

03:13:18 18  whether it's stable or not.

03:13:20 19  Q.    You didn't do a calculation?

03:13:21 20  A.    I didn't do it.

03:13:22 21  Q.    But you told us just a minute ago all you needed was

03:13:25 22  the equation?

03:13:26 23  A.    Provided the foils are in a specific configuration.

03:13:31 24  I didn't check whether this is the case.  You're missing the

03:13:34 25  most important thing.

751

Triantafyllou - Redirect

03:13:36 1          MR. THEUERKAUF:  No further questions.  Thanks.

03:13:50 2          MR. COLLETTI:  Can we bring up DTX 325B, the

03:13:56 3   Evolo Report, and specifically DTX 325B.60?

03:13:56 4                   REDIRECT EXAMINATION

03:13:56 5   BY MR COLLETTI:

03:14:23 6   Q.     Professor, is this the page where you derived your

03:14:28 7   stability definition with regard to the Evolo Report?

03:14:30 8   A.     Yes.  This is the kind of configuration around which

03:14:36 9   I derived the stability equation.

03:14:39 10  Q.     And if we turn back to Page 58, do you recognize this

03:14:48 11  as one of the chapters in the Evolo Report?

03:14:51 12  A.     It looks like it, yes.

03:14:55 13  Q.     All right.  Is this the pitch stability chapter of

03:14:56 14  the Evolo Report?

03:14:57 15  A.     Yes.

03:14:59 16  Q.     And how do they define stability in this chapter of

03:15:04 17  the Evolo Report dealing with stability?

03:15:05 18  A.     Well, we had it up in the earlier testimony, so maybe

03:15:12 19  we can find it.

03:15:14 20          MR COLLETTI:  Let's go back to 60.

03:15:31 21          THE WITNESS:  Yes.  So under "Problem

03:15:31 22  Formulation."

03:15:38 23          "By stable is meant that if Evolo is exposed to

03:15:38 24  a disturbance, it will return to its initial position,"

03:15:42 25  which is the standard textbook reference, the reference in

Triantafyllou - Redirect

03:15:45 1  the beginning.  In fact, the Anderson book and Etkin and

03:15:49 2  Reid.

03:15:50 3  Q.    And that's the definition that the Court is applying

03:15:53 4  as well?

03:15:53 5  A.    It is.

03:15:56 6          MR. COLLETTI:  I'd like to now bring up

03:15:58 7  Exhibit 325D.

03:15:58 8  BY MR. COLLETTI:

03:16:07 9  Q.    Do you recall Mr. Theuerkauf just showed you an

03:16:11 10 excerpt from this magazine article?

03:16:14 11 A.    Yes.

03:16:15 12 Q.    Okay.  Now, in the same article --

03:16:17 13         MR. COLLETTI:  Could we flip through?  I think

03:16:20 14 it's on 2.  We've got to go to Page 7.

03:16:31 15         Under "Very Balancing," can we blow up the

03:16:34 16 second paragraph, please?

03:16:34 17 BY MR. COLLETTI:

03:16:41 18 Q.    And do you see there where it says, "It is a special

03:16:43 19 relationship between the angles of them that makes the craft

03:16:47 20 have a stable position"?

03:16:49 21 A.    Yes.

03:16:50 22 Q.    Okay.  And is this an article discussing the Evolo

03:16:53 23 Project?

03:16:53 24 A.    From what I remember, yes.

03:17:03 25 Q.    Now, Mr. Theuerkauf was asking you a series of

Triantafyllou - Redirect

03:17:06 1    questions with regard to calculations, Professor.

03:17:09 2    A.    Yes.

03:17:10 3    Q.    Did the Evolo team do the calculations that

03:17:13 4    Mr. Theuerkauf asked you about?

03:17:14 5    A.    They did very detailed calculations on sizing the

03:17:21 6    foils, on sizing the motor, the propeller, the efficiency.

03:17:29 7    So, they went through all the calculations that they did.

03:17:33 8    They were building the vehicle, so they were testing it.

03:17:37 9    These are experimental ways of developing a vehicle.  And

03:17:42 10   then you use the rules and advices from the aeronautic

03:17:46 11   literature to arrive at a stable product.  That's how they

03:17:49 12   worked.

03:17:52 13   Q.    Do the patents set forth any of those calculations?

03:17:56 14   A.    No.

03:18:15 15   Q.    Is there anything in Dr. Langelaan's patents that are

03:18:20 16   new regarding stability?

03:18:21 17   A.    I believe it's a standard reference to the aeronautic

03:18:28 18   literature in terms of the equations he provides.  What I'm

03:18:33 19   missing are two things.  The effect of the center of gravity

03:18:37 20   being so high, it should be one of his major concerns.

03:18:41 21         And the second is he does not give advice how to

03:18:46 22   make something stable.  If you read the patents, if you open

03:18:49 23   and you read them, try and find out that -- if you find it's

03:18:53 24   unstable, do this or do that or start with that.

03:18:57 25         The Evolo Report, the first thing you do is it

754

Triantafyllou - Redirect

03:19:00  1    says, "We want a stable vehicle."

03:19:04  2            You start with pitch because that's how the

03:19:08  3    other -- the qualities -- that's the difficult one, too.

03:19:11  4    But at least stability -- as I said, put the wings up and

03:19:15  5    then the other down.  That's the issue.  Okay.

03:19:18  6            So, they grabbed the bull from the horns.  I

03:19:22  7    like that when the students take such a drastic stand in yet

03:19:27  8    a completely new thing.

03:19:30  9    Q.    Okay.  Now, there also was a mention of a video.

03:19:34 10            Are your opinions -- do you recall that

03:19:38 11    discussion with Mr. Theuerkauf?  You mentioned a video with

03:19:41 12    regard to Evolo.

03:19:42 13    A.    Yes.

03:19:42 14    Q.    Okay.  Are your opinions based on -- your opinions

03:19:46 15    are based on the Evolo Report; correct?

03:19:48 16    A.    Yes.  Figures just give indications.

03:19:52 17    Q.    And does the Evolo Report disclose a lot more than

03:19:54 18    that video?

03:19:57 19    A.    Yes.

03:20:03 20    Q.    If -- if the students or the engineer -- engineer

03:20:09 21    that developed the Evolo Report, if they submitted that

03:20:12 22    report to you, Professor, what type of grade would you give

03:20:15 23    it?

03:20:15 24    A.    Outstanding grade.

03:20:18 25    Q.    Why?

Triantafyllou - Redirect

03:20:18 1    A.      What they did was fantastic.

03:20:22 2    Q.      And why do you say that?

03:20:23 3    A.      Because they started on a completely, completely

03:20:27 4    different and crazy idea, to put a very heavy person on top

03:20:31 5    with a motor down at the bottom.  And they really took

03:20:37 6    initiative to build and to construct and to test and improve

03:20:42 7    what they were doing.  And there -- and they were patient.

03:20:49 8    They predicted that the future would be like -- like it.

03:20:54 9    And they did it.

03:20:57 10   Q.      Does the Evolo Report disclose stability in pitch,

03:21:00 11   roll and yaw?

03:21:01 12   A.      Yes, as we discussed.

03:21:04 13   Q.      And I think there was also a discussion with regard

03:21:06 14   to the -- where the tow rope was attached to the strut.

03:21:10 15          Do you remember that?

03:21:10 16   A.      Yes.

03:21:12 17   Q.      And when you -- when you said near where the motor

03:21:14 18   is, you mean at the same elevation; correct?

03:21:17 19   A.      Yes.  Yes.

03:21:18 20   Q.      Okay.

03:21:32 21          MR. COLLETTI:  Okay.  No further questions.

03:21:33 22          THE COURT:  All right.  Professor, you're -- you

03:21:37 23   may step down.  Watch your step.  Okay?

03:21:39 24          THE WITNESS:  Thank you, Your Honor.

03:21:49 25          THE COURT:  Mr. Colletti, is your next witness

Triantafyllou - Redirect

03:21:52  1    Mr. Kline?

03:21:55  2            MR. COLLETTI:  He is in the courtroom.

03:21:57  3            THE COURT:  And he's your last witness?

03:22:02  4            MR. COLLETTI:  Yes, Your Honor.  He will be our

03:22:03  5    last witness.

03:22:04  6            THE COURT:  All right.  So why don't we take our

03:22:06  7    afternoon break now.  Then we'll come back and I would think

03:22:10  8    there's a reasonable likelihood we'll finish with their last

03:22:14  9    witness at 5 o'clock.  All right.

03:22:15 10            Can we take the jury out for 15 minutes?

03:22:19 11            (Jury leaving the courtroom.)

03:22:43 12            MR. COLLETTI:  We have an issue to discuss with

03:22:47 13    you, Your Honor.

03:22:47 14            THE COURT:  All right.  Is there some reason why

03:22:51 15    you're coming up here?

03:22:52 16            MR. MURRELL:  I was trying to get you before you

03:22:54 17    sprinted out of the courtroom.

03:22:58 18            THE COURT:  Okay.  All right.  Well, let's

03:23:02 19    discuss the issue and --

03:23:06 20            MR. MURRELL:  And it's not -- I don't think it's

03:23:08 21    that significant.  I think their case sped up on them today

03:23:11 22    with their witness like ours did the other day.  They had

03:23:14 23    not disclosed last night they were calling Mr. Kline today.

03:23:19 24            They had not given us any demonstratives until

03:23:21 25    after lunch today.  They emailed.  I've had a chance to

Triantafyllou - Redirect

03:23:25  1    glance at them.  There's one that I may have an objection

03:23:28  2    to, but I've got to go look back at his report.

03:23:31  3            So, we did didn't know he was going to be a

03:23:34  4    witness today and I did not get his demonstratives until

03:23:37  5    maybe an hour ago.  And that's not -- we were in the same

03:23:42  6    spot.  I think everyone expected him to take longer.

03:23:45  7            THE COURT:  Right, right.  So what is -- what do

03:23:46  8    you want?

03:23:47  9            MR. MURRELL:  We have an on our case tomorrow

03:23:53 10    Mr. Barry for about an hour.  I would prefer to have Kline

03:23:59 11    in the morning, both direct and cross.  But I'm fine if -- I

03:24:03 12    guess I'm fine if he goes in and does his direct, but I

03:24:06 13    definitely want time to review everything and prepare for

03:24:08 14    his cross because we did not know he was going to be on the

03:24:11 15    stand today.

03:24:12 16            THE COURT:  Okay.

03:24:14 17            MR. MURRELL:  And if I've represented

03:24:16 18    anything -- but I think that's -- again, we were in the same

03:24:19 19    spot.  I'm not.

03:24:19 20            THE COURT:  All right.  And, Mr. Kanter, do you

03:24:22 21    have anything to say?

03:24:25 22            MR. KANTER:  No, Your Honor.  I think -- the

03:24:28 23    issue is you prefer we both, direct and cross, go tomorrow?

03:24:32 24            MR. MURRELL:  That would be my preference.  I

03:24:34 25    hate to send them home on a direct.

758

Triantafyllou - Redirect

03:24:36  1          THE COURT:  Well, so, I mean -- you know, so I

03:24:38  2   think we ought to do the direct.

03:24:40  3          MR. MURRELL:  Okay.

03:24:41  4          MR. KANTER:  Yeah.

03:24:42  5          MR. MURRELL:  I can live with that.

03:24:43  6          THE COURT:  But I'm perfectly willing, based on

03:24:45  7   the circumstances and the fact that I think we're going to

03:24:47  8   finish tomorrow morning anyhow, to let the cross ride until

03:24:55  9   tomorrow morning.

03:24:56 10          MR. MURRELL:  Very good, Your Honor.  Thank you.

03:24:59 11          MR. KANTER:  That's fine with us.

03:25:00 12          THE COURT:  Okay.  So, we'll take a break.  Let

03:25:02 13   me just tell you one or two other things, which is after we

03:25:06 14   finish, we'll at least do the Defendants' JMOL.

03:25:16 15          And I don't think we're going do the jury

03:25:20 16   instructions.  I do have a draft, but I think what I'd like

03:25:23 17   to do is fiddle around with them perhaps a little more, and

03:25:29 18   I'll send them out to you.  And I guess the way things are

03:25:35 19   looking out, we can just do them tomorrow after we finish

03:25:38 20   the testimony.

03:25:42 21          So, in fact, maybe I won't send them out

03:25:45 22   because -- well, it's possible I'll send them out or not.

03:25:52 23          So, in any event, I think that's what we'll do

03:25:54 24   with the jury instructions because I can't imagine that we

03:26:00 25   won't be finished by noon tomorrow.

Triantafyllou - Redirect

| | | |
|---|---|---|
| 03:26:02 | 1 | Right? |
| 03:26:03 | 2 | MR. THEUERKAUF:  Agreed. |
| 03:26:04 | 3 | MR. COLLETTI:  That sounds right. |
| 03:26:05 | 4 | THE COURT:  Okay.  We'll take our recess. |
| 03:26:09 | 5 | DEPUTY CLERK:  All rise. |
| 03:31:51 | 6 | (Recess was taken.) |
| 03:45:20 | 7 | DEPUTY CLERK:  All rise. |
| 03:45:25 | 8 | THE COURT:  All right.  We ready? |
| 03:45:27 | 9 | MR. KANTER:  Yes, Your Honor. |
| 03:45:28 | 10 | THE COURT:  All right.  Let's get the jury. |
| 03:45:34 | 11 | MR. COLLETTI:  Can I move some more exhibits |
| 03:45:36 | 12 | into evidence, Your Honor? |
| 03:45:36 | 13 | THE COURT:  Sure. |
| 03:45:37 | 14 | MR. COLLETTI:  I'd like to move DTX 325, DTX 73, |
| 03:45:43 | 15 | DTX 74, and DTX 19 into evidence. |
| 03:45:50 | 16 | MR. THEUERKAUF:  I'm sorry, what's 73 |
| 03:45:54 | 17 | (Discussion held off the record.) |
| 03:45:55 | 18 | MR. COLLETTI:  73 are Woolley and -- |
| 03:45:58 | 19 | MR. THEUERKAUF:  Oh. |
| 03:45:59 | 20 | (Discussion held off the record.) |
| 03:46:14 | 21 | MR. COLLETTI:  We'll do it after. |
| 03:46:15 | 22 | MR. THEUERKAUF:  Yeah. |
| 03:46:22 | 23 | (Jury entering the courtroom.) |
| 03:46:24 | 24 | THE COURT:  All right.  Members of the jury, |
| 03:46:26 | 25 | welcome back. |

Kline - Direct

03:46:28  1                Mr. Kanter -- everybody can be seated.

03:46:30  2                Mr. Kanter, you can proceed.

03:46:31  3                MR. COLLETTI:  The defense calls Mr. Philip

03:46:33  4    Kline.

03:46:45  5                DEPUTY CLERK:  Please state and spell your full

03:46:57  6    name for the record.

03:46:57  7                THE WITNESS:  Philip Kline, P-H-I-L-I-P,

03:46:57  8    K-L-I-N-E.

03:47:03  9                PHILIP KLINE, the witness herein, after having

03:47:03 10    been duly sworn under oath, was examined and testified as

03:47:10 11    follows: (Affirm.)

03:47:18 12                MR. KANTER:  Your Honor, may I approach?

03:47:19 13                THE COURT:  Sure.  Yes.

03:47:25 14                        DIRECT EXAMINATION

03:47:26 15    BY MR. KANTER:

03:47:51 16    Q.    Good afternoon, Mr. Kline.

03:47:52 17    A.    Good afternoon.

03:47:53 18    Q.    Will you please introduce yourself to the jury?

03:47:56 19    A.    Certainly.  So my name is Philip Kline.  I'm a

03:47:59 20    managing director at Insight Economics which is an economic

03:48:02 21    consulting firm.  I have been working in the field of

03:48:06 22    intellectual property valuation and licensing for over

03:48:09 23    16 years.  I have a degree in economics.

03:48:13 24                I'm a certified public accountant.  I'm also a

03:48:16 25    certified licensing professional which is a designation from

Kline - Direct

03:48:18  1    the Licensing Executives Society.

03:48:21  2             I've held a number of industry positions in

03:48:23  3    industry organizations.  For instance, I chaired the

03:48:27  4    American Bar Association intellectual property law sections,

03:48:31  5    IP valuation monetization committee.  I also chaired their

03:48:34  6    economics profession committee.  And I was the liaison of

03:48:38  7    the ABA-IPL to Licensing Executives Society's IP valuation

03:48:44  8    standard setting initiative.

03:48:46  9    Q.     All right.  In addition to these leadership roles,

03:48:48 10    are there other ways in which your work has been recognized

03:48:50 11    by other key economists?

03:48:52 12    A.     Certainly.  I've been recognized by Intellectual

03:48:56 13    Asset Magazine, among their Strategy 300 global IP

03:48:58 14    strategists and among their thousand global IP

03:49:01 15    professionals.

03:49:02 16    Q.     And has your past work involved claims of patent

03:49:07 17    infringement?

03:49:07 18    A.     Yes, I've worked on numerous patent infringement

03:49:10 19    matters.

03:49:10 20    Q.     And in those cases, have you been asked to give an

03:49:14 21    expert opinion or to perform an expert analysis concerning

03:49:17 22    the amount of damages related to a patent?

03:49:20 23    A.     Yes.  I've assisted in the quantification of patent

03:49:23 24    damages numerous times over the last 16 years.

03:49:26 25    Q.     And in those cases, were you on behalf of the

Kline - Direct

03:49:29  1   plaintiff or the defendant?

03:49:31  2   A.    It's been a mix.

03:49:33  3   Q.    And do you have experience in intellectual property

03:49:35  4   licensing outside of the context of litigation?

03:49:38  5   A.    Yes.  I've worked on numerous matters assisting

03:49:42  6   clients to license intellectual property, not in the context

03:49:44  7   of litigation.

03:49:45  8   Q.    Can you tell the jury what you've been asked to do in

03:49:48  9   this case?

03:49:48 10   A.    Yes.  I was asked to perform an objective analysis of

03:49:53 11   Dr. Stec's damages opinion that he provided in relation to

03:49:58 12   Waydoo's alleged infringement of MHL's patents.  And to

03:50:02 13   provide my own opinion concerning a reasonable royalty for

03:50:05 14   Waydoo's alleged infringement of MHL's patents.

03:50:08 15   Q.    And in conducting that analysis, did you assume that

03:50:11 16   the patents were valid and infringed?

03:50:13 17   A.    I did assume that the patents were valid and

03:50:15 18   infringed.

03:50:16 19   Q.    And why did you make that assumption?

03:50:18 20   A.    It is my understanding that if the jury, you, were to

03:50:21 21   find the patents are not valid and infringed, there would be

03:50:24 22   no damages.

03:50:25 23   Q.    And are you expressing any opinion regarding the

03:50:29 24   validity or infringement of the patents-in-suit?

03:50:31 25   A.    I am not.  I'm not a technical expert.  I have no

Kline - Direct

03:50:34  1   opinion concerning the validity or infringement of the

03:50:36  2   patents-in-suit.

03:50:38  3   Q.     And what kind of information did you rely on in

03:50:40  4   coming to your opinions in this case?

03:50:42  5   A.     I relied upon a variety of information, information

03:50:46  6   produced by the parties including license agreements and

03:50:49  7   financial data, correspondence.  I also relied upon public

03:50:54  8   information and the testimony of various fact witnesses.

03:51:00  9   Q.     What's your understanding of what a reasonable

03:51:02 10   royalty is?

03:51:02 11   A.     So, a reasonable royalty was defined by the court in

03:51:09 12   a seminal matter called the Georgia-Pacific case.  And a

03:51:12 13   reasonable royalty is effectively the royalty that the

03:51:15 14   parties would have agreed to had they negotiated a license,

03:51:19 15   on a willing licensee, willing licenser basis, before

03:51:23 16   infringement had begun.

03:51:25 17           And it would be the royalty that would

03:51:26 18   adequately compensate the patent owner for the invention but

03:51:30 19   also allow the licensee to, you know, continue their

03:51:35 20   business and earn a reasonable profit on their business.

03:51:38 21   Q.     What relevance does the time of the alleged

03:51:41 22   infringement have on the hypothetical negotiation?

03:51:45 23   A.     So.  The hypothetical negotiation is said to occur on

03:51:47 24   the eve of first infringement, so right before infringement

03:51:51 25   began.  Which, in this case, is before Waydoo's eFoils came

03:51:55  1    onto the market here in the United States.  In this case, we

03:51:59  2    would be thinking about a negotiation that would have

03:52:02  3    occurred in early 2019.

03:52:04  4    Q.    And have you used the Georgia-Pacific analysis

03:52:07  5    approach before?

03:52:08  6    A.    I have.  Numerous times.

03:52:10  7    Q.    And you've reviewed Dr. Stec's opinions in this case?

03:52:13  8    A.    I have.

03:52:15  9    Q.    And do you agree with him?

03:52:16 10    A.    I do not.

03:52:17 11    Q.    Why not?

03:52:18 12    A.    So, there's really five primary reasons.  The first

03:52:23 13    being that Dr. Stec chose not to consider the license

03:52:30 14    agreement between Professor Langelaan and MHL.

03:52:33 15           The second being that he converted the

03:52:37 16    percentage royalty rate that appears in the Fliteboard

03:52:40 17    agreement to a per unit rate using Fliteboard's premium

03:52:44 18    pricing and then applied that dollar value to Waydoo's far

03:52:49 19    cheaper boards.

03:52:51 20           The third being that he's overstated the level

03:52:54 21    of competition between Waydoo and MHL, particularly in

03:52:59 22    relation -- relative to the level of competition between

03:53:03 23    Fliteboard and MHL.

03:53:04 24           Fourth, he appears to have misunderstood the

03:53:09 25    extent of coverage of the patents.

765

Kline - Direct

1       And fifth, he's, in the end, concluded on a

2   royalty which is higher than the profit Waydoo actually

3   earns on the boards without really justifying that -- that

4   choice.

5   Q.    Have you formed your own opinions regarding a

6   reasonable royalty in this case?

7   A.    I have.

8   Q.    What is it?

9   A.    Two and a half percent of sales.

10  Q.    And how did you come to that conclusion?

11  A.    Well, I considered a variety of indicators.  They are

12  shown in the solid bars on the screen.  The left three are

13  rates derived by reference to the agreement between

14  Professor Langelaan and MHL.  There's the five and a quarter

15  percent, which is the rate that appears in the MHL

16  Fliteboard agreement.  There's also 2.43 percent, which was

17  the cost to Waydoo of adding a movable steering mechanism to

18  the boards, which I understand would result in Waydoo's

19  eFoils no longer infringing MHL's patents.

20  Q.    Let's take these one at a time.

21        You mentioned the Langelaan agreement.  The

22  first three bars.

23        Are you aware that Dr. Stec testified that in

24  his opinion that license agreement is irrelevant to the

25  hypothetical negotiation?

Kline - Direct

03:54:25  1    A.      I am.

03:54:29  2    Q.      Do you agree with him?

03:54:30  3    A.      I do not.

03:54:34  4    Q.      Why?

03:54:35  5    A.      So my understanding of Stec's -- Dr. Stec's testimony

03:54:37  6    is there's really three reasons.  The first being that the

03:54:40  7    agreement is too old.  The second being that at the time of

03:54:44  8    the agreement there weren't issued patents, they were just

03:54:47  9    applications.  And the third being that there is no

03:54:50 10    competition between Professor Langelaan and MHL, which

03:54:54 11    distinguishes it from an agreement between Waydoo and MHL.

03:54:58 12    Q.      So the first of those issues, can you tell us why

03:55:01 13    Dr. Stec is wrong about the timing of the Langelaan

03:55:04 14    agreement?

03:55:04 15    A.      Certainly.  So, the -- the Langelaan agreement -- the

03:55:09 16    agreement between Professor Langelaan and MHL was originally

03:55:12 17    entered into, as you can see on the slide, on March 4th,

03:55:16 18    2016.  You know, approximately three years before the

03:55:19 19    hypothetical negotiation.

03:55:20 20            However, it was subsequently amended twice.  The

03:55:24 21    first time on April 7th, 2019, just after the hypothetical

03:55:30 22    negotiation, maybe a couple weeks, and again in June 2019.

03:55:35 23    And those amendments, both times they amended the

03:55:38 24    compensation terms and those, you know, indicate that those

03:55:43 25    terms remained relevant and reasonable as of those dates.

Kline - Direct

03:55:47  1    So, it's not as if it occurred in 2016 and never changed.

03:55:52  2    They kept updating it.

03:55:54  3              THE COURT:  And, Mr. Kline, your slides got the

03:55:58  4    hypothetical negotiation in the Langelaan original agreement

03:56:02  5    dates reversed?

03:56:04  6              THE WITNESS:  Yes.  I apologize for that.  That

03:56:07  7    is true.

03:56:08  8              My apologies.  And my apologies to the jury.

03:56:12  9    BY MR. KANTER:

03:56:13 10    Q.    Can you tell us what's wrong with Dr. Stec's second

03:56:16 11    issue, the -- concerning the status of the applications of

03:56:20 12    the patents-in-suit?

03:56:21 13    A.    Yes.  So Dr. Stec is correct that at the time of the

03:56:27 14    agreement between Professor Langelaan and MHL, that there

03:56:31 15    were only patent applications.  However, there's important

03:56:35 16    context around that which is that -- so, prior to your

03:56:40 17    patent issuing, you'll receive a notice of issuance from the

03:56:44 18    PTO and you will -- you're required to pay fees.

03:56:47 19    Professor Langelaan had received such a notice of issuance

03:56:50 20    for the application that would later issue as the '044

03:56:54 21    patent and, in fact, had gone ahead and paid the fees to

03:56:56 22    have that patent issue.  And, in fact, it was only because

03:57:00 23    of the actions of MHL the day before the license was entered

03:57:04 24    into that they chose to delay the issuance of the patent.

03:57:10 25              So it's not as if it was a patent with

768

Kline - Direct

03:57:13 1   substantial uncertainty surrounding it as might be implied

03:57:16 2   by the fact that it was -- you know, you just say it's an

03:57:19 3   application, there are varying levels of certainty around

03:57:22 4   applications.

03:57:23 5   Q.     And the third issue, can you tell us what's wrong

03:57:25 6   with Dr. Stec's opinion concerning the competition between

03:57:29 7   MHL and Dr. Langelaan?

03:57:30 8   A.     Yes.  So it appears to be Dr. Stec's opinion that

03:57:36 9   there was no competition -- potential competition between

03:57:40 10  Professor Langelaan and MHL.  But if you read the agreement,

03:57:46 11  it contemplates exactly such competition.  So it's an

03:57:50 12  exclusive license to MHL, but for the fact that

03:57:54 13  Professor Langelaan retained the right to commercialize his

03:57:58 14  own eFoil products in his own business.  He made various

03:58:02 15  commitments related to that business, for instance, to mark

03:58:06 16  products of that business with the patents.

03:58:10 17         He had founded a business, he had created some

03:58:14 18  marketing materials around the eFoil product and he had

03:58:18 19  raised money related to commercializing the eFoil product.

03:58:22 20         So, while it is true that he did not have an

03:58:25 21  eFoil product on the market at the time, I think it

03:58:29 22  overstates the situation to say that there was no

03:58:31 23  contemplated competition between Professor Langelaan and MHL

03:58:36 24  at the time they entered into the agreement.

03:58:39 25  Q.     And in your opinion, what were the most relevant

Kline - Direct

03:58:44 1    terms of the Langelaan agreement?

03:58:45 2    A.    So, the Langelaan agreement includes rights to the

03:58:49 3    applications at issue in the patents-in-suit.  It was an

03:58:53 4    exclusive license to MHL, meaning that Professor Langelaan

03:58:56 5    could not go out and license anyone else, other than MHL,

03:59:00 6    but for the fact that as I noted, Professor Langelaan

03:59:03 7    himself retained the right to commercialize eFoils.

03:59:06 8          It included sublicensing rights.  That means

03:59:10 9    that MHL had the right to go out and license other companies

03:59:14 10   as it -- you know, if it wanted to.  It also provided MHL

03:59:20 11   with control over the prosecution of the patents.  And as we

03:59:23 12   saw even before -- as we've already discussed even before

03:59:27 13   the agreement was entered into, MHL made the decision or

03:59:32 14   drove the decision to delay the issuance of the application

03:59:35 15   that became the '044 patent.

03:59:37 16         As compensation for this bundle of rights, MHL

03:59:43 17   agreed to pay Professor Langelaan two and a half percent of

03:59:46 18   sales and after a million dollars of royalties had been

03:59:52 19   paid, the patents would be assigned to MHL.  This is sort of

03:59:57 20   like a rent-to-own sort of agreement.

04:00:00 21         And if one considers the implication of that

04:00:05 22   million dollar royalty cap, the fact that MHL knew it was

04:00:08 23   no -- never going have to pay more than a million dollars in

04:00:11 24   royalties and one compares that to MHL's sales through

04:00:14 25   mid-2022, one can calculate what we call an effective

Kline - Direct

04:00:21  1    royalty rate, which is what is the amount paid divided by

04:00:24  2    what are the sales that benefit -- benefited from the rights

04:00:27  3    received.  And that indicates an effective rate of

04:00:30  4    1.6 percent.

04:00:33  5    Q.     And we talked about some amendments to the Langelaan

04:00:36  6    agreement.

04:00:38  7           Did the terms change at all during those

04:00:40  8    amendments?

04:00:40  9    A.     Yes.  So, there were a variety of changes pursuant to

04:00:44 10    the first -- or under the first amendment,

04:00:48 11    Professor Langelaan agreed to forgo his share of

04:00:52 12    sublicensing royalties.  So, under the original agreement if

04:00:57 13    MHL went ahead and licensed another company, Fliteboard, for

04:01:01 14    instance, to the patents, Professor Langelaan would have

04:01:04 15    received a share of that.  Under the first agreement, he

04:01:07 16    agreed to forgo that share.  Or first amendment, excuse me.

04:01:11 17           And then pursuant to the -- under the second

04:01:13 18    amendment in July 2020, Professor Langelaan agreed to a

04:01:18 19    buyout for an additional payment of $225,000, which took the

04:01:22 20    total compensation he had received up to $500,000.

04:01:26 21           So, in effect, he ended up selling the patents

04:01:29 22    to MHL for 500,000.  If one compares that again to MHL's

04:01:38 23    sales through mid-2022, that would indicate an effective

04:01:42 24    royalty rate of 0.8 percent.

04:01:45 25    Q.     And after analyzing the Langelaan agreement, what

04:01:48  1   conclusions did you draw?

04:01:49  2   A.     So, as we've -- as I've been discussing, the

04:01:56  3   financial terms in that agreement when you consider the

04:01:58  4   running rate, the caps, and the amendments indicate rates

04:02:03  5   between about .8 and 2.5 percent.

04:02:08  6   Q.     Switching gears, can you tell us about the Fliteboard

04:02:11  7   license?

04:02:11  8   A.     Certainly.  So, MHL entered into an agreement with

04:02:16  9   Fliteboard.  Pursuant to that agreement, MHL or Fliteboard

04:02:22 10   received the right to use the '044 and '659 patents.

04:02:26 11   Additionally, they received the right to use a patented

04:02:29 12   application related to a wireless controller for an eFoil.

04:02:34 13   That agreement includes a three-year termination clause

04:02:37 14   allowing Fliteboard to terminate that agreement after three

04:02:40 15   years.

04:02:42 16          As compensation, Fliteboard agreed to pay five

04:02:46 17   and a quarter percent and they were not required to make any

04:02:49 18   payments on sales that they had already made into the U.S.

04:02:52 19   prior to that agreement.

04:02:54 20   Q.     And what do these terms indicate for the reasonable

04:02:59 21   royalty?

04:02:59 22   A.     You know, in its simplest form, it indicates a rate

04:03:02 23   of five and a quarter percent.  That is the rate that

04:03:05 24   appears in the agreement, that they agreed to pay for the

04:03:07 25   patents at issue in this case, plus other patents.  So,

Kline - Direct

1   presumably something less than that.  But we'll put it up

2   there at five and a quarter.

3   Q.     Dr. Stec has his own opinions concerning the

4   Fliteboard agreement.  How do your opinions differ?

5   A.     Well, so Dr. Stec has converted the percentage

6   royalty rate that appears in the agreement to a dollar per

7   unit rate based upon the premium pricing of Fliteboard's

8   product.  Fliteboard's product is substantially more

9   expensive than Waydoo's product and then taken that dollars

10  per unit and applied it to Waydoo.

11            And a simple analogy for thinking about this is

12  imagine if BMW agreed to pay 5 percent on $100,000 vehicle.

13  Well, that would be $5,000.  If you took that $5,000 and

14  then you said Honda should pay that same amount on a $20,000

15  Civic, Hondas is no longer paying 5 percent, they're now

16  paying 25 percent.

17  Q.     And what was the effect of Dr. Stec's conversion of

18  the Fliteboard percentage into a per unit royalty in this

19  case?

20  A.     Well, so, he, in effect, takes a five and a quarter

21  royalty and he makes it an 18 percent royalty.

22  Q.     And when Dr. Stec was justifying his rate he pointed

23  to correspondence between Fliteboard and MHL.

24            Do you agree that that correspondence supports a

25  per unit rate?

Kline - Direct

04:04:30  1    A.     No, I think that a thorough review of that

04:04:33  2    correspondence indicates, demonstrates, that MHL is aware

04:04:38  3    that Fliteboard could sell eFoils at a variety of prices and

04:04:44  4    through a variety of distribution channels, such as through

04:04:47  5    distributors forging other discounts and that the dollars

04:04:53  6    that they would pay on each eFoil would vary based upon the

04:04:58  7    price at which Fliteboard actually decided to sell it.

04:05:00  8           And, in fact, in some of the correspondence,

04:05:04  9    Mr. Leason appears to have disclaimed the idea that he was

04:05:09 10    targeting a per unit rate, such as here where he says, you

04:05:13 11    know, the 450, that's $450 a unit, it's just simple math for

04:05:18 12    illustration purposes.  It is not a target.

04:05:22 13    Q.     So Mr. Leason's quote up here, he has a $10,000

04:05:26 14    number.  Under the Fliteboard agreement, could Fliteboard

04:05:30 15    sell an eFoil, say to a distributor, for $3,000?

04:05:33 16    A.     That is my understanding.  Yes.

04:05:35 17    Q.     And are you aware that Dr. Stec testified that if a

04:05:39 18    Fliteboard were to sell an eFoil for $3,000, they would pay

04:05:45 19    $157 in royalties?

04:05:46 20    A.     I'm aware of that.

04:05:47 21    Q.     Do you agree with that?

04:05:48 22    A.     Yes.

04:05:50 23    Q.     Are you aware that Mr. Leason testified that MHL used

04:05:54 24    intimidation tactics when negotiating with Fliteboard?

04:05:57 25    A.     I'm aware of that testimony.

774

Kline - Direct

04:05:59 1   Q.      And is that consistent or inconsistent with your

04:06:02 2   review of the communications between Fliteboard and MHL?

04:06:07 3   A.      Based upon my review of the communications between

04:06:10 4   Fliteboard and MHL, there were repeated threats of

04:06:14 5   litigation involved on behalf -- made by MHL.

04:06:18 6   Q.      How would that effect the Fliteboard agreement rate?

04:06:23 7   A.      Well, any time you are -- a company is threatened

04:06:27 8   with litigation, there are a number of things they need to

04:06:30 9   consider.  One is the cost of the patent litigation.  Patent

04:06:32 10  litigation is very expensive.  This is a very expensive room

04:06:36 11  right now.  And there's also the risk that the Plaintiff

04:06:39 12  will seek some sort of excessive damages number and so that

04:06:44 13  can drive up what people, you know, end up paying if they

04:06:49 14  feel intimidated.

04:06:51 15  Q.      I think you already touched on this, but I'd like to

04:06:51 16  hone in.

04:06:54 17          Was the Fliteboard license limited to just the

04:06:57 18  patents-in-suit in this case?

04:06:58 19  A.      No, it was not.

04:07:01 20  Q.      What other patents were included?

04:07:03 21  A.      So it included a patent and application related to a

04:07:07 22  wireless controller for an eFoil.

04:07:09 23  Q.      And what is the impact of those two additional grants

04:07:12 24  to your analysis?

04:07:13 25  A.      Well, so, you know, if Fliteboard was willing to pay

775

Kline - Direct

04:07:21  1   five and a quarter percent for the '044 and the '659 patent,

04:07:26  2   plus these other patents, one would generally presume that

04:07:29  3   the price to Waydoo of just the '044 and the 659, without

04:07:34  4   the other patents, would generally be lower.

04:07:35  5   Q.    Well, we've discussed two of the indicators that you

04:07:40  6   mentioned at the beginning of your testimony.

04:07:41  7          Are there any other royalty indicators that you

04:07:44  8   considered?

04:07:44  9   A.    Yes.  So, something that is typically considered by

04:07:50 10   parties when they negotiate a license is the cost to

04:07:54 11   simply of -- to the licensee of simply avoiding the patents.

04:07:59 12          As we said earlier, I've assumed for the purpose

04:08:02 13   of my analysis that the current Waydoo eFoil infringes the

04:08:06 14   '044 and '659 patents.  However, I understand from

04:08:10 15   Dr. Triantafyllou that if a moveable steering mechanism of

04:08:15 16   some sort were added to the Waydoo eFoils, that there would

04:08:19 17   be no dispute that they did not infringe.  And a couple such

04:08:25 18   potential movable steering mechanisms are shown on the slide

04:08:29 19   here.  One is the handle bars on the upcoming Sea-Doo

04:08:34 20   product and entering the market where the handle bars move

04:08:37 21   up and down, and the other is the tether that's used on the

04:08:40 22   JETSURF motorized surfboard.

04:08:45 23          I further discussed those with Mr. Wade, who is

04:08:50 24   Waydoo's distributor here in the United States.  He has

04:08:52 25   substantial experience in water sports market and has

Kline - Direct

04:08:56  1   assisted companies in doing R&D.  And he indicated that

04:09:00  2   there are actually some commercial benefits to these,

04:09:02  3   particularly for new users.  These sorts of systems.  And

04:09:06  4   that a very commercially acceptable solution for Waydoo's

04:09:14  5   customers could be implemented in the Waydoo boards for 50

04:09:19  6   to $75.  And a $75, which would be the high end of that

04:09:24  7   range, is about 2.43 percent of the cost of a Waydoo board.

04:09:28  8   Q.    Can you summarize your overall opinions concerning

04:09:30  9   the indicators for the reasonable royalty?

04:09:34 10   A.    Certainly.  So I've got them all up there in this

04:09:38 11   sort of the filled in bars on the left.  We have the three

04:09:43 12   indicators derived by reference to the Langelaan agreement

04:09:46 13   ranging between .8 percent and 2.5 percent.

04:09:50 14         The darkest bar in the middle is the ==five and a==

04:09:53 15   ==quarter== percent that comes out of the Fliteboard agreement.

04:09:55 16   And on the right we have the cost of the non-infringing

04:09:58 17   alternative at 2.43 percent.

04:10:01 18   Q.    And in addition to the guide posts, did you also

04:10:03 19   consider the Georgia-Pacific factors?

04:10:05 20   A.    I did consider the Georgia-Pacific factors.

04:10:08 21   Q.    And can you walk us through your analysis of the

04:10:10 22   Georgia-Pacific factors?

04:10:11 23   A.    Certainly.  So there are 15 Georgia-Pacific factors.

04:10:18 24   However, for the sake of brevity, I'm going to focus on the

04:10:23 25   ones where Dr. Stec and I materially disagreed.

Kline - Direct

04:10:28  1          Factors 2, 4, 6, 11 and 12, they're -- I'm not

04:10:34  2    going to say that we perfectly disagreed.  We both sort of

04:10:37  3    agreed these are patent neutral in relation to the royalty

04:10:39  4    rate.  So we're going to skip over those.

04:10:43  5    Q.     And can you walk us through the first factor on which

04:10:45  6    you had a disagreement?  A material disagreement.

04:10:47  7    A.     Yes.  So, Factor 1 relates to previous licenses

04:10:51  8    entered into for the patents-in-suit, in this case the '044

04:10:54  9    and the '659 patents.  As we have discussed, there are two

04:10:59 10    such licenses that Dr. Stec and I looked at.  There are the

04:11:06 11    agreement between Professor Langelaan and MHL and there's

04:11:09 12    also the MHL/Fliteboard agreement.  And I think I've

04:11:12 13    discussed our disagreements in relation to those at length

04:11:14 14    already, so...  But that's what falls under Factor 1.

04:11:18 15    Q.     And I believe the next factor would be Factor 3?

04:11:20 16    A.     Yes.  So -- so, Factor 3 relates to the nature and

04:11:27 17    scope of the license.  In this case, exclusivity is an

04:11:34 18    issue.  So, exclusivity is whether or not the licensee has

04:11:38 19    an exclusive right to use the patent or whether the licensor

04:11:41 20    can go out and license other companies.

04:11:43 21          And as we saw -- well, so, the hypothetical

04:11:51 22    license between MHL and Waydoo would be non-exclusive for a

04:11:56 23    number of reason, but one is that MHL is on the market

04:12:01 24    commercializing eFoil.  Fliteboard is on the market

04:12:04 25    commercializing an eFoil they've licensed.  MHL would not be

778

Kline - Direct

04:12:07  1    granting Waydoo sort of exclusive rights to this market.

04:12:13  2            So that -- that -- so the hypothetical license

04:12:15  3    is non-exclusive.  That's consistent with the Fliteboard,

04:12:18  4    the Fliteboard license is also non-exclusive.  However, the

04:12:21  5    Langelaan agreement, the agreement between

04:12:23  6    Professor Langelaan and MHL, was exclusive but for

04:12:26  7    Professor Langelaan himself.  This would generally indicate

04:12:29  8    that the hypothetical license between Waydoo and MHL or MHL

04:12:34  9    and Waydoo would generally have a lower rate than the

04:12:37 10    Langelaan agreement.

04:12:39 11    Q.    What was the next factor in which you and Dr. Stec

04:12:41 12    had a material disagreement?

04:12:42 13    A.    Factor 5, which is the commercial relationship of the

04:12:48 14    parties, i.e. whether the parties are competitors or not.

04:12:58 15            So, when thinking about Factor 5 and whether or

04:13:02 16    not the parties are competitors, it's important to bear in

04:13:05 17    mind the competition exists on a spectrum.  And so what

04:13:08 18    we're really interested in -- in this case what I was

04:13:10 19    interested in was to understand what's the level of

04:13:13 20    competition between MHL and Waydoo and how does that compare

04:13:17 21    with the level of competition between Professor Langelaan

04:13:20 22    and MHL when they entered into their agreement and between

04:13:23 23    MHL and Fliteboard when they entered into their agreement.

04:13:25 24            So, as we've seen Waydoo has an eFoil.  They --

04:13:33 25    at the time of the hypothetical negotiation, they were about

Kline - Direct

04:13:35  1   to bring that eFoil to market in the United States.  There's

04:13:40  2   clearly some level of competition between them.

04:13:42  3          When one compares that to the agreement with

04:13:48  4   Professor Langelaan, you know as we saw, Langelaan had some

04:13:51  5   rights to commercialize under the agreement.  He had tried

04:13:54  6   to raise money.  But I think it's fair to say that there was

04:13:57  7   less competitive pressure nexus between Professor Langelaan

04:14:03  8   and MHL than there is between MHL and Waydoo at the

04:14:08  9   hypothetical negotiation date.

04:14:08 10          However, when you compare it -- so that would

04:14:12 11   generally indicate a higher rate than MHL had to pay

04:14:15 12   Professor Langelaan.

04:14:18 13          When you compare that to Fliteboard, though,

04:14:20 14   it's sort of reversed.  Fliteboard and MHL are -- I mean, my

04:14:24 15   understanding is that Fliteboard is MHL's largest

04:14:27 16   competitor.  They both sell premium boards that compete at

04:14:30 17   sort of the highest price point in the market with each

04:14:32 18   other.  There are numerous articles out there doing

04:14:36 19   head-to-head comparisons of their products.  And by

04:14:39 20   comparison, Waydoo is a smaller competitor who offers an

04:14:43 21   affordable entry to at a lower price point.

04:14:47 22          And so, I -- you know, it's sort of like BMW and

04:14:54 23   Mercedes versus BMW and Chevrolet.  You know, it's not that

04:14:59 24   BMW and Chevrolet don't compete, but they're not head to

04:15:01 25   head competitors in the same way that BMW and Mercedes are

Kline - Direct

1    head to head competitors.  And so that would generally

2    indicate a lower rate for Waydoo than was charged to

3    Fliteboard.

4    Q.    What was the next factor in which you had a material

5    disagreement?

6    A.    Factor 7, this relates to the duration of the

7    license.

8    Q.    Can you walk us through that factor?

9    A.    Certainly.  So, actually we don't disagree on the

10   facts in this matter.  Dr. Stec and I both agree that the

11   hypothetical license would be through the expiration of the

12   patents, which is 15 years.  However, in my experience when

13   patent licenses are longer, they generally have lower rates.

14   And the reason is because you don't want to discourage your

15   licensee for -- from continuing to commercialize and pay

16   royalties for that whole period of time.  You can get away

17   with charging somebody a high rate for a shot period of

18   time, but if you want them to pay it for 15 years, you know,

19   the rate has to come down so that they don't leave the

20   market, so that they don't figure out another product to

21   sell, they don't introduce a non-infringing alternative.

22   You want to keep them paying those royalties.  So the rates

23   come down a little bit.

24        As we said, under the agreement between

25   Professor Langelaan and MHL, MHL stopped paying royalties

781

Kline - Direct

04:16:22 1   after they had hit their million dollar cap under the

04:16:25 2   original form of that agreement.  And Fliteboard has the

04:16:28 3   right to terminate their license after three years.  So, in

04:16:31 4   effect, those are both shorter term licenses and you would

04:16:35 5   expect that to have some downward pressure on the rate to

04:16:40 6   Waydoo.

04:16:42 7   Q.    And which was the next factor in your analysis?

04:16:45 8   A.    This is the summary of that.

04:16:47 9         Factor 8.  Factor 8 relates to the established

04:16:51 10  profitability.  How does the royalty compare with the

04:16:52 11  profitability.

04:16:57 12  Q.    Can you walk us through that factor?

04:16:57 13  A.    Certainly.  So, Waydoo -- the testimony is that

04:17:02 14  Waydoo earns a 15 percent operating profit on the sale of

04:17:07 15  its boards and if one compares that to Dr. Stec's royalty,

04:17:13 16  which as we discussed exceeds 18 percent, the result would

04:17:19 17  be if Waydoo were to agree to pay that royalty that it would

04:17:23 18  earn little or no profit -- operating profit on the sale of

04:17:26 19  its boards.

04:17:27 20        And that would be a highly unusual thing for a

04:17:31 21  licensee to agree to pay a royalty that would prevent them

04:17:35 22  from earning profit.  So, that's -- that's sort of my

04:17:41 23  position on Factor 8.

04:17:43 24  Q.    And are you aware of Dr. Stec's opinions concerning

04:17:46 25  Waydoo's manufacturing profit origin -- margin?

782

Kline - Direct

04:17:50  1    A.      Yes.  So, Dr. Stec relied on a 35 percent

04:17:56  2    manufacturing profit margin.  And, you know, whereas I've

04:18:02  3    relied on the operating profit margin.  The difference

04:18:05  4    between those things is when you calculate the manufacturing

04:18:09  5    profit margin, you're just deducting the cost to make the

04:18:12  6    product.  You're not deducting any of the costs related to

04:18:16  7    marketing, R&D, shipping out, all of the other things that

04:18:21  8    come with having a successful product on the market.  And if

04:18:26  9    a company can only cover its manufacturing costs, it's not

04:18:30 10    going to stay in business because it actually needs to have

04:18:33 11    administrative, marketing, sales functions and they need to

04:18:38 12    have the ability to cover those functions.

04:18:41 13    Q.      So in summary, do you agree with Dr. Stec or

04:18:43 14    disagree?

04:18:44 15    A.      I disagree.

04:18:45 16    Q.      And what is the next factor?

04:18:47 17    A.      Factors 9 and 10.  And these relate to the utility

04:18:54 18    and advantages, you know, how -- in layman's terms, just how

04:18:58 19    good are the patent, the technologies covered by the

04:19:01 20    patents, how broad are they.

04:19:05 21            And it's my understanding of Dr. Stec's opinion

04:19:09 22    that -- that he understands that you cannot commercialize an

04:19:15 23    eFoil without infringing the '044 and '659 patents.

04:19:21 24            As I discussed earlier, it's my understanding

04:19:23 25    from Dr. Triantafyllou that that is not the case.  One could

Kline - Direct

1    apply a movable steering mechanism, such as we saw, for

2    instance, on the product of Sea-Doo, which is a large water

3    sport device manufacturer, is looking to bring to the market

4    shortly.

5    Q.    I believe the next factor on the list is 13.  Can you

6    walk us through this factor?

7    A.    Yes.  So, Factor 13 is the portion of realizable

8    profit that should be credited to the invention, as

9    distinguished from the non-patented elements, the

10   manufacturing, business risks and other things that the

11   licensee brings to the -- brings to the table.

12           And as I discussed earlier, you know, it is my

13   understanding from my discussions with Dr. Triantafyllou and

14   Mr. Wade that for a cost of $75 per board, they could add a

15   movable steering members mechanism to the boards which would

16   avoid infringement.  So, that is sort of an indicator of the

17   portion of profit that would otherwise be attributable to

18   the patent's and so that equates to about 2.4 percent of the

19   price of the boards.

20   Q.    And that I think that brings us to Factor 14.

21   A.    Yes.  Factor 14 is the opinion testimony of qualified

22   experts.  As I've discussed, throughout my testimony, I

23   relied upon information provided to me by Dr. Triantafyllou.

24   Q.    And what about factor 15 concerning the hypothetical

25   negotiation?

784

Kline - Direct

04:20:45 1  A.      So, factor 15 really brings it all together.  You

04:20:52 2  know, how you -- you look at all the things you consider to

04:20:55 3  date.  And you say, well, what is the implication of this

04:20:58 4  for this hypothetical negotiation that would have occurred

04:21:02 5  right at first infringement where these party would have

04:21:04 6  come together and negotiated an agreement in which the

04:21:08 7  patent owner, in this case MHL, would be reasonably

04:21:12 8  compensated for their invention.  And yet Waydoo would be

04:21:15 9  able to be reasonably compensated for their contributions

04:21:19 10 and be able to earn a reasonable profit on their product.

04:21:22 11 Q.      When Stec did this analysis, he arrived at a

04:21:25 12 conclusion of $560 per unit.

04:21:28 13          Do you agree with him?

04:21:29 14 A.      I do not.

04:21:31 15 Q.      What was your conclusion concerning Georgia-Pacific

04:21:34 16 factor number 15?

04:21:35 17 A.      So, after consideration of the various quantitative

04:21:44 18 indicators we looked at and the various Georgia-Pacific

04:21:48 19 factors we discussed, I could give a royalty rate of 2 and a

04:21:52 20 half percent.  Which is at the high end of the rates derived

04:21:54 21 from the agreement between Professor Langelaan and MHL.

04:21:57 22 Q.      And turning back for just one second to Dr. Stec's

04:22:00 23 opinions.

04:22:01 24          Could you summarize why you disagree with his

04:22:03 25 opinions?

Kline - Direct

04:22:03  1   A.       Yes.  So, as I discussed earlier, he chose not to

04:22:09  2   consider the agreement between Professor Langelaan and MHL.

04:22:12  3   He converted the percentage royalty rate that appears in the

04:22:17  4   Fliteboard agreement to a per-unit rate and thereby

04:22:21  5   substantially inflated it.

04:22:23  6           He overstates the level of competition between

04:22:25  7   MHL and Waydoo as well relative to the level of competition

04:22:28  8   between Fliteboard and MHL.  And he, again, selected a

04:22:32  9   royalty which is higher than the operating profit of Waydoo.

04:22:36 10   Q.       Are you aware that there's a dispute concerning the

04:22:38 11   number of units that Waydoo has sold?

04:22:40 12   A.       I did -- I am.

04:22:43 13   Q.       And could you provide us your perspective on that

04:22:46 14   issue?

04:22:46 15   A.       Yeah, so this really pertains to some testimony of

04:22:52 16   Mr. Ping in his deposition in which Mr. Ping said that

04:22:56 17   Waydoo had sold 1,300 units is in 2021.  I discussed that

04:23:04 18   with Mr. Ping and he said he misunderstood the question and

04:23:07 19   misspoke.  And the reason I discussed it with him is it was

04:23:10 20   inconsistent with the sales data that was in the record.

04:23:13 21           And so, what I have up here is a comparison of

04:23:19 22   the units, the Waydoo eFoil units as quantified by Dr. Stec

04:23:27 23   versus those that appear in the produced sales data.  And

04:23:31 24   when I look at these two trends, the light gray chart of

04:23:37 25   bars, which are the produced sales data, would appear to me

Kline - Direct

04:23:40 1   to be more reasonable.  You know, the sales grow quickly and

04:23:45 2   then flatten out.

04:23:47 3           In Dr. Stec's data what happens is the sales

04:23:52 4   rise very quickly 2021 and then fall off rapidly from '22.

04:23:57 5   You know, they fall by a third.  And I haven't seen any

04:24:00 6   evidence indicating that Waydoo's sales have declined.

04:24:04 7           And so you know, Doctor Stec's data, when you do

04:24:10 8   just sort of a simple trends analysis on it, doesn't appear

04:24:13 9   to me to make particular sense.

04:24:17 10          This is particularly true when you break it down

04:24:21 11  into to -- to look at the seasonality in the data.  So,

04:24:27 12  again, the dark blue bars are Dr. Stec's data and the light

04:24:32 13  gray bars are the produced data.  And you can see that

04:24:35 14  actually, substantially, all the difference is in the second

04:24:39 15  half of 2021.

04:24:42 16          And where Dr. Stec has Waydoo selling over

04:24:48 17  700 units and the produced data has them selling all 180

04:24:53 18  units.  And my understanding is that this is a seasonal

04:25:00 19  industry.  I discussed this with Mr. Wade.  People in the

04:25:02 20  United States tend to buy eFoils in the spring and early

04:25:07 21  summer because they want to use them when the weather is

04:25:10 22  nice.  And that eFoil sales in the back end of the year are

04:25:16 23  substantially lower.

04:25:17 24          And so, if you look at the gray bars, which are

04:25:22 25  the produced sales data, they appear to reflect that

Kline - Direct

04:25:24 1   seasonality in a fairly reasonable way.  Whereas if you look

04:25:29 2   at Dr. -- the data used by Dr. Stec, you can just see that

04:25:34 3   that's not the case.

04:25:36 4          And so, based upon this examination, it seems

04:25:41 5   very reasonable to me to conclude that Mr. Ping did make a

04:25:46 6   misstatement, did misunderstand the question, did make a

04:25:49 7   misstatement, and that the produced sales data is -- is

04:25:52 8   accurate.

04:25:54 9   Q.    So, you do rely on the produced sales data in this

04:25:57 10  case or do you rely on Dr. Stec's modified sales data

04:26:01 11  figures?

04:26:01 12  A.    I relied on the produced sales data.

04:26:04 13  Q.    Okay.  And after you determined the correct

04:26:06 14  reasonable royalty rate, did you calculate the number -- the

04:26:09 15  amount of damages that would be owed in this case if the

04:26:13 16  patents are found to be infringed and they're also found to

04:26:15 17  be valid?

04:26:15 18  A.    Yes.  So, if the patents are found valid and

04:26:21 19  infringed, as I noted, I concluded that a reasonable royalty

04:26:24 20  to be 2 and a half percent of sales.  There are about 6.4

04:26:28 21  million total in Waydoo sales.  Which would indicate a total

04:26:33 22  royalty of $160,000 -- $160,111 through December 19th, 2022,

04:26:42 23  which is the period for which data was produced.

04:26:45 24         MR. KANTER:  Thank you, Mr. Kline.  I have no

04:26:47 25  further questions.

Kline - Direct

04:26:48  1          THE COURT:  All right.

04:26:49  2          So, members of the jury, we're going to finish

04:26:57  3   for today and save the cross-examination of Mr. Kline for

04:27:00  4   tomorrow.  Just to give you an idea of the schedule, as I

04:27:08  5   understand it, Mr. Kline will be the last witness for the

04:27:12  6   Defendants.

04:27:15  7          The Plaintiff or Defendant, the Plaintiff is

04:27:18  8   going to be calling Mr. Barry to address the invalidity

04:27:30  9   issues that were raised by Professor Triantafyllou.  And so,

04:27:38 10   it's always hard to estimate these things exactly, but I

04:27:43 11   feel confident we're going to be finished tomorrow by

04:27:46 12   like -- well, I think before 1 o'clock, maybe earlier.

04:27:52 13   Maybe an hour or two earlier, but certainly by 1 o'clock.

04:27:56 14          So, there's some things I have to do to get

04:27:58 15   ready for closing arguments like finish off the jury

04:28:02 16   instructions.  So, whenever it is we finish with the

04:28:06 17   testimony tomorrow, I'm going to send you home then.  And

04:28:10 18   we'll come back on Friday morning for closing arguments.

04:28:15 19          And then you'll get the case later on.

04:28:18 20          So, we will start again tomorrow morning at

04:28:25 21   9:30.  Once again, you know, you have been here every day on

04:28:29 22   time.  Let's keep that up.  I think we'll be ready to start

04:28:32 23   on time tomorrow.

04:28:33 24          I do want to remind you not to discuss the case

04:28:39 25   amongst yourselves, not to discuss the case with anyone

Kline - Direct

04:28:41 1    else.  You know, not electronically, not face-to-face, not

04:28:48 2    by phone, not by posting to your blog.

04:28:54 3            Don't -- don't discuss the case with anyone else

04:28:57 4    and don't let anyone discuss it with you.

04:28:59 5            And the other -- the other thing is don't do any

04:29:02 6    research.  And there's still some more testimony to come

04:29:08 7    and, you know, it will be -- that's the universe of

04:29:13 8    information you're limited to under the law for the case is

04:29:17 9    what you hear in the case.

04:29:19 10           So, don't be looking things up on Wikipedia or

04:29:23 11   other websites.  You know, relax or do whatever you do in

04:29:29 12   the evening and come back tomorrow morning refreshed.  And

04:29:34 13   we're in the home stretch here.

04:29:36 14           All right.  Can we take the jury out?

04:29:38 15           And have a good evening.

04:29:40 16           (Jury leaving the courtroom.)

04:30:05 17           THE COURT:  All right.  So, Mr. Kline, you are

04:30:09 18   now, so to speak, on cross-examination so you shouldn't be

04:30:12 19   talking to the attorneys for Waydoo between now and when you

04:30:17 20   return tomorrow morning.  Okay?

04:30:18 21           THE WITNESS:  Yes, Your Honor.

04:30:19 22           THE COURT:  All right.  So why don't you all --

04:30:21 23   why don't you step down.

04:30:23 24           You all want to address the Defendants' JMOL?

04:30:32 25           MS. FARNAN:  Yes, Your Honor.  I'm going to

Kline - Direct

04:30:33 1    start and I think Mr. Colletti will finish, if that's okay

04:30:36 2    if we break it up by topic.

04:30:37 3                So, first, we would move for JMOL under Rule 50

04:30:41 4    on willful infringement.  The evidence here has just been

04:30:45 5    acknowledged.  It was a couple letters that were sent and no

04:30:50 6    indication that they were received until we did acknowledge

04:30:53 7    one was received in August.

04:30:54 8                So what we have really is just knowledge.  And

04:30:57 9    under the law, you need additional conduct evidencing

04:31:00 10   deliberate or reckless disregard of patent rights.  And

04:31:02 11   there's nothing like that in the record here.

04:31:04 12               So, we would ask that Your Honor enter JMOL on

04:31:07 13   the willful agreement.

04:31:08 14               And then Mr. Colletti will address as well

04:31:11 15   infringement and damages.

04:31:13 16               Unless Your Honor has any questions from me on

04:31:15 17   willfulness.

04:31:15 18               THE COURT:  No, thank you, Ms. Farnan.

04:31:19 19               Mr. Colletti.

04:31:19 20               MR. COLLETTI:  Yes, Your Honor.  With regard to

04:31:23 21   infringement, we would ask for judgment as a matter of law

04:31:27 22   under Rule 50 that there is no infringement.  Mr. Barry's

04:31:34 23   eigenvalue analysis shows no infringement with regard to

04:31:38 24   dynamic stability.  And his evidence with regard to static

04:31:43 25   stability also does not meet the burden that is required.

04:31:47  1      And his damping and inspection-only theories do

04:31:51  2  not -- do not cure that.  So we would ask for judgment as a

04:31:55  3  matter of law that there is no infringement.

04:31:57  4      THE COURT:  So, I understand your argument on

04:32:01  5  dynamic stability.  On the static stability, wasn't there a

04:32:09  6  chart of values that had one row of negative numbers and two

04:32:15  7  rows of positive or maybe vice versa.  I think, in fact,

04:32:19  8  vice versa.  And that that's basically the numbers you need

04:32:24  9  to have static stability?

04:32:28 10      MR. COLLETTI:  Yeah, no.  But it's incomplete.

04:32:30 11  It's not sufficient in order to establish static stability.

04:32:34 12  Those are not the derivatives that are set forth in the

04:32:37 13  patent.  And as Mr. Dr. Triantafyllou testified --

04:32:41 14      THE COURT:  Well, Dr. Triantafyllou isn't

04:32:45 15  actually relevant to the issue at this point, is he?

04:32:48 16      MR. COLLETTI:  No.

04:32:49 17      THE COURT:  Okay.  So other than what you've

04:32:56 18  said about the patent, maybe says something else or has some

04:33:00 19  different formulas, is there anything else about that?

04:33:03 20      MR. COLLETTI:  No.

04:33:04 21      THE COURT:  Okay.  All right.  Well, I'm going

04:33:08 22  to deny the JMOL as to the '044 patent because I think

04:33:17 23  there's -- I think it's pretty clear to me there is a case

04:33:22 24  for the static stability limitation being met.

04:33:29 25      You know, I'm going to deny the JMOL on the

Kline - Direct

04:33:31  1    other patent, too, though I think there's a better case.

04:33:40  2    But, you know, I heard Mr. Barry explain why he didn't think

04:33:51  3    the numbers by themselves were dispositive.  It sounded

04:33:59  4    plausible to me.  So I don't think JMOL on that is

04:34:05  5    appropriate, either, although I think it's a closer case.

04:34:09  6              And on the willfulness -- well, on the

04:34:21  7    willfulness, does somebody want to -- from plaintiffs' side,

04:34:25  8    want to just tell me why there is evidence of willfulness?

04:34:29  9              MR. McGRAW:  Yes, Your Honor.  And I think we've

04:34:31 10    established a significant timeline here dating back from the

04:34:35 11    issuance of the patents until at least we have in evidence

04:34:38 12    that the Defendants admitted knowledge of the patents and

04:34:42 13    legal issues in August of 2019.  And after that date,

04:34:47 14    despite that knowledge, continued to infringe.

04:34:50 15              Cease and desist letters -- well, prior to that,

04:34:53 16    actually, but this is after the cease and desist letters,

04:34:55 17    they admit to knowledge of the patents and the issues and

04:34:59 18    they continued to infringe.

04:35:01 19              After the lawsuit was filed, they continued to

04:35:04 20    infringe and they took no effort to change.

04:35:16 21              And I do think on the cease and desist letters,

04:35:18 22    Your Honor, the mailbox rule applies, and --

04:35:21 23              THE COURT:  Well, so, I'm going to take it that

04:35:23 24    what the -- that the cease and desist letters were sent to

04:35:29 25    an email address that appears, from what I've seen on the

Kline - Direct

04:35:34  1   website, so I'm going to take it that, yes, they got the

04:35:37  2   letters whether they did anything or not in response.  You

04:35:41  3   know, as far as I'm concerned, that's a legitimate inference

04:35:45  4   from the evidence.

04:35:48  5             MR. McGRAW:  Fair enough, Your Honor.  That's --

04:35:49  6             THE COURT:  Fair enough?  That's in your favor.

04:35:52  7             MR. McGRAW:  Yes.  Yes.  That is the evidence,

04:35:57  8   Your Honor, that there was continued infringement despite

04:36:00  9   knowledge of the patents.

04:36:01 10             THE COURT:  Okay.

04:36:01 11             MR. McGRAW:  And we think that's enough to

04:36:03 12   establish reckless disregard.

04:36:05 13             THE COURT:  Okay.  All right.

04:36:23 14             Well, I think it's -- you know, it seems to me

04:36:29 15   to be a relatively thin willfulness case because, basically,

04:36:34 16   you have -- yes, you have knowledge of the patents and

04:36:39 17   that's checked.

04:36:40 18             And though I don't remember exactly what the

04:36:43 19   testimony about the cease and desist letter was, in the end,

04:36:46 20   it certainly included, I think, naming the products, naming

04:36:50 21   the patents.  And given that the Plaintiff -- or, I'm sorry,

04:37:03 22   the Defendant, in my view, received the cease and desist

04:37:09 23   letters and the evidences is did nothing, I think that's

04:37:14 24   sufficient to go to the jury.  So, I'm going to deny the

04:37:18 25   JMOL on all topics raised.

Kline - Direct

04:37:21  1          Anything else?

04:37:22  2          MR. COLLETTI:  We have one more JMOL motion with

04:37:24  3   regard to damages, Your Honor.

04:37:26  4          THE COURT:  Okay.

04:37:27  5          MR. COLLETTI:  We would say that Plaintiff has

04:37:29  6   failed to meet its burden of proving damages and that -- and

04:37:34  7   request JMOL pursuant to Rule 50 of no damages or nominal

04:37:37  8   damages and certainly no more than a 5.25 percent which is

04:37:42  9   the -- which is the amount in the Fliteboard agreement.

04:37:50 10          He -- Dr. Stec makes no apportionment for the

04:37:56 11   other patents, and his economic analysis relies on

04:38:01 12   negotiations.  He doesn't rely on the actual agreement.  And

04:38:04 13   in the actual agreement it says that is the -- that is the

04:38:08 14   only agreement.  So, we would -- we would request judgment,

04:38:11 15   as a matter of law, with regard to damages as well.

04:38:14 16          THE COURT:  So, I don't even know how I would

04:38:16 17   implement that.  Maybe it's nothing.  Maybe it's nominal.

04:38:21 18   Maybe it's 2 and a half percent.  Maybe it's even 5 percent.

04:38:26 19   But it's certainly not 18 percent.

04:38:28 20          I mean, how -- if I agreed with you, and I'm not

04:38:35 21   inclined to agree with you, how would I -- what would I even

04:38:40 22   do?

04:38:40 23          MR. COLLETTI:  It's no more than 5.25 percent.

04:38:44 24          THE COURT:  All right.  Okay.

04:38:46 25          Well, I'm going to deny that.  You know, I think

Kline - Direct

04:38:50  1    it's a jury question.  Dr. Stec has presented his opinion.

04:38:57  2    Mr. Kline has presented his opinion.  There's some testimony

04:39:02  3    at least from Mr. Leason and there's some evidence of

04:39:07  4    negotiations.

04:39:10  5            And, you know, maybe the -- I think if the jury

04:39:15  6    wanted to find that there was really an 18 percent royalty

04:39:20  7    or effectively an 18 percent -- actually, that's the wrong

04:39:27  8    way to say it.

04:39:27  9            It is effectively a 500-odd dollar unit price,

04:39:35 10    even though it's styled as something else.  They could come

04:39:40 11    to that conclusion and it might even withstand post-trial

04:39:48 12    decisions.  But I think we should get a decision on -- from

04:39:51 13    the jury on that.

04:39:52 14            All right?  Anything else?

04:39:54 15            MR. COLLETTI:  Final administrative matter.  I'd

04:39:57 16    like to move those exhibits into evidence from

04:39:58 17    Professor Triantafyllou.  It was DTX 325B, DTX 73, DTX 74,

04:40:07 18    and DTX 19.

04:40:10 19            MR. MURRELL:  And the only question I had, just

04:40:12 20    because there's been several versions of the Evolo Project,

04:40:17 21    the paperwork that we've tossed around, 325 is the certified

04:40:22 22    translation?

04:40:23 23            MR. COLLETTI:  325B is the certified

04:40:25 24    translation.

04:40:26 25            MR. MURRELL:  And by 325, you mean all of 325?

04:40:29 1          MR. COLLETTI:  325B which is the --

04:40:32 2          MR. MURRELL:  Right.

04:40:33 3          MR. THEUERKAUF:  Well, so I think we've got to

04:40:35 4  get clarification on that because what we were using with

04:40:38 5  Dr. Triantafyllou, I don't know if it was 325B.

04:40:40 6          MR. MURRELL:  I think you put 325B up there.

04:40:43 7  That is what you used here.

04:40:44 8          THE COURT:  Well, I'll tell you what, as

04:40:45 9  exciting as this discussion is, why don't you all work on it

04:40:49 10 overnight and you can tell me tomorrow morning what it is

04:40:55 11 that we should be admitting into evidence.

04:40:57 12         MR. MURRELL:  I don't think there's an issue.  I

04:40:59 13 just want to be careful on it.

04:41:01 14         THE COURT:  Okay.  Well, all right.

04:41:02 15         Anything else?

04:41:04 16         MR. COLLETTI:  No, Your Honor.

04:41:05 17         THE COURT:  Okay.

04:41:10 18         MR. MURRELL:  We had exhibits, but we'll just do

04:41:12 19 it with him in the morning.

04:41:13 20         THE COURT:  Yeah.  It would be good to try to

04:41:15 21 make sure that you're on the same page.

04:41:21 22         All right.  So, we're in recess.

04:41:24 23         DEPUTY CLERK:  All rise.

04:41:25 24         (Court was recessed at 4:41 p.m.)

25

1          I hereby certify the foregoing is a true and

2     accurate transcript from my stenographic notes in the

3     proceeding.

4                    /s/ Heather M. Triozzi
                     Certified Merit and Real-Time Reporter
5                    U.S. District Court

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$10** [1] - 602:16
**$10,000** [3] - 618:13, 619:13, 773:13
**$100,000** [1] - 772:12
**$12,000** [1] - 619:19
**$157** [1] - 773:19
**$160,000** [1] - 787:22
**$160,111** [1] - 787:22
**$20,000** [1] - 772:14
**$225,000** [1] - 770:19
**$25,000** [1] - 595:20
**$3,000** [2] - 773:15, 773:18
**$30** [1] - 602:23
**$3400** [1] - 595:3
**$4,000** [2] - 595:18, 618:16
**$4,300** [1] - 597:19
**$450** [1] - 773:11
**$5,000** [2] - 772:13
**$5,112** [2] - 597:15, 597:18
**$500,000** [1] - 770:20
**$560** [1] - 784:12
**$6,000** [2] - 618:12, 619:13
**$6,399** [1] - 597:14
**$75** [3] - 776:6, 783:14
**$9,000** [2] - 697:10, 697:11

## '

**'044** [13] - 693:9, 704:25, 705:17, 710:15, 767:20, 769:15, 771:10, 775:1, 775:3, 775:14, 777:8, 782:23, 791:22
**'22** [1] - 786:4
**'659** [8] - 705:2, 705:17, 710:16, 771:10, 775:1, 775:14, 777:9, 782:23
**'80s** [3] - 733:18, 734:5, 734:7

## /

**/s** [1] - 797:4

## 0

**0.8** [1] - 770:24
**081** [1] - 701:22

## 1

**1** [12] - 689:14, 704:24, 705:2, 705:17, 717:8, 718:6, 720:2, 732:1, 777:7, 777:14, 788:12, 788:13
**1,300** [1] - 785:17
**1,400** [1] - 640:13
**1,487** [1] - 640:17
**1,500** [1] - 582:21
**1.6** [1] - 770:4
**10** [10] - 619:15, 629:7, 637:6, 656:3, 659:5, 660:6, 680:15, 682:17, 719:14, 782:17
**10,000** [3] - 618:18, 619:17, 722:8
**100** [1] - 653:5
**1006** [4] - 582:7, 701:5, 701:14
**108** [1] - 624:14
**10th** [8] - 625:17, 625:18, 636:11, 637:16, 644:18, 646:18, 647:10, 647:16
**11** [4] - 561:18, 561:21, 563:8, 777:1
**116** [1] - 729:15
**117** [2] - 563:22
**119** [1] - 563:22
**11:30** [2] - 635:2, 635:6
**11th** [1] - 568:8
**12** [8] - 631:1, 631:3, 647:20, 686:22, 686:23, 737:6, 737:7, 777:1
**120** [1] - 636:25
**121** [1] - 740:15
**123** [3] - 614:19, 701:20, 701:23
**13** [7] - 567:16, 607:11, 630:15, 631:2, 783:5, 783:7
**136** [2] - 578:18, 578:19
**14** [6] - 607:11, 619:15, 666:1, 679:3, 783:20, 783:21
**14th** [1] - 626:24
**15** [15] - 643:1, 650:24, 719:14, 737:4, 737:7, 756:10, 776:23, 780:12, 780:18, 781:14,

783:24, 784:1, 784:16
**15-knotts** [1] - 682:17
**15-minute** [1] - 635:2
**1500** [1] - 571:13
**15th** [2] - 600:10, 630:15
**16** [2] - 760:23, 761:24
**17** [17] - 568:3, 637:3, 640:20, 640:24, 641:1, 641:2, 641:5, 641:11, 641:14, 641:22, 643:14, 643:17, 643:18, 643:20, 648:5, 648:9, 693:4
**18** [7] - 696:9, 729:15, 772:21, 781:16, 794:19, 795:6, 795:7
**180** [1] - 786:17
**18th** [1] - 627:10
**19** [4] - 736:8, 740:15, 759:15, 795:18
**1906** [1] - 655:5
**193** [1] - 732:15
**194** [1] - 732:15
**1979** [1] - 650:21
**1980s** [1] - 733:20
**1990** [2] - 722:8, 722:10
**19th** [1] - 787:22
**1st** [1] - 578:8

## 2

**2** [12] - 679:2, 697:14, 700:15, 700:20, 710:15, 710:16, 711:2, 752:14, 777:1, 784:19, 787:20, 794:18
**2,080** [2] - 581:25, 582:3
**2-kilowatt** [1] - 697:21
**2.4** [1] - 783:18
**2.43** [3] - 765:16, 776:7, 776:17
**2.5** [3] - 578:12, 771:5, 776:13
**20** [5] - 568:4, 630:11, 656:3, 660:7, 682:19
**20-knotts** [1] - 682:17
**200** [2] - 634:18, 634:20
**2000** [1] - 625:3
**2006** [2] - 589:21, 722:12
**2007** [1] - 590:5
**2009** [15] - 567:18, 567:21, 567:24,

568:4, 568:9, 568:11, 590:17, 625:13, 626:24, 627:10, 632:20, 632:21, 632:22, 637:13, 637:14
**2010** [8] - 625:14, 627:11, 629:5, 630:16, 637:15, 640:21, 721:19, 721:24
**2011** [4] - 629:11, 629:16, 636:10, 636:16
**2012** [1] - 634:14
**2013** [17] - 608:13, 608:14, 625:17, 625:18, 629:7, 636:11, 636:12, 637:6, 637:16, 640:22, 644:18, 645:24, 646:13, 646:18, 647:10, 647:16, 655:24
**2016** [2] - 766:18, 767:1
**2018** [4] - 584:18, 584:20, 584:25, 587:17
**2019** [10] - 578:3, 582:12, 585:12, 587:17, 593:4, 608:11, 764:3, 766:21, 766:22, 792:13
**2020** [9] - 578:6, 581:24, 582:1, 582:12, 587:17, 593:19, 593:24, 722:8, 770:18
**2021** [11] - 582:12, 582:14, 582:15, 582:19, 582:23, 583:3, 583:5, 585:17, 785:17, 786:4, 786:15
**2022** [7] - 567:18, 578:10, 582:1, 582:3, 582:12, 613:1, 787:22
**2023** [3] - 554:12, 630:11, 630:16
**206** [3] - 616:15, 701:21, 701:23
**2080** [1] - 582:4
**21-91-RGA** [1] - 554:5
**223** [2] - 701:5, 701:14
**227** [2] - 701:6, 701:14
**22nd** [1] - 584:8
**233** [3] - 617:3,

701:21, 701:23
**23rd** [2] - 583:23, 584:4
**24** [3] - 568:8, 641:2, 679:8
**25** [8] - 625:17, 637:1, 640:23, 641:3, 641:4, 656:3, 659:4, 772:16
**27** [1] - 564:17
**29** [1] - 554:12
**2X** [1] - 730:17

## 3

**3** [4] - 568:1, 618:16, 777:15, 777:16
**30** [6] - 616:6, 616:11, 616:24, 652:24, 686:12, 699:4
**300** [1] - 761:13
**309** [3] - 604:7, 702:1, 702:5
**30s** [1] - 599:25
**30th** [2] - 627:11, 629:5
**31** [2] - 692:4, 692:6
**31st** [2] - 581:24, 582:2
**325** [6] - 687:6, 741:15, 759:14, 795:21, 795:25
**325B** [6] - 751:2, 795:17, 795:23, 796:1, 796:5, 796:6
**325B.60** [1] - 751:3
**325D** [1] - 752:7
**327** [2] - 630:2, 630:3
**333D** [3] - 631:6, 701:10, 701:15
**35** [1] - 782:1
**37,044,780** [1] - 627:1
**37,44,780** [1] - 634:24
**38** [1] - 623:4
**3D** [1] - 725:8

## 4

**4** [6] - 697:14, 697:22, 697:23, 700:4, 738:18, 777:1
**40** [1] - 699:4
**400** [1] - 634:21
**422** [1] - 692:9
**45** [8] - 562:23, 562:25, 563:1, 563:3, 563:9, 564:3, 568:15, 702:18
**450** [1] - 773:11
**48** [1] - 712:14

**4:41** [1] - 796:24
**4th** [2] - 634:14, 766:17

## 5

**5** [14] - 659:4, 659:5, 691:15, 697:23, 712:16, 712:19, 717:8, 756:9, 772:12, 772:15, 778:13, 778:15, 794:18
**5,661** [1] - 636:24
**5-0** [2] - 578:24, 578:25
**5.25** [2] - 794:8, 794:23
**50** [7] - 578:22, 656:2, 656:3, 776:5, 790:3, 790:22, 794:7
**500** [6] - 559:1, 686:12, 686:24, 711:12, 711:17, 711:20
**500,000** [3] - 640:5, 640:11, 770:22
**500-odd** [1] - 795:9
**500-something** [1] - 640:3
**53** [1] - 716:5
**55** [1] - 718:2
**550** [1] - 735:10
**58** [1] - 751:10

## 6

**6** [10] - 618:12, 619:12, 619:14, 630:17, 630:18, 630:22, 715:3, 722:13, 777:1
**6.4** [1] - 787:20
**60** [1] - 751:20
**60s** [1] - 600:1
**62** [2] - 692:22, 693:14
**63** [1] - 696:8
**64** [1] - 660:5
**654** [1] - 741:16
**659** [1] - 775:3
**68** [2] - 701:9, 701:15
**69** [2] - 701:9, 701:15

## 7

**7** [2] - 752:14, 780:6
**7,000** [1] - 618:18
**700** [1] - 786:17
**73** [4] - 759:14, 759:16, 759:18, 795:17

**74** [2] - 759:15, 795:17
**751** [2] - 582:15, 583:6
**7th** [1] - 766:21

## 8

**8** [8] - 632:13, 660:3, 739:6, 771:5, 776:13, 781:9, 781:23
**8.5** [1] - 678:25
**80** [1] - 607:12
**81** [2] - 642:7, 660:5
**844** [1] - 554:11
**8th** [2] - 632:20

## 9

**9** [4] - 619:17, 660:4, 739:6, 782:17
**90,000** [1] - 697:10
**95** [4] - 594:21, 597:22, 736:8, 736:12
**9:00** [1] - 554:13
**9:30** [2] - 555:18, 788:21

## A

**a.m** [1] - 554:13
**ABA** [1] - 761:7
**ABA-IPL** [1] - 761:7
**ability** [3] - 669:3, 746:11, 782:12
**able** [26] - 558:15, 574:23, 577:1, 577:25, 597:8, 611:18, 611:25, 614:7, 614:8, 614:15, 615:21, 615:24, 615:25, 644:17, 645:7, 669:21, 675:15, 684:8, 684:9, 684:15, 700:2, 743:14, 745:24, 746:2, 784:9, 784:10
**absolutely** [3] - 561:1, 564:22, 566:2
**absorbing** [1] - 657:16
**absorbs** [1] - 657:21
**accept** [1] - 557:20
**acceptable** [2] - 572:1, 776:4
**accepted** [1] - 638:2
**access** [3] - 633:18, 640:7, 701:9
**accessed** [10] - 625:14, 625:16,

633:6, 633:7, 637:15, 647:4, 647:7, 647:9, 649:1, 649:8
**accessible** [21] - 625:9, 629:4, 629:7, 629:24, 632:10, 632:12, 637:21, 638:15, 638:19, 638:23, 639:2, 639:5, 639:10, 639:16, 639:17, 639:19, 647:2, 647:6, 648:21, 649:1, 649:7
**accessing** [1] - 633:18
**accommodation** [1] - 717:17
**accommodations** [1] - 717:6
**according** [2] - 557:10, 617:1
**account** [1] - 673:2
**accountant** [1] - 760:24
**accounting** [7] - 569:23, 571:17, 587:6, 587:10, 587:16, 587:17
**accounts** [1] - 590:25
**accumulated** [1] - 583:3
**accurate** [2] - 559:17, 566:10, 566:11, 582:11, 582:13, 787:8, 797:2
**achieve** [3] - 695:23, 706:8, 738:23
**achieved** [4] - 712:20, 738:11, 739:1, 739:2
**achieves** [1] - 739:15
**achieving** [1] - 694:20
**acknowledge** [1] - 790:6
**acknowledged** [1] - 790:5
**acquainted** [1] - 593:3
**acrobatic** [1] - 669:20
**act** [1] - 575:21
**Action** [4] - 589:5, 589:8, 589:10, 591:13
**actions** [1] - 767:23
**active** [3] - 599:23, 600:1, 600:3
**actively** [1] - 599:14
**activity** [2] - 633:16, 633:24
**actual** [9] - 559:15, 627:9, 668:7,

709:13, 709:24, 719:23, 739:12, 794:12, 794:13
**Adam** [1] - 647:20
**add** [3] - 601:15, 717:18, 783:14
**added** [4] - 602:2, 602:9, 611:6, 775:16
**adding** [5] - 611:2, 627:23, 627:24, 719:23, 765:17
**addition** [12] - 579:13, 580:23, 581:8, 651:11, 652:2, 671:25, 673:6, 678:11, 683:18, 684:7, 761:9, 776:18
**additional** [7] - 581:17, 581:19, 703:18, 710:12, 770:19, 774:23, 790:9
**additionally** [1] - 771:11
**address** [6] - 633:17, 634:14, 788:8, 789:24, 790:14, 792:25
**addresses** [2] - 641:11, 643:20
**adds** [2] - 628:2, 628:3
**adequately** [1] - 763:18
**adjust** [1] - 714:13
**adjustment** [1] - 602:17
**administrative** [2] - 782:11, 795:15
**admirals** [1] - 653:15
**admit** [2] - 613:8, 792:17
**admitted** [6] - 701:12, 701:15, 701:24, 702:3, 702:5, 792:12
**admitting** [1] - 796:11
**Adobe** [1] - 626:11
**advanced** [1] - 719:14
**advantages** [1] - 782:18
**advent** [1] - 719:11
**adventurous** [1] - 717:7
**advertised** [1] - 602:20
**advertising** [2] - 599:10, 616:23
**advice** [1] - 753:21
**advices** [1] - 753:10
**advising** [1] - 687:16
**aerodynamics** [1] -

714:22
**aeronautic** [2] - 753:10, 753:17
**aeronautical** [1] - 698:17
**aeronautics** [4] - 695:25, 703:15, 714:18, 715:11
**affect** [1] - 620:16
**affiliated** [1] - 651:12
**Affirm** [1] - 574:10
**affirm** [1] - 760:11
**affirm)** [2] - 622:11, 650:4
**Affirmed)** [1] - 588:15
**afford** [1] - 619:7
**affordable** [1] - 779:21
**after-sales** [3] - 581:7, 581:9, 581:10
**afternoon** [8] - 650:7, 650:8, 650:10, 723:22, 723:23, 756:7, 760:16, 760:17
**afterwards** [1] - 674:4
**age** [1] - 599:24
**agencies** [2] - 557:25, 623:5
**aggressively** [1] - 611:15
**ago** [10] - 567:17, 595:19, 630:15, 631:1, 631:2, 631:3, 644:3, 734:12, 750:21, 757:5
**agree** [29] - 599:6, 599:7, 612:21, 613:25, 615:16, 617:16, 619:25, 639:2, 639:23, 647:5, 647:14, 671:7, 674:2, 681:18, 730:12, 739:25, 746:8, 748:5, 748:19, 764:9, 766:2, 772:24, 773:21, 780:10, 781:17, 781:21, 782:13, 784:13, 794:21
**agreed** [11] - 759:2, 763:14, 769:17, 770:11, 770:16, 770:18, 771:16, 771:24, 772:12, 777:3, 794:20
**agreement** [59] - 580:18, 581:20, 764:14, 764:17, 765:13, 765:16,

765:21, 765:24, 766:7, 766:8, 766:11, 766:14, 766:15, 766:16, 767:4, 767:14, 768:10, 768:24, 769:1, 769:2, 769:13, 769:20, 770:6, 770:12, 770:15, 770:25, 771:3, 771:8, 771:9, 771:13, 771:14, 771:19, 771:24, 772:4, 772:6, 773:14, 774:6, 776:12, 776:15, 777:11, 777:12, 778:5, 778:10, 778:22, 778:23, 779:3, 779:5, 780:24, 781:2, 784:6, 784:21, 785:2, 785:4, 790:13, 794:9, 794:12, 794:13, 794:14

**agreements** [1] - 763:6

**agricultural** [1] - 585:7

**agriculture** [2] - 585:9, 585:10

**ahead** [4] - 670:13, 701:17, 767:21, 770:13

**aid** [6] - 602:6, 602:7, 610:15, 611:3, 611:8, 750:1

**air** [6] - 596:21, 682:20, 682:24, 683:5, 708:6

**Air** [1] - 697:22

**aircraft** [1] - 694:5

**airfoil** [3] - 712:20, 712:24, 712:25

**airplane** [18] - 656:24, 657:10, 661:18, 662:13, 662:16, 662:17, 662:22, 666:25, 667:5, 667:6, 667:8, 667:9, 676:16, 688:14, 688:15, 688:24, 703:8, 716:16

**airplanes** [20] - 656:11, 659:12, 660:23, 661:18, 662:25, 663:1, 667:13, 668:2, 668:17, 670:9,

**airplanes'** [1] - 655:15

**algebra** [1] - 728:10

**alive** [1] - 677:17

**alleged** [3] - 762:12, 762:14, 763:21

**allow** [1] - 559:10, 559:17, 565:7, 624:5, 708:12, 763:19

**allowing** [1] - 771:14

**allows** [1] - 597:10

**almost** [4] - 558:13, 601:6, 650:7, 662:23

**alone** [1] - 672:22

**Alpha** [2] - 660:1, 678:20

**alpha** [7] - 667:14, 672:17, 672:22, 672:23, 673:4, 673:7, 673:20

**alternative** [2] - 776:17, 780:21

**amended** [2] - 766:20, 766:23

**amendment** [3] - 770:10, 770:16, 770:18

**amendments** [4] - 766:23, 770:5, 770:8, 771:4

**America** [1] - 594:24

**America's** [3] - 651:24, 655:19, 655:23

**American** [2] - 588:24, 761:4

**amount** [7] - 619:8, 619:10, 761:22, 770:1, 772:14, 787:15, 794:9

**analogy** [11] - 618:22, 628:21, 668:25, 669:8, 669:10, 669:11, 669:16, 669:18, 670:1, 674:6, 772:11

**analysis** [47] - 562:18, 562:19, 644:15, 645:19, 654:9, 654:17, 671:4, 671:7, 671:8, 671:10, 671:12, 671:13, 671:15, 671:17, 671:18, 671:19, 671:20,

673:1, 673:8, 674:2, 674:3, 674:13, 675:8, 676:14, 679:14, 680:8, 680:9, 681:1, 681:12, 681:18, 695:7, 726:16, 733:1, 733:2, 733:4, 761:21, 762:10, 762:15, 764:4, 774:24, 775:13, 776:21, 781:7, 784:11, 786:8, 790:23, 794:11

**analyze** [1] - 623:2

**analyzed** [6] - 634:4, 669:15, 695:5, 724:5, 724:25, 725:2

**analyzing** [3] - 558:21, 654:19, 770:25

**anchor** [1] - 601:23

**and..** [1] - 739:6

**Anderson** [4] - 668:5, 708:9, 737:23, 752:1

**ANDREW** [1] - 554:17

**Andrews** [1] - 555:11

**ANDREWS** [1] - 554:15

**angle** [7] - 658:19, 659:5, 659:9, 659:10, 698:18, 713:25

**angles** [1] - 752:19

**animated** [1] - 563:5

**answer** [15] - 627:21, 673:10, 725:17, 725:21, 728:8, 730:7, 730:9, 730:14, 730:20, 730:21, 731:16, 731:21, 732:13, 733:3, 733:13

**answered** [2] - 586:2, 641:16

**answers** [2] - 586:15, 586:22

**anticipates** [1] - 749:25

**anyhow** [1] - 758:8

**anyway** [4] - 556:5, 657:16, 679:4, 716:24

**apologies** [2] - 767:8

**apologize** [5] - 584:10, 647:8, 650:11, 656:13, 767:6

**appear** [4] - 785:23, 785:25, 786:8, 786:25

**APPEARANCES** [2] - 554:16, 555:1

**appearances** [1] - 714:17

**apples** [1] - 745:22

**applicable** [3] - 654:10, 731:22

**application** [10] - 575:4, 652:3, 719:1, 748:17, 749:6, 767:20, 768:3, 769:14, 771:12, 774:21

**applications** [6] - 737:22, 766:9, 767:11, 767:15, 768:4, 769:3

**applied** [2] - 764:18, 772:10

**applies** [3] - 733:6, 733:7, 792:22

**apply** [3] - 583:18, 688:15, 783:1

**applying** [1] - 752:3

**appointments** [1] - 575:9

**apportionment** [1] - 794:10

**appreciate** [1] - 707:15

**appreciation** [1] - 685:20

**approach** [4] - 567:2, 622:12, 760:12, 764:5

**appropriate** [10] - 629:13, 629:18, 644:22, 645:11, 648:16, 717:15, 719:9, 719:10, 737:23, 792:5

**approximate** [1] - 742:7

**April** [3] - 600:14, 636:12, 766:21

**arbitrary** [2] - 714:23, 748:24

**architecture** [2] - 650:15, 650:17

**area** [6] - 591:6, 591:8, 654:13, 714:14, 714:16, 729:15

**argument** [8] - 565:14, 565:15, 565:18, 566:12, 567:8, 569:11, 721:3, 791:4

**arguments** [2] - 788:15, 788:18

**arrangement** [6] - 663:2, 688:16,

695:17, 713:7, 713:8, 714:4

**arranging** [2] - 713:24, 719:8

**arrive** [2] - 697:24, 753:11

**arrived** [1] - 784:11

**art** [4] - 644:9, 644:16, 646:23, 748:23

**article** [6] - 631:21, 632:19, 632:23, 752:10, 752:12, 752:22

**articles** [3] - 624:12, 624:14, 779:18

**aspect** [1] - 714:21

**aspects** [3] - 579:11, 579:14, 650:25

**asserted** [7] - 559:22, 559:23, 561:5, 689:15, 723:1, 723:7, 723:11

**assess** [1] - 654:9

**assessed** [2] - 746:16, 746:20

**assessing** [1] - 749:18

**Asset** [1] - 761:13

**assets** [1] - 593:10

**assigned** [3] - 654:6, 685:25, 769:19

**assignment** [2] - 687:15, 717:22

**assist** [1] - 601:25

**assistance** [1] - 581:15

**assistant** [1] - 590:2

**assisted** [2] - 761:23, 776:1

**assisting** [2] - 580:8, 762:5

**associated** [6] - 606:11, 626:10, 626:14, 641:20, 643:14, 734:16

**Association** [1] - 761:4

**assume** [2] - 762:15, 762:17

**assumed** [1] - 775:12

**assumption** [1] - 762:19

**asynchronous** [5] - 711:13, 711:15, 712:2, 712:4, 712:5

**Athens** [1] - 650:15

**athletic** [1] - 607:15

**attach** [1] - 601:24

**attached** [8] - 602:12, 602:15, 747:6, 747:22, 748:12,

749:4, 755:14
**attaching** [1] - 602:4
**attachment** [6] -
602:11, 602:12,
602:19, 610:14,
631:12, 632:8
**attention** [6] - 616:19,
632:1, 642:13,
643:3, 657:3, 665:2
**attorneys** [1] - 789:19
**attributable** [1] -
783:17
**Audi** [2] - 598:20,
609:14
**audibility** [1] - 576:22
**audio** [1] - 577:3
**August** [5] - 557:17,
600:15, 632:22,
790:7, 792:13
**aunties** [1] - 605:7
**authoritative** [1] -
696:2, 708:5,
708:10, 737:25,
738:1
**authors** [2] - 648:11,
737:4
**available** [9] - 575:8,
581:13, 632:24,
640:21, 644:1,
648:21, 716:12,
716:22, 723:3
**average** [1] - 619:23
**AVL** [2] - 675:9,
695:13
**avoid** [3] - 570:9,
596:22, 783:16
**avoiding** [1] - 775:11
**aware** [18] - 598:12,
598:14, 604:1,
608:3, 608:5, 608:6,
608:12, 627:17,
704:14, 734:11,
765:23, 773:2,
773:17, 773:20,
773:23, 773:25,
781:24, 785:10
**axis** [1] - 677:21

## B

**background** [1] -
623:9
**backlogged** [1] -
575:7
**backs** [1] - 688:19
**backwards** [1] -
714:19
**bad** [5] - 593:1, 662:9,
664:2, 694:9, 718:19
**badge** [1] - 623:21

**balance** [13] - 607:9,
607:13, 607:16,
610:18, 611:3,
611:9, 615:20,
620:21, 652:20,
661:5, 666:12,
704:16, 746:10
**balanced** [3] - 607:7,
696:17, 704:18
**balances** [4] - 562:18,
563:19, 564:1,
696:17
**balancing** [1] - 668:20
**Balancing** [1] - 752:15
**ball** [1] - 682:4
**Bambi** [1] - 605:16
**Banks** [2] - 590:22,
591:3
**Bar** [1] - 761:4
**bar** [3] - 723:16,
723:18, 776:14
**Barry** [17] - 563:20,
670:24, 671:20,
672:2, 672:20,
674:3, 675:7,
678:20, 681:16,
684:8, 724:9, 725:9,
725:23, 726:9,
757:10, 788:8, 792:2
**Barry's** [7] - 564:19,
673:1, 673:23,
676:1, 680:16,
724:3, 790:22
**bars** [9] - 765:12,
765:22, 775:19,
775:20, 776:11,
785:25, 786:12,
786:13, 786:24
**BASANTA** [1] - 555:7
**base** [3] - 593:10,
597:14, 597:16
**based** [18] - 597:17,
598:21, 622:23,
648:22, 648:24,
656:13, 725:13,
738:21, 739:23,
743:7, 743:9,
754:14, 754:15,
758:6, 772:7, 773:6,
774:3, 787:4
**basic** [3] - 667:20,
671:22, 678:3
**basis** [3] - 556:22,
658:22, 763:15
**batteries** [14] - 596:3,
667:18, 704:7,
719:12, 719:20,
721:18, 721:22,
721:23, 722:4,
722:5, 722:7,

722:12, 722:14
**battery** [10] - 579:9,
579:12, 597:8,
604:20, 657:16,
710:19, 719:13,
719:16, 722:20
**bear** [1] - 778:16
**beautiful** [1] - 716:21
**beauty** [1] - 722:17
**became** [7] - 578:11,
593:3, 608:5,
627:16, 719:16,
734:11, 769:15
**become** [5] - 589:24,
663:17, 675:19,
677:22, 719:14
**becomes** [6] - 662:12,
669:4, 678:24,
719:20, 728:6,
739:17
**becoming** [2] -
603:15, 608:6
**BEFORE** [1] - 554:15
**began** [4] - 583:18,
591:24, 636:18,
763:25
**begin** [2] - 555:18,
583:16
**beginner** [5] - 605:13,
611:13, 614:14,
615:17, 615:18
**beginners** [3] - 605:5,
616:6, 616:23
**beginning** [8] - 568:8,
586:11, 600:11,
604:7, 695:10,
698:3, 752:1, 775:6
**begun** [1] - 763:16
**behalf** [3] - 580:20,
761:25, 774:5
**behaving** [3] - 742:23,
742:25, 743:2
**behind** [5] - 592:2,
592:10, 592:12,
604:20, 639:20
**Beijing** [1] - 575:6
**belly** [3] - 663:25,
690:15, 690:16
**below** [1] - 679:25
**bend** [1] - 682:13
**Bender** [1] - 642:17
**benefit** [5] - 744:19,
745:10, 745:12,
749:19, 770:2
**benefited** [1] - 770:2
**benefits** [1] - 776:2
**best** [4] - 649:6,
652:11, 699:9, 742:9
**Best** [2] - 591:2, 591:7
**better** [21] - 559:16,

577:2, 577:7,
604:18, 607:9,
607:14, 652:19,
657:6, 662:13,
662:16, 676:11,
698:23, 698:24,
700:13, 721:24,
742:23, 742:25,
743:2, 792:1
**between** [49] - 560:24,
619:12, 636:10,
640:21, 641:2,
652:21, 656:7,
656:24, 669:11,
669:16, 670:1,
670:9, 670:16,
670:17, 709:11,
752:19, 764:14,
764:21, 764:22,
765:13, 766:10,
766:11, 766:16,
767:14, 768:6,
768:9, 768:23,
771:5, 772:23,
774:2, 774:3,
776:13, 777:11,
777:22, 778:5,
778:8, 778:20,
778:21, 778:22,
779:2, 779:7, 779:8,
780:24, 782:4,
784:21, 785:2,
785:6, 785:8, 789:19
**beyond** [2] - 596:14,
653:6
**bicycle** [10] - 669:1,
669:8, 669:11,
669:12, 669:13,
669:17, 669:18,
670:2, 670:3
**big** [24] - 596:10,
652:7, 652:8,
653:21, 661:1,
662:8, 662:12,
663:14, 666:9,
666:10, 667:12,
667:16, 669:23,
670:8, 670:11,
685:20, 686:20,
686:21, 694:11,
704:12, 714:15,
716:16, 722:23
**bigger** [5] - 663:14,
717:5, 728:6,
730:17, 749:7
**biggest** [2] - 593:9,
615:24
**biomimetics** [1] -
652:8
**bit** [41] - 561:24,

591:18, 592:3,
592:24, 595:6,
596:22, 597:9,
600:19, 602:3,
604:16, 604:18,
604:19, 605:25,
614:6, 614:12,
614:14, 617:13,
619:18, 620:12,
622:25, 623:8,
623:16, 635:23,
652:17, 654:25,
656:15, 656:18,
658:13, 664:22,
666:3, 668:19,
672:25, 674:8,
674:11, 677:19,
678:15, 687:8,
698:2, 702:21,
722:18, 780:23
**black** [3] - 601:21,
696:14
**blank** [2] - 684:4,
684:23
**blog** [1] - 789:2
**blow** [1] - 752:15
**blue** [3] - 662:2, 662:7,
786:12
**BMW** [5] - 772:12,
779:22, 779:23,
779:24, 779:25
**board** [37] - 594:11,
595:3, 600:21,
600:24, 601:2,
601:16, 601:18,
601:24, 602:1,
602:13, 602:14,
602:22, 604:14,
604:20, 604:22,
606:5, 606:17,
606:18, 606:20,
606:23, 606:25,
610:4, 610:11,
610:13, 610:18,
611:6, 612:17,
614:24, 614:25,
615:2, 615:5,
618:24, 620:23,
717:2, 776:7, 783:14
**boards** [26] - 581:2,
583:5, 594:13,
594:15, 595:16,
596:1, 597:5, 597:8,
597:10, 599:18,
608:22, 611:10,
611:11, 612:6,
671:5, 676:2, 684:9,
764:19, 765:3,
765:18, 776:5,
779:16, 781:15,

781:19, 783:15, 783:19
**boat** [18] - 592:10, 592:12, 651:24, 653:8, 655:6, 655:21, 655:25, 656:13, 656:16, 682:7, 682:9, 682:10, 699:7, 699:14, 699:24, 700:7
**boats** [3] - 655:19, 656:3, 742:13
**body** [3] - 610:12, 612:13, 686:4
**Boggs** [1] - 554:10
**book** [12] - 672:1, 686:18, 687:4, 706:20, 706:22, 706:25, 707:7, 708:5, 708:10, 714:17, 729:1, 752:1
**books** [3] - 668:15, 673:18, 708:5
**boot** [1] - 629:12
**BORDLEY** [1] - 555:3
**bored** [1] - 611:22
**Borst** [1] - 668:6
**bottom** [18] - 568:7, 632:1, 642:21, 643:4, 659:1, 660:11, 660:22, 662:6, 663:12, 679:15, 680:21, 713:9, 713:10, 736:13, 736:14, 747:8, 748:12, 755:5
**bought** [1] - 704:3
**box** [3] - 594:15, 597:5, 740:17
**bracket** [1] - 662:1
**brain** [1] - 629:1
**brand** [2] - 590:24, 592:7
**break** [11] - 600:18, 622:1, 635:2, 700:14, 700:19, 702:14, 756:7, 758:12, 786:10, 790:2
**brevity** [1] - 776:24
**BRIAN** [1] - 554:21
**briefly** [3] - 623:9, 626:13, 674:12
**bring** [6] - 560:15, 595:16, 751:2, 752:6, 779:1, 783:3
**bringing** [1] - 630:16
**brings** [4] - 783:11, 783:20, 784:1

**broad** [1] - 782:20
**brothers** [1] - 740:12
**brought** [4] - 577:23, 578:8, 578:10, 587:13
**budget** [1] - 697:9
**build** [5] - 697:5, 697:9, 697:11, 703:15, 755:6
**building** [3] - 685:18, 717:11, 753:8
**built** [3] - 653:17, 685:19, 704:2
**bull** [1] - 754:6
**bullet** [2] - 564:21, 648:8
**bummer** [1] - 599:10
**bunch** [1] - 737:8
**bundle** [1] - 769:16
**burden** [2] - 790:25, 794:6
**burn** [1] - 668:18
**business** [17] - 556:6, 576:1, 577:22, 591:7, 600:9, 677:23, 681:2, 700:22, 704:12, 763:20, 768:14, 768:15, 768:16, 768:17, 782:10, 783:10
**businesses** [1] - 577:18
**but..** [2] - 563:20, 735:5
**button** [4] - 658:9, 663:25, 690:16
**buy** [14] - 593:12, 618:7, 618:8, 618:9, 618:10, 618:19, 619:5, 619:6, 697:17, 698:1, 721:21, 786:20
**buyout** [1] - 770:19
**BY** [77] - 554:17, 554:20, 554:20, 554:21, 555:3, 555:3, 555:6, 555:6, 555:7, 555:7, 574:12, 577:9, 582:6, 583:13, 584:2, 584:9, 588:17, 591:20, 605:1, 607:24, 614:21, 615:15, 617:4, 620:10, 622:17, 630:4, 630:19, 631:8, 631:22, 632:14, 633:4, 633:9, 634:8,

635:19, 636:5, 637:9, 638:10, 639:14, 639:22, 642:8, 647:22, 650:6, 652:16, 654:5, 659:14, 664:6, 666:2, 674:10, 675:24, 679:9, 688:8, 689:6, 690:6, 691:3, 693:13, 696:6, 702:13, 702:20, 704:23, 710:14, 711:10, 712:15, 716:6, 718:3, 720:18, 723:21, 732:3, 732:10, 736:9, 740:16, 740:21, 741:17, 751:5, 752:8, 752:17, 760:15, 767:9
**bypass** [1] - 699:5
**bytes** [2] - 627:1, 634:24

## C

**C-H-E-N** [1] - 573:22
**C.A** [1] - 554:5
**cable** [1] - 699:25
**calculate** [9] - 562:2, 562:16, 672:21, 695:13, 695:15, 730:13, 769:25, 782:4, 787:14
**calculated** [2] - 673:2, 673:13
**calculating** [1] - 675:10
**calculation** [5] - 675:11, 680:13, 680:14, 730:6, 750:19
**calculations** [17] - 680:19, 696:25, 697:3, 719:10, 729:5, 729:18, 729:21, 730:4, 733:14, 733:16, 749:13, 749:17, 753:1, 753:2, 753:5, 753:7, 753:13
**Caleb** [1] - 554:10
**California** [1] - 600:12
**camera** [1] - 601:23
**cancellation** [1] - 587:12
**cannot** [7] - 575:12, 575:19, 664:14,

684:14, 684:21, 686:15, 782:22
**cap** [2] - 769:22, 781:1
**capability** [1] - 723:4
**capital** [2] - 662:7, 662:17
**caps** [1] - 771:4
**capsize** [2] - 662:10, 664:18
**car** [3] - 618:22, 722:14, 722:20
**carbon** [1] - 618:24
**care** [2] - 556:6, 667:16
**careful** [2] - 704:12, 796:13
**Caribbean** [1] - 600:13
**Carolina** [6] - 588:22, 590:1, 590:23, 591:4, 591:14, 599:13
**carries** [1] - 714:25
**cars** [3] - 618:5, 719:13, 722:2
**case** [71] - 572:25, 582:16, 584:11, 612:18, 613:1, 621:5, 630:11, 638:1, 638:14, 638:22, 641:10, 644:16, 645:11, 645:14, 646:22, 651:7, 654:7, 661:19, 664:24, 665:3, 665:10, 665:19, 665:22, 677:13, 678:12, 689:21, 690:12, 705:20, 710:12, 713:13, 715:12, 718:11, 724:14, 724:18, 729:20, 730:5, 732:17, 732:23, 742:12, 750:6, 750:24, 756:21, 757:9, 762:9, 763:4, 763:12, 763:25, 764:1, 764:7, 765:6, 771:25, 772:19, 774:18, 777:8, 777:17, 778:18, 782:25, 784:7, 787:3, 787:10, 787:15, 788:19, 788:24, 788:25, 789:3, 789:8, 789:9, 791:23, 792:1, 792:5, 793:15

**cases** [9] - 575:6, 595:15, 623:24, 625:1, 625:3, 634:5, 668:6, 761:20, 761:25
**casing** [1] - 719:4
**CD** [6] - 727:22, 728:5, 729:22, 730:19, 731:21, 733:10
**cease** [6] - 792:15, 792:16, 792:21, 792:24, 793:19, 793:22
**Center** [2] - 624:11, 624:23
**center** [38] - 663:22, 663:23, 663:24, 666:23, 667:1, 667:3, 667:7, 667:14, 667:16, 667:18, 667:21, 667:24, 668:2, 668:7, 668:13, 668:15, 671:21, 671:25, 673:3, 673:11, 673:19, 673:21, 679:1, 679:2, 680:23, 688:18, 688:20, 690:14, 690:15, 691:20, 692:7, 696:23, 699:2, 707:20, 708:2, 708:7, 753:19
**centered** [1] - 607:8
**centralized** [1] - 585:8
**certain** [9] - 596:21, 614:5, 651:25, 684:13, 703:13, 714:14, 714:15, 714:16, 714:23
**certainly** [35] - 560:23, 563:13, 563:14, 564:13, 565:21, 601:17, 602:5, 606:2, 606:10, 609:23, 611:8, 611:18, 612:4, 613:20, 615:19, 616:1, 618:6, 619:4, 619:8, 619:12, 635:24, 648:20, 652:12, 760:19, 761:12, 766:15, 771:8, 776:10, 776:23, 780:9, 781:13, 788:13, 793:20, 794:8, 794:19
**certainty** [1] - 768:3

**certification** [4] - 557:8, 557:10, 557:19, 596:5
**certifications** [2] - 596:2, 624:7
**Certified** [1] - 797:4
**certified** [28] - 556:14, 556:15, 556:18, 556:21, 557:3, 557:6, 557:9, 557:16, 558:1, 558:4, 558:10, 559:6, 559:11, 559:18, 573:15, 590:3, 624:9, 624:10, 691:13, 691:14, 735:17, 735:20, 741:18, 760:24, 760:25, 795:21, 795:23
**certify** [1] - 797:1
**CG** [2] - 562:17, 564:1
**chain** [2] - 576:4, 576:10
**chair** [1] - 748:8
**chaired** [2] - 761:3, 761:5
**challenge** [4] - 687:19, 688:25, 741:19, 741:20
**chance** [2] - 592:23, 756:25
**change** [12] - 610:16, 611:20, 611:25, 649:10, 671:25, 675:13, 680:14, 680:22, 688:14, 713:25, 770:7, 792:20
**changed** [4] - 595:8, 597:2, 597:3, 767:1
**changes** [4] - 666:13, 668:18, 708:8, 770:9
**changing** [1] - 733:15
**channels** [1] - 773:4
**chapter** [2] - 751:13, 751:16
**chapters** [1] - 751:11
**charge** [4] - 556:7, 577:17, 580:24, 597:24
**charged** [2] - 703:6, 780:2
**charging** [1] - 780:17
**Charleston** [6] - 588:21, 589:25, 591:3, 591:6, 591:14, 599:13
**chart** [5] - 560:19, 586:23, 716:4,

785:24, 791:6
**chatter** [1] - 603:11
**cheap** [2] - 719:15, 719:17
**cheaper** [1] - 764:19
**cheapest** [1] - 619:19
**check** [10] - 585:25, 654:10, 672:16, 697:16, 710:3, 710:5, 717:14, 726:16, 728:14, 750:24
**checkbox** [1] - 560:20
**checkboxes** [1] - 560:21
**checked** [5] - 726:17, 727:9, 728:24, 729:16, 793:17
**CHEN** [1] - 573:23
**Chen** [6] - 555:20, 573:15, 573:22, 576:23, 577:1, 586:19
**Chevrolet** [2] - 779:23, 779:24
**chief** [3] - 575:21, 575:24, 622:23
**China** [2] - 575:4, 581:16
**Chinese** [7] - 575:3, 583:18, 583:20, 583:22, 584:3, 584:13, 584:22
**choice** [4] - 694:1, 695:1, 720:23, 765:4
**choices** [1] - 716:13
**choose** [6] - 561:12, 712:25, 713:13, 714:16, 715:10, 717:6
**chose** [9] - 637:22, 695:1, 716:11, 716:13, 717:4, 741:12, 764:13, 767:24, 785:1
**circle** [2] - 696:13, 696:19
**circled** [1] - 635:21
**circumstances** [3] - 596:21, 616:1, 758:7
**Civic** [1] - 772:15
**Civics** [1] - 618:5
**CL** [1] - 678:21
**claim** [2] - 710:22, 715:2
**Claim** [13] - 689:14, 704:24, 705:2, 705:17, 710:15, 710:16, 711:2, 712:16, 712:19,

715:2, 715:3, 718:6, 720:2
**claims** [6] - 705:5, 705:9, 705:12, 710:12, 710:25, 761:16
**clarification** [3] - 627:13, 638:13, 796:4
**clarify** [2] - 580:13, 642:19
**class** [5] - 651:6, 678:3, 685:17, 686:13, 706:24
**classes** [4] - 651:5, 651:8, 652:3, 653:10
**classical** [2] - 656:2, 656:4
**classify** [1] - 690:5
**classroom** [1] - 651:21
**clause** [1] - 771:13
**clean** [1] - 707:2
**clear** [14] - 563:10, 575:14, 582:10, 628:14, 638:21, 639:9, 640:2, 679:19, 729:11, 729:22, 730:2, 730:3, 730:20, 791:23
**clearly** [2] - 604:22, 779:2
**CLERK** [20] - 555:10, 572:14, 572:16, 573:19, 574:2, 588:9, 591:15, 622:5, 635:7, 649:23, 652:10, 652:13, 658:8, 658:12, 700:21, 700:24, 759:5, 759:7, 760:5, 796:23
**clerk** [1] - 658:6
**click** [3] - 630:9, 633:19, 634:21
**clicked** [3] - 633:21, 634:15, 634:19
**clicking** [1] - 633:19
**client** [1] - 593:10
**clients** [1] - 762:6
**close** [8] - 564:6, 566:10, 603:3, 652:21, 677:21, 699:15, 739:5, 750:8
**closer** [3] - 576:23, 577:2, 792:5
**closing** [6] - 565:14, 565:15, 565:18, 566:12, 788:15,

788:18
**CM** [1] - 667:13
**Cm** [7] - 667:14, 672:17, 672:22, 672:23, 673:4, 673:7, 673:20
**Cm-alpha** [7] - 667:14, 672:17, 672:22, 672:23, 673:4, 673:7, 673:20
**Cm0** [1] - 667:14
**CM0** [1] - 671:24
**CO** [1] - 554:8
**code** [3] - 634:18, 634:22, 672:19
**coefficient** [3] - 678:22, 678:24, 729:15
**coefficients** [3] - 678:13, 678:17, 695:12
**collaboration** [1] - 581:20
**collaborative** [1] - 580:12
**Collar** [1] - 624:11
**collected** [1] - 572:9
**collecting** [1] - 627:22
**collects** [1] - 628:15
**College** [1] - 624:24
**college** [4] - 586:8, 586:9, 586:10, 737:24
**Colletti** [16] - 562:21, 564:25, 566:18, 571:5, 573:7, 586:14, 586:24, 587:22, 690:22, 700:13, 702:10, 723:16, 755:25, 790:1, 790:14, 790:19
**COLLETTI** [121] - 555:6, 555:17, 556:11, 557:12, 557:19, 558:22, 559:2, 559:20, 560:15, 560:17, 560:19, 560:21, 561:17, 562:9, 562:22, 564:16, 564:20, 566:19, 571:7, 571:11, 571:14, 571:20, 572:1, 572:6, 572:22, 572:24, 573:3, 573:8, 574:12, 577:1, 577:6, 577:9, 582:5, 582:6, 583:8,

587:23, 649:20, 650:6, 652:16, 654:3, 654:5, 657:14, 657:22, 659:14, 664:5, 664:6, 665:25, 666:2, 668:24, 674:9, 674:10, 675:16, 675:24, 676:8, 679:8, 679:9, 687:20, 688:6, 688:8, 689:5, 689:6, 690:6, 691:2, 691:3, 693:12, 693:13, 696:5, 696:6, 698:11, 700:25, 701:4, 701:8, 701:25, 702:13, 702:18, 702:20, 704:21, 704:23, 707:11, 710:13, 710:14, 711:9, 711:10, 712:6, 712:14, 712:15, 716:3, 716:6, 718:2, 718:3, 720:17, 720:18, 723:14, 751:2, 751:5, 751:20, 752:6, 752:8, 752:13, 752:17, 755:21, 756:2, 756:4, 756:12, 759:3, 759:11, 759:14, 759:18, 759:21, 760:3, 790:20, 791:10, 791:16, 791:20, 794:2, 794:5, 794:23, 795:15, 795:23, 796:1, 796:16
**column** [2] - 642:14, 642:20
**combination** [4] - 654:20, 677:8, 712:20, 723:6
**combinations** [1] - 740:8
**combine** [2] - 715:19, 722:25
**combined** [1] - 654:21
**combining** [2] - 582:24, 715:15
**comfortable** [1] - 574:16
**coming** [5] - 597:4, 737:9, 737:25, 756:15, 763:4
**comment** [5] - 558:16, 569:14, 571:6,

676:5, 681:4
**comments** [3] - 561:8, 663:22, 740:9
**commercial** [3] - 694:4, 776:2, 778:13
**commercialize** [5] - 768:13, 769:7, 779:5, 780:15, 782:22
**commercializing** [3] - 768:19, 777:24, 777:25
**commercially** [1] - 776:4
**commitments** [1] - 768:15
**committee** [2] - 761:5, 761:6
**common** [1] - 681:8
**communicate** [1] - 598:8
**communications** [2] - 774:2, 774:3
**companies** [9] - 589:7, 590:19, 591:10, 598:19, 624:3, 697:19, 769:9, 776:1, 777:20
**Company** [2] - 575:23, 601:12
**company** [48] - 577:11, 584:15, 584:18, 584:21, 584:24, 585:3, 585:4, 585:5, 585:7, 585:8, 587:7, 587:11, 587:13, 587:14, 587:18, 589:2, 589:4, 589:5, 590:6, 590:7, 590:16, 590:25, 591:2, 591:11, 591:12, 592:4, 592:6, 592:7, 592:8, 598:16, 598:17, 598:22, 599:2, 599:15, 601:11, 608:16, 608:19, 608:22, 608:24, 609:2, 624:6, 770:13, 774:7, 782:9
**company's** [2] - 581:14, 586:24
**compare** [6] - 561:7, 561:14, 778:20, 779:10, 779:13, 781:10
**compared** [3] - 665:16, 722:1, 741:25

**compares** [4] - 769:24, 770:22, 779:3, 781:15
**comparison** [12] - 559:24, 560:10, 560:11, 561:3, 561:6, 561:10, 707:12, 709:11, 716:4, 779:20, 785:21
**comparisons** [1] - 779:19
**compensate** [2] - 736:16, 763:18
**compensated** [2] - 784:8, 784:9
**compensation** [4] - 766:24, 769:16, 770:20, 771:16
**compete** [2] - 779:16, 779:24
**competent** [2] - 614:8, 616:10
**competition** [16] - 590:18, 655:20, 764:21, 764:22, 766:10, 768:6, 768:9, 768:11, 768:23, 778:17, 778:20, 778:21, 779:2, 785:6, 785:7
**competitions** [2] - 590:9, 656:4
**competitive** [1] - 779:7
**competitor** [2] - 779:16, 779:20
**competitors** [11] - 617:13, 617:17, 617:18, 617:20, 617:21, 617:25, 618:2, 778:14, 778:16, 779:25, 780:1
**complaints** [2] - 580:23, 581:10
**complete** [2] - 581:22, 673:7
**completed** [2] - 568:20, 568:25
**completely** [4] - 682:12, 754:8, 755:3
**complex** [1] - 675:11
**complicated** [4] - 659:16, 663:5, 675:11, 696:7
**compliment** [1] - 585:2
**component** [2] - 707:17, 713:15

**components** [5] - 689:12, 690:3, 712:8, 717:2, 718:6
**Computer** [4] - 622:23, 623:1, 624:6, 697:1
**computer** [10] - 623:12, 624:8, 624:13, 624:17, 625:2, 625:15, 632:24, 634:13, 634:17, 638:2
**concept** [9] - 662:14, 668:14, 668:16, 685:15, 692:11, 694:24, 695:24, 696:1, 696:2
**concepts** [3] - 651:20, 670:6, 698:17
**concerned** [3] - 698:13, 703:5, 793:3
**concerning** [11] - 761:21, 762:13, 763:1, 767:11, 768:6, 772:3, 776:8, 781:24, 783:24, 784:15, 785:10
**concerns** [1] - 753:20
**conclude** [2] - 684:19, 787:5
**concluded** [2] - 765:1, 787:19
**Conclusion** [1] - 639:21
**conclusion** [9] - 629:23, 638:22, 725:25, 729:25, 732:9, 765:10, 784:12, 784:15, 795:11
**conclusions** [1] - 771:1
**conclusive** [1] - 684:14
**condition** [3] - 569:7, 737:2, 743:15
**conditions** [3] - 616:2, 620:19, 684:18
**conduct** [1] - 790:9
**conducted** [1] - 743:15
**conducting** [1] - 762:15
**conference** [1] - 567:7
**confident** [1] - 788:11
**confidential** [1] - 576:20
**configuration** [5] - 692:20, 695:23, 703:11, 750:23,

751:8
**configure** [1] - 716:20
**confirm** [2] - 732:17, 732:23
**confusing** [1] - 628:18
**connected** [2] - 572:13, 713:11
**connection** [6] - 555:18, 588:3, 625:15, 746:16, 746:23, 746:25
**connectors** [1] - 704:11
**conservative** [1] - 717:8
**consider** [11] - 565:10, 598:1, 611:22, 727:18, 764:13, 771:3, 774:9, 776:19, 776:20, 784:2, 785:2
**consideration** [2] - 619:23, 784:17
**considerations** [1] - 596:13
**considered** [6] - 596:3, 746:20, 748:1, 765:11, 775:8, 775:9
**considering** [2] - 671:20, 703:7
**considers** [1] - 769:21
**consistent** [8] - 565:17, 630:21, 630:25, 631:4, 665:19, 665:21, 774:1, 778:3
**consistently** [2] - 680:8, 703:4
**conspire** [1] - 662:11
**constant** [1] - 668:17
**constraint** [2] - 726:20, 726:21
**construct** [2] - 715:20, 755:6
**constructed** [1] - 743:10
**construe** [1] - 729:10
**construed** [2] - 665:10, 665:12
**consulate** [1] - 575:5
**consulting** [1] - 760:21
**consumer** [3] - 585:12, 598:6, 611:11
**contact** [1] - 596:5
**contain** [1] - 636:2
**container** [7] - 595:16, 596:19, 596:25,

597:1, 597:6, 597:9, 597:10
**containers** [1] - 596:16
**contains** [2] - 710:3, 719:4
**contemplated** [1] - 768:23
**contemplates** [1] - 768:11
**content** [4] - 626:8, 626:15, 626:16, 627:23
**contents** [1] - 626:6
**context** [5] - 621:9, 639:2, 762:4, 762:6, 767:16
**continue** [4] - 635:17, 702:10, 740:25, 763:19
**CONTINUED** [1] - 555:1
**continued** [7] - 590:18, 593:21, 596:4, 792:14, 792:18, 792:19, 793:8
**continuing** [1] - 780:15
**contribute** [2] - 613:15, 620:22
**contributions** [1] - 784:9
**control** [33] - 606:19, 610:8, 610:12, 612:7, 651:6, 651:9, 651:20, 651:22, 652:3, 653:11, 677:23, 678:3, 678:4, 686:4, 690:8, 690:10, 690:16, 691:19, 691:23, 692:13, 692:15, 699:3, 705:22, 705:25, 706:2, 706:4, 711:15, 720:9, 720:11, 721:7, 721:10, 769:11
**controlled** [9] - 677:21, 687:18, 690:3, 690:14, 691:20, 692:7, 705:24, 711:24, 717:11
**controller** [8] - 704:4, 711:2, 711:6, 711:21, 712:8, 712:12, 771:12, 774:22

**controlling** [4] - 601:25, 612:6, 612:10, 686:3
**controls** [2] - 667:6, 686:4
**conversation** [1] - 613:14
**conversion** [1] - 772:17
**converted** [3] - 764:15, 772:5, 785:3
**convinced** [1] - 693:17
**COO** [1] - 575:21
**COOCH** [1] - 554:17
**cool** [2] - 605:9, 605:10
**cooperative** [3] - 580:2, 580:3, 580:4
**coordinated** [1] - 616:9
**copy** [1] - 568:5
**cord** [1] - 714:21
**corner** [1] - 568:16
**corporations** [2] - 623:6, 624:3
**correct** [122] - 557:13, 558:17, 576:8, 576:12, 578:5, 578:16, 578:20, 580:16, 581:4, 583:6, 583:7, 583:20, 584:18, 584:19, 584:22, 584:23, 585:1, 585:10, 585:11, 585:14, 585:15, 585:17, 585:20, 586:20, 586:21, 586:25, 587:1, 589:15, 608:3, 608:7, 608:17, 608:20, 608:23, 613:12, 638:16, 639:4, 641:7, 641:18, 641:19, 643:1, 643:10, 643:12, 643:19, 644:13, 644:14, 644:24, 645:4, 645:5, 645:11, 645:12, 645:13, 647:17, 648:6, 648:7, 648:10, 654:10, 659:25, 661:9, 661:12, 661:13, 665:13, 675:5, 676:12, 678:8, 679:25, 681:13, 687:10,

689:2, 689:15, 690:19, 690:20, 691:13, 691:16, 691:17, 692:4, 692:5, 700:2, 700:7, 706:14, 720:2, 721:15, 723:2, 724:3, 724:15, 724:21, 725:1, 725:9, 725:11, 728:21, 729:6, 729:7, 730:8, 730:15, 730:18, 731:3, 732:12, 733:9, 733:20, 734:2, 734:16, 735:25, 738:8, 740:3, 740:7, 741:23, 745:7, 745:11, 745:19, 746:9, 746:13, 747:7, 747:22, 748:2, 748:9, 748:13, 748:14, 749:11, 754:15, 755:18, 767:13, 787:13
**correction** [1] - 582:1
**correctly** [4] - 576:11, 583:19, 584:25, 738:23
**correspondence** [5] - 763:7, 772:23, 772:24, 773:2, 773:8
**cost** [13] - 595:2, 595:17, 595:24, 602:8, 602:21, 602:22, 765:17, 774:9, 775:10, 776:7, 776:16, 782:5, 783:14
**costs** [3] - 595:13, 782:6, 782:9
**counsel** [10] - 557:7, 584:5, 627:5, 735:19, 736:21, 737:2, 744:13, 745:13, 748:17, 750:2
**Counsel** [1] - 580:2
**Counselor** [1] - 730:10
**counselor** [4] - 657:2, 728:4, 730:16, 741:7
**count** [5] - 642:16, 676:19, 677:1, 679:24, 741:7
**counted** [1] - 737:6
**counting** [1] - 686:23
**countries** [1] - 598:1

**country** [1] - 650:14
**counts** [1] - 647:25
**couple** [7] - 616:4, 616:5, 627:12, 657:8, 766:22, 775:17, 790:5
**coupled** [4] - 677:2, 677:4, 677:11
**course** [13] - 607:4, 607:10, 611:3, 624:20, 633:12, 636:24, 640:9, 688:16, 695:19, 697:2, 728:14, 745:16
**COURT** [128] - 554:1, 555:12, 555:19, 555:23, 556:5, 556:24, 558:3, 558:25, 559:10, 560:3, 560:5, 560:7, 560:13, 560:16, 560:18, 560:20, 561:4, 561:11, 561:20, 562:4, 562:11, 562:21, 563:1, 563:21, 564:5, 564:18, 564:24, 565:3, 565:15, 565:21, 565:24, 566:6, 566:14, 566:17, 566:24, 567:3, 567:10, 567:20, 568:2, 569:5, 569:11, 569:16, 569:21, 569:24, 570:7, 570:12, 570:14, 570:17, 570:25, 571:5, 572:2, 572:5, 572:7, 572:17, 572:23, 573:2, 573:5, 573:10, 576:21, 583:10, 587:21, 587:24, 588:8, 607:20, 621:20, 621:24, 622:2, 622:14, 633:3, 635:1, 635:5, 635:9, 635:13, 635:15, 649:17, 649:22, 657:19, 657:25, 658:3, 658:6, 690:1, 690:22, 700:13, 700:22, 701:2, 701:12, 701:19, 702:3, 702:8, 723:15, 755:22, 755:25, 756:3,

756:6, 756:14, 756:18, 757:7, 757:16, 757:20, 758:1, 758:6, 758:12, 759:4, 759:8, 759:10, 759:13, 759:24, 760:13, 767:3, 788:1, 789:17, 789:22, 790:18, 791:4, 791:14, 791:17, 791:21, 792:23, 793:6, 793:10, 793:13, 794:4, 794:16, 794:24, 796:8, 796:14, 796:17, 796:20
**court** [9] - 566:9, 571:23, 574:25, 591:17, 593:1, 665:9, 681:15, 723:17, 763:11
**Court** [9] - 555:10, 565:6, 565:8, 565:10, 570:1, 621:5, 752:3, 796:24, 797:5
**court's** [2] - 664:25, 665:3
**Court's** [3] - 665:19, 665:22, 693:5
**Courthouse** [1] - 554:10
**courtroom** [17] - 565:11, 573:4, 574:24, 575:15, 575:17, 577:3, 604:13, 635:4, 635:14, 670:23, 700:18, 702:7, 756:2, 756:11, 756:17, 759:23, 789:16
**cousin** [1] - 607:14
**cousins** [1] - 605:8
**cover** [2] - 782:9, 782:12
**coverage** [1] - 764:25
**covered** [1] - 782:19
**Covlins** [1] - 673:19
**craft** [15] - 564:23, 566:3, 651:7, 653:4, 655:12, 674:4, 695:3, 695:5, 695:7, 703:15, 708:6, 734:11, 739:15, 747:1, 752:19
**crafts** [1] - 734:12
**Crandall** [1] - 681:24

**crash** [1] - 740:12
**crawled** [6] - 627:10, 628:9, 628:12, 628:19, 631:1, 632:20
**crawlers** [1] - 685:19
**crawling** [4] - 627:18, 627:19, 627:22, 628:25
**crawls** [2] - 628:1, 628:15
**crazy** [1] - 755:4
**create** [3] - 598:18, 686:1, 718:10
**created** [6] - 625:13, 626:18, 626:23, 637:13, 718:8, 768:17
**creating** [1] - 684:4
**credibility** [1] - 569:4
**credit** [1] - 707:16
**credited** [1] - 783:8
**Crime** [1] - 624:11
**crime** [2] - 623:3, 623:4
**Crimes** [1] - 623:23
**criminal** [1] - 625:3
**criticisms** [2] - 724:2, 724:9
**criticized** [1] - 680:16
**cross** [14] - 564:8, 565:22, 566:1, 566:8, 569:18, 607:21, 723:15, 757:11, 757:14, 757:23, 758:8, 788:3, 789:18
**CROSS** [4] - 583:12, 607:23, 638:9, 723:20
**cross-examination** [8] - 564:8, 565:22, 566:1, 569:18, 607:21, 723:15, 788:3, 789:18
**CROSS-EXAMINATION** [4] - 583:12, 607:23, 638:9, 723:20
**cross-examine** [1] - 566:8
**crucial** [1] - 694:8
**cruise** [1] - 749:7
**crux** [1] - 564:4
**cuff** [7] - 736:20, 737:14, 737:17, 737:18, 737:20, 737:21, 738:2
**cultivated** [1] - 593:10
**Cup** [3] - 651:24,

655:19, 655:23
**cure** [1] - 791:2
**current** [4] - 578:14, 585:5, 587:12, 775:13
**curriculum** [1] - 607:3
**curve** [5] - 605:22, 605:25, 606:10, 714:13, 715:5
**curved** [2] - 714:18, 715:8
**CUSTOM** [1] - 554:4
**customer** [3] - 596:8, 596:14, 597:17
**customers** [6] - 594:12, 597:13, 597:24, 597:25, 599:8, 776:5
**customers'** [1] - 580:23
**customs** [1] - 595:25
**cut** [2] - 658:11, 715:20
**cybersecurity** [6] - 623:13, 624:8, 624:13, 624:15, 624:17, 625:2

**D**

**D's** [1] - 695:12
**D.C** [1] - 624:24
**dailies** [1] - 565:11
**daily** [2] - 565:7, 683:6
**damages** [13] - 587:2, 761:22, 761:24, 762:11, 762:22, 774:12, 787:15, 790:15, 794:3, 794:6, 794:7, 794:8, 794:15
**damped** [1] - 682:5
**damping** [13] - 564:20, 681:16, 681:18, 681:21, 681:25, 682:3, 682:20, 682:22, 683:18, 683:19, 684:2, 684:7, 791:1
**dangerous** [2] - 704:13, 718:19
**Daniel** [1] - 573:8
**dark** [1] - 786:12
**darker** [1] - 604:16
**darkest** [1] - 776:14
**data** [22] - 623:2, 628:15, 636:18, 709:24, 743:9, 763:7, 785:20, 785:23, 785:25,

786:3, 786:7, 786:11, 786:12, 786:13, 786:17, 786:25, 787:2, 787:7, 787:9, 787:10, 787:12, 787:23
**database** [1] - 628:3
**date** [20] - 558:2, 567:8, 567:13, 567:16, 567:19, 567:21, 568:14, 577:20, 584:7, 584:11, 625:18, 625:19, 625:20, 629:6, 636:15, 636:17, 707:7, 779:9, 784:3, 792:13
**dates** [2] - 766:25, 767:5
**dating** [1] - 792:10
**dawns** [1] - 719:21
**dead** [2] - 677:17, 677:18
**deal** [2] - 660:7, 689:1
**dealers** [1] - 599:14
**dealing** [1] - 751:17
**dealt** [1] - 623:23
**December** [3] - 581:24, 582:2, 787:22
**decent** [6] - 615:20, 616:9, 619:8, 619:10, 619:22
**decide** [2] - 618:8, 709:9
**decided** [7] - 589:22, 591:12, 599:9, 664:12, 680:25, 715:13, 773:7
**decision** [4] - 624:5, 769:13, 769:14, 795:12
**decisions** [1] - 795:12
**decisive** [1] - 707:21
**declarant** [1] - 569:8
**declaration** [3] - 567:23, 572:8, 631:12
**declined** [1] - 786:6
**decreased** [1] - 722:21
**dedicated** [1] - 652:25
**dedication** [1] - 596:4
**deducting** [2] - 782:5, 782:6
**deep** [1] - 729:4
**defendant** [1] - 762:1
**Defendant** [3] - 565:25, 788:7,

793:22
**Defendants** [4] - 554:9, 555:8, 788:6, 792:12
**Defendants'** [3] - 559:18, 758:14, 789:24
**defense** [1] - 760:3
**define** [5] - 714:22, 714:23, 735:24, 740:5, 751:16
**defined** [2] - 621:6, 763:11
**defining** [1] - 736:20
**definitely** [5] - 561:9, 599:18, 607:17, 619:2, 757:13
**definition** [9] - 639:9, 665:19, 665:21, 665:22, 693:5, 736:18, 737:21, 751:7, 752:3
**definitions** [4] - 627:21, 664:25, 737:13, 737:16
**degree** [12] - 586:8, 586:9, 586:10, 650:16, 650:17, 650:18, 686:8, 709:3, 709:4, 709:7, 760:23
**degrees** [4] - 623:11, 650:13, 659:6
**DELAWARE** [1] - 554:2
**Delaware** [1] - 554:11
**delay** [2] - 767:24, 769:14
**deleted** [1] - 626:18
**deliberate** [1] - 790:10
**Delin** [1] - 642:23
**delta** [4] - 715:14, 715:15, 715:17
**Delta** [1] - 592:6
**demographic** [1] - 599:25
**demolition** [2] - 579:6
**demonstrate** [2] - 699:1, 712:9
**demonstrated** [1] - 655:7
**demonstrates** [3] - 675:5, 678:7, 773:2
**demonstrative** [1] - 561:13
**demonstratives** [2] - 756:24, 757:4
**DENNIS** [1] - 554:20
**dense** [1] - 682:16
**density** [1] - 659:2

**deny** [4] - 791:22, 791:25, 793:24, 794:25
**Department** [1] - 624:9
**department** [6] - 576:14, 576:15, 576:19, 576:20, 579:17, 623:19
**departments** [3] - 576:1, 576:6, 651:10
**deploy** [1] - 653:20
**deposition** [29] - 557:17, 571:12, 571:19, 582:16, 582:19, 582:22, 582:25, 585:16, 586:1, 586:2, 612:25, 613:3, 617:19, 639:8, 644:12, 726:23, 726:24, 727:3, 728:20, 729:2, 731:1, 731:12, 731:25, 734:19, 734:21, 735:3, 736:4, 750:15, 785:16
**DEPUTY** [19] - 555:10, 572:14, 572:16, 573:19, 574:2, 588:9, 591:15, 622:5, 649:23, 652:10, 652:13, 658:8, 658:12, 700:21, 700:24, 759:5, 759:7, 760:5, 796:23
**deputy** [1] - 658:6
**derivative** [2] - 672:20, 672:21
**derivatives** [6] - 671:19, 673:9, 673:12, 673:14, 791:12
**derived** [5] - 751:6, 751:9, 765:13, 776:12, 784:20
**describe** [3] - 623:9, 711:13, 713:21
**described** [3] - 569:7, 569:10, 743:19
**describes** [2] - 695:4, 738:12
**describing** [3] - 568:20, 581:18, 633:24
**description** [1] - 616:8
**design** [16] - 579:7, 579:15, 579:19,

654:23, 703:21, 703:23, 706:24, 712:20, 712:21, 712:24, 712:25, 713:4, 713:12, 713:18, 717:15, 717:17
**designation** [1] - 760:25
**designed** [6] - 614:13, 652:4, 664:19, 704:3, 722:12, 748:5
**designing** [1] - 689:1
**designs** [1] - 715:22
**desire** [1] - 723:3
**desist** [6] - 792:15, 792:16, 792:21, 792:24, 793:19, 793:22
**despite** [2] - 792:14, 793:8
**destabilizing** [3] - 682:1, 682:3, 683:19
**detail** [1] - 654:16
**detailed** [2] - 728:22, 753:5
**details** [2] - 654:15, 713:3
**determination** [6] - 731:6, 731:13, 731:15, 733:9, 743:21, 750:17
**determine** [10] - 637:20, 645:15, 648:20, 684:15, 684:22, 726:13, 731:2, 731:13, 732:20, 743:13
**determined** [1] - 787:13
**develop** [1] - 669:3
**developed** [2] - 659:12, 754:21
**developing** [3] - 601:13, 653:5, 753:9
**development** [9] - 576:13, 576:16, 579:5, 579:19, 584:15, 584:21, 692:24, 722:19
**developments** [1] - 629:12
**deviation** [1] - 675:22
**device** [4] - 705:9, 718:21, 749:8, 783:3
**diagram** [3] - 694:18, 712:8, 712:11
**differ** [1] - 772:4
**difference** [18] - 557:23, 558:8,

559:16, 571:13, 579:17, 618:11, 619:12, 656:7, 656:9, 662:25, 667:12, 668:2, 670:8, 682:6, 708:11, 737:24, 782:3, 786:14

**differences** [6] - 557:4, 558:23, 559:3, 559:4, 579:16, 615:11

**different** [47] - 555:24, 557:25, 558:20, 559:8, 565:16, 567:7, 595:2, 597:7, 611:17, 611:19, 614:4, 617:23, 619:1, 623:3, 631:4, 634:22, 655:25, 663:17, 668:3, 668:11, 677:24, 682:10, 682:12, 682:24, 684:24, 698:3, 705:6, 708:12, 715:14, 716:1, 718:23, 719:1, 725:16, 736:18, 737:4, 737:13, 737:15, 741:2, 741:5, 745:22, 746:13, 746:14, 750:10, 750:11, 755:4, 791:19

**differently** [1] - 561:25

**difficult** [6] - 627:20, 650:11, 666:15, 677:24, 704:6, 754:3

**difficulties** [3] - 575:15, 587:6, 716:2

**difficulty** [2] - 570:8, 575:18

**digit** [1] - 695:15

**digital** [3] - 623:4, 624:10, 624:15

**dihedral** [4] - 694:23, 695:24, 698:18, 714:10

**dihedral-angle** [1] - 698:18

**dime** [1] - 653:24

**direct** [14] - 594:9, 594:22, 598:22, 612:16, 613:20, 613:21, 617:24, 618:2, 632:1, 757:11, 757:12, 757:23, 757:25, 758:2

**Direct** [1] - 590:7

**DIRECT** [5] - 574:11, 588:16, 622:16, 650:5, 760:14

**directed** [1] - 653:4

**direction** [5] - 602:1, 610:8, 610:15, 613:20, 613:21

**directions** [3] - 743:25, 744:5, 744:6

**directly** [1] - 576:8

**director** [3] - 568:19, 650:22, 760:20

**disagree** [4] - 780:9, 782:14, 782:15, 784:24

**disagreed** [2] - 776:25, 777:2

**disagreement** [8] - 671:12, 671:15, 671:22, 673:1, 777:6, 778:12, 780:5

**disagreements** [4] - 671:8, 671:10, 671:13, 777:13

**disclaimed** [1] - 773:9

**disclose** [18] - 561:5, 692:6, 692:17, 705:8, 705:11, 705:14, 705:16, 706:9, 709:24, 710:18, 711:5, 711:21, 713:4, 713:17, 720:8, 720:13, 754:17, 755:10

**disclosed** [8] - 561:14, 562:13, 702:22, 723:11, 748:20, 748:25, 749:3, 756:23

**discloses** [16] - 561:5, 561:11, 561:12, 690:9, 692:13, 705:23, 706:3, 706:7, 709:21, 712:12, 712:19, 715:6, 715:9, 718:6, 720:1, 721:7

**disclosing** [1] - 720:19

**disclosure** [1] - 717:10

**discounts** [2] - 597:17, 773:5

**discourage** [1] - 780:14

**discovered** [1] - 699:19

**discuss** [14] - 570:24,

656:23, 666:21, 668:13, 676:7, 680:23, 692:10, 711:7, 756:12, 756:19, 788:24, 788:25, 789:3, 789:4

**discussed** [18] - 603:22, 604:3, 707:25, 755:12, 769:12, 775:5, 775:23, 777:9, 777:13, 781:16, 782:24, 783:12, 783:22, 784:19, 785:1, 785:17, 785:19, 786:19

**discusses** [7] - 698:12, 708:5, 719:6, 721:9, 740:4, 749:16

**discussing** [4] - 702:14, 713:23, 752:22, 771:2

**Discussion** [2] - 759:17, 759:20

**discussion** [6] - 563:25, 723:18, 726:3, 754:11, 755:13, 796:9

**discussions** [1] - 783:13

**displayed** [1] - 569:14

**dispositive** [1] - 792:3

**dispute** [8] - 640:16, 646:7, 646:9, 689:17, 689:20, 689:22, 775:17, 785:10

**disputed** [1] - 720:8

**disputes** [1] - 556:9

**disregard** [2] - 790:10, 793:12

**distance** [3] - 615:12, 661:7, 679:2

**distill** [1] - 670:8

**distinctions** [1] - 560:23

**distinguished** [1] - 783:9

**distinguishes** [1] - 766:11

**distribute** [4] - 588:25, 589:3, 594:23, 596:6

**distributes** [2] - 589:7, 608:19

**distributing** [1] - 593:18

**distribution** [9] - 581:3, 591:13, 592:4, 599:12,

609:1, 712:22, 713:20, 713:21, 773:4

**distributor** [15] - 580:6, 580:14, 588:24, 591:11, 592:8, 593:7, 593:22, 593:25, 598:24, 599:1, 599:12, 603:16, 608:6, 773:15, 775:24

**distributors** [1] - 773:5

**DISTRICT** [2] - 554:1, 554:2

**District** [1] - 797:5

**disturbance** [9] - 665:5, 693:4, 708:17, 708:21, 708:22, 709:2, 709:3, 736:16, 751:24

**disturbances** [2] - 675:19

**Divers** [1] - 590:7

**divided** [1] - 770:1

**diving** [2] - 577:14, 590:3

**do-it-yourself** [1] - 598:17

**doctor** [1] - 589:24

**Doctor** [4] - 723:22, 728:9, 744:14, 786:7

**doctoral** [1] - 650:18

**document** [10] - 559:5, 582:7, 582:9, 626:25, 627:23, 628:16, 631:9, 642:11, 703:16, 706:19

**documentation** [1] - 628:14

**documents** [3] - 575:2, 575:11, 707:7, 780:23, 786:10, 789:23

**dollar** [5] - 764:18, 769:22, 772:6, 781:1, 795:9

**dollars** [5] - 722:8, 769:18, 769:23, 772:9, 773:5

**dolphining** [2] - 606:8, 606:13

**done** [26] - 557:5, 567:24, 592:14, 592:15, 603:3, 611:1, 651:11, 653:9, 673:6, 673:7, 686:18, 687:7, 695:19, 695:22,

697:17, 700:3, 707:15, 707:16, 708:22, 708:23, 709:20, 717:16, 738:3, 749:13, 749:16

**Doo** [3] - 598:19, 775:19, 783:2

**DORRONDA** [1] - 555:3

**dots** [3] - 630:9, 676:19

**double** [5] - 677:20, 739:18, 739:20, 739:24

**doubt** [1] - 559:15

**down** [63] - 566:6, 590:2, 590:5, 591:18, 592:24, 595:21, 597:19, 603:3, 603:4, 604:25, 606:9, 607:5, 610:25, 619:21, 621:21, 632:2, 642:17, 648:8, 649:18, 656:15, 658:9, 659:1, 660:11, 660:22, 660:25, 661:2, 662:1, 662:7, 666:11, 670:8, 672:6, 672:8, 675:1, 675:2, 678:15, 679:15, 689:10, 695:15, 696:14, 696:15, 697:25, 702:11, 707:18, 710:9, 722:4, 740:19, 741:19, 741:25, 742:14, 747:16, 747:17, 750:17, 754:5, 755:5, 755:23, 775:21, 780:19, 780:23, 786:10, 789:23

**download** [3] - 625:25, 633:22, 644:6

**downloaded** [15] - 567:18, 625:16, 626:1, 626:4, 634:20, 637:3, 640:25, 641:10, 641:13, 641:14, 641:21, 641:23, 641:24, 647:4, 649:2

**downloaders** [5] - 637:5, 640:24, 641:1, 644:6, 648:9

**downloads** [9] - 637:1, 640:1, 640:19, 640:20, 640:23, 641:5, 641:22, 643:18, 648:5
**downward** [2] - 661:14, 781:5
**Dr** [60] - 556:12, 557:2, 557:5, 557:9, 559:12, 559:21, 559:22, 564:7, 643:9, 702:11, 744:22, 744:25, 745:7, 745:10, 745:14, 748:2, 749:19, 753:15, 762:11, 764:7, 764:13, 765:23, 766:5, 766:13, 767:10, 767:13, 768:6, 768:7, 768:8, 772:3, 772:5, 772:17, 772:22, 773:17, 775:15, 776:25, 777:10, 778:11, 780:10, 781:15, 781:24, 782:1, 782:13, 782:21, 782:25, 783:13, 783:23, 784:22, 785:22, 786:3, 786:12, 786:16, 787:2, 787:10, 791:13, 791:14, 794:10, 795:1, 796:5
**draft** [1] - 758:16
**drafts** [1] - 566:8
**drag** [5] - 682:8, 682:11, 682:12, 682:13, 682:15
**drastic** [1] - 754:7
**draw** [4] - 616:19, 642:13, 643:3, 771:1
**drawing** [4] - 560:23, 563:4, 563:5, 669:10
**drawings** [4] - 725:1, 725:4, 725:5, 725:9
**drawn** [1] - 718:14
**dream** [1] - 598:7
**drive** [2] - 741:20, 774:13
**driver** [3] - 736:16, 740:25, 741:9
**drives** [1] - 595:5
**driving** [1] - 738:16
**drove** [1] - 769:14
**DTO** [1] - 732:1
**DTX** [27] - 604:7,

630:2, 631:6, 642:7, 687:6, 701:9, 701:10, 701:15, 701:22, 702:1, 702:5, 736:8, 740:15, 741:15, 751:2, 751:3, 759:14, 759:15, 795:17, 795:18
**DU** [1] - 694:9
**Du2** [2] - 663:12, 695:10
**dual** [2] - 707:17, 707:18
**duck** [1] - 672:7
**due** [1] - 569:2
**duly** [6] - 573:24, 574:9, 588:14, 622:10, 650:3, 760:10
**duration** [1] - 780:6
**during** [18] - 565:18, 566:7, 568:10, 582:19, 582:22, 582:25, 608:8, 636:13, 644:12, 692:23, 697:2, 726:23, 727:2, 729:2, 731:1, 734:19, 736:4, 770:7
**Dutch** [2] - 677:7, 677:8
**duty** [1] - 595:25
**dynamic** [12] - 620:25, 665:7, 665:12, 665:16, 665:17, 673:24, 674:1, 676:1, 693:5, 706:10, 790:24, 791:5
**dynamics** [2] - 579:5, 579:7

### E

**early** [5] - 556:16, 599:25, 664:18, 764:3, 786:20
**earn** [3] - 763:20, 781:18, 784:10
**earning** [1] - 781:22
**earns** [2] - 765:3, 781:14
**easier** [1] - 684:25
**easy** [5] - 613:20, 613:21, 615:16, 616:20, 749:23
**economic** [2] - 760:20, 794:11
**economical** [2] -

596:20, 721:21
**Economics** [1] - 760:20
**economics** [2] - 760:23, 761:6
**economists** [1] - 761:11
**edge** [4] - 715:4, 715:7
**educated** [1] - 653:16
**education** [1] - 623:9
**effect** [8] - 682:21, 684:10, 753:19, 770:21, 772:17, 772:20, 774:6, 781:4
**effective** [3] - 769:25, 770:3, 770:23
**effectively** [3] - 763:13, 795:7, 795:9
**effects** [1] - 683:8
**efficiency** [1] - 753:6
**effort** [4] - 722:18, 726:22, 730:25, 792:20
**efforts** [3] - 579:4, 579:11, 588:1
**eFoil** [68] - 578:1, 578:14, 579:2, 579:3, 592:23, 593:6, 593:15, 598:20, 603:6, 608:7, 608:20, 609:8, 609:20, 610:8, 611:24, 612:8, 613:25, 614:1, 614:8, 615:17, 616:3, 616:6, 616:13, 616:23, 618:12, 618:13, 619:7, 620:1, 646:11, 646:12, 646:15, 654:18, 660:10, 662:5, 662:18, 669:15, 676:17, 685:20, 686:1, 689:13, 716:8, 716:15, 717:11, 718:8, 718:10, 718:14, 750:5, 750:7, 750:11, 768:14, 768:18, 768:19, 768:21, 771:12, 773:6, 773:15, 773:18, 774:22, 775:13, 777:24, 777:25, 778:24, 779:1, 782:23, 785:22, 786:22
**eFoils** [50] - 581:22,

582:14, 582:19, 585:17, 588:24, 589:3, 592:9, 592:16, 592:19, 598:11, 598:18, 598:23, 599:20, 603:15, 605:14, 605:25, 608:17, 608:20, 608:23, 609:6, 609:10, 609:12, 609:22, 610:1, 610:2, 610:5, 612:21, 612:22, 612:23, 613:4, 613:8, 613:9, 613:11, 613:12, 617:22, 617:23, 621:16, 670:9, 685:22, 688:4, 716:21, 734:8, 740:1, 763:25, 765:19, 769:7, 773:3, 775:16, 786:20
**eiganvalues** [1] - 674:18
**eigen** [1] - 674:16
**eigenvalue** [16] - 674:13, 674:15, 674:18, 675:8, 675:11, 675:20, 676:14, 676:23, 677:14, 677:19, 678:4, 679:11, 679:12, 680:5, 681:12, 790:23
**eigenvalues** [9] - 674:12, 675:4, 676:3, 676:16, 679:18, 679:22, 680:4, 680:9, 680:13
**eight** [9] - 660:5, 676:17, 676:18, 676:19, 676:21, 676:22, 677:1, 679:22
**either** [13] - 558:8, 562:13, 582:25, 591:11, 616:17, 617:6, 618:19, 659:22, 659:23, 677:17, 677:18, 749:14, 792:5
**electric** [8] - 645:25, 646:16, 654:21, 704:7, 710:21, 719:13, 722:2, 750:11
**electricity** [1] - 579:11
**electrocuted** [2] -

704:7, 704:10
**electromechanical** [1] - 685:19
**electronic** [5] - 606:22, 623:2, 623:24, 626:11, 626:14
**Electronic** [1] - 623:23
**electronically** [1] - 789:1
**electronics** [1] - 585:13
**element** [3] - 673:8, 720:8, 721:12
**elements** [10] - 689:15, 689:18, 689:20, 705:6, 718:13, 720:2, 723:8, 723:11, 723:13, 783:9
**elevation** [1] - 755:18
**elevator** [1] - 668:19
**elevators** [1] - 667:7
**email** [2] - 593:17, 792:25
**emailed** [1] - 756:25
**emails** [1] - 598:24
**embassy** [1] - 575:6
**emerged** [1] - 683:14
**emergency** [1] - 596:5
**employ** [4] - 578:17, 578:18, 578:21, 578:22
**employed** [2] - 575:20, 599:12
**employees** [1] - 584:22
**employing** [1] - 578:22
**enable** [1] - 654:22
**end** [14] - 583:3, 598:5, 605:22, 656:3, 661:4, 707:1, 716:17, 765:1, 774:13, 776:6, 784:20, 786:22, 793:19
**ended** [1] - 770:21
**energy** [3] - 682:21, 683:8, 719:5
**enforcement** [2] - 623:5, 623:17
**engaged** [1] - 734:1
**engagement** [1] - 734:14
**engine** [4] - 627:24, 628:3, 637:23, 645:21
**engineer** [2] - 754:20
**engineering** [15] -

650:12, 650:13, 650:17, 650:18, 650:19, 651:3, 651:5, 651:9, 653:16, 686:5, 704:12, 725:1, 725:3, 725:5, 725:8

**engineers** [5] - 578:21, 578:22, 579:1, 584:22, 674:17

**engines** [1] - 697:23

**English** [16] - 573:25, 574:14, 574:15, 574:18, 586:9, 586:10, 586:12, 646:5, 646:8, 646:20, 674:16, 691:1, 691:5, 691:10

**enjoy** [6] - 592:22, 600:2, 686:3, 687:1, 704:20, 718:17

**enjoyed** [1] - 614:3

**enter** [3] - 593:22, 598:25, 790:12

**entered** [8] - 766:17, 767:23, 768:24, 769:13, 771:8, 777:8, 778:22, 778:23

**entering** [5] - 573:4, 635:14, 702:7, 759:23, 775:20

**entertainment** [2] - 687:17, 722:23

**enthusiast** [5] - 589:19, 592:19, 596:9, 599:22, 600:3

**entire** [1] - 734:25

**entities** [1] - 588:25

**entity** [1] - 589:13

**entries** [6] - 636:9, 640:4, 640:5, 640:13, 640:17

**entry** [2] - 636:2, 779:21

**envelope** [2] - 628:23, 628:24

**environment** [1] - 704:11

**environmentally** [1] - 569:1

**envision** [1] - 719:3

**EPP** [1] - 618:24

**equal** [1] - 659:1

**equally** [1] - 675:1

**equals** [1] - 667:13

**equates** [1] - 783:18

**equation** [10] - 695:12, 710:4, 727:21,

728:5, 728:7, 729:22, 730:17, 730:25, 750:22, 751:9

**equations** [15] - 563:7, 563:11, 563:12, 727:14, 727:18, 727:20, 727:25, 728:3, 729:13, 730:8, 730:9, 730:10, 730:13, 744:10, 753:18

**equilibrium** [6] - 675:23, 746:8, 746:10, 746:17, 746:21, 747:2

**equipment** [3] - 609:3, 609:5, 651:13

**equivalent** [2] - 686:7, 714:4

**era** [1] - 611:22

**Erik** [1] - 642:24

**ESC** [2] - 579:9, 579:12

**especially** [8] - 611:21, 704:6, 719:7, 719:9, 719:11, 722:19, 722:22, 725:24

**ESQUIRE** [10] - 554:17, 554:20, 554:20, 554:21, 555:3, 555:3, 555:6, 555:6, 555:7, 555:7

**essentially** [13] - 558:5, 559:5, 589:10, 592:9, 592:10, 594:14, 594:18, 597:5, 598:17, 598:25, 603:14, 612:9, 612:11

**Establish** [1] - 692:20

**establish** [2] - 791:11, 793:12

**established** [2] - 781:9, 792:10

**esthetically** [1] - 618:25

**estimate** [2] - 742:13, 788:10

**Etkin** [3] - 672:1, 672:15, 752:1

**Europe** [1] - 598:1

**evaluated** [1] - 690:8

**evaluating** [1] - 703:24

**eve** [1] - 763:24

**evening** [1] - 574:13, 583:14, 586:16,

789:12, 789:15

**event** [2] - 569:7, 758:23

**eventually** [8] - 590:19, 591:13, 624:3, 663:17, 664:19, 667:15, 700:2, 703:21

**evidence** [27] - 569:5, 623:24, 624:15, 629:23, 646:12, 646:17, 649:7, 676:1, 695:2, 701:1, 701:5, 701:9, 701:16, 701:24, 702:6, 759:12, 759:15, 786:6, 790:4, 790:24, 792:8, 792:11, 793:4, 793:7, 795:3, 795:16, 796:11

**evidences** [1] - 793:23

**evidencing** [1] - 790:9

**Evolo** [198] - 556:13, 559:21, 559:23, 560:24, 561:4, 566:21, 567:15, 567:19, 567:20, 567:24, 568:4, 568:6, 568:9, 568:19, 568:21, 568:22, 569:9, 572:8, 603:20, 608:2, 608:3, 608:12, 621:13, 625:8, 625:25, 626:1, 626:4, 626:6, 626:22, 626:23, 627:8, 629:3, 629:13, 629:19, 629:24, 630:14, 631:19, 632:5, 632:6, 633:6, 634:25, 635:25, 636:20, 636:22, 636:25, 637:2, 637:4, 637:12, 638:19, 638:22, 640:2, 640:6, 640:8, 640:11, 640:21, 641:5, 641:10, 641:21, 641:25, 642:4, 642:12, 643:9, 643:14, 643:17, 643:18, 643:21, 643:23, 644:2, 644:17, 644:22, 645:2, 645:3, 645:7, 645:15, 645:22,

645:25, 646:4, 646:7, 646:13, 646:18, 646:25, 647:15, 647:24, 648:5, 648:11, 648:19, 648:21, 648:25, 654:18, 666:21, 685:1, 685:3, 685:5, 685:7, 685:10, 685:13, 685:23, 686:6, 686:9, 687:5, 688:1, 688:5, 689:10, 690:8, 690:19, 690:24, 691:5, 691:15, 692:6, 692:12, 692:17, 692:24, 693:2, 693:3, 693:18, 694:15, 695:7, 696:4, 696:9, 697:2, 698:5, 699:4, 699:8, 702:15, 702:22, 705:8, 705:16, 705:23, 706:3, 706:7, 706:14, 706:17, 707:9, 709:12, 709:19, 709:20, 709:21, 710:2, 710:18, 710:21, 710:24, 711:5, 711:12, 711:17, 711:21, 712:11, 713:4, 713:17, 713:21, 714:2, 715:6, 716:7, 716:14, 716:24, 717:1, 717:2, 725:15, 725:20, 726:2, 726:7, 728:15, 731:10, 733:15, 734:2, 734:14, 734:16, 734:25, 735:22, 736:6, 737:18, 738:7, 740:2, 740:17, 740:24, 744:3, 744:14, 744:24, 745:5, 745:23, 747:13, 749:22, 749:25, 751:3, 751:7, 751:11, 751:14, 751:17, 751:23, 752:22, 753:3, 753:25, 754:12, 754:15, 754:17, 754:21, 755:10, 795:20

**evoloslutrapport.pdf** [1] - 634:16

**evolve** [1] - 610:23

**exact** [5] - 568:17, 634:24, 635:25, 640:14, 739:1

**exactly** [33] - 566:5, 569:9, 602:14, 627:1, 634:24, 647:11, 657:18, 675:6, 676:13, 680:1, 685:17, 693:11, 696:11, 696:18, 697:23, 699:20, 706:5, 707:9, 709:16, 711:19, 712:1, 717:19, 720:6, 720:22, 722:22, 739:16, 739:22, 740:10, 748:10, 750:12, 768:11, 788:10, 793:18

**exam** [1] - 707:1

**EXAMINATION** [12] - 574:11, 583:12, 588:16, 607:23, 620:9, 622:16, 638:9, 647:21, 650:5, 723:20, 751:4, 760:14

**examination** [9] - 564:8, 565:22, 566:1, 569:18, 607:21, 723:15, 787:4, 788:3, 789:18

**examine** [1] - 566:8

**examined** [6] - 573:24, 574:9, 588:14, 622:10, 650:3, 760:10

**example** [18] - 579:4, 610:20, 611:16, 634:11, 634:13, 645:10, 673:19, 678:12, 692:19, 713:13, 713:24, 714:9, 715:12, 717:4, 717:16, 730:14, 735:23, 737:12

**examples** [3] - 709:15, 709:22, 709:25

**exceeds** [1] - 781:16

**exception** [3] - 569:4, 671:24, 682:25

**excerpt** [1] - 752:10

**excessive** [1] - 774:12

**excited** [1] - 612:4

**exciting** [1] - 796:9

**exclusive** [11] - 580:6, 580:14, 593:25,

768:12, 769:4, 777:19, 777:22, 778:1, 778:3, 778:4, 778:6
**exclusivity** [2] - 777:17, 777:18
**excuse** [1] - 770:16
**excused** [1] - 587:25
**executive** [1] - 590:25
**Executives** [2] - 761:1, 761:7
**Exhibit** [4] - 701:14, 701:23, 702:5, 752:7
**exhibit** [5] - 567:5, 567:6, 567:7, 652:6, 741:18
**exhibits** [4] - 701:1, 759:11, 795:16, 796:18
**existed** [1] - 735:17
**existing** [3] - 611:24, 718:9, 718:14
**exists** [1] - 778:17
**expect** [1] - 781:5
**expected** [1] - 757:6
**expense** [1] - 596:7
**expenses** [1] - 596:15
**expensive** [8] - 557:24, 596:23, 598:3, 598:4, 619:18, 772:9, 774:10
**experience** [24] - 565:10, 577:13, 600:4, 609:19, 611:10, 614:9, 618:21, 623:7, 623:17, 624:16, 634:1, 634:3, 637:24, 651:2, 651:10, 651:19, 652:22, 733:17, 740:23, 741:2, 741:9, 762:3, 775:25, 780:12
**experienced** [1] - 741:9
**experiment** [1] - 682:4
**experimental** [1] - 753:9
**experimenting** [1] - 738:14
**experiments** [5] - 709:13, 709:14, 709:24, 741:3, 741:5
**expert** [19] - 556:22, 557:4, 558:18, 558:19, 563:9, 563:23, 568:22, 568:23, 569:20,

587:3, 625:2, 625:4, 638:6, 649:13, 680:17, 761:21, 762:25
**experts** [2] - 558:21, 783:22
**expiration** [1] - 780:11
**explain** [27] - 593:2, 594:10, 595:11, 610:7, 620:18, 626:13, 628:20, 651:19, 654:16, 654:17, 654:24, 655:2, 656:8, 657:1, 659:11, 664:9, 671:14, 674:4, 675:25, 679:10, 685:21, 685:23, 691:4, 707:13, 718:7, 738:16, 792:2
**explained** [2] - 671:22, 706:24
**explaining** [1] - 569:7, 717:3
**explains** [1] - 731:21
**explanations** [2] - 571:18, 658:24
**explicit** [1] - 730:11
**explicitly** [4] - 690:12, 706:12, 720:10, 720:11
**Explorer** [1] - 676:12
**expo** [1] - 593:20
**exponential** [3] - 674:24, 675:2
**exponentially** [1] - 675:3
**exposed** [2] - 693:3, 751:23
**expressing** [1] - 762:23
**expression** [4] - 661:22, 672:18, 688:1, 733:6
**expressly** [1] - 561:14
**extensive** [1] - 609:5
**extensively** [1] - 653:24
**extent** [2] - 562:24, 764:25
**extra** [1] - 663:3
**extreme** [1] - 611:22
**extremely** [1] - 569:1
**eyeballs** [1] - 617:1

# F

**face** [4] - 567:14, 693:19, 789:1
**face-to-face** [1] -

789:1
**facedown** [1] - 693:21
**facilities** [1] - 651:13
**facility** [1] - 599:12
**fact** [29] - 560:7, 586:19, 657:5, 669:5, 671:21, 672:22, 677:6, 678:3, 680:11, 680:12, 683:20, 692:14, 692:18, 695:8, 697:12, 740:6, 749:23, 752:1, 758:7, 758:21, 763:8, 767:21, 767:22, 768:2, 768:12, 769:6, 769:22, 773:8, 791:7
**factor** [15] - 777:5, 777:15, 778:11, 780:4, 780:6, 780:8, 781:7, 781:12, 782:16, 783:5, 783:6, 783:21, 783:24, 784:1, 784:16
**Factor** [11] - 777:7, 777:14, 777:15, 777:16, 778:13, 778:15, 781:9, 781:23, 783:7, 783:20
**factors** [10] - 613:15, 620:15, 620:24, 776:19, 776:20, 776:22, 776:23, 777:1, 782:17, 784:19
**factory** [3] - 594:16, 595:12, 704:2
**facts** [1] - 780:10
**faculty** [3] - 624:19, 624:23, 650:21
**failed** [2] - 633:22, 794:6
**fails** [1] - 569:11
**failure** [1] - 633:23
**failures** [1] - 741:14
**fair** [7] - 570:18, 615:8, 709:21, 721:11, 779:6, 793:5, 793:6
**fairly** [1] - 787:1
**fall** [12] - 593:5, 593:24, 605:18, 605:19, 606:20, 616:8, 669:2, 669:14, 670:16, 683:15, 786:4, 786:5

**falling** [2] - 605:15, 672:4
**falls** [2] - 660:23, 777:14
**false** [1] - 686:18
**familiar** [16] - 576:19, 577:15, 579:21, 592:21, 601:3, 601:7, 609:20, 609:23, 644:10, 655:20, 685:1, 685:3, 693:22, 704:24, 705:2
**familiarity** [1] - 601:9
**family** [2] - 605:7, 624:6
**famous** [1] - 677:6
**fantastic** [1] - 755:1
**far** [11] - 566:7, 566:25, 599:11, 652:21, 678:5, 680:24, 681:2, 707:24, 710:5, 764:18, 793:3
**Farnan** [1] - 790:18
**FARNAN** [12] - 555:3, 588:6, 588:17, 591:16, 591:20, 604:25, 605:1, 607:19, 620:10, 621:19, 621:25, 789:25
**fashion** [1] - 564:9
**fast** [12] - 569:2, 611:23, 651:23, 651:24, 653:5, 655:17, 658:15, 659:9, 664:15, 669:2, 669:13, 719:14
**faster** [10] - 606:5, 653:22, 655:7, 655:9, 659:22, 660:6, 662:11, 666:18, 683:24, 699:19
**fastest** [1] - 655:21
**faucets** [1] - 683:22
**fault** [2] - 596:12
**faults** [1] - 660:21
**favor** [2] - 642:16, 793:6
**features** [2] - 577:15, 600:20
**February** [6] - 600:16, 630:11, 630:12, 630:15, 631:3, 634:14
**Federal** [1] - 624:23
**fee** [1] - 596:8

**fees** [4] - 595:5, 595:25, 767:18, 767:21
**feet** [1] - 682:19
**fell** [2] - 589:21, 613:18
**Ferraris** [1] - 618:5
**Festival** [1] - 584:8
**few** [13] - 572:11, 591:2, 599:3, 604:23, 612:4, 617:11, 620:11, 627:2, 722:8, 727:15, 727:16, 727:17, 735:4
**fiber** [1] - 618:24
**fiddle** [1] - 758:17
**field** [1] - 760:21
**fifth** [1] - 765:1
**Figure** [2] - 693:14, 696:9
**figure** [3] - 564:11, 649:6, 780:20
**figures** [2] - 754:16, 787:11
**file** [23] - 626:10, 626:11, 626:14, 626:17, 626:20, 627:1, 627:7, 627:9, 627:17, 634:15, 634:20, 634:25, 635:21, 635:25, 637:2, 637:4, 637:12, 641:15, 642:12, 644:7, 654:11
**filed** [1] - 792:19
**filled** [2] - 733:12, 776:11
**fin** [4] - 653:21, 717:18, 748:12, 749:4
**final** [8] - 565:11, 567:6, 568:9, 568:19, 703:21, 703:23, 715:2, 795:15
**finalized** [1] - 568:4
**finally** [1] - 654:13
**financial** [5] - 586:24, 587:9, 587:10, 763:7, 771:3
**fine** [11] - 565:8, 565:12, 565:19, 571:2, 695:15, 706:19, 708:19, 741:13, 757:11, 757:12, 758:11
**FINGER** [1] - 555:2
**finish** [10] - 583:4,

617:12, 756:8, 758:8, 758:14, 758:19, 788:2, 788:15, 788:16, 790:1
**finished** [2] - 758:25, 788:11
**fins** [3] - 653:21, 656:1, 656:13
**firm** [3] - 575:12, 744:23, 760:21
**firms** [1] - 623:6
**firmware** [1] - 579:14
**first** [82] - 567:13, 572:19, 573:21, 576:2, 577:11, 578:3, 578:4, 579:4, 590:23, 590:24, 591:25, 593:2, 597:4, 603:10, 603:15, 605:15, 606:18, 608:8, 619:17, 619:25, 625:9, 626:15, 627:9, 627:10, 627:13, 627:16, 627:17, 628:24, 628:25, 629:4, 632:19, 632:20, 637:20, 642:14, 642:19, 642:20, 652:5, 654:8, 654:18, 655:7, 655:24, 660:12, 670:14, 670:22, 671:17, 676:3, 676:4, 676:20, 681:3, 681:25, 682:6, 690:18, 697:7, 700:11, 703:25, 706:17, 709:17, 709:20, 710:10, 718:5, 718:11, 725:17, 726:16, 729:3, 735:18, 740:17, 747:25, 753:25, 763:24, 764:12, 765:22, 766:6, 766:12, 766:21, 770:10, 770:15, 770:16, 777:5, 784:5, 790:3
**first-generation** [1] - 578:4
**fish** [2] - 652:7, 652:9
**fit** [2] - 597:6, 597:10
**fits** [6] - 596:24, 597:1, 715:11, 748:17, 748:18, 749:6

**five** [17] - 576:1, 587:7, 587:8, 597:7, 636:4, 651:10, 659:4, 717:5, 764:12, 765:14, 771:16, 771:23, 772:2, 772:20, 775:1, 776:14
**fix** [1] - 678:1
**fixed** [4] - 610:10, 610:11, 610:24, 611:16
**flatten** [1] - 786:2
**flawed** [1] - 676:2
**flight** [3] - 606:14, 703:3, 740:14
**flip** [1] - 752:13
**Flite** [2] - 598:15, 609:13
**Fliteboard** [36] - 764:16, 764:23, 765:16, 770:13, 771:6, 771:9, 771:14, 771:16, 772:4, 772:18, 772:23, 773:3, 773:7, 773:14, 773:18, 773:24, 774:2, 774:4, 774:6, 774:17, 774:25, 776:15, 777:24, 778:3, 778:4, 778:23, 779:13, 779:14, 779:15, 780:3, 781:2, 785:4, 785:8, 794:9
**Fliteboard's** [3] - 764:17, 772:7, 772:8
**floatation** [3] - 689:11, 705:9, 718:20
**floating** [1] - 600:5
**floor** [3] - 683:25, 704:9
**Florida** [6] - 590:2, 590:5, 590:12, 593:20, 598:21, 600:12
**Flow** [1] - 609:16
**fluctuated** [1] - 595:4
**fluctuates** [1] - 595:17
**fluid** [5] - 579:5, 579:7, 620:25, 682:24, 683:1
**fly** [3] - 657:5, 658:23, 708:13
**Flyer** [31] - 578:5, 578:7, 578:13, 578:14, 585:14, 594:4, 594:7, 594:25, 597:12,

600:20, 600:21, 601:2, 601:16, 604:15, 604:16, 605:2, 609:16, 611:16, 612:8, 612:18, 612:19, 615:11, 615:13, 617:7, 676:11, 716:23
**flying** [1] - 699:4
**foam** [2] - 604:15, 618:24
**FOB** [1] - 594:14
**focus** [4] - 637:22, 726:19, 736:11, 776:24
**focused** [2] - 637:25, 670:9
**Foil** [2] - 598:21, 609:14
**foil** [33] - 592:10, 606:18, 607:9, 610:21, 610:25, 613:19, 614:5, 614:9, 614:15, 619:17, 652:8, 652:25, 659:12, 661:1, 663:16, 663:20, 664:1, 664:14, 664:19, 666:9, 667:17, 670:10, 670:13, 670:16, 683:10, 683:12, 694:2, 694:14, 713:7, 713:8, 714:15, 715:23
**foiling** [3] - 592:14, 592:15, 606:4
**foils** [18] - 592:10, 594:18, 653:7, 653:11, 653:24, 656:18, 660:11, 662:24, 670:17, 686:2, 694:3, 710:9, 713:1, 713:3, 713:14, 750:23, 753:6
**follow** [3] - 638:1, 688:23, 715:24
**follow-up** [1] - 715:24
**followed** [2] - 652:1, 733:14
**follows** [6] - 573:25, 574:10, 588:15, 622:11, 650:4, 760:11
**fond** [1] - 707:14
**foot** [2] - 604:21, 722:13

**footnote** [1] - 571:11
**FOR** [1] - 554:2
**Force** [2] - 623:23, 697:23
**force** [13] - 602:11, 611:5, 655:15, 658:25, 659:20, 661:11, 661:14, 666:10, 678:13, 697:23, 700:5, 745:20, 749:12
**forces** [1] - 746:10
**foregoing** [1] - 797:1
**foreign** [1] - 691:9
**Forensic** [3] - 622:23, 623:1, 624:6
**forensic** [2] - 623:4, 638:2
**forensics** [6] - 624:8, 624:10, 624:13, 624:15, 624:17, 625:2
**forget** [2] - 598:16, 675:20
**forging** [1] - 773:5
**forgo** [2] - 770:11, 770:16
**Forlanini** [1] - 655:5
**form** [7] - 592:13, 645:18, 678:24, 715:21, 740:5, 771:22, 781:2
**formal** [1] - 593:22
**format** [1] - 561:6
**formatting** [2] - 558:12, 558:17
**formed** [1] - 765:5
**forms** [2] - 592:15, 715:19
**formula** [11] - 561:24, 561:25, 562:6, 562:8, 562:19, 659:18, 659:25, 663:8, 663:10, 694:9, 717:14
**formulas** [6] - 558:11, 561:19, 561:21, 562:23, 564:12, 791:19
**Formulation** [1] - 751:22
**forth** [17] - 561:19, 573:16, 593:17, 667:4, 668:4, 668:22, 671:21, 687:19, 688:18, 705:9, 705:11, 705:17, 708:14, 711:14, 718:21, 753:13, 791:12

**fortunate** [1] - 595:22
**fortunately** [1] - 605:18
**forty** [1] - 651:18
**forty-four** [1] - 651:18
**forward** [8] - 565:14, 651:23, 660:18, 666:18, 667:2, 676:8, 707:20, 707:23
**founded** [1] - 768:17
**four** [1] - 651:18
**fourth** [2] - 576:4, 600:9
**Fourth** [1] - 764:24
**frame** [3] - 602:12, 602:13, 602:15
**frank** [2] - 740:9, 741:12
**Fredrik** [1] - 642:17
**free** [2] - 682:25, 683:11
**frequency** [1] - 711:24
**friction** [2] - 682:12, 684:2
**Friday** [1] - 788:18
**friend** [1] - 662:3
**friendly** [1] - 569:1
**front** [34] - 580:25, 647:24, 647:25, 648:2, 657:11, 657:17, 657:18, 660:23, 661:12, 663:16, 666:8, 666:9, 666:11, 666:14, 666:20, 666:25, 670:13, 670:18, 687:5, 693:20, 693:24, 694:3, 699:3, 699:24, 707:18, 707:21, 713:11, 714:4, 715:4, 715:7, 715:23, 717:4, 718:24, 731:22
**fuel** [2] - 655:18, 668:18
**full** [12] - 573:19, 574:4, 574:6, 574:22, 588:9, 596:19, 605:19, 618:24, 622:6, 649:23, 714:18, 760:5
**fun** [7] - 569:2, 605:16, 605:23, 652:7, 687:2, 719:22
**function** [1] - 606:23
**functionalities** [1] - 577:16

**functions** [2] - 782:11, 782:12
**fundamental** [1] - 707:19
**funny** [1] - 750:2
**furthering** [1] - 590:10
**future** [1] - 755:8

## G

**gain** [1] - 655:18
**gained** [1] - 740:23
**gaining** [2] - 741:1, 741:8
**gains** [1] - 699:3
**gap** [2] - 619:22, 636:11
**gas** [1] - 595:22
**gather** [1] - 555:14
**gears** [3] - 644:8, 684:24, 771:6
**general** [10] - 596:7, 599:22, 600:11, 609:22, 619:22, 670:6, 681:20, 693:7, 714:13, 715:9
**generally** [19] - 578:1, 596:18, 605:12, 612:7, 618:17, 625:10, 633:14, 633:15, 638:2, 655:1, 655:2, 685:23, 775:2, 775:4, 778:7, 778:9, 779:11, 780:1, 780:13
**generate** [2] - 645:2, 645:21
**generation** [5] - 578:4, 578:6, 578:11, 578:12
**generic** [1] - 730:24
**geometric** [1] - 713:16
**geometry** [1] - 713:3
**Georgia** [8] - 763:12, 764:4, 776:19, 776:20, 776:22, 776:23, 784:15, 784:18
**Georgia-Pacific** [8] - 763:12, 764:4, 776:19, 776:20, 776:22, 776:23, 784:15, 784:18
**German** [1] - 674:16
**giant** [5] - 688:12, 688:13, 688:17, 707:22, 707:23
**giants** [1] - 716:16
**gimmick** [1] - 610:22

**girl** [1] - 688:23
**given** [5] - 586:15, 707:1, 729:1, 756:24, 793:21
**glance** [1] - 757:1
**glide** [1] - 658:16
**global** [2] - 761:13, 761:14
**God** [1] - 683:15
**Google** [59] - 558:5, 625:16, 627:6, 627:7, 627:8, 627:9, 627:10, 627:14, 627:16, 627:17, 627:19, 627:21, 627:22, 628:1, 628:4, 628:6, 628:14, 629:4, 629:8, 629:12, 629:13, 629:17, 629:25, 630:7, 630:9, 630:12, 630:15, 630:20, 630:25, 631:2, 632:10, 632:11, 632:17, 632:19, 637:14, 637:17, 637:19, 637:22, 637:25, 639:7, 643:24, 644:1, 644:23, 645:9, 645:11, 645:14, 645:16, 645:17, 645:21, 647:1, 647:10, 647:18, 648:16, 648:22, 649:7, 691:6, 691:8
**Google's** [2] - 628:13, 628:18
**government's** [1] - 577:23
**governmental** [2] - 576:2, 577:18
**grabbed** [1] - 754:6
**grad** [1] - 623:12
**grade** [3] - 707:1, 754:22, 754:24
**grades** [1] - 686:12
**gradually** [1] - 595:21
**graduate** [4] - 623:11, 685:14, 685:18, 686:1
**graduating** [1] - 623:9
**Grant** [1] - 650:22
**granting** [1] - 778:1
**grants** [1] - 774:23
**graph** [5] - 660:10, 674:7, 676:5, 680:4, 693:25
**graphics** [1] - 558:11

**graphs** [1] - 713:6
**gravity** [38] - 663:22, 663:23, 663:24, 666:23, 667:1, 667:3, 667:7, 667:14, 667:16, 667:19, 667:21, 667:24, 668:2, 668:8, 668:13, 668:16, 671:21, 671:25, 673:3, 673:11, 673:19, 673:21, 679:1, 679:3, 680:23, 688:19, 688:20, 690:14, 690:15, 691:21, 692:7, 696:23, 699:2, 707:20, 708:3, 708:7, 753:19
**GRAY** [1] - 554:19
**gray** [3] - 785:24, 786:13, 786:24
**great** [3] - 555:23, 576:22, 658:4
**Greece** [1] - 650:14
**Greek** [3] - 562:7, 674:20, 715:14
**green** [4] - 572:3, 662:1, 662:6, 662:19
**ground** [2] - 565:13, 565:20
**grow** [1] - 786:1
**grows** [1] - 674:25
**Guangzhou** [1] - 575:5
**guarantee** [1] - 694:22
**guarantees** [1] - 695:17
**guess** [23] - 557:15, 559:14, 562:12, 565:24, 593:16, 595:2, 596:8, 603:2, 607:11, 611:21, 660:22, 687:14, 697:22, 727:11, 728:7, 731:24, 733:11, 736:24, 742:17, 747:25, 750:13, 757:12, 758:18
**guessing** [1] - 563:3
**guesswork** [1] - 564:19
**guide** [1] - 776:18
**gun** [1] - 623:22
**guy** [12] - 615:5, 615:7, 655:4, 663:2, 666:7, 666:19, 668:9, 668:22,

670:15, 688:22, 688:23
**guys** [3] - 610:24, 666:25, 694:4
**gymnastics** [1] - 607:11

## H

**half** [14] - 590:21, 629:9, 634:5, 636:8, 641:6, 659:10, 696:14, 697:13, 765:9, 769:17, 784:20, 786:15, 787:20, 794:18
**halfway** [1] - 663:25
**Hallstrom** [1] - 643:6
**Hamline** [1] - 624:20
**hand** [8] - 560:22, 568:16, 630:8, 672:9, 696:20, 704:1, 704:3
**handed** [1] - 567:25
**handful** [2] - 598:23, 737:1
**handicap** [1] - 719:7
**handicapped** [3] - 718:16, 719:22, 749:10
**handle** [6] - 577:22, 580:22, 596:6, 602:6, 775:19, 775:20
**handle's** [1] - 604:21
**handles** [1] - 581:5
**hands** [1] - 666:12
**hang** [3] - 605:17, 606:9, 606:19
**hanging** [5] - 667:11, 670:15, 681:22, 696:14, 696:15
**hard** [6] - 561:13, 589:19, 615:12, 621:1, 670:4, 788:10
**Harvard** [1] - 623:13
**hate** [1] - 757:25
**HAUG** [1] - 555:5
**Hawaii** [6] - 590:11, 590:14, 590:21, 591:25, 592:3, 615:23
**Hawaiian** [1] - 590:16
**hazardous** [1] - 596:4
**head** [8] - 583:24, 643:9, 779:19, 779:24, 779:25, 780:1
**head-to-head** [1] - 779:19

**header** [1] - 642:15
**health** [1] - 590:2
**hear** [16] - 555:20, 555:21, 576:25, 584:25, 585:22, 603:9, 629:15, 662:25, 667:13, 671:1, 671:4, 671:11, 681:16, 706:1, 734:3, 789:9
**heard** [25] - 583:1, 585:1, 585:22, 599:4, 603:6, 603:10, 603:16, 603:21, 628:19, 656:14, 661:24, 661:25, 666:25, 673:23, 674:24, 677:22, 677:25, 679:19, 681:20, 684:8, 690:23, 724:2, 725:14, 734:1, 792:2
**hearing** [1] - 565:6
**hearsay** [3] - 569:4, 569:12, 569:13
**Heather** [1] - 797:4
**heaving** [1] - 672:8
**heavy** [4] - 657:9, 662:20, 722:15, 755:4
**held** [5] - 576:18, 723:18, 759:17, 759:20, 761:2
**help** [12] - 564:22, 566:3, 576:24, 591:17, 606:12, 607:8, 612:16, 652:18, 656:14, 748:15, 748:21, 749:4
**helped** [1] - 605:5
**helpful** [1] - 633:24
**Herbener** [1] - 708:5
**hereby** [1] - 797:1
**herein** [6] - 573:23, 574:8, 588:13, 622:9, 650:2, 760:9
**HIGDON** [1] - 554:19
**high** [15] - 591:4, 595:20, 623:10, 662:21, 673:19, 694:22, 695:12, 708:7, 729:25, 739:16, 743:4, 753:20, 776:6, 780:17, 784:20
**High** [1] - 609:16
**higher** [7] - 595:6, 719:15, 738:17,

742:22, 765:2, 779:11, 785:9
**highest** [1] - 779:17
**highly** [1] - 781:20
**himself** [2] - 769:7, 778:7
**hindsight** [5] - 744:19, 749:24, 749:25, 750:2, 750:4
**hire** [1] - 624:4
**hit** [5] - 646:20, 682:18, 682:20, 718:19, 781:1
**hmm** [2] - 596:17, 617:15
**Hoerner** [1] - 668:6
**hold** [3] - 564:24, 650:20, 657:19
**holding** [3] - 602:2, 610:11, 610:13
**holds** [1] - 661:1
**Hole** [1] - 651:12
**home** [3] - 757:25, 788:17, 789:13
**Homeland** [1] - 624:9
**hometown** [1] - 599:13
**Honda** [2] - 618:5, 772:14
**Hondas** [1] - 772:15
**hone** [1] - 774:16
**honestly** [2] - 603:10, 619:16
**Honor** [51] - 555:22, 556:3, 556:11, 558:22, 560:22, 561:17, 562:22, 565:2, 566:5, 566:20, 567:2, 567:4, 567:12, 567:25, 572:22, 573:9, 587:23, 588:4, 588:5, 588:6, 607:22, 621:25, 622:12, 633:1, 649:19, 649:21, 689:24, 700:25, 701:7, 701:25, 702:2, 702:12, 755:24, 756:4, 756:13, 757:22, 758:10, 759:9, 759:12, 760:12, 789:21, 789:25, 790:12, 790:16, 790:20, 792:9, 792:22, 793:5, 793:8, 794:3, 796:16
**HONORABLE** [1] - 554:15

**Honorable** [1] - 555:11
**hope** [4] - 580:21, 616:11, 618:20
**hopefully** [1] - 600:16
**horizontal** [1] - 698:18
**horns** [1] - 754:6
**hosted** [1] - 633:12
**hour** [6] - 653:6, 656:2, 682:17, 757:5, 757:10, 788:13
**hours** [4] - 616:4, 616:5, 616:14, 738:3
**house** [1] - 605:8
**HQ** [1] - 590:25
**Huang** [1] - 556:4
**hull** [1] - 704:2
**humongous** [1] - 661:22
**hundred** [4] - 596:24, 659:5, 686:11, 722:8
**hundreds** [1] - 634:5
**Hydro** [1] - 611:16
**Hydrofoil** [1] - 592:7
**hydrofoil** [42] - 608:12, 629:12, 644:17, 645:25, 646:16, 646:24, 651:24, 655:1, 655:3, 656:7, 656:8, 656:10, 656:12, 656:17, 656:24, 661:9, 661:17, 664:10, 664:12, 667:25, 668:1, 669:11, 669:17, 669:19, 670:1, 670:6, 684:16, 689:1, 689:12, 692:21, 705:16, 705:23, 713:5, 715:4, 715:6, 719:2, 720:21, 734:10, 734:11, 734:12
**hydrofoils** [10] - 591:23, 591:25, 629:17, 652:23, 653:5, 655:14, 663:9, 718:21, 733:18, 733:23
**hypothetical** [15] - 629:10, 763:22, 763:23, 765:25, 766:19, 766:21, 767:4, 777:21, 778:2, 778:8, 778:25, 779:9, 780:11, 783:24, 784:4

**I**

**I-N-G** [1] - 573:22
**i.e** [1] - 778:14
**ICE** [1] - 554:19
**idea** [12] - 644:13, 655:4, 655:11, 655:19, 656:5, 670:10, 690:17, 716:16, 726:7, 755:4, 773:9, 788:4
**identical** [3] - 559:4, 683:2, 710:16
**identified** [1] - 641:14
**identifies** [1] - 641:10
**identify** [2] - 628:17, 709:16
**identity** [1] - 644:5
**illustrate** [1] - 662:15
**illustrating** [1] - 660:9
**illustration** [2] - 664:7, 773:12
**image** [5] - 676:25, 679:17, 679:25, 680:2, 680:7
**images** [1] - 679:20
**imagine** [9] - 613:7, 677:7, 682:18, 683:11, 704:1, 704:10, 709:1, 758:24, 772:12
**immediately** [1] - 569:8
**impact** [1] - 774:23
**implement** [2] - 712:10, 794:17
**implemented** [2] - 711:22, 776:5
**implication** [2] - 769:21, 784:3
**implied** [1] - 768:1
**import** [1] - 595:15
**importance** [2] - 666:4, 667:23
**important** [24] - 564:2, 576:15, 580:20, 584:16, 625:19, 625:20, 627:2, 629:6, 656:19, 666:20, 666:22, 667:12, 667:17, 667:19, 689:14, 696:24, 707:5, 708:1, 714:22, 719:8, 749:11, 750:25, 767:15, 778:16
**importation** [1] - 595:25
**importing** [1] - 594:17

**imports** [1] - 608:16
**impossible** [2] - 558:13, 722:10
**impression** [6] - 567:9, 567:11, 568:25, 569:3, 569:6, 706:17
**improve** [4] - 699:20, 702:25, 703:9, 755:6
**improvement** [2] - 587:12, 722:9
**improves** [1] - 703:12
**improving** [2] - 680:9, 709:15
**IN** [1] - 554:1
**inappropriate** [1] - 717:16
**INC** [2] - 554:4, 554:7
**inches** [1] - 679:3
**inclination** [7] - 562:17, 658:18, 658:19, 660:1, 678:20, 709:4, 727:22
**inclinations** [1] - 663:17
**incline** [2] - 658:21, 659:23
**inclined** [4] - 659:21, 660:24, 794:21
**include** [1] - 744:5
**included** [7] - 579:11, 581:20, 628:5, 769:8, 774:20, 774:21, 793:20
**includes** [3] - 581:10, 769:2, 771:13
**including** [5] - 575:4, 575:11, 580:22, 625:3, 763:6
**incomplete** [1] - 791:10
**inconsistencies** [1] - 735:25
**inconsistent** [3] - 627:21, 774:1, 785:20
**incorrect** [1] - 571:19
**increase** [1] - 660:6
**independent** [1] - 628:17
**independently** [1] - 571:25
**index** [4] - 627:24, 628:6, 674:19, 735:10
**indexed** [1] - 628:19
**indexes** [1] - 628:2
**indexing** [5] - 627:25, 628:8, 628:11,

628:16, 629:2
**Indiana** [1] - 653:13
**indicate** [10] - 640:10, 691:22, 766:24, 770:23, 771:4, 771:20, 778:7, 779:11, 780:2, 787:21
**indicated** [2] - 647:2, 776:1
**indicates** [4] - 681:13, 770:3, 771:22, 773:2
**indicating** [2] - 720:1, 786:6
**indication** [4] - 732:25, 743:14, 743:16, 790:6
**indications** [3] - 743:22, 744:9, 754:16
**indicator** [1] - 783:16
**indicators** [6] - 765:11, 775:5, 775:7, 776:9, 776:12, 784:18
**indirect** [1] - 617:18
**individual** [3] - 619:23, 633:17, 741:1
**individuals** [1] - 578:17
**individuals'** [1] - 641:12
**industry** [24] - 579:14, 589:17, 589:18, 589:23, 590:8, 590:12, 590:14, 590:24, 591:9, 592:5, 592:20, 593:9, 603:5, 603:11, 603:12, 603:23, 603:25, 615:4, 734:4, 734:7, 734:8, 761:2, 761:3, 786:19
**inference** [1] - 793:3
**inflated** [1] - 785:5
**informal** [1] - 710:2
**information** [21] - 576:20, 626:15, 626:17, 626:19, 627:7, 628:13, 628:18, 630:10, 630:20, 632:11, 632:17, 633:14, 639:20, 647:1, 647:14, 763:3, 763:5, 763:8, 783:23, 789:8
**informed** [1] - 566:21

**infringe** [5] - 671:5, 775:17, 792:14, 792:18, 792:20
**infringed** [5] - 762:16, 762:18, 762:21, 787:16, 787:19
**infringement** [23] - 654:9, 654:17, 671:16, 726:10, 761:17, 761:18, 762:12, 762:14, 762:24, 763:1, 763:16, 763:22, 763:24, 783:16, 784:5, 790:4, 790:15, 790:21, 790:22, 790:23, 791:3, 793:8
**infringes** [3] - 673:3, 724:9, 775:13
**infringing** [5] - 676:2, 765:19, 776:16, 780:21, 782:23
**inherently** [3] - 566:23, 566:25, 569:2
**initial** [2] - 693:4, 751:24
**initiate** [1] - 602:7
**initiating** [1] - 612:14
**initiation** [1] - 611:6
**initiative** [2] - 755:6, 761:8
**input** [2] - 597:23, 711:25
**inquiries** [2] - 577:22, 577:25
**inside** [1] - 662:23
**Insight** [1] - 760:20
**insist** [1] - 683:17
**inspect** [2] - 558:24, 684:8
**inspection** [1] - 791:1
**inspection-only** [1] - 791:1
**instabilities** [1] - 683:21
**instability** [9] - 675:5, 677:6, 677:9, 677:19, 678:7, 680:22, 681:1, 681:13, 703:13
**instance** [7] - 623:3, 720:19, 745:25, 761:3, 768:15, 770:14, 783:2
**instead** [4] - 599:9, 698:18, 709:7, 719:23
**instruction** [4] -

590:3, 590:10, 616:2, 694:13
**instructions** [3] - 758:16, 758:24, 788:16
**insufficient** [1] - 673:16
**insurance** [1] - 624:3
**intellectual** [4] - 760:22, 761:4, 762:3, 762:6
**Intellectual** [1] - 761:12
**intelligence** [1] - 575:22
**INTELLIGENCE** [1] - 554:7
**intent** [1] - 738:16
**interacted** [1] - 636:10
**interaction** [1] - 640:7
**interest** [1] - 564:14
**interested** [5] - 593:13, 629:11, 750:10, 778:18, 778:19
**interface** [2] - 580:25, 704:4
**internally** [1] - 602:14
**Internet** [7] - 625:9, 625:13, 625:15, 637:13, 637:21, 637:24, 725:6
**interpreter** [11] - 555:15, 555:19, 572:21, 573:15, 573:18, 573:23, 574:17, 574:19, 577:4, 586:20, 588:1
**INTERPRETER** [12] - 555:21, 556:3, 573:21, 574:1, 577:4, 577:8, 579:10, 580:11, 582:2, 583:25, 584:5, 588:4
**interpreting** [1] - 738:23
**interrupt** [2] - 576:22, 690:22
**interruption** [1] - 674:14
**interview** [1] - 575:9
**intimidated** [1] - 774:14
**intimidation** [1] - 773:24
**introduce** [5] - 588:20, 622:20, 650:9, 760:18, 780:21
**introduced** [1] -

593:16
**invalidity** [2] - 654:13, 788:8
**invent** [1] - 722:11
**invented** [1] - 654:11
**invention** [7] - 654:12, 718:8, 723:1, 749:24, 763:18, 783:8, 784:8
**inventions** [1] - 654:12
**investigate** [1] - 726:5
**investigating** [1] - 623:24
**investigation** [2] - 646:22, 735:18
**investigator** [1] - 653:4
**investor** [1] - 576:10
**investors** [2] - 576:5, 577:23
**invitation** [1] - 575:12
**involved** [9] - 573:16, 608:23, 608:25, 609:2, 625:1, 642:3, 750:6, 761:16, 774:5
**involvement** [1] - 579:1
**involves** [1] - 579:3
**involving** [1] - 623:24
**ion** [5] - 596:3, 719:15, 719:16, 721:17, 722:7
**IP** [8] - 633:17, 634:14, 641:11, 643:20, 761:5, 761:7, 761:13, 761:14
**IPL** [1] - 761:7
**irrelevant** [1] - 765:24
**issuance** [5] - 767:17, 767:19, 767:24, 769:14, 792:11
**issue** [25] - 564:4, 575:13, 596:11, 614:4, 673:17, 704:14, 704:18, 710:12, 712:16, 714:21, 745:6, 754:5, 756:12, 756:19, 757:23, 767:11, 767:20, 767:22, 768:5, 769:3, 771:25, 777:18, 785:14, 791:15, 796:12
**issued** [3] - 575:12, 721:19, 766:8
**issues** [12] - 558:9, 569:22, 571:17, 580:20, 587:15,

666:22, 678:11, 740:4, 766:12, 788:9, 792:13, 792:17
**issuing** [2] - 748:2, 767:17
**Italy** [2] - 655:4, 655:5
**items** [1] - 561:9
**iterations** [1] - 741:2
**itself** [8] - 589:11, 626:17, 626:20, 627:24, 640:11, 652:9, 664:14, 708:22
**IV** [1] - 554:4

## J

**January** [11] - 578:3, 583:23, 584:4, 584:8, 585:12, 593:19, 600:16, 625:14, 627:11, 629:5, 637:15
**JASON** [1] - 555:6
**Jerilgård** [1] - 642:24
**jet** [3] - 600:2, 601:12, 602:3
**JETSURF** [1] - 775:22
**JMOL** [11] - 573:1, 758:14, 789:24, 790:3, 790:12, 791:22, 791:25, 792:4, 793:25, 794:2, 794:7
**job** [6] - 590:15, 590:24, 708:19, 716:17, 717:9, 730:10
**joined** [2] - 577:11, 587:13
**joy** [1] - 600:5
**judgment** [5] - 567:17, 570:20, 790:21, 791:2, 794:14
**Judicial** [2] - 624:23, 624:24
**juice** [1] - 719:18
**July** [3] - 557:16, 575:10, 770:18
**jumbled** [1] - 558:12
**jumps** [1] - 623:15
**June** [12] - 567:24, 568:4, 568:8, 575:10, 578:6, 578:8, 585:9, 612:25, 627:10, 637:13, 722:8, 766:22
**Jupiter** [1] - 599:15

**jury** [60] - 563:14, 572:18, 573:4, 573:5, 574:21, 578:1, 585:19, 586:11, 588:20, 593:2, 601:1, 622:21, 635:3, 635:4, 635:10, 635:14, 635:15, 650:9, 651:20, 657:1, 659:18, 662:15, 663:7, 664:9, 670:7, 676:11, 679:10, 685:24, 690:23, 694:19, 700:17, 700:18, 701:2, 702:7, 702:8, 702:21, 726:7, 727:13, 727:23, 730:3, 749:24, 756:10, 756:11, 758:15, 758:24, 759:10, 759:23, 759:24, 760:18, 762:8, 762:20, 767:8, 788:2, 788:15, 789:14, 789:16, 793:24, 795:1, 795:5, 795:13
**Jury** [1] - 554:13
**justifying** [2] - 765:3, 772:22

## K

**K-E-V-I-N** [1] - 588:11
**K-L-I-N-E** [1] - 760:8
**Kanter** [3] - 757:20, 760:1, 760:2
**KANTER** [9] - 555:6, 757:22, 758:4, 758:11, 759:9, 760:12, 760:15, 767:9, 787:24
**KATH** [1] - 687:9
**kayaks** [1] - 615:23
**keep** [9] - 598:6, 633:15, 633:17, 666:20, 678:16, 686:17, 780:22, 788:22
**KELLY** [1] - 555:3
**kept** [2] - 566:24, 767:2
**Kevin** [4] - 579:20, 588:7, 588:11, 588:21
**KEVIN** [1] - 588:13
**key** [2] - 599:25,

761:11
**Key** [1] - 590:6
**Keys** [2] - 590:2, 590:5
**Kickstarter** [1] - 578:9
**kid** [1] - 661:4
**kids** [3] - 591:5, 623:20, 661:4
**kill** [1] - 682:13
**kills** [1] - 682:16
**kilowatt** [5] - 697:14, 697:22, 697:23, 700:5
**kilowatts** [1] - 738:18
**kind** [43] - 556:9, 562:2, 563:11, 589:19, 589:22, 589:25, 590:8, 590:9, 590:13, 590:25, 591:9, 592:14, 593:17, 593:20, 594:14, 597:8, 599:2, 599:21, 600:9, 600:10, 600:11, 600:15, 600:17, 600:21, 603:11, 604:20, 605:9, 605:16, 606:8, 606:15, 606:19, 607:1, 607:5, 615:12, 617:12, 628:20, 649:5, 651:23, 657:20, 719:16, 740:1, 751:8, 763:3
**kinds** [1] - 714:1
**kinematics** [1] - 683:6
**King** [1] - 554:11
**kite** [1] - 592:13
**Kiteboarding** [2] - 591:2, 591:8
**kiteboarding** [1] - 599:15
**Kites** [1] - 590:25
**kites** [3] - 592:2, 592:6, 601:13
**kitesurfing** [4] - 589:21, 590:4, 601:5, 601:14
**kits** [1] - 598:17
**KLINE** [1] - 760:9
**Kline** [18] - 571:9, 571:22, 571:24, 587:2, 587:5, 756:1, 756:23, 757:10, 760:4, 760:7, 760:16, 760:19, 767:3, 787:24, 788:3, 788:5, 789:17, 795:2

**Kline's** [1] - 571:20
**kneeling** [1] - 606:18
**knots** [4] - 660:4, 660:5
**knowing** [1] - 647:11
**knowledge** [9] - 577:20, 577:21, 577:24, 790:8, 792:12, 792:14, 792:17, 793:9, 793:16
**known** [8] - 594:14, 652:4, 683:20, 694:23, 694:24, 695:24, 696:1, 703:15
**knows** [3] - 558:8, 590:15, 639:18
**kroner** [1] - 697:10
**Kuttenkeuler** [14] - 567:14, 567:23, 572:8, 631:13, 631:15, 631:16, 631:17, 643:5, 643:8, 643:9, 685:17, 688:11, 734:18
**Kuttenkeuler's** [1] - 633:12

## L

**L-A-N-T-E-R-M-A-N** [1] - 622:8
**L1** [3] - 659:1, 661:1, 661:11
**L1-L2=W1+W2** [1] - 563:6
**L11** [1] - 660:22
**L1=(0.5** [1] - 562:6
**L2** [2] - 660:22, 661:14
**lab** [6] - 623:4, 686:13, 686:20, 692:3, 707:7
**labeled** [1] - 676:24
**labels** [2] - 677:3, 679:14
**laboratories** [1] - 651:13
**laboratory** [3] - 706:20, 706:22, 706:25
**lake** [2] - 600:2, 655:5
**lambda** [1] - 674:19
**land** [1] - 606:16
**landed** [1] - 555:2
**Langelaan** [40] - 748:2, 749:21, 764:14, 765:14, 765:21, 766:10, 766:13, 766:15,

766:16, 767:4, 767:14, 767:19, 768:7, 768:10, 768:13, 768:23, 769:1, 769:2, 769:4, 769:6, 769:17, 770:5, 770:11, 770:14, 770:18, 770:25, 776:12, 777:11, 778:5, 778:6, 778:7, 778:10, 778:21, 779:4, 779:7, 779:12, 780:25, 784:21, 785:2
**Langelaan's** [7] - 744:22, 744:25, 745:7, 745:10, 745:14, 749:19, 753:15
**language** [6] - 556:18, 559:7, 574:18, 691:5, 691:9, 711:23
**Lanterman** [42] - 622:3, 622:8, 622:18, 622:22, 622:25, 623:14, 625:5, 625:7, 625:11, 625:21, 626:1, 627:3, 627:12, 627:25, 629:3, 629:11, 629:22, 630:5, 630:22, 631:5, 631:9, 631:11, 631:24, 632:9, 632:16, 632:22, 633:5, 633:10, 633:13, 634:1, 634:9, 635:20, 636:1, 636:15, 637:10, 638:5, 638:11, 647:23, 649:11, 649:17, 701:8, 701:22
**LANTERMAN** [1] - 622:9
**large** [5] - 597:5, 611:1, 730:21, 748:18, 783:2
**larger** [11] - 599:14, 607:14, 614:7, 614:11, 614:13, 614:16, 614:17, 653:8, 660:3, 675:20
**largest** [1] - 779:15
**Largo** [1] - 590:7
**laser** [2] - 657:13, 657:14
**last** [20] - 564:21,

573:22, 574:7, 576:5, 578:10, 581:21, 626:19, 631:14, 631:20, 638:5, 648:8, 695:15, 707:3, 719:14, 756:3, 756:5, 756:8, 756:23, 761:24, 788:5
**late** [2] - 586:3, 722:12
**latest** [1] - 653:19
**Latin** [1] - 562:7
**laughing** [1] - 605:16
**LAVERY** [29] - 555:7, 622:3, 622:12, 622:17, 630:2, 630:4, 630:17, 630:19, 631:6, 631:8, 631:20, 631:22, 632:13, 632:14, 633:4, 633:8, 633:9, 634:7, 634:8, 635:12, 635:18, 636:4, 636:5, 637:8, 637:9, 638:8, 647:20, 647:22, 649:16
**Lavery** [2] - 635:11, 635:17
**Law** [1] - 624:19
**law** [16] - 575:12, 623:4, 623:6, 623:17, 667:20, 668:10, 668:11, 668:12, 761:4, 789:8, 790:9, 790:21, 791:3, 794:15
**laws** [1] - 605:20
**lawsuit** [2] - 625:19, 792:19
**lawyer** [1] - 638:24
**layer** [1] - 626:16
**layers** [1] - 626:15
**layman's** [1] - 782:18
**LAYTON** [1] - 555:2
**lead** [1] - 649:9
**leader** [1] - 567:16
**leadership** [1] - 761:9
**lean** [1] - 652:17
**leaning** [1] - 611:4
**learn** [12] - 605:5, 615:17, 616:3, 616:6, 616:20, 616:23, 626:21, 629:17, 649:5, 686:16, 743:17, 743:18
**learned** [1] - 626:23

**learning** [4] - 605:22, 605:25, 606:10, 607:5
**leash** [16] - 600:22, 600:23, 600:24, 601:15, 601:24, 601:25, 602:3, 602:4, 602:8, 602:10, 610:2, 610:3, 610:5, 610:7, 611:12, 611:17
**leashes** [5] - 601:3, 601:7, 601:10, 601:14, 609:25
**Leason** [3] - 773:9, 773:23, 795:3
**Leason's** [1] - 773:13
**least** [13] - 557:10, 614:8, 625:17, 663:5, 699:9, 699:17, 737:4, 746:17, 750:14, 754:4, 758:14, 792:11, 795:3
**leave** [2] - 726:6, 780:19
**leaving** [4] - 635:4, 700:18, 756:11, 789:16
**led** [2] - 567:15, 568:24
**left** [17] - 560:22, 589:25, 590:3, 590:11, 635:20, 657:10, 660:13, 661:2, 677:21, 693:2, 696:13, 696:20, 708:20, 718:15, 765:12, 776:11
**left-hand** [2] - 560:22, 696:20
**leg** [1] - 669:14
**legal** [7] - 576:4, 577:19, 577:25, 638:21, 638:24, 718:12, 792:13
**legitimate** [1] - 793:3
**length** [2] - 686:10, 777:13
**less** [14] - 562:10, 562:11, 563:4, 563:11, 597:5, 598:3, 602:16, 602:23, 616:23, 619:18, 683:4, 722:18, 772:1, 779:7
**lesson** [2] - 616:13
**letter** [5] - 562:7, 575:12, 628:22,

628:23, 793:19
**letters** [8] - 562:7,
790:5, 792:15,
792:16, 792:21,
792:24, 793:2,
793:23
**level** [12] - 602:24,
606:3, 672:14,
686:5, 721:20,
764:20, 764:22,
778:19, 778:21,
779:2, 785:6, 785:7
**levels** [1] - 768:3
**leverage** [7] - 602:2,
602:7, 610:15,
610:17, 611:2,
611:5, 611:6
**liaison** [1] - 761:6
**license** [22] - 762:6,
763:6, 763:14,
764:13, 765:24,
767:23, 768:12,
769:4, 769:5, 769:9,
771:7, 774:17,
775:10, 777:17,
777:20, 777:22,
778:2, 778:4, 778:8,
780:7, 780:11, 781:3
**licensed** [2] - 770:13,
777:25
**licensee** [7] - 763:15,
763:19, 775:11,
777:18, 780:15,
781:21, 783:11
**licenser** [1] - 763:15
**licenses** [4] - 777:7,
777:10, 780:13,
781:4
**licensing** [3] - 760:22,
760:25, 762:4
**Licensing** [2] - 761:1,
761:7
**licensor** [1] - 777:19
**life** [6] - 600:2, 600:3,
606:4, 651:4,
651:16, 707:5
**LIFT** [17] - 598:15,
609:8, 613:25,
614:3, 617:16,
618:7, 618:10,
618:24, 619:16,
619:19, 620:2,
620:3, 664:14,
664:15, 666:9,
729:15, 750:4
**lift** [19] - 653:6, 655:8,
655:15, 656:16,
658:16, 658:22,
658:25, 659:6,
659:7, 660:4, 660:7,

678:12, 678:17,
678:21, 678:23,
727:21, 745:17,
745:19, 745:20
**LIFTS** [3] - 618:22,
619:4, 619:5
**lifts** [1] - 659:8
**LIFTs** [1] - 618:23
**light** [7] - 572:3,
607:13, 657:16,
657:21, 719:17,
785:24, 786:12
**light-weight** [1] -
607:13
**likelihood** [1] - 756:8
**limine** [1] - 567:5
**limitation** [1] - 791:24
**limited** [4] - 579:6,
592:12, 774:17,
789:8
**Limited** [1] - 575:23
**line** [8] - 555:15,
662:6, 679:23,
679:24, 680:1,
680:2, 680:22,
703:10
**linear** [1] - 680:14
**lines** [1] - 576:2
**link** [16] - 625:21,
625:24, 625:25,
632:1, 632:2, 632:4,
632:5, 632:6, 632:7,
632:12, 632:18,
632:20, 632:23,
633:21, 634:15
**links** [1] - 646:4
**list** [6] - 642:14,
642:15, 642:16,
689:10, 717:20,
783:5
**listed** [3] - 561:1,
648:2, 678:20
**lists** [2] - 678:24,
678:25
**literature** [5] - 694:24,
715:11, 717:6,
753:11, 753:18
**lithium** [6] - 596:3,
719:15, 719:16,
721:17, 722:7
**litigation** [7] - 733:25,
762:4, 762:7, 774:5,
774:8, 774:9, 774:10
**live** [5] - 555:16,
555:17, 588:21,
648:14, 758:5
**lived** [1] - 590:21
**lives** [1] - 591:6
**living** [1] - 598:7
**LLP** [1] - 555:5

**local** [1] - 590:9
**locate** [1] - 646:24
**located** [1] - 699:2
**location** [4] - 595:5,
742:7, 747:10,
747:15
**locations** [1] - 741:11
**log** [5] - 633:22,
634:11, 640:4,
640:5, 640:13
**logistics** [4] - 589:4,
589:6, 591:11,
591:12
**Logistics** [3] - 589:5,
589:8, 591:14
**logs** [19] - 633:11,
633:13, 633:15,
633:24, 634:3,
634:6, 636:1, 636:7,
636:8, 636:13,
636:15, 636:21,
636:23, 640:1,
641:13, 641:14,
647:3, 648:24, 701:9
**London** [1] - 652:6
**longitudinal** [1] -
694:23
**look** [56] - 558:18,
558:20, 558:24,
560:1, 561:8,
567:13, 567:25,
568:16, 598:4,
601:18, 606:14,
612:12, 615:5,
618:23, 632:23,
639:4, 639:6,
639:18, 642:9,
657:8, 662:19,
676:20, 679:2,
680:24, 684:17,
684:21, 688:2,
688:4, 693:20,
710:3, 713:2,
716:23, 716:24,
716:25, 717:22,
718:4, 727:25,
728:10, 730:19,
732:15, 732:16,
732:19, 732:22,
735:9, 740:13,
740:17, 741:15,
743:17, 757:2,
784:2, 785:24,
786:11, 786:24,
787:1
**looked** [8] - 621:15,
644:3, 676:6,
688:11, 716:4,
725:25, 777:10,
784:18

**looking** [29] - 558:15,
559:1, 559:8,
562:22, 591:10,
593:5, 593:6,
602:15, 602:19,
608:8, 611:14,
611:19, 611:23,
611:24, 627:4,
630:6, 630:21,
632:15, 634:9,
676:21, 684:15,
684:20, 690:25,
729:12, 744:10,
750:15, 758:19,
783:3, 789:10
**looks** [10] - 564:6,
564:12, 616:17,
656:10, 659:16,
686:1, 715:14,
719:3, 750:12,
751:12
**loose** [3] - 683:7,
683:14
**lose** [2] - 683:12,
715:22
**lost** [2] - 570:7, 746:24
**loud** [3] - 658:5,
729:22, 730:20
**love** [1] - 589:21
**low** [5] - 595:18,
663:4, 748:15,
748:21, 749:4
**low-powered** [3] -
748:15, 748:21,
749:4
**lower** [9] - 595:9,
602:22, 614:15,
775:4, 778:9,
779:21, 780:2,
780:13, 786:23
**LTD** [1] - 554:8
**Lunar** [1] - 575:3
**lunch** [5] - 700:14,
700:16, 700:19,
702:14, 756:25
**Luncheon** [1] - 700:23

## M

**Macau** [1] - 582:17
**machine** [8] - 556:13,
556:18, 558:5,
558:10, 558:11,
559:7, 559:13,
735:14
**MACKite** [1] - 599:13
**magazine** [5] - 632:18,
632:23, 644:3,
644:4, 752:10
**Magazine** [1] - 761:13

**magic** [1] - 673:11
**mailbox** [1] - 792:22
**mailed** [1] - 697:16
**main** [1] - 699:3
**maintain** [3] - 594:6,
728:17, 729:4
**major** [1] - 753:20
**majority** [2] - 597:20,
600:14
**manage** [2] - 577:25,
655:8
**management** [4] -
590:20, 591:1,
591:8, 592:7
**managerial** [1] -
587:13
**manages** [1] - 699:4
**managing** [1] - 760:20
**Mandarin** [2] - 573:25
**maneuver** [1] - 653:21
**maneuvering** [4] -
651:5, 651:21,
651:22, 653:1
**manner** [2] - 609:3,
685:16
**manufacture** [2] -
594:14, 602:8
**manufacturer** [2] -
596:12, 783:3
**Manufacturing** [1] -
601:12
**manufacturing** [8] -
585:9, 601:9,
602:24, 781:25,
782:2, 782:4, 782:9,
783:10
**March** [5] - 554:12,
578:10, 600:10,
766:17
**margin** [4] - 781:25,
782:2, 782:3, 782:5
**margins** [1] - 598:4
**Mark** [3] - 622:7,
622:22, 680:10
**MARK** [3] - 555:7,
622:7, 622:9
**mark** [2] - 600:10,
768:15
**marked** [4] - 614:19,
616:15, 617:3, 642:7
**markers** [1] - 678:5
**market** [29] - 578:8,
578:11, 591:10,
592:19, 593:13,
598:11, 598:25,
599:3, 599:6,
599:19, 613:12,
617:12, 617:14,
618:17, 620:1,
750:5, 764:1,

768:21, 775:20, 775:25, 777:23, 777:24, 778:1, 779:1, 779:17, 780:20, 782:8, 783:3
**marketed** [2] - 578:4, 578:6
**marketing** [7] - 580:8, 581:1, 584:22, 585:6, 768:18, 782:7, 782:11
**married** [1] - 623:19
**mask** [1] - 681:22
**mass** [1] - 683:8
**master** [4] - 614:7, 624:22, 686:5, 686:7
**master's** [1] - 650:16
**Master's** [1] - 650:17
**masters** [1] - 624:21
**material** [9] - 558:23, 559:3, 559:15, 596:4, 657:20, 715:20, 777:6, 778:12, 780:4
**materially** [1] - 776:25
**materials** [3] - 575:2, 575:11, 768:18
**math** [4] - 564:11, 669:7, 670:12, 773:11
**mathematical** [5] - 731:4, 731:6, 731:13, 733:1, 733:9
**mathematically** [3] - 708:24, 731:2, 732:6
**mathematicians** [1] - 688:22
**mathematics** [2] - 661:25, 663:11
**matter** [11] - 559:25, 560:22, 560:25, 733:15, 741:4, 763:12, 780:10, 790:21, 791:3, 794:15, 795:15
**matters** [8] - 576:4, 577:18, 577:19, 577:25, 580:24, 623:3, 761:19, 762:5
**maximize** [1] - 740:24
**McGraw** [27] - 554:21, 607:22, 607:24, 614:21, 615:14, 615:15, 617:2, 617:4, 620:8, 620:12, 621:23, 633:1, 638:10, 639:12, 639:14, 639:22, 642:6, 642:8, 647:19,

647:23, 648:16, 649:9, 701:11, 792:9, 793:5, 793:7, 793:11
**mean** [64] - 557:7, 558:15, 558:18, 563:16, 563:17, 563:18, 563:22, 563:24, 564:1, 564:2, 564:3, 565:25, 566:10, 570:17, 577:4, 580:1, 580:5, 604:18, 606:2, 606:3, 610:19, 612:10, 612:23, 613:5, 613:13, 613:16, 613:18, 614:3, 615:5, 615:19, 616:7, 616:25, 617:1, 619:1, 619:10, 619:13, 620:2, 620:24, 621:3, 627:14, 659:3, 662:14, 672:10, 680:25, 687:1, 706:23, 708:25, 716:25, 731:8, 731:15, 736:24, 737:8, 737:20, 738:22, 746:1, 746:2, 746:6, 747:2, 748:25, 755:18, 758:1, 779:14, 794:20, 795:25
**meaning** [7] - 623:21, 628:2, 639:17, 662:10, 675:12, 699:6, 769:4
**means** [24] - 558:5, 592:11, 599:25, 618:7, 627:16, 627:22, 634:16, 634:18, 639:3, 644:13, 644:19, 664:24, 665:17, 666:16, 690:14, 692:7, 718:11, 729:9, 729:12, 729:14, 733:4, 737:2, 747:3, 769:8
**meant** [4] - 693:3, 736:15, 736:25, 751:23
**measure** [3] - 661:24, 698:23, 714:20
**measured** [1] - 686:21
**measures** [1] - 698:15
**mecca** [1] - 590:15

**mechanical** [3] - 650:17, 650:18, 674:17
**mechanics** [6] - 579:8, 658:24, 667:20, 682:24, 683:2
**mechanism** [4] - 765:17, 775:15, 783:1, 783:15
**mechanisms** [1] - 775:18
**media** [1] - 580:25
**meet** [2] - 790:25, 794:6
**meeting** [1] - 587:4
**meetings** [3] - 576:17, 576:18, 577:10
**member** [2] - 623:21, 623:22
**members** [8] - 573:5, 605:7, 622:20, 635:15, 702:8, 759:24, 783:15, 788:2
**mental** [1] - 590:1
**mention** [7] - 576:9, 595:13, 670:7, 683:13, 706:12, 714:8, 754:9
**mentioned** [25] - 581:5, 585:21, 595:12, 596:16, 608:2, 616:8, 625:18, 627:18, 627:25, 640:3, 651:15, 652:2, 666:4, 668:4, 668:5, 672:1, 673:9, 673:18, 674:7, 698:16, 722:20, 754:11, 765:21, 775:6
**mentions** [5] - 672:2, 690:12, 692:18, 692:19, 740:2
**Mercedes** [2] - 779:23, 779:25
**Merit** [1] - 797:4
**met** [2] - 593:19, 791:24
**metadata** [5] - 626:10, 626:12, 626:13, 626:22, 634:25
**metal** [1] - 602:13
**method** [1] - 684:11
**methods** [2] - 638:1, 711:15
**MHL** [65] - 554:4, 566:21, 617:16,

619:25, 620:3, 638:5, 649:13, 654:9, 679:6, 679:13, 723:25, 731:9, 764:14, 764:21, 764:23, 765:14, 765:15, 766:10, 766:11, 766:16, 767:14, 767:23, 768:7, 768:10, 768:12, 768:23, 769:4, 769:5, 769:9, 769:10, 769:13, 769:16, 769:19, 769:22, 770:13, 770:22, 771:8, 771:9, 772:23, 773:2, 773:23, 774:2, 774:4, 774:5, 777:11, 777:22, 777:23, 777:25, 778:6, 778:8, 778:20, 778:22, 778:23, 779:8, 779:11, 779:14, 780:25, 784:7, 784:21, 785:2, 785:7, 785:8
**MHL's** [7] - 654:16, 762:12, 762:14, 765:19, 769:24, 770:22, 779:15
**MHL/Fliteboard** [1] - 777:12
**MHLs** [1] - 716:22
**mic** [2] - 576:23, 746:24
**Michael** [2] - 649:25, 650:10
**MICHAEL** [2] - 650:1, 650:2
**microphone** [2] - 577:2, 652:13
**Microsoft** [1] - 626:25
**mid** [1] - 600:1
**mid-2022** [2] - 769:25, 770:23
**middle** [7] - 616:21, 631:23, 642:14, 660:16, 676:24, 707:24, 776:14
**midnight** [1] - 586:3
**might** [12] - 557:5, 570:4, 591:17, 619:14, 619:15, 652:18, 657:15, 658:6, 688:2, 735:4, 768:1, 795:11
**miles** [2] - 653:5,

656:2
**military** [2] - 655:11, 714:11
**million** [7] - 636:8, 769:18, 769:22, 769:23, 781:1, 787:21
**millisecond** [1] - 665:6
**mind** [2] - 607:15, 778:17
**minimum** [1] - 569:19
**Minneapolis** [3] - 622:24, 623:21, 624:19
**Minnesota** [2] - 624:20, 624:21
**minus** [3] - 663:12, 694:9, 695:10
**minute** [9] - 556:6, 568:15, 613:24, 644:3, 657:19, 659:11, 689:25, 738:5, 750:21
**minutes** [7] - 572:11, 616:6, 616:11, 616:24, 627:2, 678:25, 756:10
**mirror** [6] - 679:17, 679:20, 679:24, 680:2, 680:6, 680:7
**missing** [4] - 563:15, 721:12, 750:24, 753:19
**misspoke** [1] - 785:19
**misstatement** [2] - 787:6, 787:7
**mistake** [2] - 585:16, 738:3
**misunderstand** [1] - 787:6
**misunderstood** [4] - 583:1, 585:24, 764:24, 785:18
**MIT** [9] - 650:12, 650:16, 650:20, 650:21, 650:22, 651:9, 651:17, 681:24, 685:12
**mix** [1] - 762:2
**mixed** [1] - 674:17
**ML13** [1] - 639:12
**mode** [1] - 699:4
**model** [6] - 597:14, 597:16, 615:9, 697:25, 699:5, 725:8
**models** [1] - 739:5
**modified** [3] - 626:19, 626:24, 787:10
**mold** [2] - 602:17,

602:21
**mom** [1] - 591:6
**moment** [7] - 584:7,
659:15, 671:24,
678:6, 693:17,
747:6, 747:25
**moments** [1] - 746:10
**monetization** [1] -
761:5
**money** [9] - 598:6,
618:8, 619:8,
619:10, 695:14,
697:20, 722:18,
768:19, 779:6
**months** [3] - 600:17,
685:19, 687:14
**morning** [30] - 555:12,
556:1, 556:3,
556:17, 572:10,
573:5, 583:14,
583:15, 586:16,
588:18, 588:19,
607:25, 608:1,
622:18, 622:19,
622:22, 635:1,
638:11, 638:12,
726:3, 737:6,
757:11, 758:8,
758:9, 788:18,
788:20, 789:12,
789:20, 796:10,
796:19
**Morpheus** [1] - 653:20
**most** [23] - 592:15,
592:18, 595:15,
596:20, 598:22,
601:6, 609:23,
613:11, 616:6,
616:7, 616:23,
637:22, 637:23,
653:14, 677:6,
697:22, 716:23,
717:6, 750:25,
768:25
**mother** [1] - 589:24
**motion** [2] - 567:5,
794:2
**motions** [8] - 567:17,
573:1, 621:25,
672:3, 675:22,
677:5, 677:10,
686:25
**motivated** [1] - 722:24
**motor** [41] - 579:9,
579:11, 697:13,
697:17, 697:21,
699:8, 699:12,
699:22, 699:23,
700:2, 704:4,
710:21, 711:2,

711:5, 711:13,
711:16, 711:21,
711:24, 712:2,
712:5, 712:12,
719:2, 738:17,
738:18, 738:19,
739:18, 739:20,
739:24, 740:1,
742:8, 747:11,
747:14, 748:11,
748:15, 748:17,
748:20, 749:4,
749:7, 753:6, 755:5,
755:17
**motorcycles** [1] -
669:22
**motorized** [1] - 775:22
**motors** [1] - 704:7
**mount** [1] - 686:2
**mounting** [3] - 601:22,
604:15, 610:24
**mouth** [2] - 576:24,
577:2
**movable** [4] - 765:17,
775:18, 783:1,
783:15
**move** [33] - 562:17,
563:25, 577:1,
591:10, 656:21,
660:17, 666:13,
666:17, 666:18,
666:25, 667:1,
667:2, 667:3, 668:3,
668:22, 670:5,
673:10, 690:16,
700:25, 701:5,
701:9, 707:21,
708:13, 709:2,
709:7, 709:10,
717:21, 759:11,
759:14, 775:20,
790:3, 795:16
**moveable** [1] - 775:15
**moved** [10] - 590:2,
590:5, 590:8,
590:11, 590:18,
590:19, 590:22,
591:1, 591:13,
697:15
**movement** [3] -
612:15, 690:14,
691:21
**moves** [7] - 666:23,
668:2, 668:9,
671:21, 672:6,
688:19, 688:22
**moving** [5] - 563:25,
591:3, 666:18,
682:17, 688:18
**MR** [262] - 555:17,

556:11, 557:2,
557:12, 557:15,
557:19, 558:9,
558:22, 559:2,
559:8, 559:20,
560:4, 560:6, 560:9,
560:15, 560:17,
560:19, 560:21,
561:2, 561:7,
561:17, 561:23,
562:9, 562:10,
562:15, 562:22,
563:16, 563:24,
564:16, 564:20,
565:1, 565:4,
565:19, 565:23,
566:5, 566:13,
566:16, 566:19,
567:2, 567:4,
567:12, 567:22,
568:3, 569:9,
569:15, 569:17,
569:22, 569:25,
570:11, 570:13,
570:15, 570:22,
571:2, 571:7,
571:10, 571:11,
571:12, 571:14,
571:15, 571:20,
571:23, 572:1,
572:4, 572:6,
572:22, 572:24,
573:3, 573:8,
574:12, 577:1,
577:6, 577:9, 582:5,
582:6, 583:8,
583:11, 583:13,
584:2, 584:9,
587:19, 587:23,
607:22, 607:24,
614:21, 615:14,
615:15, 617:2,
617:4, 620:8,
621:23, 622:3,
622:12, 622:17,
630:2, 630:4,
630:17, 630:19,
631:6, 631:8,
631:20, 631:22,
632:13, 632:14,
633:1, 633:4, 633:8,
633:9, 634:7, 634:8,
635:12, 635:18,
635:19, 636:4,
636:5, 637:8, 637:9,
638:8, 638:10,
639:12, 639:14,
639:22, 642:6,
642:8, 647:19,
647:20, 647:22,
649:16, 649:20,

650:6, 652:16,
654:3, 654:5,
657:14, 657:22,
659:14, 664:5,
664:6, 665:25,
666:2, 668:24,
674:9, 674:10,
675:16, 675:24,
676:8, 679:8, 679:9,
687:20, 688:6,
688:8, 689:5, 689:6,
690:6, 691:2, 691:3,
693:12, 693:13,
696:5, 696:6,
698:11, 700:25,
701:4, 701:7, 701:8,
701:11, 701:17,
701:20, 701:25,
702:2, 702:13,
702:18, 702:20,
704:21, 704:23,
707:11, 710:13,
710:14, 711:9,
711:10, 712:6,
712:14, 712:15,
716:3, 716:6, 718:2,
718:3, 720:17,
720:18, 723:14,
723:21, 732:1,
732:3, 732:10,
736:7, 736:9,
740:13, 740:15,
740:16, 740:19,
740:21, 741:15,
741:17, 751:1,
751:2, 751:5,
751:20, 752:6,
752:8, 752:13,
752:17, 755:21,
756:2, 756:4,
756:12, 756:16,
756:20, 757:9,
757:17, 757:22,
757:24, 758:3,
758:4, 758:5,
758:10, 758:11,
759:2, 759:3, 759:9,
759:11, 759:14,
759:16, 759:18,
759:19, 759:21,
759:22, 760:3,
760:12, 760:15,
767:9, 787:24,
790:20, 791:10,
791:16, 791:20,
792:9, 793:5, 793:7,
793:11, 794:2,
794:5, 794:23,
795:15, 795:19,
795:23, 795:25,
796:1, 796:2, 796:3,

796:6, 796:12,
796:16, 796:18
**MS** [11] - 588:6,
588:17, 591:16,
591:20, 604:25,
605:1, 607:19,
620:10, 621:19,
621:25, 789:25
**multiple** [2] - 649:2,
720:14
**multiplied** [1] - 694:10
**multiply** [1] - 729:16
**multitude** [1] - 580:19
**Murrell** [7] - 565:1,
569:6, 570:19,
572:3, 583:10,
583:15, 587:21
**MURRELL** [49] -
554:20, 565:1,
565:4, 565:19,
565:23, 566:5,
566:13, 566:16,
567:2, 567:4,
567:12, 567:22,
568:3, 569:9,
569:15, 569:17,
569:22, 569:25,
570:11, 570:13,
570:15, 570:22,
571:2, 571:10,
571:12, 571:15,
571:23, 572:4,
583:11, 583:13,
584:2, 584:9,
587:19, 701:7,
702:2, 756:16,
756:20, 757:9,
757:17, 757:24,
758:3, 758:5,
758:10, 795:19,
795:25, 796:2,
796:6, 796:12,
796:18
**Museum** [1] - 652:6
**must** [5] - 686:13,
706:25, 727:3,
727:12, 732:7
**mute** [1] - 556:5
**muting** [1] - 556:7

**N**

**Namanny** [12] -
654:20, 717:22,
717:23, 718:25,
720:4, 721:15,
722:25, 723:6,
747:25, 748:11,
748:20, 749:19
**name** [27] - 555:24,

567:15, 573:20, 573:21, 573:22, 574:4, 574:6, 574:7, 574:20, 574:22, 578:13, 588:10, 588:21, 589:2, 598:16, 603:17, 603:19, 603:21, 622:6, 622:7, 622:22, 631:14, 649:24, 650:11, 654:20, 760:6, 760:19
**named** [2] - 578:4, 578:7
**namely** [2] - 736:2, 736:3
**names** [5] - 641:12, 642:16, 642:21, 643:5, 643:12
**naming** [2] - 793:20
**narrative** [1] - 562:1
**narrow** [1] - 718:10
**nasty** [1] - 675:14
**National** [3] - 624:11, 624:24, 650:14
**native** [2] - 574:18, 650:14
**nature** [2] - 569:2, 777:16
**naval** [2] - 650:15, 650:16
**Navy** [3] - 653:12, 653:14, 653:15
**near** [5] - 583:3, 657:24, 658:1, 747:21, 755:17
**necessarily** [2] - 615:3, 746:6
**need** [40] - 556:10, 569:13, 579:5, 580:22, 591:9, 635:1, 645:8, 645:23, 647:1, 656:18, 657:15, 658:25, 659:18, 659:20, 661:19, 662:24, 663:7, 680:21, 681:19, 685:12, 686:12, 695:11, 695:16, 700:4, 714:8, 714:15, 714:23, 723:17, 730:17, 733:1, 733:7, 733:10, 739:20, 739:23, 742:7, 747:10, 774:8, 782:11, 790:9, 791:8
**needed** [4] - 584:6,

596:6, 739:22, 750:21
**needing** [1] - 591:10
**needs** [2] - 616:3, 782:10
**negative** [8] - 662:12, 663:15, 674:22, 675:1, 675:2, 678:4, 730:1, 791:6
**negotiate** [1] - 775:10
**negotiated** [2] - 763:14, 784:6
**negotiating** [1] - 773:24
**negotiation** [11] - 763:22, 763:23, 764:2, 765:25, 766:19, 766:22, 767:4, 778:25, 779:9, 783:25, 784:4
**negotiations** [2] - 794:12, 795:4
**nephews** [1] - 605:7
**network** [1] - 633:16
**neutral** [1] - 777:3
**Nevada** [1] - 624:25
**never** [17] - 565:17, 595:22, 606:5, 666:16, 667:2, 667:3, 672:6, 682:7, 682:8, 704:9, 717:16, 733:12, 742:11, 750:5, 767:1, 769:23
**New** [6] - 575:3, 583:18, 583:21, 583:22, 584:3, 584:8
**new** [12] - 605:9, 605:10, 605:13, 609:17, 611:23, 612:3, 657:15, 691:11, 753:16, 754:8, 776:3
**news** [1] - 577:21
**Newton** [3] - 688:19, 688:20, 730:24
**Newton's** [1] - 668:10
**next** [52] - 568:6, 612:4, 631:6, 631:24, 633:8, 634:7, 637:8, 641:16, 654:3, 655:2, 655:13, 656:20, 657:5, 659:13, 660:8, 660:19, 661:20, 664:5, 664:21, 667:8, 668:16, 668:24, 674:9, 675:16, 687:20,

688:6, 689:5, 691:25, 692:9, 692:24, 693:12, 696:5, 698:11, 698:20, 699:9, 704:21, 707:11, 709:16, 710:7, 710:13, 711:9, 712:6, 720:17, 720:24, 740:20, 755:25, 777:15, 778:11, 780:4, 781:7, 782:16, 783:5
**nexus** [1] - 779:7
**nice** [5] - 599:17, 664:20, 683:23, 786:22
**niece** [1] - 607:10
**nieces** [1] - 605:7
**night** [1] - 756:23
**nightmare** [1] - 722:15
**Nils** [1] - 642:17
**nine** [1] - 660:5
**nobody** [2] - 667:11, 709:4
**nomenclature** [1] - 656:12
**nominal** [2] - 794:7, 794:17
**non** [7] - 676:23, 776:16, 777:22, 778:3, 778:4, 780:21, 783:9
**non-exclusive** [3] - 777:22, 778:3, 778:4
**non-infringing** [2] - 776:16, 780:21
**non-patented** [1] - 783:9
**non-zero** [1] - 676:23
**noon** [1] - 758:25
**normally** [1] - 570:13
**North** [4] - 554:11, 588:24, 590:23, 594:24
**Nos** [2] - 701:14, 701:23
**nose** [10] - 601:18, 601:24, 604:14, 610:10, 610:25, 611:5, 658:16, 672:5, 707:24
**not..** [1] - 684:6
**noted** [2] - 769:6, 787:19
**notes** [1] - 797:2
**nothing** [10] - 572:6, 587:23, 667:22, 675:20, 680:10, 708:21, 727:24,

790:11, 793:23, 794:17
**notice** [2] - 767:17, 767:19
**noticed** [1] - 677:13
**notion** [1] - 682:23
**November** [2] - 636:10, 636:16
**nowhere** [1] - 747:21
**NTS** [1] - 578:5
**number** [23] - 582:20, 582:23, 582:24, 583:2, 583:3, 583:5, 585:17, 620:15, 640:14, 642:16, 647:25, 678:11, 678:21, 690:23, 730:1, 761:2, 773:14, 774:8, 774:12, 777:23, 784:16, 785:11, 787:14
**numbered** [1] - 686:15
**numbers** [23] - 596:5, 674:20, 728:2, 728:8, 728:12, 728:14, 728:20, 728:22, 728:24, 729:3, 729:8, 729:9, 729:12, 729:14, 730:12, 730:21, 730:22, 730:25, 731:16, 791:6, 791:8, 792:3
**numerical** [1] - 731:15
**numerous** [6] - 698:5, 761:18, 761:24, 762:5, 764:6, 779:18

**O**

**o'clock** [5] - 700:15, 700:20, 756:9, 788:12, 788:13
**oath** [6] - 573:24, 574:9, 588:14, 622:10, 650:3, 760:10
**object** [1] - 557:1
**objecting** [1] - 556:17
**objection** [15] - 556:23, 559:14, 560:3, 561:15, 561:21, 564:25, 565:9, 571:7, 633:1, 701:7, 701:11, 701:13, 702:2, 702:4, 757:1
**objections** [1] - 561:18

**objective** [1] - 762:10
**observe** [1] - 684:13
**obvious** [5] - 654:12, 718:11, 728:11, 730:18, 749:24
**obviously** [14] - 560:24, 570:17, 592:19, 595:4, 596:1, 596:7, 597:25, 598:15, 600:11, 606:2, 606:22, 719:6, 737:12, 741:8
**obviousness** [1] - 654:19
**occasionally** [1] - 565:16
**occasions** [2] - 690:12, 692:18
**occur** [3] - 628:8, 628:11, 763:23
**occurred** [3] - 764:3, 767:1, 784:4
**ocean** [13] - 650:12, 650:13, 650:18, 650:23, 650:25, 651:1, 651:2, 651:5, 651:7, 652:23, 653:16, 704:11, 734:9
**Oceanographic** [1] - 651:12
**oceans** [1] - 704:6
**October** [10] - 625:17, 625:18, 629:7, 636:11, 637:6, 637:16, 644:18, 646:18, 647:10, 647:16
**OF** [1] - 554:2
**off-the-cuff** [4] - 736:20, 737:14, 737:17, 737:18
**offensive** [1] - 570:23
**offer** [1] - 625:8
**offering** [2] - 638:21, 638:24
**offers** [1] - 779:20
**Office** [1] - 748:1
**officer** [4] - 575:22, 575:25, 622:23, 623:18
**officers** [2] - 653:13, 653:14
**often** [1] - 623:2
**old** [2] - 655:4, 766:7
**older** [1] - 591:5
**omega** [2] - 674:20, 676:24
**once** [5] - 640:25,

679:24, 692:1, 714:16, 788:21
**ONE** [23] - 578:7, 578:13, 578:14, 594:4, 594:5, 594:7, 595:1, 597:12, 600:20, 600:21, 601:2, 601:16, 604:15, 604:17, 605:2, 612:19, 615:11, 615:13, 676:11
**one** [148] - 556:9, 556:21, 558:16, 561:20, 562:24, 564:16, 565:2, 566:19, 567:8, 568:13, 568:14, 568:21, 569:17, 571:17, 576:2, 576:3, 576:5, 576:9, 581:21, 582:24, 585:21, 586:19, 593:7, 593:8, 593:9, 593:14, 595:18, 596:16, 597:5, 599:7, 599:13, 600:19, 602:21, 605:13, 609:17, 611:20, 613:18, 613:20, 613:21, 615:3, 615:6, 615:24, 619:7, 619:13, 623:14, 629:16, 634:11, 636:2, 638:5, 640:2, 641:22, 649:13, 651:6, 652:5, 655:12, 656:21, 657:12, 659:15, 660:22, 660:23, 660:24, 661:4, 665:6, 666:9, 666:10, 675:18, 676:22, 676:23, 676:24, 677:6, 677:20, 678:18, 679:12, 679:15, 679:16, 679:17, 680:6, 680:7, 683:20, 683:21, 684:25, 685:17, 689:23, 689:25, 690:7, 691:11, 692:3, 694:2, 694:3, 697:7, 697:12, 697:18, 701:25, 704:5, 707:3, 707:18, 708:8, 708:9, 709:3, 709:6, 709:7, 709:9, 710:8,

710:9, 710:23, 712:25, 713:15, 714:2, 714:3, 714:20, 724:11, 725:17, 725:21, 727:21, 728:13, 731:7, 733:8, 737:3, 740:24, 741:12, 747:14, 751:11, 753:20, 754:3, 757:1, 758:13, 765:20, 769:21, 769:24, 769:25, 770:22, 774:9, 775:2, 775:19, 777:23, 779:3, 781:15, 782:25, 784:22, 790:7, 791:6, 794:2
**one-stop** [1] - 593:8
**ones** [4] - 598:14, 598:23, 716:24, 776:25
**online** [3] - 645:7, 646:24, 649:1
**open** [6] - 572:25, 628:24, 683:22, 687:4, 714:17, 753:22
**opened** [1] - 599:11
**opening** [3] - 556:22, 557:9, 557:14
**operate** [2] - 600:13, 745:24
**operating** [9] - 575:24, 587:9, 661:17, 747:1, 747:3, 781:14, 781:18, 782:3, 785:9
**operation** [4] - 575:21, 579:23, 579:25, 610:9
**operations** [1] - 580:2
**opine** [2] - 558:19
**opined** [1] - 560:11
**opining** [2] - 563:18, 738:10
**opinion** [51] - 564:2, 625:8, 625:10, 629:3, 638:14, 638:18, 638:25, 644:21, 644:24, 644:25, 645:18, 673:13, 678:7, 681:12, 684:21, 692:12, 705:23, 706:6, 709:13, 711:20, 712:11, 715:5, 716:7, 721:6, 723:5, 723:7,

723:10, 725:14, 725:19, 727:5, 727:7, 727:10, 732:4, 739:13, 742:6, 742:17, 742:20, 747:9, 761:21, 762:11, 762:13, 762:23, 763:1, 765:24, 768:6, 768:8, 768:25, 782:21, 783:21, 795:1, 795:2
**opinions** [29] - 625:12, 637:11, 637:12, 638:6, 649:10, 649:14, 654:14, 654:15, 670:5, 670:21, 671:1, 673:24, 724:3, 724:8, 724:18, 729:20, 730:5, 754:10, 754:14, 763:4, 764:7, 765:5, 772:3, 772:4, 776:8, 781:24, 784:23, 784:25
**opportunities** [1] - 706:13
**opportunity** [1] - 736:16
**opposed** [3] - 556:18, 559:7, 604:17
**opposite** [1] - 600:13
**options** [1] - 713:23
**oranges** [1] - 745:22
**order** [10] - 563:13, 563:15, 575:11, 602:18, 628:5, 645:9, 655:17, 684:22, 722:25, 791:11
**ordinary** [3] - 644:9, 644:16, 646:23
**organizations** [1] - 761:3
**origin** [1] - 781:25
**original** [8] - 672:10, 672:11, 676:4, 737:2, 746:11, 767:4, 770:12, 781:2
**originally** [1] - 766:16
**originating** [1] - 634:13
**Orlando** [1] - 593:20
**otherwise** [4] - 709:1, 709:10, 744:20, 783:17
**ought** [1] - 758:2
**Outer** [2] - 590:22,

591:3
**outside** [3] - 633:1, 726:19, 762:4
**outstanding** [1] - 754:24
**overall** [8] - 613:16, 638:14, 665:15, 665:16, 665:17, 706:17, 713:16, 776:8
**overhead** [1] - 596:7
**overlap** [2] - 619:2, 641:2
**overlaps** [1] - 618:6
**overnight** [1] - 796:10
**overrule** [1] - 561:15
**overruled** [1] - 633:3
**oversaw** [2] - 631:19, 648:25
**overstated** [1] - 764:20
**overstates** [2] - 768:22, 785:6
**overweight** [1] - 670:3
**owed** [1] - 787:15
**own** [17] - 589:2, 591:7, 598:18, 600:2, 601:11, 607:15, 638:6, 649:13, 651:13, 729:18, 737:9, 762:13, 765:5, 768:14, 769:20, 772:3
**owned** [1] - 609:1
**owner** [2] - 763:18, 784:7
**owns** [1] - 594:8

## P

**P-A-T-R-I-C-K** [1] - 588:12
**P-I-N-G** [1] - 574:7
**P.A** [2] - 554:17, 555:2
**p.m** [1] - 796:24
**Pacific** [8] - 763:12, 764:4, 776:19, 776:20, 776:22, 776:23, 784:15, 784:18
**pack** [2] - 721:25, 722:11
**package** [1] - 597:8
**packages** [1] - 597:7
**packaging** [1] - 597:3
**paddle** [1] - 749:5
**paddleboard** [1] - 601:5
**paddling** [1] - 748:21

**pads** [1] - 601:12
**page** [40] - 561:13, 561:21, 561:23, 562:13, 563:6, 563:12, 566:21, 568:6, 568:7, 572:9, 617:10, 628:6, 628:8, 628:11, 631:7, 631:20, 632:8, 632:10, 633:12, 633:16, 633:18, 633:25, 636:25, 640:8, 647:24, 647:25, 648:3, 690:19, 691:15, 692:1, 693:18, 693:19, 735:10, 735:23, 736:12, 740:20, 751:6, 796:21
**Page** [22] - 562:23, 562:25, 563:1, 563:3, 563:8, 563:9, 564:3, 568:1, 692:4, 692:6, 692:9, 692:22, 693:14, 696:8, 711:12, 711:17, 711:20, 732:15, 736:8, 740:15, 751:10, 752:14
**pages** [13] - 559:1, 563:22, 679:4, 681:3, 686:11, 686:12, 686:15, 686:24, 693:18, 707:2, 735:4, 735:10
**pagination** [1] - 559:4
**paid** [4] - 581:17, 767:21, 769:19, 770:1
**pandemic** [2] - 575:3, 595:21
**paper** [2] - 626:12, 722:6
**papers** [1] - 682:1
**paperwork** [1] - 795:21
**paragraph** [6] - 563:22, 568:3, 568:8, 741:10, 741:13, 752:16
**paralleling** [1] - 563:12
**paraplegic** [2] - 748:9, 749:10
**part** [12] - 558:19, 563:17, 580:11, 596:10, 624:21, 686:6, 687:9, 700:6,

707:1, 715:18, 747:8
**participate** [4] -
576:16, 576:18,
577:10, 580:20
**particular** [6] - 558:7,
707:15, 714:24,
715:25, 742:12,
786:9
**particularly** [3] -
764:21, 776:3,
786:10
**parties** [6] - 763:6,
763:14, 775:10,
778:14, 778:16
**partner** [6] - 579:23,
579:25, 580:2,
580:3, 580:4, 580:12
**PARTNERS** [1] -
555:5
**parts** [2] - 600:12,
737:10
**party** [1] - 784:5
**passes** [1] - 665:8
**passive** [2] - 708:24,
712:19
**past** [5] - 584:7, 586:3,
748:16, 749:5,
761:16
**Patent** [1] - 748:1
**patent** [40] - 561:9,
585:5, 658:19,
693:10, 704:25,
705:3, 705:17,
710:15, 718:15,
719:21, 720:13,
721:19, 748:4,
749:1, 761:16,
761:18, 761:22,
761:23, 763:18,
767:15, 767:17,
767:21, 767:22,
767:24, 767:25,
769:15, 774:9,
774:21, 775:1,
777:3, 777:19,
780:13, 782:19,
784:7, 790:10,
791:13, 791:18,
791:22, 792:1
**patent's** [1] - 783:18
**patented** [2] - 771:11,
783:9
**patents** [84] - 559:22,
559:23, 560:24,
561:5, 621:10,
653:3, 654:11,
654:20, 654:22,
667:13, 668:13,
668:15, 671:2,
689:15, 690:4,

694:2, 706:14,
707:6, 709:12,
709:24, 710:1,
710:3, 710:7,
717:10, 718:9,
718:14, 723:1,
723:6, 723:7,
723:11, 733:22,
744:22, 745:1,
745:7, 745:10,
745:14, 746:17,
748:2, 749:19,
749:21, 750:4,
753:13, 753:15,
753:22, 762:12,
762:14, 762:16,
762:17, 762:21,
762:24, 763:2,
764:25, 765:19,
766:8, 767:12,
768:16, 769:3,
769:11, 769:19,
770:14, 770:21,
771:10, 771:25,
774:18, 774:20,
775:2, 775:4,
775:11, 775:14,
777:8, 777:9,
780:12, 782:20,
782:23, 787:16,
787:18, 792:11,
792:12, 792:17,
793:9, 793:16,
793:21, 794:11
**patents-in-suit** [7] -
706:14, 762:24,
763:2, 767:12,
769:3, 774:18, 777:8
**patient** [2] - 716:10,
755:7
**Patrick** [1] - 588:11
**PATRICK** [2] - 555:7,
588:13
**Paul** [2] - 573:22,
624:20
**pay** [24] - 594:25,
595:3, 595:14,
602:21, 618:12,
618:18, 639:20,
767:18, 769:17,
769:23, 771:16,
771:24, 772:12,
772:14, 773:6,
773:18, 774:25,
779:11, 780:15,
780:18, 781:17,
781:21
**paying** [5] - 772:15,
772:16, 774:13,
780:22, 780:25

**payment** [1] - 770:19
**payments** [1] - 771:18
**PDF** [15] - 626:11,
626:25, 627:9,
630:14, 631:1,
634:23, 634:25,
635:25, 637:2,
637:4, 637:12,
641:14, 642:12,
648:21
**peculiar** [1] - 670:13
**people** [58] - 566:8,
578:18, 589:23,
590:15, 593:11,
596:9, 596:11,
598:18, 598:24,
599:24, 600:1,
600:2, 603:13,
603:22, 603:25,
605:17, 606:7,
606:16, 607:6,
608:9, 609:23,
610:21, 611:21,
611:22, 616:7,
618:7, 618:9,
618:21, 618:23,
619:3, 619:5, 619:8,
637:23, 641:25,
642:3, 643:14,
643:17, 647:25,
648:2, 650:24,
653:13, 667:3,
669:20, 669:21,
677:23, 688:11,
718:16, 727:3,
727:23, 732:7,
737:8, 740:23,
748:9, 774:13,
786:19
**per** [13] - 653:6, 656:2,
678:25, 682:17,
764:17, 772:6,
772:10, 772:18,
772:25, 773:10,
783:14, 784:12,
785:4
**per-unit** [1] - 785:4
**perceived** [1] - 569:8
**percent** [38] - 594:21,
597:22, 660:6,
660:7, 680:15,
686:12, 765:9,
765:15, 765:16,
769:17, 770:4,
770:24, 771:5,
771:17, 771:23,
772:12, 772:15,
772:16, 772:21,
775:1, 776:7,
776:13, 776:15,

776:17, 781:14,
781:16, 782:1,
783:18, 784:20,
787:20, 794:8,
794:18, 794:19,
794:23, 795:6, 795:7
**percentage** [4] -
764:16, 772:5,
772:18, 785:3
**perfectly** [4] - 563:10,
570:18, 758:6, 777:2
**perform** [4] - 645:14,
651:22, 761:21,
762:10
**perhaps** [2] - 615:13,
758:17
**period** [4] - 636:13,
780:16, 780:17,
787:23
**permitted** [1] - 568:12
**persists** [1] - 680:22
**person** [23] - 568:24,
573:13, 575:1,
575:18, 579:21,
593:19, 605:13,
644:16, 646:23,
687:18, 696:13,
696:15, 708:2,
708:21, 715:12,
718:16, 719:7,
719:22, 719:23,
722:24, 748:23,
749:10, 755:4
**personal** [1] - 734:11
**personally** [2] -
574:25, 589:16
**personnel** [2] -
579:17, 587:13
**persons** [1] - 644:9
**perspective** [2] -
599:19, 785:13
**pertaining** [3] - 627:6,
632:18, 633:16
**pertains** [1] - 785:15
**Petter** [1] - 642:23
**Philadelphia** [1] -
623:19
**Philip** [4] - 571:8,
760:3, 760:7, 760:19
**PHILIP** [2] - 760:7,
760:9
**phone** [1] - 789:2
**phonetic** [1] - 673:19
**photo** [1] - 655:13
**photos** [1] - 713:6
**phrase** [1] - 727:11
**physics** [2] - 668:11,
693:25
**pick** [1] - 702:15
**picture** [4] - 631:23,

666:19, 689:7, 689:9
**pictures** [2] - 725:6,
725:7
**piece** [3] - 601:21,
626:12, 706:19
**piercing** [1] - 683:10
**pilot** [5] - 659:8,
666:25, 667:2,
667:6, 668:19
**Ping** [31] - 555:14,
555:24, 556:1,
569:18, 571:15,
571:16, 571:24,
573:9, 573:11,
573:16, 573:21,
573:22, 574:3,
574:4, 574:6,
574:13, 574:22,
575:20, 576:7,
577:10, 581:22,
582:9, 583:14,
587:20, 587:24,
701:4, 785:16,
785:18, 787:5
**PING** [2] - 573:23,
574:8
**pitch** [22] - 621:1,
663:18, 672:11,
677:3, 692:19,
692:21, 695:17,
698:23, 699:10,
699:17, 700:10,
732:21, 738:8,
742:18, 742:21,
743:3, 744:3, 744:3,
751:13, 754:2,
755:10
**pitching** [1] - 672:8
**place** [4] - 613:19,
633:18, 686:2, 737:3
**places** [1] - 737:1
**plain** [2] - 685:16
**plaintiff** [1] - 762:1
**Plaintiff** [7] - 554:5,
554:22, 774:11,
788:7, 793:21, 794:5
**plaintiffs'** [1] - 792:7
**plane** [9] - 658:15,
658:16, 658:21,
662:23, 688:12,
703:9, 707:22,
707:23
**planes** [4] - 657:7,
658:23, 663:18,
720:22
**planform** [7] - 712:21,
713:1, 713:4,
713:12, 713:13,
713:15, 713:17
**plate** [2] - 601:22,

604:15

**platform** [3] - 578:8, 578:9, 614:17

**plausible** [3] - 563:8, 564:12, 792:4

**play** [5] - 569:13, 597:9, 604:5, 607:17, 639:8

**playground** [1] - 661:3

**playing** [3] - 614:20, 639:13, 732:2

**plays** [2] - 669:23, 670:11

**pleasing** [1] - 618:25

**PLLC** [1] - 554:19

**plot** [10] - 676:6, 676:7, 676:9, 676:11, 676:18, 678:12, 679:5, 679:11, 679:12, 722:6

**plots** [3] - 675:14, 679:15, 680:18

**plug** [2] - 728:2, 728:8

**plugged** [1] - 728:12

**plugging** [1] - 730:12

**Plus** [15] - 578:13, 578:14, 594:5, 594:7, 595:1, 597:12, 600:20, 600:21, 601:2, 601:16, 604:16, 604:17, 605:3, 612:19, 615:11

**plus** [4] - 667:14, 709:7, 771:25, 775:2

**point** [30] - 558:7, 558:14, 564:2, 564:21, 585:2, 593:22, 596:16, 601:23, 602:12, 602:19, 603:10, 610:10, 610:11, 610:14, 610:25, 611:16, 617:23, 649:4, 656:19, 673:16, 675:18, 681:25, 692:14, 710:1, 710:8, 728:13, 779:17, 779:21, 791:15

**pointed** [1] - 772:22

**pointer** [1] - 658:7

**pointers** [1] - 606:16

**pointing** [3] - 601:19, 657:23, 681:3

**points** [2] - 677:2, 680:3

**police** [2] - 623:18,

623:19

**port** [1] - 682:14

**portion** [3] - 736:5, 783:7, 783:17

**position** [12] - 668:7, 672:10, 672:11, 673:3, 679:1, 693:4, 696:23, 699:15, 746:12, 751:24, 752:20, 781:23

**positions** [2] - 650:20, 761:2

**positive** [9] - 662:9, 674:22, 675:1, 675:3, 675:4, 677:14, 791:7

**possibility** [2] - 653:6, 718:9

**possible** [6] - 585:21, 585:23, 657:24, 658:1, 719:20, 758:22

**possibly** [1] - 563:4

**post** [5] - 580:8, 581:6, 587:7, 623:12, 795:11

**post-grad** [1] - 623:12

**post-sales** [2] - 580:8, 581:6

**post-trial** [1] - 795:11

**posted** [2] - 625:13, 630:15

**posting** [1] - 789:2

**posts** [1] - 776:18

**potential** [3] - 599:8, 768:9, 775:18

**potentially** [1] - 593:18

**pounds** [1] - 607:12

**power** [5] - 683:15, 719:18, 721:23, 721:25, 722:4

**powered** [5] - 722:19, 748:15, 748:21, 749:4, 750:11

**powerful** [2] - 697:13, 721:21

**practical** [2] - 657:4, 698:14

**predecessor** [1] - 585:5

**predicted** [1] - 755:8

**prefer** [5] - 558:4, 559:6, 574:19, 757:10, 757:23

**preference** [1] - 757:24

**premium** [3] - 764:17, 772:7, 779:16

**preparation** [1] -

583:20

**preparations** [1] - 575:2

**prepare** [3] - 575:1, 594:15, 757:13

**prepared** [1] - 654:1

**preparing** [1] - 642:4

**present** [6] - 567:9, 567:10, 568:25, 569:3, 569:6, 570:19

**presentation** [1] - 559:21

**presentations** [1] - 624:2

**presented** [2] - 795:1, 795:2

**presiding** [1] - 555:11

**pressure** [5] - 682:11, 682:15, 779:7, 781:5

**presumably** [1] - 772:1

**presume** [1] - 775:2

**pretrial** [1] - 567:6

**pretty** [9] - 557:8, 566:9, 566:10, 600:3, 605:24, 609:20, 613:13, 742:13, 791:23

**prevent** [2] - 575:15, 781:21

**preview** [1] - 688:2

**previous** [3] - 654:12, 664:8, 777:7

**previously** [4] - 560:11, 587:10, 595:9, 613:11

**price** [21] - 595:3, 595:5, 595:17, 597:14, 597:15, 597:23, 598:5, 598:9, 617:23, 619:20, 722:1, 722:4, 722:7, 722:21, 773:7, 775:3, 779:17, 779:21, 783:19, 795:9

**prices** [3] - 595:8, 595:22, 773:3

**pricing** [3] - 597:18, 764:18, 772:7

**primarily** [6] - 594:20, 594:23, 623:5, 623:23, 659:20, 700:10

**primary** [3] - 617:20, 617:21, 764:12

**principal** [2] - 653:4, 715:22

**principles** [2] -

651:25, 653:11

**print** [1] - 626:16

**printed** [1] - 626:25

**privately** [1] - 624:4

**problem** [10] - 566:15, 566:16, 591:21, 654:22, 671:19, 680:25, 689:1, 699:5, 699:6, 740:5

**Problem** [1] - 751:21

**problems** [2] - 615:4, 680:19, 740:5

**proceed** [1] - 760:2

**proceeding** [1] - 797:3

**process** [4] - 575:4, 607:1, 615:19, 738:15

**processing** [1] - 629:2

**produce** [6] - 641:9, 654:21, 655:15, 678:13, 686:23, 707:7

**produced** [12] - 654:18, 673:22, 706:20, 763:6, 785:23, 785:25, 786:13, 786:17, 786:25, 787:7, 787:9, 787:12, 787:23

**produces** [2] - 658:22, 673:7

**product** [35] - 577:16, 578:4, 578:7, 578:11, 578:12, 578:13, 579:18, 580:7, 581:11, 581:12, 581:13, 581:15, 593:6, 593:12, 595:7, 602:9, 604:8, 609:17, 611:12, 703:5, 732:14, 738:16, 753:11, 768:18, 768:19, 768:21, 772:8, 772:9, 775:20, 780:20, 782:6, 782:8, 783:2, 784:10

**production** [1] - 602:22

**products** [30] - 578:2, 579:2, 579:3, 580:19, 580:22, 589:1, 589:7, 589:9, 589:12, 589:14, 593:7, 593:12, 594:1, 594:3, 594:23, 596:6, 599:8, 601:4,

601:10, 609:20, 609:21, 619:21, 723:25, 724:6, 725:1, 732:11, 768:14, 768:16, 779:19, 793:20

**profession** [1] - 761:6

**professional** [6] - 605:6, 606:3, 651:4, 651:16, 707:5, 760:25

**professionally** [1] - 607:6

**professionals** [2] - 638:3, 761:15

**Professor** [56] - 556:16, 556:21, 572:8, 631:13, 631:17, 633:12, 649:21, 650:7, 652:10, 652:17, 667:23, 668:14, 670:22, 672:24, 675:25, 676:10, 678:15, 685:17, 688:11, 690:18, 693:16, 694:18, 704:24, 710:11, 712:17, 721:6, 734:18, 753:1, 754:22, 764:14, 765:14, 766:10, 766:16, 767:14, 767:19, 768:10, 768:13, 768:23, 769:4, 769:6, 769:17, 770:11, 770:14, 770:18, 777:11, 778:6, 778:7, 778:21, 779:4, 779:7, 779:12, 780:25, 784:21, 785:2, 788:9, 795:17

**professor** [21] - 624:18, 631:18, 648:25, 650:12, 650:21, 656:22, 659:15, 660:9, 661:8, 662:14, 663:6, 664:21, 681:24, 684:16, 685:12, 687:4, 687:16, 691:4, 702:14, 751:6, 755:22

**professor's** [1] - 634:12

**profit** [14] - 763:20, 765:2, 781:14,

781:18, 781:22, 781:25, 782:2, 782:3, 782:5, 783:8, 783:17, 784:10, 785:9
**profitability** [2] - 781:10, 781:11
**program** [8] - 624:23, 650:22, 650:23, 653:5, 653:15, 672:19, 675:9, 687:9
**project** [10] - 567:15, 567:16, 568:24, 603:17, 603:19, 632:7, 685:25, 687:16, 697:7, 707:13
**Project** [17] - 603:20, 631:19, 632:5, 636:25, 640:8, 641:21, 642:1, 643:9, 643:15, 643:17, 648:11, 648:25, 685:3, 705:8, 705:16, 752:23, 795:20
**projector** [1] - 657:21
**proof** [1] - 731:4
**prop** [1] - 600:25
**propel** [3] - 652:9, 719:5, 749:12
**propelled** [7] - 653:3, 687:17, 718:23, 718:24, 719:24, 722:22, 742:12
**propeller** [11] - 683:13, 699:16, 704:3, 704:5, 711:1, 719:4, 742:8, 742:11, 742:15, 747:11, 753:6
**propeller's** [1] - 747:15
**propellers** [1] - 667:17
**proper** [2] - 606:23, 613:22
**property** [6] - 730:24, 745:20, 760:22, 761:4, 762:3, 762:6
**proposal** [1] - 727:21
**proposals** [1] - 576:19
**propulsion** [10] - 592:13, 652:25, 686:3, 689:11, 700:3, 705:14, 710:19, 720:4, 721:12, 721:14
**propulsor** [1] - 710:24
**prosecution** [1] - 769:11

**protection** [1] - 650:25
**prototype** [9] - 568:10, 698:12, 698:20, 698:22, 698:25, 700:6, 702:22, 702:23, 703:19
**prototypes** [9] - 697:5, 698:4, 698:5, 699:21, 700:7, 702:16, 703:18, 703:24, 713:18
**prove** [2] - 654:17, 726:9
**proven** [1] - 725:24
**provide** [10] - 580:17, 580:21, 612:23, 614:13, 614:17, 638:18, 723:8, 749:15, 762:13, 785:13
**provided** [11] - 567:23, 630:20, 633:11, 633:14, 634:12, 648:24, 691:13, 750:23, 762:11, 769:10, 783:23
**providence** [1] - 568:18
**provides** [6] - 568:15, 568:18, 589:6, 673:8, 749:12, 753:18
**providing** [1] - 568:25
**proving** [1] - 794:6
**provision** [1] - 690:5
**PTO** [1] - 767:18
**PTX** [12] - 614:19, 616:15, 617:3, 701:5, 701:14, 701:20, 701:21, 701:23
**public** [7] - 576:3, 576:9, 577:19, 580:24, 760:24, 763:7
**publications** [1] - 652:24
**publicly** [12] - 568:12, 625:9, 638:15, 638:19, 638:22, 639:1, 639:10, 639:16, 639:17, 639:19, 643:25, 648:22
**publish** [4] - 570:5, 570:16, 571:2, 582:7
**published** [2] - 624:12, 624:14

**publishing** [3] - 570:3, 570:8, 570:9
**pull** [15] - 557:15, 600:20, 614:18, 617:2, 630:2, 631:6, 639:12, 642:6, 658:9, 666:11, 679:8, 718:2, 731:11, 731:24, 736:7
**pulling** [1] - 660:25
**pumps** [1] - 601:13
**purchase** [6] - 594:11, 594:13, 596:23, 597:11, 599:9, 618:23
**purchased** [1] - 618:21
**purchases** [1] - 597:17
**purchasing** [1] - 619:24
**pure** [1] - 671:24
**purpose** [6] - 700:9, 727:21, 748:6, 748:8, 749:9, 775:12
**purposes** [1] - 773:12
**pursuant** [4] - 770:9, 770:17, 771:9, 794:7
**pushing** [1] - 599:2
**put** [33] - 559:6, 561:12, 570:22, 571:20, 601:23, 602:11, 610:1, 610:2, 611:5, 645:9, 645:21, 664:7, 669:14, 682:15, 684:5, 688:12, 691:9, 700:2, 709:8, 712:7, 717:20, 719:20, 719:22, 730:4, 730:6, 730:18, 731:16, 742:10, 742:14, 754:4, 755:4, 772:1, 796:6
**puts** [1] - 719:2
**putting** [5] - 610:15, 703:7, 730:25, 737:8, 737:9

**Q**

**qualified** [1] - 783:21
**qualities** [1] - 754:3
**quality** [1] - 577:2
**quantifiable** [1] - 683:16
**quantification** [1] - 761:23

**quantified** [1] - 785:22
**quantitative** [1] - 784:17
**quantity** [3] - 596:24, 597:1, 662:2
**quarter** [9] - 600:9, 659:10, 765:14, 771:17, 771:23, 772:2, 772:20, 775:1, 776:15
**questioning** [1] - 723:25
**questions** [22] - 583:9, 583:11, 584:14, 586:14, 587:20, 604:23, 607:19, 615:24, 617:11, 620:8, 620:11, 621:19, 647:19, 649:16, 723:14, 725:16, 750:13, 751:1, 753:1, 755:21, 787:25, 790:16
**quick** [3] - 629:10, 639:9, 659:5
**quicker** [1] - 571:3
**quickly** [7] - 637:10, 674:25, 675:1, 699:3, 735:11, 786:1, 786:4
**quite** [4] - 586:3, 595:5, 596:22, 749:23
**quits** [1] - 680:25
**quote** [1] - 773:13

**R**

**R&D** [12] - 576:19, 577:10, 577:21, 579:4, 579:10, 579:13, 579:17, 585:5, 585:8, 776:1, 782:7
**race** [1] - 655:21
**raise** [2] - 604:19, 779:6
**raised** [3] - 768:19, 788:9, 793:25
**RALLI** [1] - 554:17
**range** [1] - 776:7
**ranging** [1] - 776:13
**rapidly** [1] - 786:4
**rate** [26] - 764:16, 764:17, 765:15, 770:1, 770:3, 770:24, 771:4, 771:22, 771:23, 772:6, 772:7,

772:22, 772:25, 773:10, 774:6, 774:4, 778:9, 779:11, 780:2, 780:17, 780:19, 781:5, 784:19, 785:3, 785:4, 787:14
**rates** [5] - 765:13, 771:4, 780:13, 780:22, 784:20
**rather** [4] - 559:15, 618:8, 623:8, 682:25
**reach** [2] - 722:25, 739:19
**read** [24] - 569:9, 586:4, 626:8, 628:24, 685:7, 687:1, 687:3, 688:1, 690:11, 693:18, 701:17, 710:7, 729:1, 729:8, 734:24, 735:9, 738:19, 749:1, 749:21, 753:22, 753:23, 768:10
**readable** [1] - 558:18
**reading** [6] - 629:1, 632:23, 687:1, 687:2, 697:15, 729:14
**ready** [9] - 594:15, 594:18, 595:6, 635:9, 697:25, 701:19, 759:8, 788:15, 788:22
**Real** [1] - 797:4
**real** [1] - 639:8
**Real-Time** [1] - 797:4
**realizable** [1] - 783:7
**really** [20] - 563:6, 574:25, 575:17, 590:13, 592:22, 610:17, 621:4, 630:13, 700:4, 718:19, 744:25, 755:5, 764:12, 765:3, 766:6, 778:18, 784:1, 785:15, 790:8, 795:6
**rear** [6] - 661:1, 693:21, 715:4, 715:7, 717:5, 747:18
**rearwardly** [2] - 715:5, 715:8
**reason** [14] - 570:9, 577:11, 577:17, 585:23, 640:16, 646:7, 646:9, 649:5, 661:20, 735:8, 756:14, 777:23,

780:14, 785:19
**reasonable** [18] - 570:20, 598:5, 756:8, 762:13, 763:9, 763:11, 763:13, 763:20, 765:6, 766:25, 771:20, 776:9, 784:10, 786:1, 787:1, 787:5, 787:14, 787:19
**reasonableness** [1] - 726:21
**reasonably** [2] - 784:7, 784:9
**reasons** [7] - 585:21, 586:22, 654:23, 668:4, 669:15, 764:12, 766:6
**rebut** [2] - 638:6, 649:14
**recalculate** [2] - 668:6, 671:23
**recalculated** [1] - 680:18
**receive** [5] - 557:21, 558:2, 596:18, 628:23, 767:17
**received** [11] - 636:8, 636:18, 767:19, 770:3, 770:15, 770:20, 771:10, 771:11, 790:6, 790:7, 793:22
**receives** [1] - 589:12
**receiving** [1] - 628:22
**recent** [2] - 629:12, 734:23
**recently** [3] - 595:21, 599:3, 599:8
**Recess** [3] - 572:15, 635:8, 759:6
**recess** [4] - 635:5, 700:23, 759:4, 796:22
**recessed** [1] - 796:24
**reckless** [2] - 790:10, 793:12
**recognize** [14] - 604:8, 614:23, 614:24, 615:2, 615:3, 616:16, 617:5, 625:21, 631:9, 632:2, 642:10, 642:12, 689:7, 751:10
**recognized** [2] - 761:10, 761:12
**recollection** [5] - 570:2, 570:6,

570:16, 571:21, 571:25
**record** [18] - 559:9, 573:20, 574:5, 574:21, 588:10, 622:6, 633:22, 649:24, 686:24, 703:16, 706:21, 707:3, 723:19, 759:17, 759:20, 760:6, 785:20, 790:11
**recorded** [1] - 662:6
**records** [9] - 569:23, 571:17, 586:25, 587:16, 627:6, 641:9, 645:17, 648:22, 686:18
**rectangular** [3] - 715:13, 715:16, 715:18
**red** [5] - 635:22, 676:19, 690:13
**REDIRECT** [3] - 620:9, 647:21, 751:4
**redirect** [1] - 606:20
**reference** [16] - 672:15, 673:20, 718:4, 720:21, 721:7, 722:25, 737:23, 737:24, 738:2, 744:15, 744:16, 751:25, 753:17, 765:13, 776:12
**referenced** [2] - 697:1, 720:10
**references** [6] - 717:23, 720:5, 744:12, 744:15, 744:18, 745:12
**referred** [1] - 696:19
**referring** [13] - 599:16, 600:24, 678:18, 680:4, 706:10, 711:17, 713:9, 716:19, 716:20, 716:21, 720:22, 739:4
**reflect** [1] - 786:25
**reflected** [1] - 625:12
**reflecting** [1] - 685:15
**refresh** [4] - 570:1, 570:5, 571:21, 571:24
**refreshed** [1] - 789:12
**refreshing** [1] - 570:15
**regard** [44] - 556:12, 566:22, 579:2, 582:18, 654:7,

659:19, 663:8, 664:10, 664:24, 664:25, 667:24, 670:1, 671:1, 671:4, 671:15, 672:25, 673:12, 673:13, 673:24, 674:1, 676:2, 683:18, 684:7, 689:18, 690:9, 698:3, 705:22, 706:6, 709:11, 709:13, 710:15, 717:11, 723:7, 751:7, 753:1, 754:12, 755:13, 790:20, 790:23, 790:24, 794:3, 794:15
**regarding** [6] - 577:22, 585:2, 629:24, 753:16, 762:23, 765:5
**regards** [2] - 636:21, 661:17
**region** [1] - 743:5
**regular** [3] - 592:9, 604:16, 610:25
**regularly** [1] - 610:21
**Reid** [3] - 672:1, 672:15, 752:2
**relate** [3] - 628:20, 640:5, 782:17
**related** [16] - 564:8, 579:14, 580:24, 623:3, 624:7, 624:12, 624:16, 626:22, 640:11, 733:22, 761:22, 768:15, 768:19, 771:12, 774:21, 782:6
**relates** [7] - 627:19, 663:9, 694:19, 777:7, 777:16, 780:6, 781:9
**relating** [3] - 577:18, 582:23, 670:6
**relation** [6] - 577:16, 627:14, 762:11, 764:22, 777:3, 777:13
**relations** [6] - 576:3, 576:5, 576:9, 577:19, 580:24
**relations-related** [1] - 580:24
**relationship** [7] - 576:3, 588:23, 593:20, 593:23, 594:10, 752:19,

778:13
**relationships** [2] - 576:10, 593:11
**relative** [3] - 577:25, 764:22, 785:7
**relatively** [12] - 590:12, 600:1, 603:12, 609:22, 611:23, 612:3, 615:16, 616:4, 616:9, 620:25, 691:10, 793:15
**relax** [1] - 789:11
**relevance** [1] - 763:21
**relevant** [4] - 651:6, 766:25, 768:25, 791:15
**reliable** [1] - 566:9
**relied** [8] - 645:17, 735:14, 763:5, 763:7, 782:1, 782:3, 783:23, 787:12
**relies** [2] - 794:11
**relocated** [1] - 623:20
**rely** [8] - 557:3, 641:13, 743:11, 743:13, 763:3, 787:9, 787:10, 794:12
**remained** [2] - 680:9, 766:25
**remark** [3] - 736:21, 737:14, 737:17
**remarks** [2] - 737:18
**remember** [37] - 582:20, 584:14, 603:10, 613:14, 620:13, 647:23, 657:6, 659:10, 659:20, 662:5, 662:8, 662:12, 663:10, 663:22, 664:14, 666:8, 666:19, 666:23, 668:18, 669:5, 670:11, 672:4, 678:23, 684:10, 690:15, 694:8, 695:9, 707:22, 716:16, 729:18, 735:4, 736:5, 745:25, 747:8, 752:24, 755:15, 793:18
**remembered** [1] - 571:21
**remind** [1] - 788:24
**reminder** [1] - 629:7
**reminds** [1] - 686:20
**remote** [2] - 600:23,

610:3
**Reno** [1] - 624:25
**rent** [2] - 615:23, 769:20
**rent-to-own** [1] - 769:20
**repair** [1] - 722:16
**repairs** [1] - 580:22
**repeat** [7] - 642:22, 656:14, 733:10, 733:11, 742:19, 745:18, 746:18
**repeatable** [1] - 692:2
**repeated** [2] - 737:22, 774:4
**repeating** [2] - 692:2, 730:16
**reply** [2] - 680:17, 681:3
**Report** [133] - 556:13, 559:22, 559:23, 560:24, 567:15, 567:19, 567:20, 567:24, 568:20, 568:21, 568:22, 569:10, 625:9, 625:25, 626:2, 626:4, 626:7, 626:22, 626:23, 627:8, 629:4, 629:14, 629:19, 629:24, 630:15, 632:6, 633:6, 635:25, 636:20, 636:22, 637:2, 637:4, 637:12, 638:19, 638:22, 640:2, 640:6, 640:11, 640:21, 641:5, 641:11, 642:4, 642:12, 643:18, 643:21, 643:24, 644:2, 644:18, 644:22, 645:2, 645:3, 645:7, 645:15, 645:22, 645:25, 646:4, 646:13, 646:18, 646:25, 647:15, 647:24, 648:6, 654:18, 685:5, 685:7, 685:10, 685:13, 685:24, 686:6, 686:9, 687:5, 688:1, 690:9, 690:19, 690:24, 691:5, 691:15, 692:6, 692:12, 692:17, 692:24, 693:2, 696:4, 696:9,

697:2, 698:6,
702:15, 702:22,
705:23, 706:3,
706:7, 706:14,
706:18, 707:9,
709:12, 709:19,
709:20, 709:21,
710:2, 710:18,
710:21, 710:24,
711:5, 711:12,
711:18, 711:21,
712:12, 713:4,
713:17, 715:6,
716:7, 734:2,
734:14, 734:16,
734:25, 735:23,
736:6, 738:7, 740:2,
744:14, 749:22,
749:25, 751:3,
751:7, 751:11,
751:14, 751:17,
753:25, 754:15,
754:17, 754:21,
755:10
**report** [90] - 556:22,
557:10, 557:11,
557:14, 557:17,
557:21, 557:22,
560:4, 560:8,
560:12, 561:25,
562:3, 562:8,
562:20, 562:23,
562:25, 563:10,
563:20, 563:23,
564:9, 568:4, 576:6,
576:8, 625:13,
626:8, 628:15,
629:20, 632:7,
633:2, 636:23,
637:21, 640:9,
640:10, 641:24,
646:3, 646:19,
647:2, 648:21,
649:1, 654:19,
661:23, 668:5,
676:4, 680:17,
681:4, 681:10,
686:13, 686:14,
686:20, 687:9,
687:12, 690:11,
690:13, 692:4,
695:4, 703:17,
706:8, 716:1, 726:1,
726:4, 728:23,
729:9, 729:14,
729:20, 730:4,
730:6, 730:7,
730:11, 735:3,
735:12, 735:14,
735:20, 735:25,
737:8, 738:19,

738:21, 740:9,
741:12, 741:13,
742:4, 742:5,
743:19, 744:17,
745:6, 747:9,
754:22, 757:2
**reported** [3] - 627:22,
630:12, 630:14
**reporter** [4] - 566:9,
591:17, 593:1,
723:17
**Reporter** [1] - 797:4
**REPORTER** [1] -
580:10
**reporting** [2] - 576:2,
631:1
**reports** [11] - 560:6,
560:23, 561:1,
561:4, 562:14,
632:19, 679:4,
687:2, 692:3, 700:4,
724:14
**representation** [1] -
557:20
**represented** [2] -
583:2, 757:17
**representing** [2] -
696:10, 696:22
**request** [5] - 580:18,
634:15, 634:17,
794:7, 794:14
**requested** [1] - 654:6
**required** [6] - 575:11,
710:22, 710:24,
767:18, 771:17,
790:25
**requirements** [1] -
704:17
**requires** [5] - 614:12,
670:12, 671:18,
711:2, 743:4
**research** [13] - 576:13,
576:16, 579:5,
579:15, 579:18,
584:15, 584:20,
584:21, 646:22,
650:23, 650:25,
651:11, 789:6
**researching** [2] -
603:15, 608:6
**reserving** [1] - 572:25
**reside** [2] - 564:3,
648:12
**resistance** [2] -
592:12, 655:9
**resolve** [1] - 556:10
**resolves** [2] - 566:14,
566:16
**resource** [1] - 633:16
**respect** [6] - 589:8,

730:8, 732:11,
736:1, 738:6, 744:2
**respond** [2] - 557:4,
563:20
**responded** [1] -
563:21
**response** [5] - 630:8,
634:18, 674:23,
743:6, 793:2
**responses** [1] - 721:4
**responsibilities** [1] -
575:24
**responsibility** [1] -
581:8
**responsible** [2] -
581:1, 594:16
**responsive** [2] -
721:1, 721:5
**rest** [3] - 562:13,
563:7, 598:1
**restrict** [1] - 665:2
**result** [6] - 612:14,
630:10, 645:15,
645:22, 765:18,
781:16
**resulted** [1] - 645:25
**results** [2] - 628:5,
646:1
**retail** [7] - 590:20,
594:24, 597:14,
608:23, 608:24,
608:25, 617:10
**retailers** [1] - 593:14
**retained** [2] - 768:13,
769:7
**return** [7] - 581:11,
629:13, 629:19,
693:4, 737:2,
751:24, 789:20
**returned** [6] - 627:8,
631:2, 632:11,
632:17, 645:18,
648:22
**returns** [1] - 672:10
**reveals** [1] - 564:9
**revenue** [2] - 582:8,
582:11
**reversed** [2] - 767:5,
779:14
**review** [10] - 626:6,
626:10, 634:6,
706:13, 720:7,
720:8, 757:13,
773:1, 774:2, 774:3
**reviewed** [8] - 559:23,
560:25, 636:1,
636:6, 664:25,
685:5, 764:7
**reviewing** [3] -
626:12, 626:21,

698:21
**revolution** [1] - 722:19
**rich** [2] - 577:12,
697:16
**Richard** [1] - 555:11
**RICHARD** [1] - 554:15
**RICHARDS** [1] - 555:2
**rid** [1] - 728:17
**ridden** [15] - 591:23,
592:16, 592:18,
592:23, 605:2,
609:8, 609:10,
609:12, 609:13,
609:14, 609:16,
609:18
**ride** [14] - 569:2,
592:18, 605:5,
605:13, 607:8,
609:14, 612:1,
612:24, 614:10,
664:20, 694:6,
718:17, 741:20,
758:8
**rider** [22] - 606:12,
607:7, 607:17,
610:18, 614:8,
614:16, 620:19,
620:20, 620:21,
660:12, 660:13,
661:2, 668:3,
669:19, 669:23,
670:12, 680:24,
684:17, 693:24,
708:14, 709:2,
743:14
**rider's** [1] - 604:21
**riders** [1] - 614:14
**riding** [15] - 591:24,
592:1, 605:25,
609:5, 610:25,
611:11, 612:8,
613:19, 614:3,
615:5, 615:7,
666:14, 669:4,
699:2, 741:25
**right-hand** [2] -
568:16, 630:8
**rights** [7] - 769:2,
769:8, 769:16,
770:2, 778:1, 779:5,
790:10
**rigid** [1] - 602:6
**rigidity** [1] - 602:10
**rise** [10] - 555:10,
572:14, 572:16,
635:7, 700:21,
700:24, 759:5,
759:7, 786:4, 796:23
**risk** [2] - 740:24,
774:11

**risks** [1] - 783:10
**road** [1] - 566:7
**ROBERT** [2] - 554:20,
555:6
**robot** [2] - 652:7,
722:12
**robots** [3] - 652:4,
652:5, 653:2
**robust** [1] - 678:4
**role** [3] - 669:24,
670:1, 670:11
**roles** [2] - 581:9,
761:9
**roll** [8] - 621:2, 677:3,
677:4, 677:7, 677:9,
677:10, 698:13,
755:11
**rolling** [2] - 703:1,
736:17
**room** [5] - 609:24,
727:24, 728:18,
748:18, 774:10
**roots** [2] - 681:10,
683:21
**rope** [11] - 699:7,
699:14, 699:15,
718:22, 739:8,
742:7, 747:6,
747:10, 747:21,
749:10, 755:14
**rose** [1] - 655:25
**roughly** [2] - 733:21
**route** [1] - 684:3
**row** [1] - 791:6
**rows** [1] - 791:7
**royalties** [7] - 769:18,
769:24, 770:12,
773:19, 780:16,
780:22, 780:25
**royalty** [31] - 762:13,
763:10, 763:11,
763:13, 763:17,
764:16, 765:2,
765:6, 769:22,
770:1, 770:24,
771:21, 772:6,
772:18, 772:21,
775:7, 776:9, 777:3,
781:10, 781:15,
781:17, 781:21,
784:19, 785:3,
785:9, 787:14,
787:19, 787:22,
795:6
**Rule** [3] - 790:3,
790:22, 794:7
**rule** [2] - 569:12,
792:22
**ruled** [1] - 567:5
**rules** [4] - 565:13,

565:20, 569:5,
753:10
**run** [7] - 630:7,
648:18, 728:20,
729:3, 729:5, 729:9,
741:3
**running** [5] - 729:9,
729:12, 729:14,
742:12, 771:4
**runs** [2] - 602:13,
741:6

## S

**safe** [4] - 609:19,
657:7, 660:17,
704:20
**safety** [1] - 704:14
**sailfish** [1] - 653:21
**sailing** [2] - 655:25,
656:4
**sake** [2] - 729:18,
776:24
**sale** [2] - 781:14,
781:18
**sales** [42] - 580:8,
581:6, 581:7, 581:9,
581:10, 582:8,
590:10, 590:19,
590:20, 591:1,
591:8, 593:9, 594:9,
594:21, 594:22,
597:20, 597:21,
597:22, 598:22,
600:6, 600:14,
765:9, 769:18,
769:24, 770:2,
770:23, 771:18,
782:11, 785:20,
785:23, 785:25,
786:1, 786:3, 786:6,
786:22, 786:25,
787:7, 787:9,
787:10, 787:12,
787:20, 787:21
**Sam** [1] - 624:5
**save** [2] - 683:15,
788:3
**saw** [13] - 591:9,
632:18, 632:19,
670:14, 679:12,
681:4, 682:3,
737:21, 741:9,
769:12, 777:21,
779:4, 783:1
**scenario** [1] - 556:25
**scene** [2] - 590:13,
619:18
**schedule** [1] - 788:4
**scheduling** [1] - 575:9

**schematic** [1] - 563:4
**School** [1] - 624:19
**school** [3] - 591:4,
623:10, 651:9
**Science** [1] - 652:6
**science** [4] - 623:12,
624:22, 651:2
**scientific** [3] - 652:24,
684:11, 727:8
**scooter** [2] - 602:6,
610:20
**scope** [2] - 633:2,
777:17
**scratch** [1] - 686:17
**screen** [7] - 555:14,
604:19, 627:4,
630:22, 630:23,
642:14, 765:12
**scuba** [2] - 577:14,
590:3
**Sea** [4] - 598:19,
650:22, 775:19,
783:2
**sea** [1] - 595:16
**Sea-Doo** [3] - 598:19,
775:19, 783:2
**Seaglide** [1] - 599:1
**search** [26] - 627:24,
628:3, 628:5, 629:4,
629:8, 629:13,
629:18, 629:19,
630:7, 630:10,
637:23, 643:24,
644:23, 645:1,
645:8, 645:11,
645:16, 645:20,
645:21, 645:24,
646:1, 646:24,
647:11, 648:16,
648:19, 649:6
**searchable** [1] -
637:14
**searched** [2] - 646:12,
646:17
**searches** [1] - 645:14
**searching** [2] -
627:15, 627:19
**season** [1] - 600:11
**seasonal** [3] - 600:7,
600:8, 786:18
**seasonality** [2] -
786:11, 787:1
**seasons** [1] - 600:13
**seat** [1] - 718:17
**seated** [5] - 555:13,
573:6, 635:16,
702:9, 760:1
**second** [29] - 564:24,
567:25, 576:3,
576:22, 577:17,

578:6, 578:11,
614:18, 623:8,
623:14, 626:16,
634:2, 642:20,
644:8, 678:23,
678:25, 689:23,
690:23, 714:11,
723:17, 724:12,
752:16, 753:21,
764:15, 766:7,
767:10, 770:17,
784:22, 786:14
**second-generation**
[1] - 578:6
**secondly** [1] - 579:10
**seconds** [2] - 568:15,
699:4
**Secret** [3] - 623:16,
623:22, 623:25
**section** [1] - 616:20
**sections** [1] - 761:4
**Security** [1] - 624:10
**security** [1] - 624:22
**see** [76] - 555:19,
559:2, 560:13,
561:13, 562:4,
563:1, 563:6,
563:25, 566:3,
580:13, 582:9,
582:10, 586:1,
599:1, 604:13,
604:18, 604:20,
605:12, 612:5,
623:15, 628:24,
630:13, 630:22,
631:23, 636:15,
643:5, 643:7, 648:8,
649:5, 655:12,
657:10, 657:17,
658:25, 660:21,
661:8, 670:12,
672:19, 672:23,
676:7, 676:18,
676:22, 677:2,
679:5, 680:19,
680:24, 693:1,
693:2, 696:12,
696:13, 698:15,
700:19, 703:1,
703:14, 704:16,
710:5, 711:12,
711:14, 715:16,
716:10, 716:14,
718:13, 718:22,
719:21, 722:7,
723:16, 724:11,
736:14, 740:22,
741:19, 741:25,
752:18, 766:17,
786:13, 787:2

**seeing** [3] - 646:2,
740:10, 750:3
**seek** [1] - 774:12
**seem** [3] - 593:11,
619:10, 727:19
**SeeSaw** [1] - 562:18
**seesaw** [7] - 563:19,
564:1, 660:21,
660:25, 666:8,
696:12, 696:17
**selected** [1] - 785:8
**self** [9] - 653:3, 686:3,
687:17, 700:3,
718:23, 719:24,
722:22, 742:12,
750:11
**self-powered** [1] -
750:11
**self-propelled** [6] -
653:4, 687:17,
718:23, 719:24,
722:22, 742:12
**self-propulsion** [2] -
686:3, 700:3
**sell** [24] - 580:21,
582:14, 594:6,
594:12, 594:20,
595:6, 597:13,
599:8, 599:14,
599:20, 609:3,
617:22, 617:23,
618:4, 618:5, 773:3,
773:7, 773:15,
773:18, 779:16,
780:21
**selling** [10] - 594:5,
598:3, 598:5, 599:5,
599:16, 599:18,
611:10, 770:21,
786:16, 786:17
**sells** [6] - 589:13,
598:17, 608:19,
608:22, 608:24,
609:2
**seminal** [1] - 763:12
**send** [5] - 757:25,
758:18, 758:21,
758:22, 788:17
**sense** [10] - 563:7,
567:9, 567:10,
568:25, 569:3,
569:6, 610:19,
725:2, 733:1, 786:9
**sensors** [1] - 709:4
**sent** [4] - 627:5,
631:12, 790:5,
792:24
**sentence** [1] - 714:24
**sentences** [1] - 717:15
**separate** [3] - 677:5,

708:14, 720:5
**series** [2] - 561:18,
752:25
**serious** [1] - 619:23
**server** [3] - 634:12,
636:7, 647:3
**service** [6] - 581:6,
581:9, 594:23,
596:8, 624:2, 691:8
**Service** [3] - 623:16,
623:23, 624:1
**services** [6] - 580:17,
580:21, 581:7,
581:10, 581:17,
589:6
**Services** [7] - 589:2,
589:13, 594:8,
609:1, 622:23,
623:1, 624:6
**serving** [1] - 625:4
**session** [1] - 555:11
**sessions** [1] - 568:11
**set** [10] - 581:19,
584:11, 594:23,
676:10, 687:19,
705:9, 705:11,
705:17, 753:13,
791:12
**setting** [4] - 605:6,
606:23, 694:21,
761:8
**Seven** [1] - 590:6
**seven** [1] - 637:4
**seventeen** [2] -
642:18, 648:4
**several** [9] - 598:19,
686:11, 690:11,
692:18, 698:7,
716:23, 733:22,
737:22, 795:20
**severely** [1] - 575:7
**shaking** [1] - 683:24
**Shanghai** [1] - 575:5
**shape** [14] - 604:21,
615:20, 658:11,
658:14, 698:19,
713:15, 713:16,
713:25, 714:18,
716:11, 716:13,
716:18, 719:3
**shaped** [4] - 703:12,
714:10, 715:4, 715:7
**shapes** [4] - 714:12,
714:17, 714:24,
715:10
**share** [3] - 770:11,
770:15, 770:16
**SHENZEN** [1] - 554:7
**Shenzhen** [1] - 575:22
**shift** [22] - 598:10,

612:14, 644:8,
690:3, 690:8, 690:9,
691:19, 691:22,
692:8, 692:13,
692:15, 705:22,
705:24, 706:4,
708:20, 709:9,
709:10, 716:8,
717:11, 720:9,
721:7, 721:9
**shifting** [7] - 610:12,
610:14, 612:9,
686:4, 708:14,
708:16, 708:18
**ship** [5] - 594:18,
596:22, 613:18,
651:24, 749:7
**shipped** [2] - 581:13,
581:16
**shipping** [10] -
595:13, 595:16,
596:2, 596:13,
596:16, 596:19,
596:25, 597:1,
597:9, 782:7
**ships** [4] - 589:11,
651:7, 653:1, 683:25
**shoot** [2] - 672:14,
675:2
**shop** [1] - 593:8
**short** [2] - 734:17,
743:5
**shorter** [1] - 781:4
**shortly** [1] - 783:4
**shot** [1] - 780:17
**shoulders** [1] - 612:13
**show** [27] - 560:8,
562:25, 565:8,
567:12, 570:1,
585:13, 604:5,
616:15, 631:5,
633:13, 636:21,
636:23, 637:1,
637:3, 649:9,
661:20, 673:15,
673:18, 681:6,
681:10, 688:10,
695:17, 711:8,
711:11, 713:6,
714:12
**showed** [13] - 586:23,
606:15, 636:9,
674:3, 676:4, 681:1,
695:9, 696:11,
727:13, 735:23,
738:7, 742:17, 752:9
**showing** [11] - 562:2,
585:13, 647:3,
661:11, 661:14,
663:6, 738:15,

742:17, 742:20,
742:22, 742:24
**shown** [5] - 604:8,
673:20, 725:23,
765:12, 775:18
**shows** [11] - 567:14,
567:18, 636:25,
674:6, 689:10,
693:25, 718:15,
728:5, 739:13,
739:15, 790:23
**Shred** [4] - 589:2,
589:13, 594:8, 609:1
**side** [8] - 558:8,
560:22, 590:20,
630:8, 696:20,
723:16, 723:18,
792:7
**side's** [1] - 568:22
**side-bar** [2] - 723:16,
723:18
**sides** [3] - 565:7,
715:18
**sight** [1] - 715:22
**sigma** [4] - 674:20,
674:21, 674:25,
675:2
**sign** [1] - 677:15
**significance** [2] -
661:16, 694:19
**significant** [3] - 579:4,
756:21, 792:10
**silent** [1] - 569:1
**similar** [7] - 604:13,
612:11, 663:1,
669:1, 669:18,
685:21, 685:22
**similarities** [2] -
669:6, 669:7
**similarity** [2] - 656:23,
657:1
**simple** [8] - 659:22,
668:25, 669:8,
681:21, 728:1,
772:11, 773:11,
786:8
**simpler** [2] - 664:8,
715:21
**simplest** [1] - 771:22
**simplification** [5] -
563:9, 563:13,
563:14, 563:17,
564:14
**simplified** [1] - 562:24
**simply** [6] - 665:6,
724:9, 746:1,
748:25, 775:11
**single** [8] - 636:10,
687:18, 704:17,
714:2, 714:5, 714:7,

733:8, 735:9
**sister** [1] - 605:20
**sister-in-laws** [1] -
605:20
**sit** [8] - 661:4, 662:22,
686:2, 702:11,
718:17, 749:23,
750:17
**site** [1] - 628:15
**sitting** [9] - 660:15,
660:16, 663:3,
664:1, 666:8,
670:16, 708:2,
708:19
**situation** [1] - 768:22
**six** [2] - 685:19,
687:14
**size** [12] - 620:20,
620:22, 620:23,
627:1, 634:23,
634:25, 635:21,
635:25, 659:2,
714:15, 717:5,
722:20
**sizing** [2] - 753:5,
753:6
**skater** [1] - 677:7
**skating** [1] - 677:8
**sketch** [1] - 655:12
**skiing** [1] - 682:18
**skill** [11] - 606:2,
613:22, 614:6,
614:12, 620:21,
644:9, 644:16,
646:23, 669:19,
669:23, 684:17
**skilled** [1] - 748:23
**skimmed** [3] - 735:6,
735:8, 735:12
**skip** [1] - 777:4
**skipped** [1] - 735:4
**skis** [1] - 600:2
**slide** [52] - 559:20,
560:1, 560:8,
560:14, 562:4,
564:8, 564:16,
564:20, 623:14,
623:15, 625:12,
625:22, 633:8,
634:7, 637:8, 654:4,
655:2, 655:13,
656:20, 659:15,
659:17, 659:19,
660:8, 660:19,
661:20, 663:5,
664:5, 664:8,
664:21, 665:25,
668:24, 674:9,
675:17, 678:6,
687:20, 688:6,

689:5, 691:25,
692:9, 692:25,
693:12, 696:5,
698:11, 704:22,
707:11, 710:13,
711:9, 712:6,
720:17, 720:24,
766:17, 775:18
**Slide** [13] - 561:18,
561:21, 564:17,
630:17, 630:22,
632:13, 636:4,
647:20, 679:8,
702:18, 712:14,
716:5
**slides** [7] - 560:10,
564:19, 654:1,
657:8, 666:7, 696:8,
767:3
**slight** [1] - 615:11
**slightly** [1] - 681:9
**slow** [12] - 571:4,
591:17, 592:24,
600:10, 603:1,
603:2, 603:3, 662:8,
666:17, 669:2,
669:13, 678:15
**slower** [2] - 670:4,
736:15
**slowly** [5] - 653:23,
668:17, 683:23
**small** [14] - 559:4,
590:12, 603:12,
663:13, 663:20,
665:5, 666:10,
675:19, 675:22,
714:16, 748:18,
748:20, 749:3
**smaller** [4] - 614:6,
614:11, 655:6,
779:20
**Smith** [1] - 596:8
**smooth** [4] - 612:23,
614:10, 616:3,
683:23
**so-called** [1] - 683:6
**so..** [6] - 583:11,
591:21, 616:25,
618:16, 680:20,
777:14
**soaking** [1] - 607:12
**Society** [1] - 761:1
**Society's** [1] - 761:7
**software** [1] - 579:14
**sold** [12] - 578:14,
581:23, 581:25,
582:3, 582:12,
582:19, 583:3,
583:5, 585:17,
594:3, 785:11,

785:17
**solid** [1] - 765:12
**solution** [1] - 776:4
**someone** [21] -
599:22, 606:5,
611:14, 611:19,
611:23, 611:24,
618:12, 639:18,
646:12, 646:17,
647:15, 654:23,
669:20, 670:3,
682:17, 686:2,
686:22, 709:17,
716:8, 718:17,
748:24
**sometimes** [5] -
581:15, 596:10,
656:11, 672:4, 713:6
**somewhat** [1] - 607:2
**somewhere** [2] -
709:9, 738:2
**sorry** [36] - 560:14,
560:17, 565:3,
571:5, 576:21,
580:2, 580:10,
591:19, 592:25,
620:4, 626:3,
628:10, 629:15,
630:24, 631:13,
631:16, 641:4,
647:12, 647:13,
657:25, 671:9,
674:14, 679:18,
689:24, 706:1,
707:14, 708:17,
712:2, 727:20,
732:18, 736:12,
736:13, 746:18,
746:24, 759:16,
793:21
**sort** [21] - 562:15,
562:18, 564:2,
610:8, 641:9,
644:15, 645:19,
743:21, 769:19,
769:20, 774:12,
775:16, 776:11,
777:2, 778:1,
779:14, 779:17,
779:22, 781:22,
783:16, 786:8
**sorts** [2] - 650:24,
776:3
**sound** [1] - 693:22
**sounded** [1] - 792:3
**sounds** [1] - 759:3
**South** [6] - 588:22,
590:1, 591:4,
591:14, 599:13,
600:12

**Southern** [1] - 600:12
**span** [3] - 712:21, 713:20, 713:21
**span-wise** [3] - 712:21, 713:20, 713:21
**speaking** [3] - 579:3, 612:7, 633:15
**special** [3] - 659:11, 675:14, 752:18
**specialize** [1] - 650:12
**specific** [19] - 567:21, 645:20, 648:16, 654:8, 687:19, 695:16, 710:1, 712:2, 714:8, 715:12, 731:16, 733:5, 733:8, 743:18, 743:19, 745:25, 748:6, 749:9, 750:23
**specifically** [15] - 568:7, 613:17, 615:7, 636:20, 636:21, 640:8, 640:17, 641:10, 652:23, 652:25, 653:17, 654:6, 665:4, 667:23, 751:3
**specify** [1] - 710:23
**spectrum** [1] - 778:17
**sped** [1] - 756:21
**Speed** [1] - 562:16
**speed** [39] - 606:23, 606:24, 614:15, 620:19, 658:20, 658:22, 659:21, 659:23, 659:25, 660:1, 660:3, 663:7, 664:11, 664:16, 666:4, 666:13, 669:17, 670:11, 672:23, 673:21, 678:24, 684:18, 694:22, 708:1, 708:8, 711:2, 711:5, 711:21, 712:12, 729:25, 738:18, 739:1, 739:6, 739:17, 739:19, 743:4, 743:9, 743:15
**speeds** [7] - 653:8, 663:4, 663:21, 668:3, 670:4, 739:16, 742:22
**spell** [6] - 573:19, 574:4, 588:9, 622:5, 649:23, 760:5
**spells** [1] - 743:5
**spend** [7] - 619:15,

637:17, 651:4, 654:25, 656:6, 717:3
**spending** [2] - 619:13, 619:14
**spent** [3] - 681:2, 744:21, 744:23
**sphere** [2] - 682:7, 682:15
**spice** [1] - 611:25
**spoken** [3] - 587:2, 637:18, 734:15
**sport** [8] - 589:6, 596:10, 607:3, 610:23, 611:22, 612:2, 783:3
**sports** [18] - 577:13, 585:10, 589:7, 589:17, 589:18, 590:15, 599:22, 600:3, 600:9, 601:4, 601:7, 601:8, 601:10, 603:5, 605:18, 609:3, 611:21, 775:25
**Sports** [7] - 589:5, 589:8, 589:10, 590:6, 590:16, 591:13, 601:11
**spot** [3] - 746:7, 757:6, 757:19
**Spring** [1] - 584:7
**spring** [1] - 786:20
**sprinted** [1] - 756:17
**squared** [3] - 659:4, 662:3, 694:9
**St** [2] - 624:19, 624:20
**stabile** [1] - 674:6
**stability** [143] - 568:22, 613:16, 614:14, 620:13, 620:16, 620:22, 621:2, 621:6, 621:8, 621:9, 651:9, 651:20, 652:4, 653:11, 656:22, 661:24, 661:25, 664:3, 664:22, 665:1, 665:4, 665:7, 665:10, 665:13, 665:15, 665:16, 665:17, 665:18, 665:21, 666:3, 669:22, 670:12, 672:12, 672:16, 672:25, 673:12, 673:14, 673:15, 673:17, 673:24, 674:2, 676:1, 678:5, 684:15, 684:19, 684:22, 688:16,

689:22, 692:16, 692:17, 692:20, 693:5, 693:7, 693:15, 693:23, 694:16, 694:20, 694:22, 695:17, 695:23, 696:25, 698:13, 698:14, 698:24, 699:1, 699:10, 699:17, 699:20, 700:10, 702:25, 703:1, 703:9, 703:24, 706:6, 706:7, 706:11, 707:18, 707:19, 708:1, 708:8, 708:25, 709:8, 709:15, 710:4, 710:5, 712:19, 717:14, 719:6, 719:7, 721:4, 721:8, 721:9, 726:5, 726:12, 732:21, 733:2, 733:4, 735:24, 736:1, 736:18, 736:20, 737:16, 738:6, 738:8, 738:9, 738:15, 739:1, 739:14, 739:16, 740:4, 742:9, 742:14, 742:18, 742:21, 743:3, 743:4, 743:13, 744:3, 745:17, 745:19, 745:20, 746:9, 746:11, 746:16, 746:20, 749:15, 749:16, 751:7, 751:9, 751:13, 751:16, 751:17, 753:16, 754:4, 755:10, 790:24, 790:25, 791:5, 791:9, 791:11, 791:24
**stabilize** [4] - 564:22, 566:3, 669:2, 675:15
**stabilized** [1] - 682:11
**stabilizer** [1] - 620:23
**stabilizing** [1] - 681:25
**stable** [95] - 612:21, 612:23, 612:24, 613:4, 613:8, 613:12, 613:25, 614:10, 621:16, 621:17, 657:7, 662:18, 663:11, 663:18, 667:9,

669:4, 669:12, 669:13, 670:17, 674:5, 674:21, 674:22, 674:23, 675:13, 676:5, 677:18, 678:1, 681:5, 681:9, 681:11, 683:7, 690:4, 692:21, 693:3, 694:5, 694:11, 695:3, 695:4, 695:9, 703:5, 703:15, 704:13, 706:8, 706:10, 708:8, 708:24, 716:9, 717:12, 720:21, 721:1, 721:2, 721:5, 724:1, 724:6, 725:15, 725:20, 725:24, 726:2, 726:3, 726:8, 726:14, 727:3, 727:12, 728:6, 730:15, 730:21, 731:3, 731:6, 731:14, 732:5, 732:6, 732:7, 732:8, 732:25, 733:5, 736:15, 736:24, 737:2, 737:13, 739:17, 743:24, 745:24, 746:3, 747:2, 747:4, 750:16, 750:18, 751:23, 752:20, 753:11, 753:22, 754:1
**stably** [1] - 651:22
**stage** [2] - 605:17, 606:8
**stand** [6] - 565:5, 601:5, 611:19, 622:4, 754:7, 757:15
**stand-up** [1] - 601:5
**standard** [11] - 672:15, 673:18, 673:20, 695:22, 712:1, 744:12, 744:18, 745:12, 751:25, 753:17, 761:8
**standing** [4] - 669:4, 669:21, 670:4, 682:14
**start** [17] - 591:7, 591:12, 600:15, 605:13, 608:2, 624:6, 636:15, 636:17, 638:13, 664:13, 698:3,

723:24, 753:24, 754:2, 788:20, 788:22, 790:1
**started** [24] - 575:1, 583:16, 583:20, 584:18, 584:24, 590:6, 590:9, 591:24, 592:6, 594:4, 597:4, 597:6, 603:15, 608:8, 623:20, 624:2, 624:4, 638:15, 650:13, 665:4, 676:21, 715:13, 715:24, 755:3
**starting** [3] - 592:4, 625:14, 642:16
**starts** [3] - 559:12, 683:24, 686:19
**State** [1] - 653:13
**state** [7] - 573:19, 574:4, 574:20, 622:5, 649:23, 721:18, 760:5
**statement** [17] - 564:23, 566:22, 569:7, 569:19, 569:21, 571:23, 584:1, 585:2, 599:22, 616:22, 681:21, 684:5, 684:14, 684:23, 703:2, 727:8
**statements** [1] - 683:16
**STATES** [1] - 554:1
**States** [20] - 578:5, 579:24, 580:7, 581:2, 581:14, 581:23, 581:25, 582:3, 585:13, 594:1, 608:17, 608:20, 623:22, 637:5, 648:9, 655:22, 764:1, 775:24, 779:1, 786:20
**states** [2] - 588:9, 634:13
**static** [36] - 661:24, 661:25, 665:4, 665:10, 665:16, 665:17, 665:21, 671:17, 672:25, 673:8, 673:15, 673:17, 699:17, 703:13, 706:10, 712:19, 732:20, 738:6, 738:7, 738:9, 739:14, 739:15,

742:9, 742:14, 742:18, 742:21, 743:2, 743:4, 743:6, 790:24, 791:5, 791:9, 791:11, 791:24
**statically** [2] - 663:18, 730:14
**stating** [1] - 632:11
**status** [1] - 767:11
**stay** [4] - 660:20, 666:24, 678:6, 782:10
**staying** [1] - 709:8
**stays** [1] - 667:8
**Stec** [20] - 764:13, 765:23, 766:13, 767:13, 772:3, 772:5, 772:22, 773:17, 776:25, 777:10, 778:11, 780:10, 782:1, 782:13, 784:11, 785:22, 786:16, 787:2, 794:10, 795:1
**Stec's** [16] - 762:11, 764:7, 766:5, 767:10, 768:6, 768:8, 772:17, 781:15, 781:24, 782:21, 784:22, 786:3, 786:7, 786:12, 787:10
**steer** [1] - 612:16
**steering** [6] - 602:5, 765:17, 775:15, 775:18, 783:1, 783:15
**stenographic** [2] - 723:19, 797:2
**step** [15] - 562:15, 607:1, 621:21, 628:17, 649:18, 707:19, 707:21, 710:10, 719:25, 755:23, 789:23
**step-by-step** [2] - 607:1, 719:25
**Stephen** [1] - 681:24
**steps** [2] - 607:5, 646:22
**stick** [1] - 716:1
**still** [14] - 557:18, 572:12, 572:25, 592:24, 593:25, 599:17, 603:2, 612:3, 619:22, 669:23, 703:24, 714:3, 740:17, 789:6
**Stoke** [1] - 596:8

**stop** [2] - 593:8, 615:14
**stopped** [3] - 589:25, 702:23, 780:25
**storage** [2] - 594:17, 596:1
**stores** [3] - 589:11, 594:20, 594:24
**straight** [1] - 703:10
**straining** [1] - 576:25
**strap** [1] - 748:9
**strategists** [1] - 761:14
**Strategy** [1] - 761:13
**streamlined** [1] - 719:4
**Street** [1] - 554:11
**strength** [1] - 602:18
**stretch** [1] - 789:13
**strike** [1] - 564:10
**strikes** [1] - 660:13
**string** [1] - 681:23
**struck** [1] - 677:4
**strut** [9] - 689:11, 705:11, 713:9, 713:10, 718:21, 747:6, 747:8, 747:22, 755:14
**stubborn** [1] - 680:10
**student** [4] - 686:13, 706:25, 736:23, 737:14
**students** [31] - 568:10, 603:7, 652:8, 685:14, 685:18, 685:25, 686:5, 686:22, 686:23, 688:3, 688:12, 688:25, 692:23, 693:25, 696:10, 697:6, 699:21, 703:5, 703:14, 706:20, 706:21, 707:14, 707:15, 712:7, 737:12, 740:9, 740:10, 741:13, 754:7, 754:20
**studied** [1] - 744:25
**studying** [5] - 698:21, 744:21, 744:23, 745:5, 745:8
**stuff** [1] - 581:19
**styled** [1] - 795:10
**sub** [1] - 632:8
**sub-attachment** [1] - 632:8
**subject** [3] - 559:24, 560:22, 560:25
**sublicensing** [2] -

769:8, 770:12
**submarine** [1] - 651:25
**submarines** [1] - 651:7
**submitted** [8] - 556:21, 557:22, 568:5, 724:13, 724:18, 735:3, 754:21
**subpoena** [1] - 627:6
**subsequent** [1] - 702:24
**subsequently** [1] - 766:20
**subsidiary** [1] - 591:11
**substantial** [3] - 618:11, 768:1, 775:25
**substantially** [4] - 772:8, 785:5, 786:14, 786:23
**suburban** [1] - 623:18
**success** [1] - 634:20
**successful** [6] - 633:20, 633:23, 634:19, 637:1, 637:22, 782:8
**successfully** [2] - 636:9, 649:2
**sufficient** [4] - 672:17, 673:15, 791:11, 793:24
**suggest** [1] - 572:12
**suit** [7] - 706:14, 762:24, 763:2, 767:12, 769:3, 774:18, 777:8
**summarize** [4] - 637:10, 674:13, 776:8, 784:24
**summarizes** [1] - 559:21
**summary** [11] - 559:24, 567:17, 582:7, 582:11, 586:23, 654:14, 701:5, 701:14, 701:15, 781:8, 782:13
**summer** [2] - 593:5, 786:21
**supply** [2] - 576:4, 576:10
**Support** [1] - 562:17
**supports** [2] - 629:23, 772:24
**supposedly** [1] - 679:22

**surf** [1] - 593:20
**surface** [7] - 653:1, 672:12, 683:1, 683:10, 683:12, 684:6, 719:1
**surfboard** [2] - 748:12, 775:22
**surfboards** [1] - 601:13
**surfer** [1] - 606:3
**surfing** [5] - 577:14, 601:5, 602:3, 612:11, 749:5
**surprised** [1] - 670:15
**surrounding** [1] - 768:1
**surveys** [1] - 580:8
**sustained** [1] - 741:12
**swear** [6] - 572:21, 573:11, 573:14, 573:15, 573:18, 574:2
**swearing** [1] - 572:20
**Sweden** [4] - 603:7, 603:18, 648:13, 685:18
**Swedish** [16] - 626:9, 629:20, 629:21, 642:10, 644:4, 645:3, 645:7, 645:8, 646:3, 646:15, 646:19, 649:5, 690:24, 691:6
**sweep** [1] - 714:19
**swim** [3] - 615:22, 615:25
**swimmers** [1] - 616:9
**swimming** [1] - 722:13
**swims** [1] - 652:7
**switch** [1] - 684:24
**switching** [1] - 771:6
**sworn** [8] - 573:24, 574:9, 588:14, 622:10, 623:21, 623:22, 650:3, 760:10
**system** [15] - 587:6, 587:10, 587:18, 674:21, 675:12, 681:22, 682:21, 689:11, 705:14, 710:19, 720:4, 721:12, 721:14, 736:15
**systems** [6] - 652:23, 653:18, 674:24, 675:15, 685:19, 776:3

**T**

**T-R-I-A-N-T-A-F-Y-L-L-O-U** [1] - 650:1
**table** [1] - 783:11
**tactics** [1] - 773:24
**tail** [1] - 703:9
**tailoring** [2] - 712:21, 713:20
**takeaway** [1] - 659:17
**Takuma** [9] - 598:16, 599:5, 599:9, 599:10, 599:11, 599:14, 599:16, 609:13
**talks** [3] - 711:24, 715:3, 740:6
**tank** [1] - 695:14
**tapering** [1] - 600:15
**target** [2] - 599:19, 773:12
**targeting** [1] - 773:10
**task** [1] - 648:20
**Task** [1] - 623:23
**tasked** [1] - 688:25
**tasks** [1] - 654:8
**taught** [3] - 601:6, 607:4, 716:11
**TAYLOR** [1] - 554:17
**teach** [9] - 605:6, 605:11, 624:20, 651:15, 651:21, 653:10, 653:12, 707:8, 717:13
**teaches** [9] - 568:22, 685:18, 694:12, 706:8, 706:9, 709:17, 716:8, 726:4
**teaching** [7] - 607:6, 624:16, 651:5, 651:8, 651:16, 685:16, 717:19
**team** [4] - 568:4, 585:6, 694:15, 753:3
**teams** [2] - 579:13, 579:18
**tear** [1] - 686:15
**Tech** [3] - 616:17, 616:25, 617:7
**Technical** [1] - 650:15
**technical** [6] - 570:8, 653:14, 657:4, 666:6, 671:18, 762:25
**technologies** [1] - 782:19
**technology** [8] - 622:23, 624:22, 655:1, 656:17, 670:6, 688:15,

721:18, 722:9
**Technology** [1] - 575:22
**TECHNOLOGY** [1] - 554:7
**ten** [4] - 653:12, 679:4, 681:3, 683:4
**tend** [3] - 600:7, 665:5, 786:20
**term** [16] - 638:15, 644:9, 644:10, 645:24, 646:2, 646:11, 646:12, 646:16, 646:18, 662:19, 662:24, 663:3, 663:12, 664:23, 685:1, 781:4
**terminate** [3] - 588:2, 771:14, 781:3
**termination** [1] - 771:13
**terms** [24] - 594:11, 594:14, 599:24, 628:20, 629:19, 645:2, 645:9, 645:20, 648:16, 649:6, 655:18, 666:6, 683:3, 686:9, 698:14, 727:22, 753:18, 766:24, 766:25, 769:1, 770:7, 771:3, 771:20, 782:18
**test** [14] - 651:12, 699:6, 699:9, 699:13, 699:17, 700:3, 700:10, 708:13, 739:9, 740:25, 742:9, 747:5, 747:6, 755:6
**tested** [2] - 653:17, 656:5
**testified** [17] - 569:20, 574:9, 582:22, 588:15, 613:11, 622:10, 643:8, 650:4, 716:18, 727:2, 734:24, 750:14, 760:10, 765:23, 773:17, 773:23, 791:13
**testify** [3] - 574:19, 574:25, 684:8
**testifying** [11] - 559:12, 573:11, 573:13, 574:16, 582:18, 612:25, 613:3, 617:19, 617:24, 670:24, 684:10

**testimony** [28] - 571:18, 571:21, 573:12, 586:5, 586:12, 599:5, 638:15, 639:23, 640:20, 641:7, 641:8, 645:6, 654:24, 725:13, 751:18, 758:20, 763:8, 766:5, 773:25, 775:6, 781:13, 783:21, 783:22, 785:15, 788:17, 789:6, 793:19, 795:2
**testing** [6] - 586:11, 572:12, 697:20, 700:6, 738:25, 753:8
**tests** [9] - 695:14, 739:2, 739:3, 739:7, 739:11, 742:6, 742:16, 742:20, 742:22
**tether** [1] - 775:21
**Tetris** [1] - 597:9
**Texas** [1] - 600:12
**text** [2] - 631:24, 737:25
**textbook** [1] - 751:25
**textbooks** [1] - 696:2
**THE** [178] - 554:1, 554:2, 554:15, 555:12, 555:19, 555:21, 555:23, 556:3, 556:5, 556:24, 558:3, 558:25, 559:10, 560:3, 560:5, 560:7, 560:13, 560:16, 560:18, 560:20, 561:4, 561:11, 561:20, 562:4, 562:11, 562:21, 563:1, 563:21, 564:5, 564:18, 564:24, 565:3, 565:15, 565:21, 565:24, 566:6, 566:14, 566:17, 566:24, 567:3, 567:10, 567:20, 568:2, 569:5, 569:11, 569:16, 569:21, 569:24, 570:7, 570:12, 570:14, 570:17, 570:25, 571:5, 572:2, 572:5, 572:7, 572:17, 572:23, 573:2, 573:5,

573:10, 573:21, 574:1, 574:6, 576:21, 577:4, 577:8, 579:9, 579:10, 580:10, 580:11, 582:1, 582:2, 583:10, 583:25, 584:5, 584:6, 587:21, 587:24, 588:4, 588:5, 588:8, 588:11, 591:19, 607:20, 621:10, 621:22, 621:24, 622:2, 622:5, 622:7, 622:14, 622:15, 633:3, 635:1, 635:5, 635:7, 635:9, 635:13, 635:15, 649:17, 649:19, 649:22, 649:25, 652:12, 652:15, 657:15, 657:19, 657:20, 657:23, 657:25, 658:1, 658:3, 658:4, 658:6, 658:10, 658:14, 675:18, 689:24, 690:1, 690:2, 690:22, 700:13, 700:22, 701:2, 701:12, 701:19, 702:3, 702:8, 702:12, 707:12, 712:7, 723:15, 740:14, 751:21, 755:22, 755:24, 755:25, 756:3, 756:6, 756:14, 756:18, 757:7, 757:16, 757:20, 758:1, 758:6, 758:12, 759:4, 759:8, 759:10, 759:13, 759:24, 760:7, 760:13, 767:3, 767:6, 788:1, 789:17, 789:21, 789:22, 790:18, 791:4, 791:14, 791:17, 791:21, 792:23, 793:6, 793:10, 793:13, 794:4, 794:16, 794:24, 796:8, 796:14, 796:17, 796:20
**themselves** [4] - 653:7, 697:9, 704:20, 792:3
**theories** [1] - 791:1

**theory** [3] - 652:3, 677:21, 698:16
**thereby** [1] - 785:4
**therefore** [1] - 718:20
**THEUERKAUF** [37] - 554:20, 557:2, 557:15, 558:9, 559:8, 560:4, 560:6, 560:9, 561:2, 561:7, 561:23, 562:10, 562:15, 563:16, 563:24, 635:19, 701:17, 701:20, 723:21, 732:1, 732:3, 732:10, 736:7, 736:9, 740:13, 740:15, 740:16, 740:19, 740:21, 741:15, 741:17, 751:1, 759:2, 759:16, 759:19, 759:22, 796:3
**Theuerkauf** [10] - 557:1, 561:22, 563:15, 564:25, 723:16, 723:23, 752:9, 752:25, 753:4, 754:11
**they've** [4] - 700:3, 707:16, 719:14, 777:25
**thin** [1] - 793:15
**thinking** [4] - 591:5, 764:2, 772:11, 778:15
**third** [7] - 576:4, 578:12, 628:17, 764:20, 766:9, 768:5, 786:5
**Thomas** [1] - 624:19
**thorough** [2] - 717:9, 773:1
**thousand** [2] - 640:3, 761:14
**thread** [1] - 570:7
**threatened** [1] - 774:7
**threats** [1] - 774:4
**three** [21] - 595:18, 629:9, 630:8, 636:11, 641:6, 653:3, 679:18, 680:3, 680:4, 727:19, 734:12, 739:9, 739:11, 765:12, 765:22, 766:6, 766:18, 771:13, 771:14, 776:11, 781:3
**three-and-a-half** [1] -

629:9
**three-year** [1] - 771:13
**throughout** [5] - 600:6, 607:4, 715:25, 783:22
**tilt** [2] - 662:10, 703:12
**tilted** [1] - 660:1
**tilting** [1] - 658:18
**timeline** [1] - 792:10
**timing** [1] - 766:13
**tiny** [2] - 670:3, 677:19
**tip** [1] - 682:22
**tips** [1] - 607:5
**today** [36] - 556:16, 578:18, 583:17, 583:18, 621:17, 637:18, 653:6, 653:8, 653:15, 654:1, 660:12, 688:4, 697:23, 716:11, 716:14, 716:15, 716:19, 716:22, 719:13, 721:21, 722:9, 722:16, 725:13, 725:19, 727:14, 740:1, 744:2, 744:10, 750:3, 750:14, 756:21, 756:23, 756:25, 757:4, 757:15, 783:3
**together** [11] - 579:18, 664:7, 665:17, 672:8, 677:5, 677:11, 686:23, 737:9, 784:1, 784:6
**tomorrow** [15] - 556:16, 757:9, 757:23, 758:8, 758:9, 758:19, 758:25, 788:4, 788:11, 788:17, 788:20, 788:23, 789:12, 789:20, 796:10
**tomorrow's** [1] - 688:2
**took** [10] - 557:17, 633:18, 652:2, 653:22, 655:6, 735:3, 755:5, 770:19, 772:13, 792:20
**tools** [1] - 723:2
**top** [19] - 561:23, 568:16, 595:14, 642:15, 642:19, 642:20, 642:22, 643:1, 660:12, 663:3, 664:1, 678:18, 688:23,

707:23, 713:2, 716:17, 717:3, 755:4
**topic** [3] - 581:21, 684:25, 790:2
**topics** [1] - 793:25
**tossed** [1] - 795:21
**total** [4] - 583:3, 770:20, 787:21
**totally** [3] - 569:1, 581:24, 582:3
**touched** [1] - 774:15
**tourism** [1] - 586:9
**tow** [10] - 699:14, 700:7, 718:22, 742:6, 742:16, 742:20, 747:5, 747:6, 749:10, 755:14
**towards** [2] - 707:24, 710:10
**towed** [1] - 592:1
**towing** [9] - 695:14, 699:6, 699:9, 699:12, 699:25, 718:25, 719:23, 739:8, 742:10
**toy** [2] - 605:10, 718:17
**toys** [1] - 688:2
**track** [2] - 633:15, 633:17
**Transcript** [1] - 566:4
**transcript** [3] - 565:5, 571:8, 797:2
**transcription** [1] - 586:1
**transcripts** [3] - 565:7, 565:18, 566:8
**transferred** [1] - 634:24
**translated** [2] - 573:24, 584:1
**translating** [1] - 573:16
**translation** [35] - 556:14, 556:15, 556:18, 556:19, 557:3, 557:6, 557:9, 557:24, 558:4, 558:5, 558:6, 558:12, 559:6, 559:7, 559:11, 559:13, 559:17, 559:18, 586:15, 586:17, 586:20, 691:6, 691:10, 691:12, 691:13, 691:14, 735:15, 735:17, 735:20, 741:18, 795:22,

795:24
**translations** [1] - 649:6
**translator** [2] - 571:4, 584:1
**transport** [4] - 594:17, 595:5, 595:24, 596:21
**travel** [2] - 592:11, 667:9
**treat** [1] - 573:12
**tremendous** [1] - 722:9
**trends** [4] - 577:20, 577:21, 785:24, 786:8
**Trial** [3] - 554:4, 554:13, 566:4
**trial** [4] - 566:7, 566:8, 584:11, 795:11
**trials** [1] - 703:4
**triangular** [3] - 713:14, 714:18, 716:15
**Triantafyllou** [24] - 556:12, 556:16, 556:21, 557:2, 557:5, 559:12, 559:21, 559:22, 564:7, 649:21, 649:25, 650:10, 652:10, 702:11, 721:6, 775:15, 782:25, 783:13, 783:23, 788:9, 791:13, 791:14, 795:17, 796:5
**TRIANTAFYLLOU** [1] - 650:2
**Triantafyllou's** [1] - 557:9
**tried** [9] - 616:12, 674:4, 703:11, 703:22, 704:1, 709:14, 715:21, 740:8, 779:5
**Triozzi** [1] - 797:4
**true** [16] - 586:12, 587:3, 646:21, 662:5, 663:20, 674:25, 677:10, 678:1, 681:22, 737:11, 744:1, 746:1, 767:7, 768:20, 786:10, 797:1
**trust** [1] - 570:19
**try** [37] - 557:25, 570:2, 570:4, 570:20, 589:22,

589:23, 592:24, 593:15, 595:15, 596:13, 596:20, 596:22, 598:2, 598:4, 600:4, 600:25, 603:2, 605:8, 605:10, 606:16, 611:1, 633:21, 648:18, 658:8, 664:13, 670:8, 672:24, 697:7, 697:8, 698:2, 698:15, 699:15, 704:19, 753:23, 796:20
**trying** [16] - 564:11, 570:9, 591:7, 593:8, 598:24, 598:25, 605:17, 606:9, 606:25, 662:15, 702:25, 703:14, 722:3, 726:6, 730:2, 756:16
**turbulence** [5] - 683:21, 683:22, 683:24, 684:1, 684:4
**turn** [15] - 568:6, 602:7, 611:7, 611:14, 612:13, 631:20, 645:15, 665:25, 689:5, 692:16, 693:12, 706:16, 721:2, 751:10
**turned** [2] - 644:22, 646:13
**turning** [4] - 610:12, 646:1, 653:23, 784:22
**turns** [2] - 653:24, 674:23
**turtle** [1] - 722:13
**Twain** [1] - 680:10
**twice** [3] - 659:6, 678:13, 766:20
**twist** [5] - 712:21, 713:20, 713:21, 714:5, 714:8
**two** [48] - 557:4, 585:21, 586:5, 586:22, 587:9, 590:21, 616:14, 618:8, 626:14, 631:4, 642:21, 643:12, 651:8, 654:20, 658:15, 658:21, 660:11, 660:21, 661:9, 661:18, 674:20, 676:8, 689:20,

694:2, 694:4, 694:5, 710:9, 712:25, 713:10, 713:14, 715:17, 717:3, 718:21, 720:5, 725:16, 727:18, 727:22, 748:2, 753:19, 758:13, 765:9, 769:17, 774:23, 775:5, 777:9, 785:24, 788:13, 791:6
**two-and-a-half** [1] - 590:21
**type** [5] - 611:11, 632:24, 694:14, 717:10, 754:22
**types** [2] - 609:12, 711:15
**typical** [1] - 605:24
**typically** [6] - 596:23, 599:23, 612:10, 616:13, 775:9

**U**

**U.S** [8] - 575:5, 583:23, 591:10, 598:25, 599:3, 599:5, 771:18, 797:5
**U.S.A** [2] - 609:1, 617:8
**U.S.D.C.J** [1] - 554:15
**U2** [10] - 662:3, 663:14, 694:10, 727:22, 728:5, 728:6, 729:23, 730:19, 731:21, 733:10
**u2** [4] - 659:3, 662:8, 662:11, 664:14
**ultimate** [1] - 598:9
**umbrella** [1] - 599:21
**uncertainty** [1] - 768:1
**Uncle** [1] - 624:4
**uncle** [1] - 605:9
**uncontrollability** [1] - 683:13
**under** [27] - 573:24, 574:9, 588:14, 596:21, 616:1, 616:2, 616:8, 616:10, 622:10, 634:15, 650:3, 751:21, 752:15, 760:10, 770:10, 770:12, 770:15, 770:17, 773:14, 777:14, 779:5, 780:24, 781:1,

789:8, 790:3, 790:9, 790:22
**undergraduate** [2] - 623:11, 707:14
**underlined** [2] - 564:21, 707:17
**underneath** [1] - 676:25
**understood** [5] - 585:20, 586:12, 693:25, 694:15, 746:19
**underwater** [2] - 653:2, 653:20
**undisputed** [4] - 705:6, 705:20, 720:1, 720:5
**unfortunate** [1] - 697:12
**unfortunately** [2] - 595:23, 615:3
**unicycle** [2] - 741:22, 742:1
**unimaginable** [2] - 653:8, 656:2
**uninformed** [2] - 727:5, 727:10
**unique** [16] - 636:24, 636:25, 637:3, 637:4, 640:24, 641:1, 641:5, 641:11, 641:14, 641:22, 643:18, 643:20, 648:5, 648:9, 649:2, 662:24
**unit** [11] - 582:8, 764:17, 772:7, 772:10, 772:18, 772:25, 773:10, 773:11, 784:12, 785:4, 795:9
**UNITED** [1] - 554:1
**United** [20] - 578:5, 579:23, 580:7, 581:2, 581:14, 581:23, 581:25, 582:3, 585:13, 594:1, 608:17, 608:20, 623:22, 637:5, 648:9, 655:22, 764:1, 775:24, 779:1, 786:20
**units** [14] - 571:13, 579:16, 581:25, 582:3, 582:11, 582:15, 582:21, 583:3, 785:11, 785:17, 785:22, 786:17, 786:18

**universal** [1] - 607:3
**universe** [1] - 789:7
**University** [6] -
623:13, 624:18,
624:20, 624:21,
650:15, 687:9
**unless** [2] - 728:8,
790:16
**unlike** [2] - 677:22,
742:13
**unpack** [1] - 672:24
**unstable** [40] - 566:23,
566:25, 569:2,
663:4, 663:11,
663:13, 664:18,
669:12, 674:4,
674:5, 674:22,
675:12, 676:3,
677:16, 677:18,
677:22, 678:1,
679:17, 679:18,
680:9, 680:13,
681:6, 681:9,
681:10, 708:9,
710:6, 717:18,
725:14, 725:20,
725:23, 725:24,
726:4, 726:7, 740:2,
740:6, 740:18,
741:10, 741:23,
742:3, 753:24
**unusual** [1] - 781:20
**up** [119] - 557:16,
558:12, 560:15,
565:4, 565:5, 567:6,
570:22, 571:21,
577:20, 583:4,
591:1, 594:15,
594:23, 599:11,
600:21, 600:25,
601:5, 601:21,
606:8, 606:9,
606:25, 611:25,
614:18, 617:2,
619:20, 629:12,
630:2, 631:6,
636:16, 639:12,
639:15, 642:6,
644:22, 645:15,
646:1, 646:13,
652:11, 653:7,
655:8, 655:11,
655:15, 655:19,
658:12, 658:17,
659:5, 659:8, 659:9,
659:21, 659:24,
661:1, 663:25,
664:2, 664:14,
664:16, 666:11,
666:14, 666:20,

666:25, 667:11,
669:21, 670:4,
670:15, 670:17,
672:5, 672:6, 672:7,
672:14, 674:7,
675:3, 676:10,
678:16, 688:18,
693:20, 698:2,
699:2, 702:15,
703:12, 707:18,
707:22, 708:2,
708:3, 710:9, 714:4,
715:24, 716:17,
718:2, 722:5,
724:11, 731:11,
731:22, 732:18,
736:7, 738:4,
739:17, 746:2,
750:8, 751:2,
751:18, 752:6,
752:15, 754:4,
756:15, 756:21,
770:20, 770:21,
772:1, 773:13,
774:13, 775:21,
776:10, 785:21,
788:22, 789:10,
790:2, 796:6
**up-to-date** [1] -
577:20
**upcoming** [1] - 775:19
**updating** [1] - 767:2
**upgrade** [1] - 587:11
**uploaded** [4] - 568:9,
568:11, 568:13,
568:19
**uploading** [2] -
568:12, 570:2
**upper** [1] - 703:2
**upset** [1] - 589:24
**upward** [1] - 661:11
**URL** [1] - 632:19
**USA** [1] - 554:7
**user** [4] - 633:17,
633:19, 634:13,
634:17
**users** [3] - 641:14,
649:3, 776:3
**users'** [1] - 580:23
**uses** [3] - 652:8,
653:20, 673:10
**utility** [1] - 782:17

## V

**V-shape** [1] - 698:19
**V-shaped** [2] - 703:12,
714:10
**vacation** [1] - 600:17
**vacuum** [1] - 704:9

**valid** [6] - 675:18,
762:16, 762:17,
762:21, 787:17,
787:18
**validity** [2] - 762:24,
763:1
**valuation** [3] - 760:22,
761:5, 761:7
**value** [4] - 627:1,
674:16, 676:14,
764:18
**values** [2] - 733:12,
791:6
**variables** [2] - 678:18,
678:19
**varied** [1] - 672:23
**variety** [7] - 714:25,
715:10, 763:5,
765:11, 770:9,
773:3, 773:4
**various** [12] - 557:25,
666:22, 697:19,
698:3, 705:5, 712:8,
713:23, 740:8,
763:8, 768:14,
784:17, 784:18
**vary** [1] - 773:6
**varying** [4] - 606:24,
673:21, 711:24,
768:3
**vehicle** [37] - 653:19,
653:20, 653:23,
654:21, 654:23,
678:14, 679:13,
686:1, 687:17,
690:17, 704:18,
705:25, 706:2,
706:8, 706:10,
707:25, 708:22,
708:24, 709:8,
717:18, 718:24,
719:2, 723:9,
731:16, 731:22,
731:23, 733:5,
733:6, 733:7, 733:8,
739:12, 742:23,
747:19, 753:8,
753:9, 754:1, 772:12
**vehicles** [8] - 650:25,
653:2, 653:22,
704:13, 719:20,
722:11, 722:23,
750:3
**velocity** [3] - 659:3,
662:3, 727:21
**ventilates** [1] - 683:12
**verify** [1] - 642:23
**versa** [2] - 791:7,
791:8
**version** [1] - 691:5

**versions** [2] - 702:24,
795:20
**versus** [3] - 558:10,
779:23, 785:23
**vertical** [2] - 630:8,
703:8
**via** [6] - 593:17,
595:16, 629:4,
629:25, 632:10
**vice** [2] - 791:7, 791:8
**video** [35] - 566:21,
568:9, 568:12,
568:14, 568:18,
569:13, 573:11,
604:6, 604:7, 604:9,
614:20, 614:24,
614:25, 615:1,
615:3, 615:10,
615:14, 621:15,
639:13, 639:21,
684:20, 684:22,
732:2, 732:9,
732:17, 732:20,
732:22, 732:24,
734:17, 739:13,
739:15, 743:17,
754:9, 754:11,
754:18
**videos** [11] - 568:7,
610:21, 615:5,
621:13, 672:4,
743:7, 743:8,
743:11, 743:13,
743:21, 750:8
**view** [6] - 654:18,
684:9, 704:18,
710:2, 718:10,
793:22
**viewed** [1] - 568:12
**viewing** [1] - 694:18
**virtually** [1] - 556:20
**visa** [1] - 575:4
**Visa** [4] - 575:9,
575:13, 575:14,
575:18
**viscosity** [5] - 683:3,
683:4, 684:1, 684:2,
684:5
**viscous** [4] - 683:5,
683:8, 698:23
**visitors** [3] - 636:24,
636:25, 637:3
**voltage** [1] - 711:25
**volume** [4] - 597:16,
597:17, 612:2,
652:18
**Volume** [1] - 554:4
**volume-based** [1] -
597:17

## W

**W-A-D-E** [1] - 588:12
**Wade** [20] - 579:20,
579:22, 580:6,
581:1, 581:17,
588:7, 588:11,
588:18, 588:21,
591:15, 607:25,
617:11, 620:11,
621:20, 701:20,
701:21, 702:1,
775:23, 783:14,
786:19
**WADE** [1] - 588:13
**Wade's** [1] - 581:14
**wait** [1] - 736:13
**walk** [6] - 562:19,
776:21, 777:5,
780:8, 781:12, 783:6
**walking** [2] - 562:1,
647:24
**wall** [1] - 639:20
**Wang** [2] - 574:6,
574:22
**WANG** [2] - 574:7,
574:8
**wants** [7] - 600:4,
605:8, 605:10,
659:8, 694:13,
720:11, 720:12
**war** [1] - 714:11
**warehouse** [3] -
581:14, 589:11,
596:7
**warehouses** [1] -
589:11
**Washington** [1] -
624:24
**watch** [6] - 605:16,
605:23, 614:22,
649:18, 743:21,
755:23
**watched** [1] - 743:8
**Water** [2] - 590:16,
601:11
**water** [46] - 577:13,
585:10, 589:6,
589:7, 589:16,
589:18, 590:15,
592:11, 599:22,
600:3, 600:5, 600:8,
601:4, 601:6, 601:8,
601:10, 603:5,
605:18, 605:19,
609:3, 615:6,
615:21, 616:2,
616:10, 655:8,
655:10, 655:17,
656:1, 656:16,

659:2, 664:16,
664:17, 682:4,
682:5, 682:16,
682:20, 682:25,
683:2, 683:4, 688:2,
704:8, 745:24,
746:2, 775:25, 783:2
**watercraft** [6] -
644:17, 653:17,
655:3, 656:7, 715:3,
734:10
**watercrafts** [1] -
646:24
**wave** [1] - 592:13
**waves** [7] - 592:1,
611:1, 657:9, 672:7,
748:16, 748:22,
749:5
**Waydoo** [130] -
575:22, 575:25,
576:6, 576:13,
578:5, 578:7,
578:13, 578:15,
578:17, 578:21,
580:1, 580:15,
581:23, 582:14,
583:5, 585:12,
585:13, 587:5,
587:7, 588:6,
588:23, 588:24,
589:1, 589:3, 589:9,
592:17, 593:3,
593:16, 593:23,
593:25, 594:3,
594:11, 594:13,
594:25, 595:14,
597:4, 597:12,
597:23, 599:20,
604:3, 604:10,
604:22, 605:2,
605:13, 608:16,
608:20, 608:25,
609:3, 609:6, 610:2,
610:5, 612:7,
612:18, 612:19,
612:21, 613:4,
613:8, 615:7, 615:9,
616:17, 616:22,
616:25, 617:6,
617:7, 617:8,
617:10, 617:16,
618:10, 619:4,
619:18, 625:4,
627:5, 671:5,
716:22, 723:25,
724:6, 724:8,
724:15, 724:19,
724:20, 725:1,
725:3, 725:14,
725:19, 725:23,

726:7, 726:14,
727:3, 731:9,
732:11, 732:13,
734:1, 750:3,
750:14, 764:21,
765:2, 765:17,
766:11, 772:10,
775:3, 775:13,
775:16, 776:5,
776:7, 777:22,
778:1, 778:8, 778:9,
778:20, 778:24,
779:8, 779:20,
780:2, 781:6,
781:13, 781:14,
781:17, 784:8,
785:7, 785:9,
785:11, 785:17,
785:22, 786:16,
787:21, 789:19
**WAYDOO** [2] - 554:7,
554:7
**Waydoo's** [18] - 578:1,
579:2, 581:2, 582:8,
587:2, 676:2,
735:19, 745:6,
762:12, 762:14,
763:25, 764:18,
765:18, 772:9,
775:24, 776:4,
781:25, 786:6
**Waydoos** [3] - 596:18,
618:9, 619:6
**waydoousa.com** [1] -
594:9
**ways** [2] - 703:13,
753:9, 761:10
**weather** [1] - 786:21
**web** [26] - 628:6,
628:8, 628:11,
632:8, 632:9,
633:11, 633:13,
633:15, 633:16,
633:18, 633:22,
633:24, 633:25,
634:3, 634:6,
634:11, 634:12,
636:6, 636:25,
640:8, 641:13,
647:3, 648:24
**website** [21] - 568:15,
568:17, 594:6,
594:8, 594:22,
599:11, 599:15,
616:18, 616:25,
617:6, 617:8,
617:10, 632:24,
636:9, 636:24,
640:9, 646:4, 646:8,
647:6, 793:1

**websites** [1] - 789:11
**Wednesday** [1] -
554:12
**week** [2] - 574:24,
575:16
**weeks** [2] - 636:12,
766:22
**weighs** [1] - 607:12
**Weight** [2] - 562:17
**weight** [36] - 607:13,
607:16, 610:12,
610:14, 612:9,
612:14, 620:20,
655:16, 662:19,
662:20, 669:25,
678:13, 690:3,
690:8, 690:9,
691:19, 691:22,
692:13, 692:15,
696:13, 705:22,
705:24, 706:4,
708:15, 708:16,
708:18, 708:20,
709:9, 709:10,
714:25, 716:8,
717:11, 720:9,
721:7, 721:9
**weight-shift** [15] -
690:3, 690:8, 690:9,
691:19, 691:22,
692:13, 692:15,
705:22, 705:24,
706:4, 716:8,
717:11, 720:9,
721:7, 721:9
**weights** [1] - 738:9
**welcome** [4] - 573:6,
635:16, 702:9,
759:25
**well-designed** [1] -
664:19
**well-known** [3] -
683:20, 695:24,
696:1
**wet** [3] - 607:12,
704:9, 704:11
**whatsoever** [1] -
645:19
**whereas** [2] - 782:2,
787:1
**wherein** [1] - 715:3
**White** [1] - 624:11
**whole** [9] - 558:4,
563:18, 606:4,
655:16, 672:5,
672:18, 697:11,
737:18, 780:16
**wholesale** [2] -
597:15, 597:20
**wide** [1] - 714:21

**Wikipedia** [1] - 789:10
**willful** [2] - 790:4,
790:13
**willfulness** [5] -
790:17, 792:6,
792:7, 792:8, 793:15
**willing** [7] - 618:12,
618:18, 618:19,
758:6, 763:15,
774:25
**Wilmington** [1] -
554:11
**windsurfing** [2] -
577:13, 577:14
**wing** [43] - 614:7,
614:11, 614:12,
614:16, 620:20,
656:8, 656:12,
657:11, 657:17,
658:10, 658:11,
659:21, 660:2,
661:12, 693:20,
693:21, 696:16,
699:3, 703:8,
707:21, 713:5,
713:9, 714:2, 714:3,
714:5, 714:7,
714:14, 715:4,
715:7, 715:9,
715:13, 715:14,
715:15, 715:16,
715:17, 715:19,
717:4, 717:5, 747:18
**wing-shaped** [1] -
715:4
**winging** [1] - 601:14
**wings** [38] - 597:7,
614:4, 614:5, 614:6,
614:13, 655:14,
655:15, 656:11,
656:24, 659:2,
661:9, 661:17,
661:18, 663:2,
667:6, 668:19,
668:20, 688:16,
694:4, 694:5,
694:21, 698:18,
703:12, 707:17,
708:12, 708:13,
713:10, 713:24,
714:1, 715:1, 717:3,
717:7, 719:9,
720:22, 754:4
**wins** [1] - 655:22
**wireless** [2] - 771:12,
774:22
**wise** [2] - 712:21,
713:20, 713:21
**wish** [2] - 717:20,
732:8

**withstand** [1] - 795:11
**witness** [18] - 570:18,
572:20, 573:18,
574:8, 583:24,
588:13, 622:9,
622:13, 650:2,
755:25, 756:3,
756:5, 756:9,
756:22, 757:4,
760:9, 788:5
**WITNESS** [33] - 574:6,
579:9, 582:1, 584:6,
588:5, 588:11,
591:19, 621:22,
622:7, 622:15,
649:19, 649:25,
652:12, 652:15,
657:15, 657:20,
657:23, 658:1,
658:4, 658:10,
658:14, 675:18,
689:24, 690:2,
702:12, 707:12,
712:7, 740:14,
751:21, 755:24,
760:7, 767:6, 789:21
**witnessed** [1] - 605:12
**witnesses** [3] -
565:25, 586:5, 763:8
**WMFG** [1] - 601:11
**Wolter** [1] - 642:17
**wondering** [2] -
576:23, 719:12
**Woods** [1] - 651:12
**Woolley** [20] - 654:19,
717:22, 717:23,
718:4, 718:15,
719:6, 720:1, 720:8,
720:13, 720:19,
721:7, 722:25,
723:6, 747:24,
748:5, 749:8,
749:14, 749:18,
759:18
**Word** [1] - 626:25
**word** [5] - 646:15,
674:16, 674:17,
732:13, 736:1
**words** [6] - 646:20,
660:21, 672:3,
674:12, 697:25,
721:21
**works** [7] - 580:7,
594:10, 606:17,
658:7, 658:8,
698:15, 740:24
**world** [2] - 598:2,
728:7
**worldwide** [1] -
655:21

**worse** [1] - 662:20
**Wright** [1] - 740:11
**write** [4] - 662:1,
  662:6, 663:11,
  686:14
**written** [6] - 561:24,
  568:4, 629:20,
  646:3, 685:14,
  687:13
**wrongly** [2] - 583:1,
  585:23
**wrote** [5] - 661:23,
  662:7, 724:17,
  736:23, 738:3
**WW** [1] - 662:19

## X

**X4** [1] - 698:12
**X7** [5] - 698:21,
  698:25, 702:23,
  739:3, 739:6
**X8** [5] - 702:21,
  702:24, 703:4,
  703:18, 739:3

## Y

**yaw** [6] - 676:24,
  677:3, 677:9,
  677:10, 698:12,
  755:11
**Year** [6] - 575:3,
  583:18, 583:21,
  583:23, 584:3, 584:8
**year** [16] - 582:24,
  583:23, 584:4,
  584:12, 587:7,
  593:5, 600:6,
  630:12, 631:2,
  631:3, 653:12,
  661:23, 687:2,
  771:13, 786:22
**years** [29] - 567:16,
  587:8, 587:17,
  590:21, 591:2,
  593:11, 595:19,
  612:4, 629:6, 629:9,
  630:15, 631:1,
  631:2, 631:3, 631:4,
  641:6, 651:8,
  651:16, 651:18,
  719:14, 734:12,
  760:23, 761:24,
  766:18, 771:15,
  780:12, 780:18,
  781:3
**yesterday** [11] - 565:4,
  565:12, 565:24,
  663:23, 670:23,

673:23, 674:11,
  677:23, 679:3,
  681:15, 682:4
**yesterday's** [1] - 565:6
**you'** [1] - 621:1
**younger** [1] - 599:24
**yourself** [11] - 588:20,
  598:17, 605:3,
  622:20, 626:4,
  648:19, 650:9,
  655:8, 672:21,
  724:5, 760:18
**yourselves** [2] -
  682:18, 788:25
**YouTube** [4] - 568:7,
  568:17, 568:18,
  743:18
**YouTube.com** [1] -
  568:9

## Z

**zero** [4] - 662:17,
  662:23, 676:23,
  678:5
**zoom** [1] - 630:13
**Zoom** [1] - 570:3