## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MHL CUSTOM, INC., <br><br>          Plaintiff, <br><br>     v. <br><br> WAYDOO USA, INC. and SHENZHEN WAYDOO INTELLIGENCE TECHNOLOGY CO., LTD, <br><br>          Defendant. | C.A. No. 21-0091-RGA |

## CERTIFICATE OF SERVICE

On April 17, 2023, Andrew A. Ralli, caused true and correct copies of *Plaintiff's Motion to Redact Trial Transcripts* to served via the manner indicated on all below-listed counsel of record.

**BY ELECTRONIC MAIL**
Kelly E. Farnan (#4395)
Dorronda R. Bordley (#6642)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
farnan@rlf.com
bordley@rlf.com

Edgar H. Haug (*pro hac vice*)
Robert E. Colletti (*pro hac vice*)
Mark Basanta (*pro hac vice*)
Haug Partners LLP
745 Fifth Avenue
New York, NY 10151
ehaug@haugpartners.com
rcolletti@haugpartners.com
mbasanta@haugpartners.com

                                                **COOCH AND TAYLOR, P.A.**

                                                */s/ Andrew A. Ralli*
                                                Blake A. Bennett (#5133)
                                                Andrew A. Ralli (#6733)
                                                The Nemours Building
                                                1007 N. Orange Street, Suite 1120
                                                Wilmington, DE 19801
                                                Tel.: (302) 984-3800

                                                *Attorney for Plaintiff*

DATED:  April 18, 2023