**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| MHL CUSTOM, INC.,<br><br>               Plaintiff,<br><br>   v.<br><br>WAYDOO USA, INC. and SHENZHEN<br>WAYDOO INTELLIGENCE<br>TECHNOLOGY CO., LTD.,<br><br>               Defendants. | C.A.  No. 21-0091-RGA |

**NOTICE OF CONSTITUTIONAL QUESTION**

Defendants Waydoo USA, Inc. and Shenzhen Waydoo Intelligence Technology Co., Ltd. (collectively "Waydoo"), by counsel, pursuant to FED. R. CIV. P. 5.1 and 28 U.S.C. § 2403(a), files this Notice of Constitutional Question ("Notice"), and states as follows.

1.      On June 7, 2023, Waydoo filed a brief in opposition to, in-part, Plaintiff MHL Custom, Inc.'s motion for on-going and supplemental damages, pursuant to 35 U.S.C. § 284. D.I. 246 § III.B.   Specifically, Waydoo argues that the Court may not award on-going and supplemental damages pursuant to 35 U.S.C. § 284 without violating Waydoo's Seventh Amendment right to a jury trial on damages. *Id.*

2.      Pursuant to FED. R. CIV. P. 5.1(a)(2), this Notice and the above identified papers are being served on the Attorney General of the United States via certified mail.

*Of Counsel:*

Edgar H. Haug (*pro hac vice*)
Robert E. Colletti (*pro hac vice*)
Jason Kanter (*pro hac vice*)
Mark Basanta (*pro hac vice*)
Patrick Lavery (*pro hac vice*)
**HAUG PARTNERS LLP**
745 Fifth Avenue
New York, New York 10151
(212) 588-0800
ehaug@haugpartners.com
rcolletti@haugpartners.com
jkanter@haugpartners.com
mbasanta@haugpartners.com
plavery@haugpartners.com

Dated:  June 14, 2023

/s/ Dorronda R. Bordley
Kelly E. Farnan (#4395)
Dorronda R. Bordley (#6642)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 N. King Street
Wilmington, DE 19801
farnan@rlf.com
bordley@rlf.com

*Attorneys for Defendant Waydoo USA, Inc.*
*and Defendant/Counter Plaintiff Shenzhen*
*Waydoo Intelligence Technology Co., Ltd.*