## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of June, a true and correct copy of the foregoing was served via certified mail on the following:

>Attorney General of the United States
>U.S. Department of Justice
>950 Pennsylvania Avenue, NW
>Washington, DC 20530-0001
>ATTN: Notice of Constitutional Question

/s/ *Dorronda R. Bordley*
Dorronda R. Bordley (#6642)
