# EXHIBIT 2

## FILED UNDER SEAL

## NON-EXCLUSIVE PATENT LICENSE AGREEMENT

This Non-Exclusive Patent License Agreement (the "Agreement") made as of the date last executed below (the "Effective Date") by and between MHL Custom, Inc., a Puerto Rico corporation (hereinafter referred to as "Licensor" or "MHL"), owner of the MHL IP set forth in Schedule A to this Agreement and MSLR Electric Incorporated a an efoil company located in Kelowna British Columbia, Canada

(hereinafter referred to as "Licensee") (each of Licensor and Licensee individually a "Party" and collectively the "Parties").

### WITNESSETH

WHEREAS, Licensor is the valid owner of all rights, title and interest in and to the Intellectual Property designated as Items 1, 2, 3, and 4 in Schedule A to this Agreement (the "MHL IP"), and also has the right to freely license any of its rights in and to the MHL IP.

WHEREAS, Licensor desires to grant a license to Licensee for the Licensed Intellectual Property hereunder;

WHEREAS, Licensee also desires to obtain a license under the Licensed Intellectual Property upon the terms and conditions hereafter set forth;

NOW THEREFORE, in consideration of the premises and mutual covenants contained herein, the Parties hereto agree as follows:

### ARTICLE I

### DEFINITIONS

1. "Affiliate" – ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

2. "Confidential Information" – shall mean, but shall not be limited to, all non-public data, information and materials developed by or belonging to the disclosing Party in any form, tangible or intangible, and provided to the receiving Party in any medium, including electronically, in writing or orally, that is confidential, proprietary, non-public, or a trade secret, including, without limitation, patent applications, research, business plans and/or relationships, technical data, manufacturing methods, know-how, ideas and development plans (*e.g.*, logic and process flowcharts, diagrammatic representations of functionality and any other aspect of the product, functional specifications, screen layouts and mock-ups, etc.),

processes, designs, photographs, drawings, software programs and/or samples, information regarding the disclosing Party's clients, customers, consultants or lenders, or equity partners, terms of contracts with clients, customers, consultants, lenders, or equity partners, production, programming, development, engineering, and distribution processes or techniques, methods of doing business, financial models or projections, working methods, profit formulae, studies, servicing plans, assets or portfolio information or management strategies, and notes, analyses, compilations, interpretations, this Agreement and other documents that contain, in whole or in part, any information relating to the foregoing or this Agreement. CONFIDENTIAL INFORMATION SHALL INCLUDE ANY AND ALL INFORMATION OF WHICH UNAUTHORIZED DISCLOSURE COULD BE DETRIMENTAL TO THE INTERESTS OF THE DISCLOSING PARTY WHETHER OR NOT SUCH INFORMATION IS IDENTIFIED AS CONFIDENTIAL INFORMATION BY THE DISCLOSING PARTY. The following shall not be considered "Confidential Information": information that (a) was in the public domain at the time of disclosure, (b) later became part of the public domain through no act or omission of the receiving Party, its employees, agents, successors or assigns, (c) was lawfully disclosed to the receiving Party by a third party having the right to disclose it, (d) was already known by the receiving Party at the time of disclosure, (e) was independently developed, or (f) is required to be submitted to a government agency to obtain and maintain the approvals and clearances of Licensed Products.

3. "<u>Licensee</u>" – shall mean [MSLR Electric Incorporated ].

4. "<u>Licensor</u>" – shall mean MHL, its Affiliates, successors, and assigns.

5. "<u>Licensed Intellectual Property</u>" – ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

6. "<u>Licensed Products</u>" – █████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

7. "<u>License Term</u>" – ███████████████████████████████████████████████████████████████████████████████████████████████████.

8. "<u>MHL IP</u>" – shall mean the Licensed Intellectual Property designated as Items 1, 2, 3 and 4 in Schedule A to this Agreement.

9. "<u>License Territory</u>" – s█████████████████████████████████████████.

10. "<u>Royalty Territory</u>" – s█████████████████████████████████████████.

11. "<u>eFoil Unit</u>" – shall mean a complete eFoil, comprising one board, one hyrdrofoil propulsion system, one battery and one hand controller and any accessories sold in a package with such complete eFoil.

12. "eFoil Propulsion Unit" shall mean a hydrofoil propulsion system specifically designed to power an eFoil board.

13. "Unit" shall mean an eFoil Unit and/or eFoil Propulsion Unit (as applicable).

## ARTICLE II

### REPRESENTATIONS, WARRANTIES AND DISCLAIMERS

14. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

15. ███████████████████████████████████████████████████████████████████████████████████████████████.

16. ███████████████████████████████████████████████████████████████████████████████████████████████'s behalf ████████████████████████████████████████████████████████████████████████████████████████████████████████.

17. ████████████████████████████████████████████████████████████████████████████████████████████████████████.

18. ████████████████████████████████████████████████████████:

    (i) ████████████████████ ██ ████████████████████████████████████████ ██ ████████████ sophisticated and able legal counsel and negotiated this Agreement at arm's length.

19.     EXCEPT AS EXPRESSLY PROVIDED IN THIS AGREEMENT, NEITHER LICENSOR NOR LICENSEE MAKES ANY REPRESENTATIONS OR WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, OR ASSUMES ANY RESPONSIBILITIES WHATSOEVER WITH RESPECT TO THE COMMERCIAL SUCCESS, USE, SALE, OR OTHER DISPOSITION BY OR FOR ANY OTHER PARTY (OR ITS SUBSIDIARIES) OR THEIR DISTRIBUTORS, USERS, OTHER CUSTOMERS, OR SUPPLIERS OF PRODUCTS INCORPORATING OR MADE BY THE USE OF THE LICENSED INTELLECTUAL PROPERTY. LICENSOR DOES NOT CONVEY ANY RIGHT, LICENSE OR SUBLICENSE BY IMPLICATION, ESTOPPEL, OR OTHERWISE, EXCEPT AS EXPRESSLY GRANTED HEREIN.

20.     ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

## ARTICLE III

## LICENSE GRANT

21.     ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

22.     ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

## ARTICLE IV

## LICENSE FEES, ROYALTIES, AND PAYMENT

23.     License Fees & Royalties.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

24. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

  a) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮'s report ▮▮▮▮▮▮▮▮▮▮▮▮.

  b) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

## ARTICLE V

## ENFORCEMENT AND DEFENSE OF LICENSED INTELLECTUAL PROPERTY AS AGAINST THIRD PARTIES

25. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

26. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

## ARTICLE VI

## PROSECUTION AND MAINTENANCE OF LICENSED INTELLECTUAL PROPERTY

27. ███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████.

## ARTICLE VII

## CONFIDENTIAL INFORMATION, MARKETING:

28. ███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████.

29. ███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████.

30. ███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████.

## ARTICLE VIII

## INSURANCE, INDEMNIFICATION:

31. ███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████.

32. ███████████████████████████████████████████████████████████████████
███████████████████████████████████████ and a███████████████████████
███████████████████████'s manufacture, use, sale, importation, or other exploitation of any Licensed ███████████████████████████ (collectively, "Third Party Claims")████████████████████

█████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████.

## ARTICLE IX

### TERM, TERMINANTION, RIGHTS UPON TERMINATION/EXPIRATION

33.     Term and Termination.

    (a)     ████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

    (b)     ███████████████████████████████████████) day's prior written notice, if the ████████████████████████████████████████████████████████████████ ██████████████) day period (hereafter, the "Cure Period"). If a ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

    (c)     ████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
"Declared Invalid" means than an applicable claim(s) in a granted patent that is part of the Licensed ███████████████████████████████████████████████.

    (d)     ████████████████████████████████████████████████
██████████████████████████ discretion by providing at least sixty (60) days' written notice of its ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████s.

    (e)     ████████████████████████████████████████████████
days' ████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████,

███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
██████████.

    (f)    ███████████████████████████████████████████████
███████████████████████████████████████████████████████████████.

    (g)    ███████████████████████████████████████████████
███████████████████████████████████.

## ARTICLE X

## GENERAL

34.    ███████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
██████████████████████████████████████.

35.    ███████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
████████████████████████████████████████████.

36.    ███████████████████████████████████████████████████
█████████████████████████████████████████████████████████████.

37.    ███████████████████████████████████████████████████
█████████████████████████████████████t.

38.    Entire Agreement.  ████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████.

39.    ███████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████,

agency, employment, franchise, distributorship, dealership, or other similar or special relationship between the parties.

40.    Force Majeure. ███████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
██████████████████████████████.

41.    Headings.  The headings for each article and section in this Agreement have been inserted for convenience or reference only and are not intended to limit or expand on the meaning of the language contained in the particular article or section.

42.    ███████████████████████████████
████████████████████████████████
████████████████

43.    Jurisdiction and Governing Law. ████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
██████████████████████████.

44.    ███████████████████████████████
████████████████████████████████
████████████████████████████████
██████████████████████████.

45.    ████████████████████████████████████████r.

46.    Severability.  In the event any provision of this Agreement is held to be invalid or unenforceable, the valid or enforceable portion thereof and the remaining provisions of this Agreement will remain in full force and effect.

47.    Waiver.  Any waiver (express or implied) by either Party of any breach of this Agreement shall not constitute a waiver of any other or subsequent breach.

48.    Notices. All notices, consents, approvals, waivers, and the like hereunder shall be in written English to the addresses set forth below, shall reference this Agreement, and shall be sent by any of the following methods: (a) certified mail, postage-prepaid, return- receipt requested or (b) a delivery service which requires proof of delivery signed by the recipient. The date of notice shall be deemed to be the date it was first received or refused. A Party may change its address for written notices in accordance with this section.

a) Licensor:



b) Licensee:





**IN WITNESS WHEREOF**, the Parties have executed License Agreement for the Licensed Products set forth above.

| LICENSEE: | LICENSOR: |
|---|---|
| MSR Electric Incorporated | MH ProCustom, Inc |
| By: Carey Missler | By: Steward Wagner |
| Position: CEO | Position: President |
| Date: 2/6/2023 | Date: 2/7/2023 |

HIGHLY CONFIDENTIAL          10          MHL_0105175

## Schedule A

| Item | Patent No(s). | Title | Status | Owner | Jurisdiction |
|---|---|---|---|---|---|
| 1 | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇ |
| ▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇ |
| ▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇ |
| ▇ | ▇▇▇▇▇▇▇▇ | | ▇▇▇ | ▇▇▇ | ▇▇▇▇ |

HIGHLY CONFIDENTIAL                                                                                           MHL_0105176