# EXHIBIT 4

## FILED UNDER SEAL

### Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF DELAWARE
 3
 4   MHL CUSTOM, INC.,
 5   Plaintiff,
 6
 7   vs.                        C.A. NO. 21-0091-RGA
 8
 9   WAYDOO USA, INC., AND SHENZHEN
10   WAYDOO INTELLIGENCE TECHNOLOGY
11   CO., LTD,
12   Defendants.
13   ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
14
15              HIGHLY CONFIDENTIAL
16
17                 DEPOSITION OF
18              ZHAO TAO 30(b)(6)
19
20                July 15, 2022
21                  4:54 a.m.
22
23         All parties appeared remotely.
24
25             Lucy Gough, KYNP14814
```

### Page 2

```
 1            APPEARANCES Of COUNSEL
 2
 3   On Behalf of the Plaintiff, MHL Custom Inc.:
 4       ROBERT J. THEUERKAUF, ESQ.
 5       MELISSA GIBSON, ESQ.
 6       MIDDLETON REUTLINGER
 7       401 South Fourth Street, Suite 2600
 8       Louisville, Kentucky 40202
 9       502.584.1135
10       rjt@middletonlaw.com
11       (VIA VIDEOCONFERENCE)
12
13   On Behalf of the Defendants, Waydoo USA, Inc. and
14   Shenzhen Waydoo Intelligence Technology Co., LTD.:
15       ROBERT E. COLLETTI, ESQ.
16       HAUG PARTNERS
17       745 Fifth Avenue, 10th Floor
18       New York, New York 10151
19       212.588.0800
20       rcolletti@haugpartners.com
21       (VIA VIDEOCONFERENCE)
22
23   Also Present: Britni Stanwood, Videographer; Qun Wu,
24   Mandarin Interpreter; Melissa Rennirt, Paralegal for
25   Middleton Reutlinger
```

### Page 3

```
 1               INDEX OF EXAMINATION
 2   WITNESS: ZHAO TAO
 3
 4   EXAMINATION                                   PAGE
 5   Direct Examination by Mr. Theuerkauf            6
 6
 7                 INDEX TO EXHIBITS
 8
 9   PLAINTIFF'S        DESCRIPTION               PAGE
10   Exhibit 1  Notice of Deposition                10
11   Exhibit 2  Notice of 30(b)(6) Deposition       10
12   Exhibit 3  Organizational Chart/Performance
13              Evaluations/Job Duty Description
14              from Waydoo, WD68023                14
15   Exhibit 4  Flyer ONE Manual, WD11-18           23
16   Exhibit 5  Explorer/Patroller PLUS Power Kit
17              Manual and Safety Disclosures       24
18   Exhibit 6  Quick Start Manual, WD46-56         25
19   Exhibit 7  Drawing of Waydoo Flyer, WD37       36
20   Exhibit 8  Drawing of Wing, WD14106            67
21   Exhibit 9  Drawing of Front Wing, WD14058      67
22   Exhibit 10 Drawing of Back Wing, WD14242       68
23   Exhibit 11 Website Screenshot Depicting
24              Waydoo Products                     63
25
```

### Page 4

```
 1              INDEX TO EXHIBITS Cont'd
 2
 3   Exhibit 14 Descriptions of Masts,
 4              Main Wings, and Pods, WD28          68
 5   Exhibit 16 Original Waydoo Flyer Design,
 6              WD38                                76
 7   Exhibit 18 Drawing of Waydoo, WD13882          83
 8   Exhibit 21 Timeline re Waydoo Flyer
 9              Development, WD6864                 71
10   Exhibit 22 Drawings of Waydoo, WD13890-95      91
11   Exhibit 23 Calculations, WD14241               98
12   Exhibit 24 United States Patent No.
13              9,359,044                           84
14   Exhibit 25 United States Patent No.
15              9,586,659                           89
16   Exhibit 26 WIPO PCT Patent Application No.
17              2020/042,299, WD10462-489          103
18   Exhibit 29 Email Correspondence between
19              Rita Liang and Nick,
20              MHL_0100356-7                       99
21   Exhibit 31 Waydootech12 19.com Webpage
22              Screenshot                         120
23   Exhibit 32 Waydoousa.com Webpage
24              Screenshot                         120
25
```



Page 73
1  testing that was conducted was just testing by using the
2  product?  Do you know if there were any reports that
3  were generated from the testing?
4      A.   So if you find this, when you asked us to
5  collect all the documents, then yes we did.  And if
6  there's -- if there was no such report produced, then
7  there was no.
8      Q.   Yeah.  So it's your testimony that you don't
9  know whether or not there was a report generated from
10 this testing?
11     A.   Yeah, you can understand that way.
12     Q.   Mr. Tao, are -- are you familiar with the
13 Plaintiff in this case, MHL Custom, Inc?
14     A.   No.
15     Q.   Okay.  Are you familiar with any of their
16 products, their eFoil products?
17     A.   No.
18     Q.   Okay.  Have you heard of an eFoil product
19 called a -- a Lift Foil?
20     A.   Yes.
21     Q.   Okay.  So you're familiar with that product,
22 the Lift Foil?
23     A.   No, I'm not familiar with the product,
24 I heard about it.
25     Q.   Okay.  Have you ever seen a Lift Foil product

Page 74
1  in person?
2      A.   Not so many people in China use that.
3      Q.   Okay, and have you ever seen a Lift Foil
4  product in person?
5      A.   No.
6      Q.   Has Shenzhen Waydoo ever had in its possession
7  a Lift Foil product?
8      A.   No.
9      Q.   And have you talked to anybody within Shenzhen
10 Waydoo to know whether or not there has been a Lift Foil
11 product in Waydoo's possession?
12     A.   No.
13     Q.   Who -- do you know whether -- I think you had
14 testified earlier that the -- the founder had come up
15 with the original -- or let me back up for a second.  The
16 Waydoo Flyer was the first eFoil designed by Shenzhen
17 Waydoo, correct?
18     A.   Yes, I think so.
19     Q.   Okay, and -- and who at Waydoo designed that
20 product?
21     A.   So this, honestly I don't know.  I know
22 the -- my boss, or the founder, was involved.  But who
23 did what, I -- I have no idea.

Page 75
[redacted]
24     Q.   Going to share my screen again.  This is going
25 to be Exhibit -- this is Exhibit 16.  You can download

Page 76
1  it if you want, but it's another STP file, and again,
2  I'll share my screen.
3      A.   Okay.
4      Q.   Do you see Exhibit 16?
5          (EXHIBIT 16 MARKED FOR IDENTIFICATION)
6      A.   Yes.
7      Q.   And just for the record, this is Bates labeled
8  WD-38.  Mr. Tao, can you tell me what this is?
9      A.   This should be the design drawing for Flyer.
10     Q.   Okay.  The Waydoo Flyer?  This is the original
11 product, correct?
12     A.   Yes.
13     Q.   Okay, and this is a Waydoo document, correct?
14     A.   Yes.
15     Q.   And is this a document kept in Shenzhen
16 Waydoo's ordinary course of business?
17     A.   This one doesn't -- actually doesn't
18 really -- doesn't look exactly like our product, and I
19 feel that it's similar, but it doesn't look like our
20 product. There -- there's some differences.
21     Q.   What's the differences?
22     A.   So the board generally doesn't look like the
23 final product, and the bottom of it doesn't look like
24 the final product.
25     Q.   The bottom of the board?



Page 85
1  document.
2      THE WITNESS: Just several days ago -- several
3  days before, when I get prepared for the deposition.
4  BY MR. THEUERKAUF:
5      Q. Okay. That was your first occasion to see
6  this document?
7      A. Yes. Correct.
8      Q. Do you know when -- and do you understand this
9  to be one of the patents at issue in this case?
10     A. Yes. Understand.
11     Q. Do you know when Shenzhen Waydoo first became
12  aware of this patent?
13     A. According to my colleague, it was in August
14  2019. August.
15     Q. Which colleague is that?
16     A. Qiuyang Zhu.
17     Q. Is that the founder?
18     A. Correct.
19     Q. And do you know how he became aware of it?
20     A. No. I didn't ask him.
21     Q. Have you read this document?
22     A. Yes. Just went through roughly, briefly.
23     Q. When did -- when did Shenzhen Waydoo begin
24  designing the Waydoo Flyer ONE?
25     A. You mean Flyer ONE, right?

Page 86
1      Q. Yes.
2      A. According to the timeline, the form, it should
3  be in March 2019. I need to take another look at the
4  timeline. I forgot which one that is.
5      Q. What do you want?
6      A. Okay. I got it. July.
7      Q. Who was involved in the design of Waydoo Flyer
8  ONE?
9      A. The person that the -- strike that.
10  The person who were involved as far as I know, were Chao
11  Wang and Qiuyang Zhu. And I don't know anybody else.
[redacted]
18     Q. Okay. I guess I'll go back to my original
19  question. So was any action taken by Shenzhen Waydoo
20  with respect to the design of its eFoil products when it
21  became aware of this patent?
22     MR. COLLETTI: You can answer that question,
23  but be mindful of any attorney-client privileged
24  information in answering that question.
25     THE WITNESS: So you are asking about -- sorry,

Page 87
1  I'm trying to get my words together. I have to say
2  that the detailed information, I didn't really -- I
3  didn't ask the president. I have to say that, you
4  know, they -- they were aware of the patent. And
5  then I don't really want to assume or guess because
6  I didn't ask.
7  BY MR. THEUERKAUF:
8      Q. Have you made any determinations yourself,
9  whether or not you think any of the Waydoo eFoil
10  products infringe this pattern?
11     MR. COLLETTI: Object to the form of the
12  question. You're asking him if -- for a legal
13  interpretation of whether the patent is infringed,
14  Robert?
15     MR. THEUERKAUF: I'm asking him if he's
16  individually made any determinations.
17     MR. COLLETTI: Object to the form of the
18  question.
19     THE WITNESS: I personally think -- I
20  personally think that we do infringe anybody's
21  patent.
22  BY MR. THEUERKAUF:
23     Q. So you personally don't think that Waydoo
24  infringes this 044 patent, is that what you're saying?
25     A. Yes.

Page 88
1      Q. Okay, and what do you base that on?
2      A. So according to the patent law, any technology
3  or invention that has been made public, would deem the
4  patent invalid. So which patents have we infringed
5  upon?
6      Q. And is that like your only basis for saying
7  that you don't believe that Waydoo infringes this
8  patent?
9      MR. COLLETTI: Okay, I'm going to object to the
10  form of the question. And Robert, I mean, I think
11  it's a completely inappropriate line to be asking
12  this witness whether or not -- for a legal
13  determination as to whether or not the patent's been
14  infringed.
15     MR. THEUERKAUF: Rob, I asked him if he had
16  made a -- a -- you know, a -- well, I had asked him
17  if he'd maybe come to some sort of conclusion
18  regarding this, and he answered.
19     MR. COLLETTI: It's --
20     MR. THEUERKAUF: And so I mean it's -- I don't
21  know what's inappropriate about it. I mean, you can
22  object, but --
23     MR. COLLETTI: What's inappropriate about is
24  you're asking for a legal opinion from a -- an
25  engineer. And I just -- I'm going to object.

