IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MHL CUSTOM, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>WAYDOO USA, INC. and SHENZHEN WAYDOO INTELLIGENCE TECHNOLOGY CO., LTD.,<br><br>        Defendants. | C.A. No. 21-0091-RGA |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Defendants Waydoo USA, Inc. and Shenzhen Waydoo Intelligence Technology Co., Ltd. request oral argument on Defendants' Renewed Motion for Judgment as a Matter of Law and Motion for a New Trial (D.I. 234) and Plaintiff's Motions for Permanent Injunction (D.I. 230), Attorneys' Fees and Expenses (D.I. 231), Enhanced Damages (D.I. 232), and Supplemental and/or Ongoing Damages, and For Pre-Judgment and Post-Judgment Interest (D.I. 233). Briefing on Defendants' motion (D.I. 236, D.I. 245, D.I. 252) and Plaintiffs' motions (D.I. 235, D.I. 246, D.I. 250) are complete.

| | |
|---|---|
| *Of Counsel:*<br><br>Edgar H. Haug (*pro hac vice*)<br>Robert E. Colletti (*pro hac vice*)<br>Jason Kanter (*pro hac vice*)<br>Mark Basanta (*pro hac vice*)<br>Patrick Lavery (*pro hac vice*)<br>Haug Partners LLP<br>745 Fifth Avenue<br>New York, New York 10151<br>(212) 588-0800<br>ehaug@haugpartners.com<br>rcolletti@haugpartners.com<br>jkanter@haugpartners.com<br>mbasanta@haugpartners.com<br>plavery@haugpartners.com<br><br>Dated: June 26, 2023 | /s/ Kelly E. Farnan<br>Kelly E. Farnan (#4395)<br>Dorronda R. Bordley (#6642)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>farnan@rlf.com<br>bordley@rlf.com<br><br>*Attorneys for Defendant Waydoo USA, Inc. and Defendant/Counter Plaintiff Shenzhen Waydoo Intelligence Technology Co., Ltd.* |