IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MHL CUSTOM, INC.,<br><br>Plaintiff,<br><br>v.<br><br>WAYDOO USA, INC. and SHENZHEN WAYDOO INTELLIGENCE TECHNOLOGY CO., LTD.,<br><br>Defendants. | Civil Action No. 21-0091-RGA |

## ORDER

For the reasons stated in the accompanying opinion, IT IS HEREBY ORDERED that Defendants' Motions for Renewed Judgment as a Matter of Law and Motion for a New Trial (D.I. 234) is DENIED.

IT IS SO ORDERED this 6th day of September 2023.

*(signature)*
United States District Judge