IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MHL CUSTOM, INC.,

      Plaintiff,

    v.

WAYDOO USA, INC. and SHENZHEN
WAYDOO INTELLIGENCE
TECHNOLOGY CO., LTD.,

      Defendants.

Civil Action No. 21-0091-RGA

## ORDER

For the reasons stated in the accompanying opinion, IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of a Permanent Injunction (D.I. 230) is DENIED; Plaintiff's Motion for Attorneys' Fees and Expenses (D.I. 231) is DENIED; Plaintiff's Motion for Enhanced Damages (D.I. 232) is DENIED; Plaintiff's Motion for Supplemental and/or Ongoing Damages, and for Pre-Judgment and Post-Judgment Interest (D.I. 233) is GRANTED-IN-PART and DENIED-IN PART. My order resolving Plaintiff's Motion for Supplemental and/or Ongoing Damages, and For Pre-Judgment and Post-Judgment Interest (D.I. 233) is as follows:

1. Plaintiff's motion for supplemental damages (D.I. 233) is GRANTED-IN-PART and DENIED-IN-PART. Plaintiff is entitled to supplemental damages from January 1, 2023 to April 12, 2023, the date of judgment.

2. Plaintiff's motion for pre-judgment and post-judgment interest (D.I. 233) is GRANTED.

3. Plaintiff's motion for ongoing damages (D.I. 233) is DISMISSED without prejudice. The

Parties are instructed to see if they can reach an agreement on an ongoing royalty.

IT IS SO ORDERED this ___ day of September 2023.

United States District Judge