IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MHL CUSTOM, INC., <br><br> Plaintiff, <br><br> v. <br><br> WAYDOO USA, INC. and SHENZHEN WAYDOO INTELLIGENCE TECHNOLOGY CO., LTD., <br><br> Defendants. | C.A. No. 21-0091-RGA |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE THAT Defendants Waydoo USA, Inc. and Shenzhen Waydoo Intelligence Technology Co., Ltd. (collectively "Defendants") hereby appeal to the United States Court of Appeals for the Federal Circuit from the Judgment dated April 12, 2023 (D.I. 226), as amended by the Court's resolution of Plaintiff's post-trial motions dated September 7, 2023 (D.I. 259, 260), and from all interlocutory decisions and orders (whether oral or written) preceding and subsequent the Judgment, including, but not limited to, the Court's:

- Memorandum Opinion regarding claim construction dated June 24, 2022 (D.I. 66) and Claim Construction Order dated June 30, 2022 (D.I. 68);

- Order regarding claim construction dated January 3, 2023 (D.I. 142);

- Memorandum Opinion regarding the parties' motions for summary judgment (D.I. 153) and associated Order (D.I. 154), both dated February 3, 2023;

- Memorandum Order regarding the parties' *Daubert* motions dated February 3, 2023 (D.I. 155);

- Oral Order regarding the testimony of expert witness Christopher Barry dated February 22, 2023 (D.I. 160);

- Rulings made at the March 10, 2023 pre-trial conference, as reflected in the pre-trial conference transcript (D.I. 208) and Amended Final Joint Pretrial Order dated March 24, 2023 (D.I. 212);

- Memorandum Opinion (D.I. 201) regarding motions *in limine* (D.I. 167, 180), the Opinion dated March 20, 2023;

- Memorandum Opinion regarding Defendants' renewed motions for judgment as a matter of law (D.I. 257) and associated Order (D.I. 258), both dated September 6, 2023;

- Memorandum Opinion regarding Plaintiff's post-trial motions (D.I. 259) and associated Order (D.I. 260), both dated September 7, 2023; and

- Decisions, judgments, rulings, findings, decrees, instructions, and opinions made during and/or in connection with the March 24, 2023 through March 31, 2023 trial in this action, as reflected in the trial transcript (D.I. 239-244) and elsewhere.

This Notice of Appeal is timely filed under Federal Rules of Appellate Procedure 4(a)(1)(A) and 4(a)(4)(A), as it is filed within 30 days from the entry of the Court's September 7, 2023 Order (D.I. 260) disposing of the last remaining motions as listed in Federal Rule of Appellate Procedure and 4(a)(4)(A).  As part of this Notice of Appeal, Defendants submit the required filing fees and respectfully request the District Court prepare the record on appeal pursuant to Federal Rule of Appellate Procedure 10(a).  Defendants will order from the reporter a transcript of such part of the proceedings not already on file as the appellant considers necessary, as required by Federal Rules of Appellate Procedure 10(b)(1)(A).

| | |
|---|---|
| *Of Counsel:* | */s/ Kelly E. Farnan* |
| Edgar H. Haug (*pro hac vice*) | Kelly E. Farnan (#4395) |
| Robert E. Colletti (*pro hac vice*) | **RICHARDS, LAYTON & FINGER, P.A.** |
| Jason Kanter (*pro hac vice*) | One Rodney Square |
| Mark Basanta (*pro hac vice*) | 920 N. King Street |
| Patrick Lavery (*pro hac vice*) | Wilmington, DE 19801 |
| **HAUG PARTNERS LLP** | farnan@rlf.com |
| 745 Fifth Avenue | |
| New York, New York 10151 | *Attorneys for Defendant Waydoo USA, Inc.* |
| (212) 588-0800 | *and Defendant/Counter Plaintiff Shenzhen* |
| ehaug@haugpartners.com | *Waydoo Intelligence Technology Co., Ltd.* |
| rcolletti@haugpartners.com | |
| jkanter@haugpartners.com | |
| mbasanta@haugpartners.com | |
| plavery@haugpartners.com | |

Dated: October 5, 2023