## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

Pursuant to D. Del. L.R. 7.1.1, Haug Partners and RLF certify that they have met and conferred with both Plaintiff and Waydoo concerning the relief sought in this motion. Plaintiff does not oppose this motion.

                                                  */s/ Kelly E. Farnan*
                                                  Kelly E. Farnan (#4395)