# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MHL CUSTOM, INC., | ) |
|       Plaintiff, | ) ) ) |
|       v. | )     C.A. No.: 21-091-RGA ) |
| WAYDOO USA, INC. and SHENZHEN WAYDOO INTELLIGENCE TECHNOLOGY CO., LTD., | ) ) ) ) |
|       Defendants. | ) |

## [PROPOSED] ORDER

WHEREAS, the Court having considered Haug Partners' and RLF's Motion for Permission to Withdraw as Counsel (the "Motion"),

IT IS HEREBY ORDERED this _____ day of _____, 2023, that the Motion is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

RLF1 30400864v.1