## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2024, true and correct copies of the foregoing document was filed with the Court using CM/ECF and additional copies were caused to be served on the following as indicated:

**BY REGISTERED MAIL**
Waydoo
A101, No. 3 Keji Road,
Zhukeng Community,
Longtian Sub-district,
Pingshan District, Shenzhen,
Guangdong, China

                                            */s/ Kelly E. Farnan*
                                            Kelly E. Farnan (#4395)