IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MHL CUSTOM, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 21-91-RGA |
| | : | |
| WAYDOO USA, INC., et al., | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

WHEREAS, Richards, Layton & Finger, P.A. and Haug Partners, LLP counsel for Defendants Waydoo USA, Inc. and Shenzhen Waydoo Intelligence Technology Co., Ltd. has filed a Motion to Withdraw as Counsel (D.I. 270);

NOW THEREFORE, IT IS HEREBY ORDERED that, the Court will set a hearing on this motion for February 6, 2024, at 11:00 a.m. in Courtroom 6A of the J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, DE 19801;

IT IS FURTHER ORDERED that, Richards, Layton & Finger, P.A. shall provide notice of the hearing to Defendants Waydoo USA, Inc. and Shenzhen Waydoo Intelligence Technology Co., Ltd..

January 4, 2024
  DATE

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE