# EXHIBIT 2

| | |
|---|---|
| **From:** | Colletti, Robert <RColletti@haugpartners.com> |
| **Sent:** | Friday, October 20, 2023 2:46 PM |
| **To:** | Brian McGraw; Basanta, Mark |
| **Cc:** | Robert Theuerkauf |
| **Subject:** | RE: MHL v. Waydoo - supplemental damages |

**[CAUTION- EXTERNAL EMAIL]**: DO NOT reply, click links, or open attachments unless you have verified the sender and know the content is safe.

Hi Brian,

We are still awaiting the information but I have followed up with the client.

Regards,
Rob

Robert E. Colletti
**Haug Partners LLP**
212.588.0800 Main
212.863.2117 Direct

rcolletti@haugpartners.com
www.haugpartners.com

---

**From:** Brian McGraw <bmcgraw@grayice.com>
**Sent:** Friday, October 20, 2023 2:04 PM
**To:** Colletti, Robert <RColletti@haugpartners.com>; Basanta, Mark <MBasanta@haugpartners.com>
**Cc:** Robert Theuerkauf <rjt@grayice.com>
**Subject:** RE: MHL v. Waydoo - supplemental damages

**This Message originated outside your organization.**

---

Good afternoon Rob,

Do you have any update on the supplemental sales information?

Thanks

Brian



**Brian P. McGraw**
**Attorney**
*Direct:  502.625.2713 | Main: 502.677.4729 | Fax:  502.561.0442*
*3939 Shelbyville Road Suite 201, Louisville, KY 40207*
bmcgraw@grayice.com

NOTICE:  This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential.  It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee).  It is not to be copied or forwarded to any unauthorized persons.  If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email or by calling Gray Ice Higdon PLLC at (502) 677-4729, so that our address record can be corrected.

**From:** Colletti, Robert <RColletti@haugpartners.com>
**Sent:** Tuesday, October 10, 2023 3:24 PM
**To:** Brian McGraw <bmcgraw@grayice.com>; Basanta, Mark <MBasanta@haugpartners.com>
**Cc:** Robert Theuerkauf <rjt@grayice.com>
**Subject:** RE: MHL v. Waydoo - supplemental damages

**[CAUTION- EXTERNAL EMAIL]**: DO NOT reply, click links, or open attachments unless you have verified the sender and know the content is safe.

Hi Brian,

We have reached out to Waydoo and requested the supplemental sales information.  I expect to receive that information in the coming days and then let's schedule a call to discuss an ongoing royalty rate either later this week or early next week.

Regards,
Rob

Robert E. Colletti
**Haug Partners LLP**
212.588.0800 Main
212.863.2117 Direct

rcolletti@haugpartners.com
www.haugpartners.com

**From:** Brian McGraw <bmcgraw@grayice.com>
**Sent:** Friday, October 6, 2023 12:10 PM
**To:** Colletti, Robert <RColletti@haugpartners.com>; Basanta, Mark <MBasanta@haugpartners.com>
**Cc:** Robert Theuerkauf <rjt@grayice.com>
**Subject:** MHL v. Waydoo - supplemental damages

**This Message originated outside your organization.**

Good afternoon Rob/Mark, hope all is well with you both. I am following up with respect to the Court's order on supplemental and ongoing damages. While no deadline was set by the Court with respect to either of these issues, we think it makes sense to submit a status report to Judge Andrews soon to let him know where we are with the final damages numbers, including the ongoing royalty rate.

As for the supplemental damages, let us know when we may expect updated sales information from your client so that we can calculate the supplemental damages from January 1, 2023 through April 12, 2023.  Also, let us know if there is a time next week that would work for us to have an initial discussion about the ongoing royalty rate.

Thanks

Brian



**Brian P. McGraw**
**Attorney**
*Direct: 502.625.2713 | Main: 502.677.4729 | Fax: 502.561.0442*
*3939 Shelbyville Road Suite 201, Louisville, KY 40207*
bmcgraw@grayice.com

NOTICE:  This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential.  It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee).  It is not to be copied or forwarded to any unauthorized persons.  If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email or by calling Gray Ice Higdon PLLC at (502) 677-4729, so that our address record can be corrected.

This email originates from Haug Partners LLP. It is intended only for the addressee(s) named herein, and may contain confidential and/or legally privileged information. The dissemination, distribution, or copying of this email by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you received this message in error, please promptly notify us at firm@haugpartners.com or (212) 588-0800.