# EXHIBIT 5



Home > US import > waydoo

## Search Global Trade Data

| USA | Buyers | waydoo | Product Name | Search |

## Waydoo Supplier Data to USA – Latest Custom Shipment Data Report

Total Records : 6                                                Find Importers    Subscribe Now

| Date | 18-Aug-2023 |
| --- | --- |
| Hs Code | 701720 |
| Product Details | DG CARGO:UN3480 CLASS NO.9POWERFLIGHT BATTERY139CARTONS/2196.2KGS/5.48CBMNON-DG:EPP FOAM BOARD EXPLORER POWER KIT PLUS PATROLLER POWER KIT PLUS EXPLORER WING PATROLLER WING STABILIZER WING 307CARTONS/4407.01KGS/49.26CBM |
| Weight In KG | 6603 |
| Qty / Unit | 446 CTN |
| Country / Ports | CHINA CHARLESTON SC |
| Supplier | HK WAYDOO CO LIMITED |
| Buyer | SHRED SERVICES LLC |

| Date | 09-Jul-2023 |
| --- | --- |
| Hs Code | 852010 |
| Product Details | POWERFLIGHT BATTERY EPP BOARD EXPLORER POWER KIT PLUS PATROLLER POWER KIT PLUS EXPLORER WING PATROLLER WING STABILIZER WING PATROLLER POWER UNIT PLUS-84CM CONTROLLER PLUS 120-FULL-FEATURED PROPELLER WRIST STRAP ACCESSORY |
| Weight In KG | 6313 |
| Qty / Unit | 421 CTN |
| Country / Ports | CHINA CHARLESTON SC |
| Supplier | HK WAYDOO CO LIMITED |
| Buyer | SHRED SERVICES LLC |

| Date | 09-Jul-2023 |
| --- | --- |
| Hs Code | 701720 |
| Product Details | DG CARGO:UN3480 CLASS NO.9POWERFLIGHT BATTERY135CARTONS/2133KGS/5.32CBMNON-DG:EPP FOAM BOARD EXPLORER POWER KIT PLUS PATROLLER POWER KIT PLUS EXPLORER WING PATROLLER WING STABILIZER WING BATH TOWEL WATERPROOF BAG 310CARTONS/4649.88KGS/51.16CBM |
| Weight In KG | 6783 |
| Qty / Unit | 445 CTN |
| Country / Ports | CHINA CHARLESTON SC |
| Supplier | HK WAYDOO CO LIMITED |
| Buyer | SHRED SERVICES LLC |

| | |
|---|---|
| Hs Code | 850650 |
| Product Details | LITHIUM BATTERY (NON-DG) |
| Weight In KG | 2033 |
| Qty / Unit | 126 CTN |
| Country / Ports | HONG KONG<br>NEW YORK/NEWARK AREA NEWARK NJ |
| Supplier | HK WAYDOO CO LIMITED |
| Buyer | SHRED SERVICES LLC |

| | |
|---|---|
| Date | 03-Feb-2023 |
| Hs Code | 701720 |
| Product Details | DG CARGO:UN3480 CLASS NO.9POWERFLIGHT BATTERY100CARTONS/1580KGS/4CBMNON-DG:EXPLORER POWER KIT PLUSEPP BOARDEXPLORER WINGSTABILIZER WINGGLIDING WING(776)RACING WING(870)SURFING TAIL(322)140-GLIDE FOLDING PROPELLER KIT360CARTONS/4731.08KGS/53.21CBMTHIS SHIP |
| Weight In KG | 6311 |
| Qty / Unit | 460 CTN |
| Country / Ports | CHINA<br>CHARLESTON SC |
| Supplier | HK WAYDOO CO LIMITED |
| Buyer | SHRED SERVICES LLC |

| | |
|---|---|
| Date | 28-Nov-2022 |
| Hs Code | 940161 |
| Product Details | WOODEN DOOR/BATHROOM CABINET/TEA TABLE |
| Weight In KG | 13290 |
| Qty / Unit | 462 CTN |
| Country / Ports | CHINA<br>LONG BEACH CA |
| Supplier | TIANJIN WAYDOOR WOOD INDUSTRIAL CO |
| Buyer | ONE DAY TECH INC |

View All Shipment

## USA Import data reveals the international trade transaction for USA import and overseas suppliers.

USA imports trade data gives you insight about local competitor and their overseas suppliers. This competitor analysis can be performed based on their quantitative analysis and sourcing for material. This also helps you to find new trading partner across the world. USA import data have important fields like :- Data, Importer, Supplier, Quantity and country.

Our unique USA import dashboard will help you establish trade relation between Importer and Exporter. Our customized dashboard save your precious time by populating desired query in fraction of seconds.You can save your query, Download the results and perform analysis at same place in no time.

## USA IMPORT DATA IMPORTANT FIELDS COVERED :-

**Bill of Lading**
A UNIQUE NUMBER ASSIGNED TO PARTICULAR SHIPMENT BY US CUSTOMS.

**Vessel Name**
NAME OF CARGO TRANSPORTING SHIPMENT

**Loading Port**
THE PORT OF EXPORTING COUNTRY

**Unloading Port**
THE PORT WHERE PRODUCT HAS LANDED IN US

**Quantity**
THE VOLUME OF PRODUCT

**Quantity Unit**
HOW THE PRODUCT HAS BEEN MEASURED

**Shipper Name**

<sega

SUPPLIER COMPANY ADDRESS

**Consignee Name**
US IMPORTING COMPANY

**Consignee Address**
US IMPORTER ADDRESS

**Product Desc**
PRODUCT DESCRIPTION IS THE DETAIL OF PRODUCT MENTIONED IN INVOICE DOCUMENT

**HS Code**
CUSTOM TARIFF HEAD OF THE PRODUCT

### Track Shipping Movements of Competitors

- Access the list of trusted buyers of your item in the global market
- Keep an eye on their shipments by price, quantity and so on
- Observe every business strategy of your opponent to stay ahead

Ask to Expert



### Seair Exim offers an Import-Export data demo.

We do not mediate buying, selling of products or services.

Free Demo    Search Data

### Seair is proud to have a loyal customer base from big brands.

We have successfully served many reputable clients for Import-Export Data Information Services. Here are some of our clients:

Indian Oil    ITC Limited    Jindal Steel Power    Milton    paharpur

View All

### Get a free Import-Export data demonstrative report on desired products.

We don't offer any assistance over buying or selling any products.

*Your Name    *E-Mail

*Mobile No    *Organization Name

*Products/HS Code    *Shipment Mode

*Describe Your Requirements

Submit

## Company

- About Us
- Why Choose Us
- Contact Us
- Clients
- Blog
- Exim News
- Login
- Register
- Career
- FAQ

## Call Us Now

Plot C2, Office No 2, First Floor, Mahindra park, Opp. GRID Office C1 Janakpuri, West Delhi 110059

+91-9990837766

info@seair.co.in

## Business Hours

Monday-Friday : 10:00 am to 6:30 pm

Saturday & Sunday : Closed

## Follow Us

## Quick Link

- Demo Data Search
- Subscription Plans
- USA Import Data
- Foreign Ports
- HS Codes
- Global Trade Data
- Custom Duty
- SAC CODE
- GST RATE
- Exchange Rate
- Budget 2022-2023
- Service Tax
- Trading Partners
- Global Traders

Site Map XML Site Map Privacy & Policy Terms & Conditions Refund Policy

Copyright © 2009 - 2023 **www.seair.co.in.** All Rights Reserved.