# EXHIBIT 6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MHL CUSTOM, INC.,<br><br>                    Plaintiff,<br><br>        v.<br><br>WAYDOO USA, INC. and SHENZHEN<br>WAYDOO INTELLIGENCE TECHNOLOGY<br>CO., LTD,<br><br>                    Defendant. | C.A.  No. 21-0091-RGA |

## DECLARATION OF BRIAN MCGRAW

I, Brian McGraw, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a resident of the Commonwealth of Kentucky, I am of legal age, and competent to make this Declaration.

2.      I have personal knowledge regarding the facts contained in this Declaration and could testify thereto if called as a witness.

3.      I am an attorney at the law firm Gray Ice Higdon and am one of the attorneys of record for MHL Custom, Inc. ("MHL"), the Plaintiff in the above captioned proceedings.

4.      On or about October 27, 2023, I conducted an online investigation into the availability of Waydoo's eFoil products in the United States.  Based on this investigation, I determined that Waydoo's infringing eFoils were being offered for sale in the United States through a number of online and in-person retailers.  I also determined that Waydoo's eFoil products had been imported into the United States on at least four separate occasions in 2023. I directed one of our litigation paralegals, Melissa Rennirt, to collect screenshots from the websites that I found

which demonstrated the offer for sale and/or sale of Waydoo's infringing eFoils in the United States, as well as screenshots from online U.S. import records.

5.      Attached to my Declaration as <u>Exhibit A</u> is a true and correct copy of a screenshot taken from the Amazon.com website on October 27, 2023.

6.      Attached to my Declaration as <u>Exhibit B</u> is a true and correct copy of a screenshot taken from the Shred Services website on October 27, 2023.

7.      Attached to my Declaration as <u>Exhibit C</u> is a true and correct copy of a screenshot taken from the Green Hat Kiteboarding website on October 27, 2023.

8.      Attached to my Declaration as <u>Exhibit D</u> is a true and correct copy of a screenshot taken from the Waydootech (or Waydoo) website on October 27, 2023.

9.      Attached to my Declaration as <u>Exhibit E</u> is a true and correct copy of a screenshot taken from the MacKite website on October 27, 2023.

10.     Attached to my Declaration as <u>Exhibit F</u> is a true and correct copy of a screenshot taken from the Solimar Industries website on October 27, 2023.

11.     Attached to my Declaration as <u>Exhibit G</u> is a true and correct copy of a screenshot taken from the Elite Watersports website on October 27, 2023.

12.     Attached to my Declaration as <u>Exhibit H</u> is a true and correct copy of a screenshot taken from the Shred Services website on January 18, 2024.

13.     Attached to my Declaration as <u>Exhibit I</u> is a true and correct copy of a screenshot taken from the Green Hat Kiteboarding website on January 18, 2024.

14.     Attached to my Declaration as <u>Exhibit J</u> is a true and correct copy of a screenshot taken from the MacKite website on January 18, 2024.

15.     Attached to my Declaration as <u>Exhibit K</u> is a true and correct copy of a screenshot taken from Amazon.com on January 18, 2024.

16.     Attached to my Declaration as <u>Exhibit L</u> is a true and correct copy of online records which were downloaded from the SEAIR EXIM Solutions website on October 27, 2023. These records reflect U.S. import records for 2023 showing eFoil parts and products being delivered from HK Waydoo Co. Limited in China to Shread Services LLC in the United States on February 3, 2023, twice on July 9, 2023, and again on August 18, 2023.

17.     I declare under penalty of perjury, under the laws of the United States, and under the laws of the State of Delaware, that the foregoing is true, correct, and complete according to the best of my knowledge, information, and belief.

   **FURTHER DECLARANT SAYETH NOT**

 

 

 

_____
Brian P. McGraw

3

# EXHIBIT A



| | |
|---|---|
| Document title: | Amazon.com : Waydoo Flyer ONE Plus eFoil - EPP - Electric Surfboard, 25mph Speed, 120 min Ride time, Rechargeable, The World's First Cordless Electric hydrofoil (Explorer - 240 Wing - 25.6" Mast) Grey/Black : Sports & Outdoors |
| Capture URL: | https://www.amazon.com/Waydoo-Flyer-ONE-Plus-eFoil/dp/B0B7227YX8?th=1 |
| Page loaded at (UTC): | Fri, 27 Oct 2023 20:26:31 GMT |
| Capture timestamp (UTC): | Fri, 27 Oct 2023 20:28:08 GMT |
| Capture tool: | 10.34.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 9 |
| Capture ID: | cW53bUeWPC6fv8JcStQoNJ |
| User: | middleton-mrennirt |

PDF REFERENCE #:          qWSAhBagUM97MFPpgjsRqM





amazon Delivering to Seattle 98134 Update location | Sports & Outdoors | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 0 Cart

All | Holiday Deals | Medical Care | Best Sellers | Amazon Basics | Prime | Today's Deals | New Releases | Help Center | Music | Registry | Books | Get a jump on holiday gifts

Sports & Outdoors | Exercise & Fitness | Outdoor Recreation | Sports Fan Shop | Team Sports | Hunting | Fishing | The Ride Shop | Leisure Sports & Game Room | Sports Deals | Outdoor Deals

A Safer Scooter with Turn Signals | 5TH WHEEL | $399.99 prime | Save $40 with coupon

Sponsored

Sports & Outdoors › Sports › Water Sports › Surfing › Surfboards › Shortboards

Roll over image to zoom in

# Waydoo Flyer ONE Plus eFoil - EPP - Electric Surfboard, Electric Paddle Board, 25mph Speed, 120 min Ride time, Rechargeable, The World's First Cordless Electric hydrofoil

Visit the Waydoo Store

3.3 ★★★☆☆ 15 ratings | 17 answered questions

$6,399.00

Pay $533.25/month for 12 months, interest-free upon approval for Amazon Visa

**Delivery & Support**

Select to learn more

Ships from MACkite | Eligible for Return, Refund or Replacement within 30 days of receipt | Customer Support

Model: **Explorer - 240 Wing - 25.6" Mast**

**Explorer - 240 Wing - 25.6" Mast**
**$6,399.00**

Patroller - 200 Wing - 33.5" Mast
$6,499.00

| | |
|---|---|
| **Color** | Grey/Black |
| **Brand** | Waydoo |
| **Material** | Polypropylene (PP) |
| **Item Dimensions LxWxH** | 66 x 28 x 41 inches |
| **Product Dimensions** | 66"L x 28"W |

**About this item**

- The next level eFoiling thrill with lighter, but more rigid, re-engineered boards.
- Experience exhilarating speeds of up to 25 MPH
- Enjoy up to a 120-minute ride- much longer than the Flyer One.
- Upgraded controller gives more stable Bluetooth connectivity.
- Plug-and-play battery design offers comprehensive protection during operation and is friendly to the marine environment.

Bamboo/Blue Recreational Stand Up

$6,399.00

$250 delivery **November 1 - 2**. Details

Or fastest delivery **Wednesday, November 1**. Details

Delivering to Seattle 98134 - Update location

**Only 3 left in stock - order soon.**

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | MACkite |
| Sold by | MACkite |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Payment | Secure transaction |

Add to List

New (2) from $6,399.00 + $250.00 shipping

**Other Sellers on Amazon**

$6,399.00 Add to Cart
+ $250.00 shipping
Sold by: Certified Brands

Have one to sell?
Sell on Amazon

TIFGAOP Electric Scooter High Power Dual Drive 5600W Motor Up...
★★★★☆ 171
$1,595.00 prime

Sponsored

Sponsored ⓘ

...connectivity.
...Plug-and-play battery design gives more stable Bluetooth protection during operation and is friendly to the marine environment.

Bamboo/Blue Recreational Stand Up Paddleboard, Boardworks Versa, 10' 6"...
$1,185.99 ✓prime

Sponsored ⓘ

Roll over image to zoom in

## Buy it with

 + 

Total price: $6,414.98

**Add both to Cart**

ⓘ One of these items ships sooner than the other.
Show details

**This item:** Waydoo Flyer ONE Plus eFoil - EPP - Electric Surfboard, Electric Paddle Board...
$6,399⁰⁰

Sticky Bumps Warm/Tropical Water Surfboard Wax, White, 6 Pack
$15⁹⁸

## Products related to this item

Page 1 of 20

Sponsored ⓘ

   

| | | | | | |
|---|---|---|---|---|---|
| 90min Water Electric Surfboard for Adult, with 10kw High Speed Surfing Electric Jet... | UPSURF Aluminum hydrofoil AD-H3 Aluminium foil for SUP Surfboard,Windsurfing... | Yamaha Seascooter SeaJet- Underwater Dive SeaScooter, Quick and Powerful Rotor with... | INMOTION V11 Electric Unicycle - 18 Inch Self-Balancing Monowheel, Equipped with 3... | High Speed Electric Surfboard, Max Speed 40mph, 60/90 Minutes of Battery Life, 3 De... | Boardworks Froth! | Soft Top Surfboard | 3 Fins | Longboard Surf Board | 7' \| Mint |
| ★★★★☆ 4 | | ★★★★★ 2 | ★★★★☆ 243 | | ★★★★☆ 150 |
| $3,999.00 | $502.99 | $461.23 ✓prime | **Limited time deal** $1,699.00 ✓prime List: $1,999.00 (15% off) | $3,999.00 | $399.99 ✓prime |

## Brand in this category on Amazon

**WAYDOO**   Subnado Underwater Scooter for Summer Fun!
Shop Waydoo ›



Best seller

Subnado Underwater Scooter, Water Scoot...
★★★★☆ 126
✓prime

Subnado Underwater Scooter 2 Packs +...
★★★★☆ 5
✓prime

Subnado Underwater Scooter for SUP...
★★★★☆ 27
✓prime

Sponsored ⓘ

## Product Description

Feel the sensation of flying above the water. Waydoo Flyer ONE Plus is not dependent on wind or waves, so you can ride anywhere, anytime. Experience breathtaking moments as you glide across the water.



Upgraded controller gives more stable Bluetooth connectivity.

Plug-and-play battery design offers comprehensive protection during operation and is friendly to the marine environment.

Sponsored ⓘ

Roll over image to zoom in

Bamboo/Blue Recreational Stand Up Paddleboard, Boardworks Versa, 10' 6"...
$1,185.99 ✓prime

Sponsored ⓘ

## Buy it with

 + 

**This item:** Waydoo Flyer ONE Plus eFoil - EPP - Electric Surfboard, Electric Paddle Board...
$6,399.00

Sticky Bumps Warm/Tropical Water Surfboard Wax, White, 6 Pack
$15.98

Total price: $6,414.98

Add both to Cart

ⓘ One of these items ships sooner than the other.
Show details

## Products related to this item

Sponsored ⓘ

Page 1 of 20

   

90min Water Electric Surfboard for Adult, with 10kw High Speed Surfing Electric Jet...
★★★★☆ 4
$3,999.00

UPSURF Aluminum hydrofoil AD-H3 Aluminium foil for SUP Surfboard,Windsurfing...
$502.99

Yamaha Seascooter SeaJet- Underwater Dive SeaScooter, Quick and Powerful Rotor with...
★★★★★ 2
$461.23 ✓prime

INMOTION V11 Electric Unicycle - 18 Inch Self-Balancing Monowheel, Equipped with 3....
★★★★☆ 243
**Limited time deal**
$1,699.00 ✓prime
List: $1,999.00 (15% off)

High Speed Electric Surfboard, Max Speed 40mph, 60/90 Minutes of Battery Life, 3 De...
$3,999.00

Boardworks Froth! | Soft Top Surfboard | 3 Fins | Longboard Surf Board | 7' | Mint
★★★★☆ 150
$399.99 ✓prime

## Brand in this category on Amazon

**WAYDOO**    Subnado Underwater Scooter for Summer Fun!
Shop Waydoo ›

   

**Best seller**

Subnado Underwater Scooter, Water Scoot...
★★★★☆ 126
✓prime

Subnado Underwater Scooter 2 Packs +...
★★★★☆ 5
✓prime

Subnado Underwater Scooter for SUP...
★★★★☆ 27
✓prime

Sponsored ⓘ

## Product Description

Feel the sensation of flying above the water. Waydoo Flyer ONE Plus is not dependent on wind or waves, so you can ride anywhere, anytime. Experience breathtaking moments as you glide across the water.

Sponsored ⓘ

## Product Description

Feel the sensation of flying above the water. Waydoo Flyer ONE Plus is not dependent on wind or waves, so you can ride anywhere, anytime. Experience breathtaking moments as you glide across the water. Feel the sensation of flying. One of the fastest-growing trends in outdoor recreation, eFoiling has redefined the future of modern watersports. Powered by a robust propulsion system, the Waydoo Flyer ONE Plus gives you the ultimate water experience. You can ride anytime and anywhere on oceans, lakes, and rivers. Experience the thrill as you carve through the water at an unbelievable 25mph. The Waydoo Flyer ONE Plus offers a long-lasting ride for up to 120 minutes, giving you the freedom to explore without limits. Remarkably powerful, the Flyer ONE Plus utilizes a highly sophisticated design with unparalleled features at an unbeatable price. Waydoo has developed the one-of-a-kind Flyer ONE with a robust electric propulsion system. Fast, quiet, and emission-free, the Flyer ONE Plus creates the ultimate flying experience. The high quality aluminium alloy material makes Waydoo Flyer ONE extremely lightweight. The Flyer ONE Plus comes standard with a wheeled case, making transport a breeze. Waydoo Flyer ONE Plus eFoil easy set-upFeatures

## Product information

### Technical Details

| | |
|---|---|
| Package Weight | 62 Pounds |
| Item Dimensions LxWxH | 66 x 28 x 41 inches |
| Brand Name | Waydoo |
| Warranty Description | Waydoo provides limited warranty on all products sold. |
| Model Name | FLYER ONE PLUS |
| Color | Grey/Black |
| Material | Polypropylene (PP) |
| Suggested Users | Unisex-adult |
| Manufacturer | Waydoo |
| Included Components | Complete eFoil |

### Additional Information

| | |
|---|---|
| ASIN | B0B7227YX8 |
| Customer Reviews | 3.3 ★★★☆☆ ▾   15 ratings<br>3.3 out of 5 stars |
| Best Sellers Rank | #563,798 in Sports & Outdoors (See Top 100 in Sports & Outdoors)<br>#44 in Shortboards |
| Date First Available | July 19, 2022 |

### Feedback

Would you like to **tell us about a lower price?** ▾

## Videos

### Videos for this product


Is this efoil worth it?
Teyvin Kostiniuk
0:52


WAYDOO E-Foil Honest Review and RIDE DEMO
⭐ Peterson Products
2:22


BEST EFOIL on Amazon! Funnest Water Toy EVER!...
✅ Brian Hubbard
2:51


Answering Common Questions About This E Foil
Kade Peterson

‹   ›

Upload your video

## Important information

To report an issue with this product, click here.

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping








Sponsored ⓘ

## Product Description

Feel the sensation of flying above the water. Waydoo Flyer ONE Plus is not dependent on wind or waves, so you can ride anywhere, anytime. Experience breathtaking moments as you glide across the water. Feel the sensation of flying. One of the fastest-growing trends in outdoor recreation, eFoiling has redefined the future of modern watersports. Powered by a robust propulsion system, the Waydoo Flyer ONE Plus gives you the ultimate water experience. You can ride anytime and anywhere on oceans, lakes, and rivers. Experience the thrill as you carve through the water at an unbelievable 25mph. The Waydoo Flyer ONE Plus offers a long-lasting ride for up to 120 minutes, giving you the freedom to explore without limits. Remarkably powerful, the Flyer ONE Plus utilizes a highly sophisticated design with unparalleled features at an unbeatable price. Waydoo has developed the one-of-a-kind Flyer ONE with a robust electric propulsion system. Fast, quiet, and emission-free, the Flyer ONE Plus creates the ultimate flying experience. The high quality aluminium alloy material makes Waydoo Flyer ONE extremely lightweight. The Flyer ONE Plus comes standard with a wheeled case, making transport a breeze. Waydoo Flyer ONE Plus eFoil easy set-upFeatures

## Product information

### Technical Details

| | |
|---|---|
| Package Weight | 62 Pounds |
| Item Dimensions LxWxH | 66 x 28 x 41 inches |
| Brand Name | Waydoo |
| Warranty Description | Waydoo provides limited warranty on all products sold. |
| Model Name | FLYER ONE PLUS |
| Color | Grey/Black |
| Material | Polypropylene (PP) |
| Suggested Users | Unisex-adult |
| Manufacturer | Waydoo |
| Included Components | Complete eFoil |

### Additional Information

| | |
|---|---|
| ASIN | B0B7227YX8 |
| Customer Reviews | 3.3 ★★★☆☆  ▾   15 ratings  <br> 3.3 out of 5 stars |
| Best Sellers Rank | #563,798 in Sports & Outdoors (See Top 100 in Sports & Outdoors) <br> #44 in Shortboards |
| Date First Available | July 19, 2022 |

### Feedback

Would you like to tell us about a lower price? ▾

## Videos

Page 1 of 3

### Videos for this product

‹

Is this efoil worth it?
Teyvin Kostiniuk
0:52


WAYDOO E-Foil Honest Review and RIDE DEMO
⭐ Peterson Products
2:22


BEST EFOIL on Amazon! Funnest Water Toy EVER!...
✅ Brian Hubbard
2:51


Answering Common Questions About This E Foil
Kade Peterson
›

Upload your video

## Important information

To report an issue with this product, click here.

## Related products with free delivery on eligible orders

Page 1 of 8

Sponsored ⓘ | Try Prime for unlimited fast, free shipping










**Related products with free delivery on eligible orders**

Page 1 of 8

Sponsored ⓘ | Try Prime for unlimited fast, free shipping



Yamaha Seascooter
SeaJet- Underwater Dive
SeaScooter, Quick and
Powerful Rotor with...
★★★★★ 2
$461.23 ✓prime



INMOTION V11 Electric
Unicycle - 18 Inch Self-
Balancing Monowheel,
Equipped with 3...
★★★★☆ 243
**Limited time deal**
$1,699.00 ✓prime
List: $1,999.00 (15% off)



Fisca Portable Air Pump
for Inflatables Air
Mattress Beds Balloons
Balls, 20PSI Ele...
★★★☆☆ 72
$39.99 ✓prime



Paddle Board Pump
Electric Portable,
KOSMEGAL SUP Pump
for Paddleboard,...
★★★★☆ 236
$49.99 ✓prime



redder Electric Paddle
Board Pump, 0-20PSI Air
up SUP Pump 12v
Accessories, Portabl...
★★★★☆ 3
$39.99 ✓prime



Newport Vessels Kayak
Series 36lb Thrust
Transom Mounted
Saltwater Electric...
★★★★☆ 647
$139.00 ✓prime

# Brands in this category on Amazon

Sponsored ⓘ







# Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer reviews

★★★☆☆ 3.3 out of 5

15 global ratings

| | | |
|---|---|---|
| 5 star | | 30% |
| 4 star | | 28% |
| 3 star | | 15% |
| 2 star | | 0% |
| 1 star | | 27% |

˅ How customer reviews and ratings work

### Reviews with images

See all photos ›






Top reviews ▾

### Top reviews from the United States

⊙ Courtjester

★★★★★ **A great product to introduce a person to EFOILING**

Reviewed in the United States on October 28, 2022
Model: Explorer - 240 Wing - 25.6" Mast | **Verified Purchase**

First, I was impressed with the rapid delivery of this EFoil. I was told it would be a 2-week delivery, but it came within 3 days. The board came in one box, and the propeller and wings, remote and hardware in a 2nd box. The battery came in a 3rd box the next day as it is shipped separately for HAZMAT reasons. I am a beginner in this sport, but certainly have been involved in surfing, paddleboarding, some water skiing and many years in snowboarding. I believe all those things will help, but this sport is absolutely different for the obvious reason that you are riding on the hydrofoil wing above the water and not on the surface of the water. That is what

First, I was impressed with the rapid delivery of this EFoil. I was told it would be a 2-week delivery, but it came within 3 days. The board in one box, and the propeller and wings, remote and hardware in a 2nd box. The battery came in a 3rd box the next day as it is shipped separately for HAZMAT reasons. I am a beginner in this sport, but certainly have been involved in surfing, paddleboarding, some water skiing and many years in snowboarding. I believe all those things will help, but this sport is absolutely different for the obvious reason that you are riding on the hydrofoil wing above the water and not on the surface of the water. That is what makes it a little harder to learn, since it puts the rider in an unexpected reality - a couple feet above the water. But that is the beauty of the sport as well - a wonderful, quiet glide once you get up on the wing. It might be similar to gliding in powder on a snowboard, but again - it is unique. Other than that, with respect to the product - it is everything I expected it would be. It is simple to assemble and disassemble for transport to the water. All the pieces fit in my small utility vehicle quite easily with the back seats down and the hatch access. The board by itself will fit inside the vehicle as well, but it could be strapped to a rack system if you want. I don't transport it assembled, as it is a 10 minute set up at the water. The remote and battery communication is reasonable to get working. There are some tips and tricks when you have issues, and the

∨ Read more

20 people found this helpful

Helpful | Report



Morey Cruiser 42.5" Bodyboard | High Performance Bodyboards f...
$119.99

Sponsored ⓘ

Grayson Omans
★★★★★ **Fantastic kit! So much FUN!!**
Reviewed in the United States on August 8, 2023
Model: Patroller - 200 Wing - 33.5" Mast | Verified Purchase

Don't read all the negative Nancy's posting feedback here. I purchased the Waydoo Flyer One Plus w/ the extended mast and patroller package. Best kit ever! Waydoo has done a great job listening to customers and improving upon all the important feature requests. The board isn't perfect but darn close to it and ideal for those looking for an entry level eFoil for a competitive price. Typical ride time is about 50 to 60mins for adults, so don't believe all the 120min marketing bs but still, 60mins is a long time for a LOT of fun! Highly recommend this product! Happy eFoiling!



3 people found this helpful

Helpful | Report

Keylite
★☆☆☆☆ **Dissapointed!**
Reviewed in the United States on June 19, 2023
Model: Patroller - 200 Wing - 33.5" Mast | Verified Purchase

The product did not work as intended. Will be returning.
Unfortunately, could not get battery or hand held to connect.
Tried for three days.
Forget about it! If it's this hard to connect , cant take the chance.
What a disappointment.

5 people found this helpful

Helpful | Report

Jayden Spencer
★☆☆☆☆ **Remote broke**
Reviewed in the United States on September 22, 2022
Model: Explorer - 240 Wing - 25.6" Mast | Verified Purchase

Remote had glitches losing connection on the first day then completely stopped working by the second day and won't turn back on. It was really fun while it was working, now I'm stuck waiting for a replacement remote.

12 people found this helpful

Helpful | Report

Amazon Customer
★★★★☆ **3rd season on board still going strong**
Reviewed in the United States on July 25, 2023
Model: Explorer - 240 Wing - 25.6" Mast

I'm just doing this to give a honest opinion on the waydoo flyer one, after 3 summers of having the board.



Amazon Customer

★★★★☆ **3rd season on board still going strong**

Reviewed in the United States on July 25, 2023

Model: Explorer - 240 Wing - 25.6" Mast

I'm just doing this to give a honest opinion on the waydoo flyer one, after 3 summers of having the board.
Please note: I live on a fresh lake, it has never touched salt water.
Honestly the board is great. you read of low battery run times, which could be true, the more experience you obtain the longer your battery will last. The first season, I weighed 219 lbs and got about 45-50 minutes. 3rd season I weight 195 lbs, and mostly because of experience, I get a good hour and 15 minutes. I have never had it above it's 16th gear. Any higher would be crazy, with the waves on the lake, never any issues with the remote, battery, or board. The one and only Issue I ever had is when I would submarine it, and not let go of the remote trigger. ( remember, mine is a 3 year old version). It would go rogue, until it breached the surface and once it reestablish communication, then it immediately shut down. People criticize the EPP foam board, but mine still looks new, and is a lot more forgiving when I wipe it and hit the board.
I'm not a professional, but now can do some crazy moves and just as excited to get on it 3 years later. I have over 200 rides on it so far.(we only have 3 months of summer)
It is, in my opinion a very impressive board.
My version had Issues of snapping off the whale tail If you accidentally ran it aground. And the company sent

∨ Read more

4 people found this helpful

Helpful | Report

**See more reviews ›**

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Start Selling with Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Your Recalls and Product Safety Alerts

Help

amazon

| English | United States |

| Amazon Music | Amazon Advertising | 6pm | AbeBooks | ACX | Sell on Amazon | Amazon Business |
| Stream millions of songs | Find, attract, and engage customers | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Everything For Your Business |
| Amp | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Host your own live radio show with music you love | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct | Amazon | Prime Video | Shopbop |
| Book reviews | Movies, TV | Get Info Entertainment | Publishing | Photos | Direct | Designer |

# EXHIBIT B



| | |
|---|---|
| Document title: | Waydoo Flyer Efoil Kit – Shred Services |
| Capture URL: | https://shred-services.com/products/waydoo-flyer-one-epp-e-foil |
| Page loaded at (UTC): | Fri, 27 Oct 2023 20:31:47 GMT |
| Capture timestamp (UTC): | Fri, 27 Oct 2023 20:32:24 GMT |
| Capture tool: | 10.34.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 7 |
| Capture ID: | ms5bpCituQS71Lv7yfjBii |
| User: | middleton-mrennirt |

PDF REFERENCE #:        943i8ynM733df1Ew6NkpWX



SHRED

FLYER ONE +     HYDROFLYER     SUBNADO     ACCESSORIES ⌄     DEALER LOCATOR     SUPPORT ⌄                    Account





# WAYDOO - WAYDOO FLYER ONE+ | EPP E-FOIL

$6,399.00   ~~$6,399.00~~

PACKAGE                    ADD BUNDLE                    QUANTITY

Explorer          ▾        No Bundle          ▾          −    1    +

**ADD TO CART**

Share                                          f  𝕏  𝒫

The FLYER ONE+ is lighter, faster, and up to 25% more efficient than the previous model.

The Waydoo Flyer ONE+ foilboards include:

- Flyer ONE+ board
- Your choice of Explorer or Patroller Wing
- You choice of Explorer or Patroller Mast
- Rear stabilizer wing
- Battery
- Jet ONE Remote
- Battery Charger
- Remote charger
- Power unit carrying case w/wheels
- Tool kit

## *WaydooFLYER* ONE+ Stats

| Max Speed | Riding Time | Max Range | Max Load |
|---|---|---|---|
| 25 mph | up to 120 Minutes* | 21.75 miles | 220lbs |

Become an Ambassador

---

Document title: Waydoo Flyer Efoil Kit – Shred Services
Capture URL: https://shred-services.com/products/waydoo-flyer-one-epp-e-foil
Capture timestamp (UTC): Fri, 27 Oct 2023 20:32:24 GMT

25 mph      up to 120 Minutes*      21.75 miles      220lbs





(*Battery life varies according to the user's weight, water condition, and riding methods.)

# CHOOSE YOUR FLYER ONE+

With two different wing and mast option to choose from you can customize your ride any way you like. All of the Waydoo components are interchangeable so you can adjust your ride anytime.

## Explorer Package

The Explorer package includes the Explorer wing and short mast. This combination is great for early planing and foiling at slower speeds. If this is your first e-foil the Explorer package is the perfect place to start.

## Patroller Package

The Patroller package includes the Patroller wing and longer mast. The smaller area of the Patroller wing makes it great for more experienced or adventurous riders. The Patroller is faster and more maneuverable than the Explorer wing perfect for getting your adrenaline pumping.

## Hybrid Package

The Hybrid package includes the Explorer wing and longer mast. This pairing gives you all the stability of the Explorer wing, and the ability to get higher out of the water with the Patroller mast



Become an Ambassador

WAYDOO JET ONE CONTROLLER

Document title: Waydoo Flyer Efoil Kit – Shred Services
Capture URL: https://shred-services.com/products/waydoo-flyer-one-epp-e-foil
Capture timestamp (UTC): Fri, 27 Oct 2023 20:32:24 GMT

Page 2 of 6



# WAYDOO JET ONE CONTROLLER

IP68 Waterproof

Unsinkable

Bluetooth Connection

GPS Tracking

# WAYDOO FLYER ONE+ ADD-ON BUNDLES

## Looking to fine tune your ride?

Choose from one of our optional bundles to save big on accessories.

### Battery Bundle

Additional Battery
Fireproof Battery Box

### Progression Bundle

Flyer Pod
Impact Vest
Helmet

### Race Bundle

Racing Wing
IP8 Prop

### Glide Bundle

Gliding Wing
Surf Stabilizer
Folding Prop

### Boater's Bundle

Outboard Adapter
Additional Battery
Fireproof Battery Box

(*Battery life varies according to the user's weight, water condition, and riding methods.)

Become an Ambassador

TECH SPECS

FLYER ONE+ HYDROFLYER SUENADO ACCESSORIES DEALER LOCATOR SUPPORT

# TECH SPECS

## Board



**WAYDOO FLYER ONE+ | CARBON**

Size (L x W x H):  66 x 28.3 x 6.3 inches / 168 x 74 x 17 cm

Material:  Carbon fiber composite

Weight:  23.2lbs / 13.7kg

Volume:  110L



**WAYDOO FLYER ONE+ | EPP**

Size (L x W x H):  65.8 x 28.7 x 6.3 inches / 167 x 73 x 16.2 cm

Material:  EPP foam reinforced with an aluminium alloy frame

Weight:  20.1lbs / 12.6kg

Volume.  110L

## Battery



Type:  Lithium-ion Battery

Capacity:  32,500mAH / 1,683Wh

Waterproof:  IP68

Charging time:  ~120 minutes

## Wings



**EXPLORER**

Material:  Carbon fiber

Size:  30.2 x 11.3 x 2.5 inches

Weight:  3.3lbs / 1.5kg



**PATROLLER**

Material:  Carbon fiber

Size:  27.4 x 8.8 x 1.7 inches

Weight:  2lbs / .9kg



**STABILIZER**

Material:  Nylon Composite

Size:  17.7 x 5.1 x 1.2 inches

Weight:  .7lbs / .3kg

Become an Ambassador

Weight: 3.3lbs / 1.5kg

## Mast

Overall size (L x W x H):  33.8 x 30 x 32 inches 86 x 76 x81.4 cm

Overall weight.  16.3 lbs / 7.4kg

Mast - height:  25.6 inches / 65cm

Motor output power: 6000 W



# EASY ASSEMBLY

Spend more time out on the water and less time assembly your e-foil. All Waydoo Flyer models feature extremely easy assembly to get you out riding as quickly as possible.

## YOU MAY ALSO LIKE



| Hydroflyer Cruiser | Glide Bundle | 3 Blade Propeller | Explorer Wing | Waydoo Subnado |
|---|---|---|---|---|
| $15,999 | $1,497 $1,347.30 | $99 | $749 | From $449 |

SALE

Become an Ambassador

FLYER ONE   HYDROFLYER   SUBNADO   ACCESSORIES   DEALER LOCATOR   SUPPORT






# EASY ASSEMBLY

Spend more time out on the water and less time assembly your e-foil. All Waydoo
Flyer models feature extremely easy assembly to get you out riding as quickly as
possible.

## YOU MAY ALSO LIKE



| Hydroflyer Cruiser | Glide Bundle | 3 Blade Propeller | Explorer Wing | Waydoo Subnado |
|---|---|---|---|---|
| $15,999 | $1,497 $1,347.30 | $99 | $749 | From $449 |



Become An Ambassador

Search

Contact Us

Shipping Information

Warranty Claim Form

Do not sell my personal information

Terms of Service

Refund policy

Become an
Ambassador

# EXHIBIT C



| | |
|---|---|
| Document title: | Waydoo Flyer One+ EPP Electric Hydrofoil Kit (Hydrofoil/ Board) |
| Capture URL: | https://greenhatkiteboarding.com/collections/foiling/products/waydoo-flyer-one-epp-e-foil?variant=39869106782341 |
| Page loaded at (UTC): | Fri, 27 Oct 2023 20:34:38 GMT |
| Capture timestamp (UTC): | Fri, 27 Oct 2023 20:35:15 GMT |
| Capture tool: | 10.34.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 4 |
| Capture ID: | iYioE6qFtzc7cLs72amU3Z |
| User: | middleton-mrennirt |

PDF REFERENCE #:        vu1tRjMm8Sp634qnuU4fSu



CONTACT US   Call 732.284.3800                                                                                   Lessons   Info



Search here...

Login   My Account

KITEBOARDING   FOILING   WING FOILING   WATERWEAR   CLEARANCE   USED GEAR   LESSONS

Reviews ★

Home -  Foiling -  WAYDOO FLYER ONE+ EPP E-FOIL



Hover to zoom

## Waydoo Flyer One+ EPP e-Foil

★ ★ ★ ★ ★   💬 Ask a question  |  Write a review

✓ In Stock

**$6,399.00**

Foil
choose foil

### Recommended Accessories



Waydoo Fireproof...
**$399.00**
ADD

Waydoo Flyer Pod
**$299.00**
ADD

Waydoo Folding...
**$499.00**
ADD

ADD TO CART

As low as $295.26/mo*

 Fast Free Shipping     Lowest Price Guarantee     30-Day Easy Return

## Shipping                                                                                                    —

Shipping typically requires freight service and costs $250 if shipped to any of the 48 mainland states.

Please contact us for a quote if shipping outside of the US mainland.

## Short Description

Online

Document title: Waydoo Flyer One+ EPP Electric Hydrofoil Kit (Hydrofoil/ Board)
Capture URL: https://greenhatkiteboarding.com/collections/foiling/products/waydoo-flyer-one-epp-e-foil?variant=39869106782341
Capture timestamp (UTC): Fri, 27 Oct 2023 20:35:15 GMT

Shipping typically requires freight service and costs $250 if shipped to any of the 48 mainland states.

Please contact us for a quote if shipping outside of the US mainland.



## Short Description                                                                +

## Product Video                                                                    +

## Green Hat Reviews                                                                 +

## Description                                                                       +

## Reviews                                                                           +

### Product Reviews

Reviews by TargetBay

**0/5**

⭐⭐⭐⭐⭐

0 Reviews

| | | | |
|---|---|---|---|
| 5 | ⭐ | | (0) |
| 4 | ⭐ | | (0) |
| 3 | ⭐ | | (0) |
| 2 | ⭐ | | (0) |
| 1 | ⭐ | | (0) |

Rate it now.

[Write a Review]

Have any questions?

[Ask a Question]

| Reviews (0) | Questions (0) | | Sort by: Most Recent |
|---|---|---|---|

Be the first to write a review

## Related Products                                                    VIEW ALL

| Waydoo Flyer Pod | 2023 Cabrinha 03S Contra Aether Kiteboarding Kite | Flysurfer Peak 5 11m Foil Kite USED | Flysurfer Peak 5 Foil Kite | Fanatic Aero Free Carbon Complete Foil Set |
|---|---|---|---|---|
| $299.00 | $1,129.00 | $699.00 ~~$979.00~~ | $579.00 | $1,806.00 ~~$2,408.00~~ |
| VIEW PRODUCT | VIEW PRODUCT | VIEW PRODUCT | VIEW PRODUCT | VIEW PRODUCT |

Online



| Waydoo Flyer Pod | 2023 Cabrinha 03S Contra Aether Kiteboarding Kite | Flysurfer Peak 5 11m Foil Kite USED | Flysurfer Peak 5 Foil Kite | Fanatic Aero Free Carbon Complete Foil Set |
|---|---|---|---|---|
| $299.00 | $1,129.00 | $699.00 $979.00 | $579.00 | $1,806.00 $2,408.00 |
| VIEW PRODUCT | VIEW PRODUCT | VIEW PRODUCT | VIEW PRODUCT | VIEW PRODUCT |

Reviews ★

← BACK TO FOILING



SIGN UP FOR OUR NEWSLETTER

Email

What are you interested in? *
☐ Kiteboarding
☐ Wingfoiling
☐ E-foil / Electric boards
☐ Local Events

Submit

**About**

About Us
Contact Us
Meet Our Team
Privacy Policy

**Information**

Customer Service
Return policy
Warranty
Shipping Policy
Cancellation Policy
Price Match Guarantee
Lessons
Local Benefits

**Location**

Green Hat Kiteboarding
50 Main Street
Waretown NJ 08758

Our shop is open Monday-Friday 11am to 6pm, and on weekends by appointment.

**Contact**

732.284.3800
Phone Hours:
10am to 7pm EST

We may be assisting customers in the showroom during these hours, if we don't pick up, please leave a message.

© 2023 Green Hat Kiteboarding. All Rights Reserved

Online

Document title: Waydoo Flyer One+ EPP Electric Hydrofoil Kit (Hydrofoil/ Board)
Capture URL: https://greenhatkiteboarding.com/collections/foiling/products/waydoo-flyer-one-epp-e-foil?variant=39869106782341
Capture timestamp (UTC): Fri, 27 Oct 2023 20:35:15 GMT

# EXHIBIT D



| | |
|---|---|
| Document title: | Flyer one series – waydoous |
| Capture URL: | https://us.waydootech.com/pages/flyer-one-series |
| Page loaded at (UTC): | Fri, 27 Oct 2023 20:30:30 GMT |
| Capture timestamp (UTC): | Fri, 27 Oct 2023 20:31:13 GMT |
| Capture tool: | 10.34.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 6 |
| Capture ID: | 6eo6MKvahSF8ujT436Yu2N |
| User: | middleton-mrennirt |



# WAYDOO

UNDERWATER SCOOTER    ACCESSORIES    EFOIL    BLOGS    RESELLERS    SUPPORT

"THE BEST VALUE EFOIL" ON THE MARKET

CONTACT US

Reviews

**FAST DELIVERY**
Delivered directly from our warehouse to your doorstep in 2-8 business days. Learn more

**2-YR LIMITED WARRANTY**
Our eFoils are carefully built to outlast their 2-year limited warranty (EU only). Learn more

**EASY & QUICK SETUP**
Easy plug and play system will have you ready to fly in less than 15 minutes*. Leran more

**EASY TO LEARN**
Perfect for beginner to advanced. Most users learn how to efoil in less than 30 mins. Learn more

# THE REVIEWS ARE IN

Don't take our word for it.













Chat with us 👋



## BOARD

### LIGHTER BUT STRONGER THE NEXT LEVEL E-FOILING THRILL.

Your ride will be smooth, easily maneuverable, and rock-steady with our re-engineered boards. Thanks to the rigorous analyses and simulation, the boards come wrapped in an aluminum alloy frame, making them 3.5kg lighter while their rigidity increased by 60%. With careful consideration, EPP or Carbon material, you can customize by your preference this time.

**-3.5KG**
LIGHTER

**+60%**
STRONGER



### POWER ASSEMBLY

### MORE POWERFUL PROPULSION FLY FASTER & QUIETER.

Experience the exhilarating speeds of up to 47kph, a breakthrough compared to the Flyer One Series. Noise caused during operation will be lower due to better fluid dynamics from our redesigned propeller system, giving you the ultimate cruising experience.

**95%**
EFFICIENCY

**47KPH**
UP TO

RECORD YOUR

Chat with us 👋



WAYDOO   UNDERWATER SCOOTER   ACCESSORIES   EFOIL   BLOGS   RESELLERS   SUPPORT

# RECORD YOUR
# BEST EFOILING EXPERIENCE.

The Waydoo App keeps track of all your gliding and riding performance on iOS and Android devices, allowing you to view key information related to battery and connection status.

 



## LONGER BATTERY LIFE
## ENJOY COMPLETE FREEDOM LIMITLESSLY.

With a fully charged Flyer One Plus Efoil, you can enjoy up to a 120-minute ride, much longer than the Flyer One series. No need to worry about the range time; you can have more fun efoiling, enjoying the company of the waves, and feeling the complete freedom with uncompromised battery life. (*Battery life varies according to the user's weight, water condition, and riding methods.)

# 120MIN*

## RIDE

## UPGRADED CONTROL
## ENHANCED CONNECTIVITY

The Bluetooth connectivity between the controller and the power unit is enhanced. The upgraded chipsets inside the efoil controller and the mast make the connection more stable, even in choppy waters, giving you real-time information, intuitive control, and full of security.

Chat with us 👋



unit is enhanced. The upgraded chipsets inside the Flyer ONE Plus efoil controller and the mast make the connection more stable, even in choppy waters, giving you real-time information, intuitive control, and full of security.

## TRAVELLING WITH EASE
### MAKE YOUR RIDE EFFORTLESS.

All the accessories required for assembly fit perfectly inside the EPP carrying case while leaving space for your stuff, saving your effort on the package. The board can be strapped to the wheeled case, easy to transport, especially in long-range towing. Travel with Waydoo Flyer ONE Plus Efoil is like a breeze.

★ Reviews

# FEATURES & SPECS
Go with everything you prefer.

| BOARD | POWER ASSEMBLY | WINGS | BATTERY |
|-------|----------------|-------|---------|

CONTROLLER

## EPP EDITION

**Size (L x W x H)**
65.8 x 28.7 x 6.3 inches / 167 x 73 x 16.2 cm

**Material**
EPP foam reinforced with an aluminium alloy frame

**Weight**

## CARBON EDITION

**Size (L x W x H)**
66 x 28.3 x 6.3 inches / 168 x 74 x 17 cm

**Material**
Carbon fiber composite

**Weight**

Chat with us 👋



---

Document title: Flyer one series – waydoous
Capture URL: https://us.waydootech.com/pages/flyer-one-series
Capture timestamp (UTC): Fri, 27 Oct 2023 20:31:13 GMT

## CONTROLLER

### EPP EDITION

**Size (L x W x H)**
65.8 x 28.7 x 6.3 inches / 167 x 73 x 16.2 cm

**Material**
EPP foam reinforced with an aluminium alloy frame

**Weight**
21.6lbs / 9.8kg

**VOLUME**
110L

### CARBON EDITION

**Size (L x W x H)**
66 x 28.3 x 6.3 inches / 168 x 74 x 17 cm

**Material**
Carbon fiber composite

**Weight**
34.4lbs / 15.62kg

**VOLUME**
110L



# READY TO GET YOURS?

CONTACT US



**APP**



Available on iOS and Android.

Download now

**CONNECT**

About Us
Contact Us
Offline Resellers
Downloads
FAQs

**LEGAL**

Shipping Policy
Return & Refund
Order & Payment
Warranty Terms
Privacy Policy
Terms Of Service

**SIGN UP AND SAVE**

Subscribe to get special offers, free giveaways, and once-in-a-lifetime deals.

Enter your email



© 2023 waydoous © 2022 Waydoo All rights reserved.

Powered by Shopify

Chat with us 👋

# EXHIBIT E



| | |
|---|---|
| Document title: | Waydoo FLYER ONE+ eFoil - Carbon |
| Capture URL: | https://www.mackiteboarding.com/waydoo-flyer-one-plus-efoil-carbon/ |
| Page loaded at (UTC): | Fri, 27 Oct 2023 20:33:26 GMT |
| Capture timestamp (UTC): | Fri, 27 Oct 2023 20:34:14 GMT |
| Capture tool: | 10.34.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 11 |
| Capture ID: | dK1esEcycyuVMBTjyZmtq9 |
| User: | middleton-mrennirt |

$99 orders ship FREE! • Return Policy   Live Chat   16881 Hayes St Grand Haven, MI 49417   800-622-4655   Sign In or Register

**MACkite**

Search the store

🎁  ⏱  🛒 **0** Cart

KITE ⌄   WING ⌄   WAKE ⌄   WIND, SURF, SUP ⌄   FOIL ⌄   EFOIL ⌄   WATERWEAR ⌄   LESSONS ⌄   TIPS & BLOG ⌄   ORDER & STORE INFO ⌄

HOME / EFOIL / EFOIL - READY TO RIDE / WAYDOO FLYER ONE+ EFOIL - CARBON



WAYDOO

# Waydoo FLYER ONE+ eFoil - Carbon

☆☆☆☆☆ (No reviews yet)

Write a Review

## $7,799.00 - $7,999.00

Pay as low as $353/mo. **Klarna.** Learn more

**SIZE:** REQUIRED

Explorer - 240 Wing - 25.6" Mast    Explorer Long - 240 Wing - 33.5" Mast

Patroller - 200 Wing - 33.5" Mast

**QUANTITY:**

⌄ 1 ⌃

**PRE-ORDER NOW**    **STOCK INQUIRY**

f ✉ 🐦 in

**FREQUENTLY BOUGHT TOGETHER:**

**SELECT ALL**    **ADD SELECTED TO CART**

☐ Dakine Wing Travel Wagon    Now: **$319.20**  Was: $399.00
CHOOSE OPTIONS ⌄

---

DESCRIPTION    0 REVIEWS

## Waydoo Flyer ONE+ eFoil - Carbon

## Feel the sensation of flying above water. Waydoo Flyer ONE Plus is not dependent on wind or waves, so you can ride anywhere, anytime.

*DOES NOT INCLUDE BOARD BAG (We recommend adding the Dakine Wing Travel Wagon to your order if you are looking to include a bag!)

## Overview

- The next level eFoiling thrill with lighter, but more rigid, re-





Feel the sensation of flying above water. Waydoo Flyer ONE Plus is not dependent on wind or waves, so you can ride anywhere, anytime

*DOES NOT INCLUDE BOARD BAG (We recommend adding the Dakine Wing Travel Wagon to your order if you are looking to include a bag!)

## Overview



- The next level eFoiling thrill with lighter, but more rigid, re-engineered boards.
- Experience exhilarating speeds of up to 40km/h.
- Enjoy up to a 120-minute ride- much longer than the Flyer One.
- Upgraded controller gives more stable Bluetooth connectivity.
- EPP traveling case minimizes your effort in transporting the package to your riding spot.
- Plug-and-play battery design offers comprehensive protection during operation and is friendly to the marine environment.

## Details



Experience breathtaking moments as you glide across the water. Feel the sensation of flying. One of the fastest-growing trends in outdoor recreation, eFoiling has redefined the future of modern watersports. Powered by a robust propulsion system, the Waydoo Flyer ONE Plus gives you the ultimate water experience. You can ride anytime and anywhere on oceans, lakes, and rivers. Experience the thrill as you carve through the water at an unbelievable 25mph. The Waydoo Flyer ONE Plus offers a long-lasting ride for up to 120 minutes, giving you the freedom to explore without limits.

Remarkably powerful, the Flyer ONE Plus utilizes a highly sophisticated design with unparalleled features at an unbeatable price. Waydoo has developed the one-of-a-kind Flyer ONE with a robust electric propulsion system. Fast, quiet, and emission-free, the Flyer ONE Plus creates the ultimate flying experience. The high quality aluminium alloy material makes Waydoo Flyer ONE extremely lightweight. The Flyer ONE Plus comes standard with a wheeled case, making transport a breeze.

## Features

### Easy Set-up



Escape your busy schedule. Waydoo knows know your time is precious. The Flyer ONE has been built to be as convenient and efficient as possible. They've designed the Flyer ONE's PowerFlight Cell battery with durable, high-quality materials, needing only 2 hours to fully recharge, making it one of the fastest recharge models on the market. Each charge allows you to fly freely for up to 120 minutes, giving you ample time to explore and create an unforgettable adventure.

Get set up in the blink of an eye. Instead of messing around with bolts, gel application, cables, or electrical contacts, the Flyer ONE has been completely redesigned to keep the fuss to a bare minimum. Simply roll up on your nearest beach, remove your PowerFlight Cell battery from the compact carry case, snap it in, and you're ready to go become one with the water.

Get set up in the blink of an eye. Instead of messing around with bolts, gel application splits, or whatever else. The Flyer ONE+ has been completely redesigned to keep the fuss to a bare minimum. Simply roll up on your nearest beach, remove your PowerFlight Cell battery from the compact carry case, snap it in, and you're ready to go become one with the water.

## Waydoo FLYER ONE+ Traveling Case

### MAKE YOUR RIDE EFFORTLESS.

All the accessories required for assembly fit perfectly inside the EPP carrying case while leaving space for your stuff, saving your effort on the package. The board can be strapped to the wheeled case, making it easy to transport, especially in long-range towing. Travel with Waydoo Flyer ONE Plus eFoil is a breeze.

1. Durable case fits all your parts efficiently
2. Sturdy carry handles right where you need them
3. Rugged wheels for getting you there effortlessly



## Upgraded Jet ONE Controller

Master the Flyer ONE using your Jet ONE controller. See your speed and gear in one glance with the built-in anti-glare 2.3" inch screen. Easily control how fast or how slow you go with the 24 speed options on the controller. With a built-in GPS, the Jet One Controller keeps track of your progress every single ride.

### ENHANCED CONNECTIVITY.

The Bluetooth connectivity between the controller and the power unit is enhanced. The upgraded chipsets inside the Flyer ONE Plus efoil controller and the mast make the connection more stable, even in choppy waters, giving you real-time information, intuitive control, and full security.

### SAFETY FEATURES

- **FlightFreeze:** The Jet ONE Controller will automatically lock when the rider falls into the water. Push your limits and challenge yourself, knowing that if you take a spill, your Flyer ONE won't be cruising off into the sunset without you.
- **Low Battery Warning:** When the battery level drops below 25%, the Jet ONE controller will alert you by blinking and vibrating.
- **Propeller Protection Case:** Waydoo Flyer ONE is built to last. Designed to stand the test of time, the durable Flyer ONE's propeller is protected by its case, shielding it from environmental damage. Soar across the water with peace of mind and experience breathtaking moments without limitations.



**Here are the suggested speed settings for each level:**

the Jet ONE controller will alert you by blinking and vibrating.

Designed to stand the test of time, the durable Flyer ONE's propeller is protected by its case, shielding it from environmental damage. Soar across the water with peace of mind and experience breathtaking moments without limitations.

Here are the suggested speed settings for each level:

- Beginner: 0-10
- Medium: 11-18
- Advanced: 19-24

## Waydoo FLYER ONE+ Board Update

**LIGHTER BUT STRONGER: THE NEXT LEVEL E-FOILING THRILL.**

Your ride will be smooth, easily maneuverable, and rock-steady with Waydoo's re-engineered boards. The carbon edition with a striking look is perfect for high-speed cruising and performing tricks and maneuvers.

**-3.5KG LIGHTER & 60% STRONGER**



## Waydoo FLYER ONE+ Power Assembly

**MORE POWERFUL PROPULSION - FLY FASTER & QUIETER.**

Experience the exhilarating speeds of up to 40km/h, a breakthrough compared to the Flyer One Series. The more powerful propulsion system makes a 25% reduction in your eFoil board size, yet increases propulsive efficiency by 95%. Noise caused during operation will be lower due to better fluid dynamics from the redesigned propeller system, giving you the ultimate cruising experience.

**+95% EFFICIENCY / UP TO 40KM/H**



## Waydoo FLYER ONE+ Longer Battery Life

**ENJOY COMPLETE FREEDOM LIMITLESSLY.**

With a fully charged Flyer One Plus eFoil, you can enjoy up to a 120-minute ride, much longer than the Flyer One series. No need to worry about the range time; you can have more fun efoiling, enjoying the company of the waves, and feeling the complete freedom with uncompromised battery life.





With that charged battery, you can enjoy an estimated 120-minute ride, much longer than the Flyer One series. No need to worry about the range time; you can have more fun efoiling, enjoying the company of the waves, and feeling the complete freedom with uncompromised battery life.

(*Battery life varies according to the user's weight, water conditions, and riding methods.)

**120 MIN RIDE**



## Waydoo FLYER ONE+ Cordless Battery Connections

**PLUG - AND - PLAY**

A two-step installation procedure allows a quick assembly and plug-and-play ride, making your preparation effortless. Waydoo eFoil is the world's first integrated, cordless electric hydrofoil equipped with Waydoo's proprietary PowerFlight Cell Lithium-ion battery. The smart Battery Management System (BMS) and IP68 waterproof ability offer comprehensive protection during operation. Also, to help maintain a healthy marine environment, the battery is designed to be rechargeable and replaceable.



## 12-month warranty

Waydoo stands behind their product and quality 100%. That is why they're offering a 12-month warranty on defects caused by workmanship or materials. The 12-month warranty covers the board, the mast, the wings, and the battery (within 300 charge cycles).

# Customize Your Waydoo FLYER ONE+

## Choose Your Mast & Wing

The Explorer Mast has higher stability and is easy to get started on, while the Patroller Mast enables you to fly higher with a more challenging ride.



Take the Explorer Wing for a steady and smooth cruise, which is more suitable for beginners. The Patroller Wing is nimble and maneuverable. It is the perfect choice for seasoned riders.



**The Explorer Wing**

**The Patroller Wing**

Take the Explorer Wing for a steady and smooth cruise, which is more suitable for beginners. The Patroller Wing is nimble and maneuverable. It is the perfect choice for seasoned riders.

## Waydoo Flyer One Plus Specs:

### Board:

- Size (L x W x H): 66 x 28.3 x 6.3 inches / 168 x 74 x 17 cm
- Material: Carbon fiber composite
- Weight: 30.2lbs / 13.7kg
- Volume: 110L

### Patroller Power Assembly:

- Overall size (L x W x H): 23.46 x 5.59 x 38.94 inches / 59.6 x 14.2 x 98.9 cm
- Overall weight: 18.19 lbs/ 8.25kg
- Mast - height: 33 inches / 84cm
- Material: aluminium alloy

### Explorer Power Assembly:

- Overall size (L x W x H): 23.46 x 5.59 x 31.46 inches / 59.6 x 14.2 x 79.9 cm
- Overall weight: 16.5 lbs/ 7.5kg
- Mast - height: 25.6 inches / 65cm
- Material: aluminium alloy

### Patroller Wing:

- Material: Carbon fiber
- Size: 27.4 x 8.8 x 1.7 inches / 69.5 x 22.4 x 4.4 cm
- Weight: 2lbs / 0.9kg

### Explorer Wing:

- Material: Carbon fiber
- Size: 32 x 11.3 x 2.5 inches / 81.4 x 28.8 x 6.4 cm
- Weight: 3.3lbs / 1.5kg

### Stabilizer:

- Material: Nylon composite
- Size: 17.7 x 5.1 x 1.2 inches / 45 x 13 x 3 cm
- Weight 0.7lbs / 0.3kg



**Stabilizer:**

- Material: Nylon composite
- Size: 17.7 x 5.1 x 1.2 inches / 45 x 13 x 3 cm
- Weight 0.7lbs / 0.3kg

### Battery

- Type: Lithium-ion Battery
- Max. power output: 6000W
- Waterproof: IP68
- Charging time: 120 minutes

### Controller:

- Waterproof: IP68
- Display: LCD
- Charging time: 3 hours









## Kooks on the Loose | Icebergs and Waydoo eFoils



# Kooks on the Loose | Icebergs and Waydoo eFoils



## Customers Also Viewed



**On Sale**

Dakine Wing Travel Wagon

Dakine

Now: $319.20  Was:
$399.00

Waydoo FLYER ONE+ eFoil -
EPP

Waydoo

$6,399.00 - $6,599.00

Stringfellow Moses and
SABFOIL Adapter for
Waydoo Efoils

Stringfellow

$219.00

Waydoo Smart Battery

Waydoo

MSRP: $2,998.00

$2,599.00



## Subscribe to our newsletter

Your email address

**SUBSCRIBE**

**MACkite**

16881 Hayes St

**Navigate**
- Lessons
- Tips & Blog

**Categories**
- Kite
- Wing

**Popular Brands**
- Slingshot Sports
- Mystic Boarding
- Cabrinha
- Naish

Document title: Waydoo FLYER ONE+ eFoil - Carbon
Capture URL: https://www.mackiteboarding.com/waydoo-flyer-one-plus-efoil-carbon/
Capture timestamp (UTC): Fri, 27 Oct 2023 20:34:14 GMT



## Customers Also Viewed



On Sale

Dakine Wing Travel Wagon

Dakine

Now: $319.20  Was: $399.00



Waydoo FLYER ONE+ eFoil - EPP

Waydoo

$6,399.00 - $6,599.00



Stringfellow Moses and SABFOIL Adapter for Waydoo Efoils

Stringfellow

$219.00



Waydoo Smart Battery

Waydoo

MSRP: $2,998.00

$2,599.00



### Subscribe to our newsletter

Your email address          SUBSCRIBE

**MACkite**

📍 16881 Hayes St
Grand Haven, MI 49417

📞 Call us at 800-622-4655

• Return Policy

#### Navigate

• Lessons
• Tips & Blog
• Order & Store Info
• Sitemap

#### Categories

• Kite
• Wing
• Wake
• Wind, Surf, Sup
• Foil
• eFoil
• Waterwear

#### Popular Brands

• Slingshot Sports
• Mystic Boarding
• Ion
• North
• Duotone

• Cabrinha
• Naish
• Hardware
• SabFoil
• View All

© 2023 MACkite Boardsports Center.

---

Document title: Waydoo FLYER ONE+ eFoil - Carbon
Capture URL: https://www.mackiteboarding.com/waydoo-flyer-one-plus-efoil-carbon/
Capture timestamp (UTC): Fri, 27 Oct 2023 20:34:14 GMT

# EXHIBIT F



| | |
|---|---|
| Document title: | Waydoo Flyer One Plus E-Foils – Solimar Industries |
| Capture URL: | https://solimarindustries.com/collections/waydoo-flyer-one-plus-e-foils |
| Page loaded at (UTC): | Fri, 27 Oct 2023 20:35:23 GMT |
| Capture timestamp (UTC): | Fri, 27 Oct 2023 20:35:46 GMT |
| Capture tool: | 10.34.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | 9we9URnuseqyt1HVUtMAov |
| User: | middleton-mrennirt |

 **SOLIMAR**

Home   Waydoo E-Foils   Waydoo Accessories   Connect

# Waydoo Flyer One Plus E-Foils

Waydoo Flyer One Plus E-Foils

Filter: Availability ⌄   Price ⌄

Sort by: Best selling ⌄   3 products



Sold out

Waydoo Flyer ONE Plus - EPP
From $6,399.00 USD

Waydoo Flyer Family Package
From $12,798.00 USD

Waydoo Flyer ONE Plus - Carbon
From $7,799.00 USD

Solimar Industries

Search   Privacy Policy   Refund Policy   Terms of Service   Contact Information

Subscribe to our emails

Email →

  



© 2023, Solimar Industries

Document title: Waydoo Flyer One Plus E-Foils – Solimar Industries
Capture URL: https://solimarindustries.com/collections/waydoo-flyer-one-plus-e-foils
Capture timestamp (UTC): Fri, 27 Oct 2023 20:35:46 GMT

# EXHIBIT G



| | |
|---|---|
| Document title: | Waydoo Flyer One Plus eFoil - Elite Watersports |
| Capture URL: | https://elitewatersports.com/products/waydoo-flyer-one-plus-efoil?_pos=1&_sid=73d39c730&_ss=r |
| Page loaded at (UTC): | Fri, 27 Oct 2023 20:36:09 GMT |
| Capture timestamp (UTC): | Fri, 27 Oct 2023 20:36:41 GMT |
| Capture tool: | 10.34.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 7 |
| Capture ID: | bMXAo1V5rGxi9C81DCk3M8 |
| User: | middleton-mrennirt |



CALL US. We will match or beat all pricing.

☰ Returns    🚚 Shipping    📞 (727)-800-2202    ⦿ Directions

What are you looking for?    🔍    Login    Create Account    🛒

Lessons ⌄    Shop ⌄    Used Gear ⌄    E-Foiling ⌄    Repairs    About ⌄    How To ⌄    🔍

Home › Waydoo Flyer One Plus eFoil



# Waydoo Flyer One Plus eFoil

by Waydoo

## $7,399.00

SKU 210000012779

**Color**

EPP Explore Mast 25.6"    Carbon Explore Mast 25.6"    EPP Patroller Mast 33"

Carbon Patroller Mast 33"

**Size**

32" Explorer Wing    27.4" Patroller Wing

Quantity
1 ⌄

Add to cart

Buy with **shop** Pay

More payment options

Share this:
f  🐦  G+  📌



Purchase Gift Cards

💬 Chat

Document title: Waydoo Flyer One Plus eFoil - Elite Watersports
Capture URL: https://elitewatersports.com/products/waydoo-flyer-one-plus-efoil?_pos=1&amp;_sid=73d39c730&amp;_ss=r
Capture timestamp (UTC): Fri, 27 Oct 2023 20:36:41 GMT



## Waydoo Flyer ONE+ eFoil - Carbon

## Feel the sensation of flying above water. Waydoo Flyer ONE Plus is not dependent on wind or waves, so you can ride anywhere, anytime.

### Overview

- The next level eFoiling thrill with lighter, but more rigid, re-engineered boards.
- Experience exhilarating speeds of up to 40km/h.
- Enjoy up to a 120-minute ride- much longer than the Flyer One.
- Upgraded controller gives more stable Bluetooth connectivity.
- EPP traveling case minimizes your effort in transporting the package to your riding spot.
- Plug-and-play battery design offers comprehensive protection during operation and is friendly to the marine environment.

### Details

Experience breathtaking moments as you glide across the water. Feel the sensation of flying. One of the fastest-growing trends in outdoor recreation, eFoiling has redefined the future of modern watersports. Powered by a robust propulsion system, the Waydoo Flyer ONE Plus gives you the ultimate water experience. You can ride anytime and anywhere on oceans, lakes, and rivers. Experience the thrill as you carve through the water at an unbelievable 25mph. The Waydoo Flyer ONE Plus offers a long-lasting ride for up to 120 minutes, giving you the freedom to explore without limits.

Remarkably powerful, the Flyer ONE Plus utilizes a highly sophisticated design with unparalleled features at an unbeatable price. Waydoo has developed the one-of-a-kind Flyer ONE with a robust electric propulsion system. Fast, quiet, and emission-free, the Flyer ONE Plus creates the ultimate flying experience. The high quality aluminium alloy material makes Waydoo Flyer ONE extremely lightweight. The Flyer ONE Plus comes standard with a wheeled case, making transport a breeze.

### Features

#### Easy Set-up

Escape your busy schedule. Waydoo knows know your time is precious. The Flyer ONE has been built to be as convenient and efficient as possible. They've designed the Flyer ONE's PowerFlight Cell battery with durable, high-quality materials, needing only 2 hours to fully recharge, making it one of the fastest recharge models on the market. Each charge allows you to fly freely for up to 120 minutes, giving you ample time to explore and create an unforgettable adventure.

Get set up in the blink of an eye. Instead of messing around with bolts, gel application, cables, or electrical contacts, the Flyer ONE has been completely redesigned to keep the fuss to a bare minimum. Simply roll up on your nearest beach, remove your PowerFlight Cell battery from the compact carry case, snap it in, and you're ready to go become one with the water.

#### Waydoo FLYER ONE+ Traveling Case

#### MAKE YOUR RIDE EFFORTLESS.



PowerFlight Cell battery from the compact carry case, snap it in, and you're ready to go become one with the water.

### Waydoo FLYER ONE+ Traveling Case

### MAKE YOUR RIDE EFFORTLESS.

All the accessories required for assembly fit perfectly inside the EPP carrying case while leaving space for your stuff, saving your effort on the package. The board can be strapped to the wheeled case, making it easy to transport, especially in long-range towing. Travel with Waydoo Flyer ONE Plus eFoil is a breeze.

1. Durable case fits all your parts efficiently
2. Sturdy carry handles right where you need them
3. Rugged wheels for getting you there effortlessly

### Upgraded Jet ONE Controller

Master the Flyer ONE using your Jet ONE controller. See your speed and gear in one glance with the built-in anti-glare 2.3" inch screen. Easily control how fast or how slow you go with the 24 speed options on the controller. With a built-in GPS, the Jet One Controller keeps track of your progress every single ride.

### ENHANCED CONNECTIVITY.

The Bluetooth connectivity between the controller and the power unit is enhanced. The upgraded chipsets inside the Flyer ONE Plus efoil controller and the mast make the connection more stable, even in choppy waters, giving you real-time information, intuitive control, and full security.

### SAFETY FEATURES

- **FlightFreeze:** The Jet ONE Controller will automatically lock when the rider falls into the water. Push your limits and challenge yourself, knowing that if you take a spill, your Flyer ONE won't be cruising off into the sunset without you.
- **Low Battery Warning:** When the battery level drops below 25%, the Jet ONE controller will alert you by blinking and vibrating.
- **Propeller Protection Case:** Waydoo Flyer ONE is built to last. Designed to stand the test of time, the durable Flyer ONE's propeller is protected by its case, shielding it from environmental damage. Soar across the water with peace of mind and experience breathtaking moments without limitations.

**Here are the suggested speed settings for each level:**

- Beginner: 0-10
- Medium: 11-18
- Advanced: 19-24

### Waydoo FLYER ONE+ Board Update

### LIGHTER BUT STRONGER: THE NEXT LEVEL E-FOILING THRILL.

Your ride will be smooth, easily maneuverable, and rock-steady with Waydoo's re-engineered boards. The carbon edition with a striking look is perfect for high-speed cruising and performing tricks and maneuvers.

### -3.5KG LIGHTER & 60% STRONGER

### Waydoo FLYER ONE+ Power Assembly

### MORE POWERFUL PROPULSION - FLY FASTER & QUIETER.

Experience the exhilarating speeds of up to 40km/h, a breakthrough compared to the Flyer One series. The new propulsion system makes a 25% reduction in your eFoil board size, yet increases propulsive efficiency by 95%. Noise during operation will be lower due to better fluid dynamics from the redesigned propeller system, giving you the best cruising experience.

Purchase Gift Cards

**MORE POWERFUL PROPULSION - FLY FASTER & QUIETER.**

Experience the exhilarating speeds of up to 40km/h, a breakthrough compared to the Flyer One Series. The more powerful propulsion system makes a 25% reduction in your eFoil board size, yet increases propulsive efficiency by 95%. Noise caused during operation will be lower due to better fluid dynamics from the redesigned propeller system, giving you the ultimate cruising experience.

**+95% EFFICIENCY / UP TO 40KM/H**

### Waydoo FLYER ONE+ Longer Battery Life

**ENJOY COMPLETE FREEDOM LIMITLESSLY.**

With a fully charged Flyer One Plus eFoil, you can enjoy up to a 120-minute ride, much longer than the Flyer One series. No need to worry about the range time; you can have more fun efoiling, enjoying the company of the waves, and feeling the complete freedom with uncompromised battery life.

(*Battery life varies according to the user's weight, water conditions, and riding methods.)

**120 MIN RIDE**

### Waydoo FLYER ONE+ Cordless Battery Connections

**PLUG - AND - PLAY**

A two-step installation procedure allows a quick assembly and plug-and-play ride, making your preparation effortless. Waydoo eFoil is the world's first integrated, cordless electric hydrofoil equipped with Waydoo's proprietary PowerFlight Cell Lithium-ion battery. The smart Battery Management System (BMS) and IP68 waterproof ability offer comprehensive protection during operation. Also, to help maintain a healthy marine environment, the battery is designed to be rechargeable and replaceable.

**12-month warranty**

Waydoo stands behind their product and quality 100%. That is why they're offering a 12-month warranty on defects caused by workmanship or materials. The 12-month warranty covers the board, the mast, the wings, and the battery (within 400 charge cycles).

## Customize Your Waydoo FLYER ONE+

### Choose Your Mast & Wing

The Explorer Mast has higher stability and is easy to get started on, while the Patroller Mast enables you to fly higher with a more challenging ride.

## Waydoo Flyer One Plus Specs:

### Carbon Board:

- Size (L x W x H): 66 x 28.3 x 6.3 inches / 168 x 74 x 17 cm
- Material: Carbon fiber composite
- Weight: 30.2lbs / 13.7kg
- Volume: 110L

### Waydoo Flyer One | EPP

- Size (L x W x H): 65.8 x 28.7 x 6.3 inches / 167 x 73 x 16.2 cm.
- Material: EPP foam reinforced with an aluminium alloy frame



Purchase Gift Cards

Chat

- Material: Carbon fiber composite
- Weight: 30.2lbs / 13.7kg
- Volume: 110L

**Waydoo Flyer One | EPP**

- Size (L x W x H): 65.8 x 28.7 x 6.3 inches / 167 x 73 x 16.2 cm.
- Material: EPP foam reinforced with an aluminium alloy frame.
- Weight: 27.8lbs / 12.6kg.
- Volume. 110L.

## Patroller Power Assembly:

- Overall size (L x W x H): 23.46 x 5.59 x 38.94 inches / 59.6 x 14.2 x 98.9 cm
- Overall weight: 18.19 lbs/ 8.25kg
- Mast - height: 33 inches / 84cm
- Material: aluminium alloy

## Explorer Power Assembly:

- Overall size (L x W x H): 23.46 x 5.59 x 31.46 inches / 59.6 x 14.2 x 79.9 cm
- Overall weight: 16.5 lbs/ 7.5kg
- Mast - height: 25.6 inches / 65cm
- Material: aluminium alloy

## Patroller Wing:

- Material: Carbon fiber
- Size: 27.4 x 8.8 x 1.7 inches / 69.5 x 22.4 x 4.4 cm
- Weight: 2lbs / 0.9kg

## Explorer Wing:

- Material: Carbon fiber
- Size: 32 x 11.3 x 2.5 inches / 81.4 x 28.8 x 6.4 cm
- Weight: 3.3lbs / 1.5kg

## Stabilizer:

- Material: Nylon composite
- Size: 17.7 x 5.1 x 1.2 inches / 45 x 13 x 3 cm
- Weight 0.7lbs / 0.3kg

## Battery

- Type: Lithium-ion Battery
- Max. power output: 6000W
- Waterproof: IP68
- Charging time: 120 minutes

## Controller:

- Waterproof: IP68
- Display: LCD
- Charging time: 3 hours



Purchase Gift Cards

Chat

- Waterproof: IP68
- Charging time: 120 minutes

**Controller:**

- Waterproof: IP68
- Display: LCD
- Charging time: 3 hours

## Related products



from **$75.00**

2022 Tampa Wind Sports Invasion Registration

Elite Watersports



from **$200.00**

Kiteboarding Lessons Gift Certificate

Elite Watersports



Sale

from **$254.00**

Efoil Gift Certificate

Elite Watersports



Sale

from **$179.00**

Lakesurf Balance Board

Lakesurf



**$119.00**

Mystic Stealth Kite Spreader Bar

Mystic



**Subscribe**

Sign up for more steals and deals on new gear and used gear.

Email address

Sign Up

**About Us**

Meet Our Team
Reviews
Elite Videos
Elite Hydrofoil Regattas
Apply For A Job
Repairs
Kiteboarding Forecast
Elite Events
Blog

**Customer Service**

Returns
Privacy Policy
Terms & Conditions
Sitemap

**Follow us**

Meet Our Team   Reviews   Elite Videos   Elite Hydrofoil Regattas   Apply For A Job   Repairs
Kiteboarding Forecast   Elite Events   Blog

Copyright © 2023 Elite Watersports.

Empire Theme by Pixel Union. Powered by Shopify

Purchase Gift Cards

Chat

Document title: Waydoo Flyer One Plus eFoil - Elite Watersports
Capture URL: https://elitewatersports.com/products/waydoo-flyer-one-plus-efoil?_pos=1&amp;_sid=73d39c730&amp;_ss=r
Capture timestamp (UTC): Fri, 27 Oct 2023 20:36:41 GMT

# EXHIBIT H

**SESSION SPORTS**

Sale ⌄    Shop ⌄    Electric Rides ⌄    Riding Style ⌄    Brands ⌄    Lessons ⌄



Sale

## Waydoo Flyer One+ | EPP Patroller E-Foil - With FREE Lesson

**$5,999.00 USD** ~~$6,499.00 USD~~
You Save 7% ($500.00 USD)
Starting at $542/mo or 0% APR with affirm. See if you qualify

**affirm** Monthly payments

**For a limited time Get a FREE Lesson with the purchase of a Waydoo FLYER ONE+**

We are excited to announce the Waydoo FLYER ONE+ is now in stock! The FLYER ONE+ is lighter, faster, and up to 25% more efficient than the previous model.

# EXHIBIT I



**GREEN HAT**
KITEBOARDING

Search here...

KITEBOARDING    FOILING    WING FOILING    WATERWEAR    CLEARANCE    USED GEAR

Home -    WAYDOO FLYER ONE EPP W/ EXPLORER V1 E-FOIL

## Waydoo Flyer One EPP w/ Explorer V1 e-Foil

☆☆☆☆☆    💬 Ask a question  |  Write a review

**$4,500.00**

### Recommended Accessories

Waydoo Fireproof...
$279.00 $399.00
**ADD**

Waydoo Folding...
$499.00
**ADD**

**ADD TO CART**

# EXHIBIT J



WAYDOO

# Waydoo FLYER ONE+ eFoil – EPP

★★★★★ (14 reviews)   Write a Review

NOW:       WAS:
**$5,999.00**   ~~$6,499.00~~

Pay as low as $1,059/mo. Klarna. Learn more

SIZE: REQUIRED

- Explorer – 240 Wing – 25,6" Mast
- Explorer Long – 240 Wing – 33,5" Mast
- Patroller – 200 Wing – 33,5" Mast

QUANTITY:

[ − ] 1 [ + ]

**ADD TO CART**    STOCK INQUIRY

PayPal

More payment options

# EXHIBIT K



# EXHIBIT L

**SEAIR** EXIM SOLUTIONS
INFORMATION FOR BUSINESS

Home > US Import > waydoo

## Search Global Trade Data

| USA | Buyers | waydoo | Product Name | Search |
|-----|--------|--------|--------------|--------|

## Waydoo Supplier Data to USA – Latest Custom Shipment Data Report

**Total Records : 6**          [ Find Importers ]   [ Subscribe Now ]

| Date | 18-Aug-2023 |
|------|-------------|
| Hs Code | 701720 |
| Product Details | DG CARGO:UN3480 CLASS NO.9POWERFLIGHT BATTERY139CARTONS/2196.2KGS/5.48CBMNON-DG:EPP FOAM BOARD EXPLORER POWER KIT PLUS PATROLLER POWER KIT PLUS EXPLORER WING PATROLLER WING STABILIZER WING 307CARTONS/4407.01KGS/49.26CBM |
| Weight In KG | 6603 |
| Qty / Unit | 446 CTN |
| Country / Ports | CHINA CHARLESTON SC |
| Supplier | HK WAYDOO CO LIMITED |
| Buyer | SHRED SERVICES LLC |

| Date | 09-Jul-2023 |
|------|-------------|
| Hs Code | 852010 |
| Product Details | POWERFLIGHT BATTERY EPP BOARD EXPLORER POWER KIT PLUS PATROLLER POWER KIT PLUS EXPLORER WING PATROLLER WING STABILIZER WING PATROLLER POWER UNIT PLUS-84CM CONTROLLER PLUS 120-FULL-FEATURED PROPELLER WRIST STRAP ACCESSORY |
| Weight In KG | 6313 |
| Qty / Unit | 421 CTN |
| Country / Ports | CHINA CHARLESTON SC |
| Supplier | HK WAYDOO CO LIMITED |
| Buyer | SHRED SERVICES LLC |

| Date | 09-Jul-2023 |
|------|-------------|
| Hs Code | 701720 |
| Product Details | DG CARGO:UN3480 CLASS NO.9POWERFLIGHT BATTERY135CARTONS/2133KGS/5.32CBMNON-DG:EPP FOAM BOARD EXPLORER POWER KIT PLUS PATROLLER POWER KIT PLUS EXPLORER WING PATROLLER WING STABILIZER WING BATH TOWEL WATERPROOF BAG 310CARTONS/4649.88KGS/51.16CBM |
| Weight In KG | 6783 |
| Qty / Unit | 445 CTN |
| Country / Ports | CHINA CHARLESTON SC |
| Supplier | HK WAYDOO CO LIMITED |
| Buyer | SHRED SERVICES LLC |

Enquire Now

SEAIR EXIM SOLUTIONS
OPPORTUNITY FOR BUSINESS

| | |
|---|---|
| Hs Code | 850650 |
| Product Details | LITHIUM BATTERY (NON-DG) |
| Weight In KG | 2033 |
| Qty / Unit | 126 |
| | CTN |
| Country / Ports | HONG KONG |
| | NEW YORK/NEWARK AREA NEWARK NJ |
| Supplier | HK WAYDOO CO LIMITED |
| Buyer | SHRED SERVICES LLC |

| | |
|---|---|
| Date | 03-Feb-2023 |
| Hs Code | 701720 |
| Product Details | DG CARGO:UN3480 CLASS NO.9POWERFLIGHT BATTERY100CARTONS/1580KGS/4CBMNON-DG:EXPLORER POWER KIT PLUSEPP BOARDEXPLORER WINGSTABILIZER WINGGLIDING WING(776)RACING WING(870)SURFING TAIL(322)140-GLIDE FOLDING PROPELLER KIT360CARTONS/4731.0BKGS/53.21CBMTHIS SHIP |
| Weight In KG | 6311 |
| Qty / Unit | 460 |
| | CTN |
| Country / Ports | CHINA |
| | CHARLESTON SC |
| Supplier | HK WAYDOO CO LIMITED |
| Buyer | SHRED SERVICES LLC |

| | |
|---|---|
| Date | 28-Nov-2022 |
| Hs Code | 940161 |
| Product Details | WOODEN DOOR/BATHROOM CABINET/TEA TABLE |
| Weight In KG | 13290 |
| Qty / Unit | 462 |
| | CTN |
| Country / Ports | CHINA |
| | LONG BEACH CA |
| Supplier | TIANJIN WAYDOOR WOOD INDUSTRIAL CO |
| Buyer | ONE DAY TECH INC |

**View All Shipment**

## USA Import data reveals the international trade transaction for USA import and overseas suppliers.

USA imports trade data gives you insight about local competitor and their overseas suppliers. This competitor analysis can be performed based on their quantitative analysis and sourcing for material. This also helps you to find new trading partner across the world. USA import data have important fields like :- Data, Importer, Supplier, Quantity and country.

Our unique USA import dashboard will help you establish trade relation between Importer and Exporter. Our customized dashboard save your precious time by populating desired query in fraction of seconds.You can save your query, Download the results and perform analysis at same place in no time.

## USA IMPORT DATA IMPORTANT FIELDS COVERED :-

**Bill of Lading**
A UNIQUE NUMBER ASSIGNED TO PARTICULAR SHIPMENT BY US CUSTOMS.

**Vessel Name**
NAME OF CARGO TRANSPORTING SHIPMENT

**Loading Port**
THE PORT OF EXPORTING COUNTRY

**Unloading Port**
THE PORT WHERE PRODUCT HAS LANDED IN US

**Quantity**
THE VOLUME OF PRODUCT

**Quantity Unit**
HOW THE PRODUCT HAS BEEN MEASURED

**Shipper Name**

SUPPLIER COMPANY ADDRESS

**Consignee Name**
US IMPORTING COMPANY

**Consignee Address**
US IMPORTER ADDRESS

**Product Desc**
PRODUCT DESCRIPTION IS THE DETAIL OF PRODUCT
MENTIONED IN INVOICE DOCUMENT

**HS Code**
CUSTOM TARIFF HEAD OF THE PRODUCT

## Track Shipping Movements of Competitors

> Access the list of trusted buyers of your item in the global market
> Keep an eye on their shipments by price, quantity and so on
> Observe every business strategy of your opponent to stay ahead

Ask to Expert



 

## Seair Exim offers an Import-Export data demo.

We do not mediate buying, selling of products or services.

Free Demo    Search Data

## Seair is proud to have a loyal customer base from big brands.

We have successfully served many reputable clients for Import-Export Data Information Services. Here are
some of our clients:

 

Indian Oil    ITC Limited    Jindal Steel Power    Milton    paharpur

View All

## Get a free Import-Export data demonstrative report on desired products.

We don't offer any assistance over buying or selling any products.

*Your Name

*E-Mail

*Mobile No

*Organization Name

*Products/HS Code

*Shipment Mode

*Describe Your Requirements

 

Submit

**SEAIR**
EXIM SOLUTIONS
INFORMATION FOR BUSINESS

## Company

About Us

Why Choose Us

Contact Us

Clients

Blog

Exim News

Login

Register

Career

FAQ

### Call Us Now

Plot C2, Office No 2, First Floor, Mahindra park, Opp. GRID Office C1 Janakpuri, West Delhi 110059

+91-9990837766

info@seair.co.in

### Business Hours

Monday-Friday : 10:00 am to 6:30 pm

Saturday & Sunday : Closed

### Follow Us

## Quick Link

Demo Data Search

Subscription Plans

USA Import Data

Foreign Ports

HS Codes

Global Trade Data

Custom Duty

SAC CODE

GST RATE

Exchange Rate

Budget 2022-2023

Service Tax

Trading Partners

Global Traders

Site Map   XML Site Map   Privacy & Policy   Terms & Conditions   Refund Policy

Copyright © 2009 - 2023 www.seair.co.in. All Rights Reserved.