# EXHIBIT 9

| | |
|---|---|
| **From:** | Brian McGraw |
| **Sent:** | Friday, December 1, 2023 8:15 PM |
| **To:** | Basanta, Mark; Colletti, Robert |
| **Cc:** | Lavery, Patrick; McGuire, Annette; DeBonis, Caroline; Robert Theuerkauf; Dennis Murrell |
| **Subject:** | RE: Waydoo v. MHL Appeal |

Rob,

Since we did not hear from you this week on either (1) the continued U.S. sales; or (2) stay of enforcement of the judgment, it unfortunately seems apparent that we will have to take action with the Court.

In your October 26 email you indicated that your client will seek to stay enforcement of the judgment and "place the appropriate amount in escrow." As we have expressed, we are willing to work with you and your client to come up with an agreed stay but need additional information about the proposed escrow plan so we can evaluate whether a reasonable agreement can actually be reached. This is a simple request – and one being made to avoid the unnecessary and vexatious expenditure of time and legal expenses associated with filing a writ of enforcement and/or otherwise taking action to collect on the judgment.  To be clear, a motion may be inevitable, but we do not think it is good faith on your or your client's part to force us to file such a motion before you articulate your proposal for securing the judgment amount.  As such, we intend to seek recovery of all fees associated with our planned collection activities, including but not limited to all fees associated with any pleadings we are forced to file.

Further, if you cannot provide additional explanation for why infringing products are still being sold despite your representation to the contrary, then we will likewise have no other option but to seek recourse from the Court.

If we do not hear from you by the end of the day Monday one way or the other, we will proceed with this seemingly unnecessary and wasteful motion practice.

Brian



**Brian P. McGraw**
**Attorney**
*Direct:  502.625.2713 | Main: 502.677.4729 | Fax:  502.561.0442*
*3939 Shelbyville Road Suite 201, Louisville, KY 40207*
*bmcgraw@grayice.com*

NOTICE:  This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential.  It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee).  It is not to be copied or forwarded to any unauthorized persons.  If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email or by calling Gray Ice Higdon PLLC at (502) 677-4729, so that our address record can be corrected.

1

**From:** Brian McGraw
**Sent:** Monday, November 27, 2023 2:06 PM
**To:** Basanta, Mark <MBasanta@haugpartners.com>; Colletti, Robert <RColletti@haugpartners.com>
**Cc:** Lavery, Patrick <PLavery@haugpartners.com>; McGuire, Annette <AMcGuire@haugpartners.com>; DeBonis, Caroline <CDeBonis@haugpartners.com>; Robert Theuerkauf <rjt@grayice.com>; Dennis Murrell <dmurrell@grayice.com>
**Subject:** RE: Waydoo v. MHL Appeal

Good afternoon Rob/Mark et al. Hope everyone had a good Thanksgiving. It has been a couple of weeks and we wanted to circle back around on the below issues with respect to staying enforcement of the judgment and the continuing sale of products in the U.S. Do you anticipate being able to respond on these issues this week?

Thanks

Brian



**Brian P. McGraw**
**Attorney**
*Direct:  502.625.2713 | Main: 502.677.4729 | Fax:  502.561.0442*
*3939 Shelbyville Road Suite 201, Louisville, KY 40207*
bmcgraw@grayice.com

NOTICE:  This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential.  It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee).  It is not to be copied or forwarded to any unauthorized persons.  If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email or by calling Gray Ice Higdon PLLC at (502) 677-4729, so that our address record can be corrected.

**From:** Brian McGraw
**Sent:** Monday, November 13, 2023 11:37 AM
**To:** Basanta, Mark <MBasanta@haugpartners.com>; Colletti, Robert <RColletti@haugpartners.com>
**Cc:** Lavery, Patrick <PLavery@haugpartners.com>; McGuire, Annette <AMcGuire@haugpartners.com>; DeBonis, Caroline <CDeBonis@haugpartners.com>; Robert Theuerkauf <rjt@grayice.com>; Dennis Murrell <dmurrell@grayice.com>
**Subject:** RE: Waydoo v. MHL Appeal

Mark/Rob,

In addition to the issues with the designation of materials/appendix for the appeal, we have two post-trial issues we wanted to raise.

First, with respect to a stay of enforcement of the judgment, you previously mentioned that you would seek a stay. Do you intend to file a motion with the District Court or were you waiting for us to file a writ of enforcement before you did so? Further, while we assume you will more fully articulate the details of your position on the proposed escrow payment in any motion to stay, for clarification, is it the case that you will be proposing an escrow payment in lieu of a bond? Can you give us any additional details about your escrow proposal at this time?

Second, with respect to Waydoo sales post- January 1, 2023, is it the case that there have been no additional sales in 2023 (i.e. not just no sales from Jan. 1, 2023 to April 12, 2023)? For purposes of

our discussion on a continued royalty payment, does Waydoo intend to make any additional U.S. sales unless and until the appeal is resolved?

As to the claimed lack of sales, we note several facts which raise some doubts as to your client's position. The Waydoo efoils are currently available for sale in the United States through Amazon (https://www.amazon.com/Waydoo-Flyer-ONE-Plus-eFoil/dp/B0B7227YX8?th=1) and the Waydoo website (https://us.waydootech.com/pages/flyer-one-series).  The Waydoo eFoils are also available for sale in the U.S. with Shred Services (https://shred-services.com/products/waydoo-flyer-one-epp-e-foil), MACkite (https://www.mackiteboarding.com/waydoo-flyer-one-plus-efoil-carbon/), Green Hat Kiteboarding (https://greenhatkiteboarding.com/collections/foiling/products/waydoo-flyer-one-epp-e-foil?variant=39869106782341), Solimar Industries (https://solimarindustries.com/collections/waydoo-flyer-one-plus-e-foils), and Elite Watersports (https://elitewatersports.com/products/waydoo-flyer-one-plus-efoil?_pos=1&_sid=73d39c730&_ss=r). It also seems the products are being sold "offline" at retail by at least Camrise, LLC and Action Sports Logistics.

U.S. import records likewise show that seemingly hundreds of Waydoo eFoils were imported into the U.S. on February 3, 2023, July 9, 2023, and August 18, 2023.  These imports were made from HK Waydoo Co. Limited to Shred Services.

Given what appears to be extensive, continuing sales in the U.S., we would like additional information or explanation from your client to support the position that it has made no U.S. sales in 2023.

Please advise at your earliest convenience.

Brian



**Brian P. McGraw**
**Attorney**
*Direct:  502.625.2713 | Main: 502.677.4729 | Fax:  502.561.0442*
*3939 Shelbyville Road Suite 201, Louisville, KY 40207*
bmcgraw@grayice.com

NOTICE:  This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential.  It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee).  It is not to be copied or forwarded to any unauthorized persons.  If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email or by calling Gray Ice Higdon PLLC at (502) 677-4729, so that our address record can be corrected.