# EXHIBIT 12

| | |
|---|---|
| From: | Colletti, Robert <RColletti@haugpartners.com> |
| Sent: | Friday, December 29, 2023 11:21 AM |
| To: | Brian McGraw |
| Cc: | Robert Theuerkauf; Haug, Ed; Farnan, Kelly E. |
| Subject: | MHL v. Waydoo |

**[CAUTION- EXTERNAL EMAIL]**: DO NOT reply, click links, or open attachments unless you have verified the sender and know the content is safe.

Hi Brian,

I am writing to let you know that next Tuesday we intend to file a motion to withdraw as counsel on behalf of Shenzhen Waydoo Intelligence Technology Co., Ltd. and Waydoo USA, Inc. in both the Delaware district court and Federal Circuit actions.

With regard to the district court action, Haug Partners LLP and Richards Layton & Finger will file the motion to withdraw. Please let us know if MHL will oppose this motion.

With regard to the Federal Circuit action, Haug Partners will file the motion to withdraw and we intend to ask the Court to extend the deadline for the opening brief by 60 days so that Waydoo can find substitute counsel. Please let us know if MHL will oppose the motion or the extension of time for Waydoo to find substitute counsel.

Regards,
Rob

Robert E. Colletti
HAUG PARTNERS LLP
745 Fifth Avenue
New York, New York 10151
(212) 588-0800
rcolletti@haugpartners.com

This email originates from Haug Partners LLP. It is intended only for the addressee(s) named herein, and may contain confidential and/or legally privileged information. The dissemination, distribution, or copying of this email by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you received this message in error, please promptly notify us at firm@haugpartners.com or (212) 588-0800.