

Kelly E. Farnan
302-651-7705
farnan@rlf.com

January 25, 2024

**VIA CM/ECF**

The Honorable Richard G. Andrews
United States District Court
 for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3555

      Re:   *MHL Custom, Inc. v. Waydoo USA, Inc. et al.*,
           C.A. No: 21-0091-RGA

Dear Judge Andrews:

      I write to update the Court on Richards, Layton & Finger's compliance with the Court's January 4, 2024 Order. D.I. 271. On January 4, 2024, I e-mailed the Court's Order to Waydoo at the last known e-mail address. In addition, on January 10, we sent the Order to the last known address for Waydoo by certified mail and by Federal Express. We have not received confirmation of delivery for the certified mail. Per the attached Proof of Delivery, the Federal Express was delivered on January 15, 2024.

      If Your Honor requires additional information, please let us know.

                                          Respectfully,

                                          *Kelly E. Farnan*

                                          Kelly E. Farnan (#4395)

Attachment
cc:     All Counsel of Record (via CM/ECF)