January 25, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 853315155473

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | R.WANG | **Delivery Location:** | |
| **Service type:** | International Priority | | |
| **Special Handling:** | Deliver Weekday | | PINGSHAN DISTRICT, |
| | | **Delivery date:** | Jan 15, 2024 14:23 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 853315155473 | **Ship Date:** | Jan 9, 2024 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
PINGSHAN DISTRICT, CN,

**Shipper:**
WILMINGTON, DE, US,

**Reference**  217464 / KEF

Signature images are not available for display for shipments to this country.

Thank you for choosing FedEx