

**Blake A. Bennett**
**Director**
302.984.3889
bbennett@coochtaylor.com

January 26, 2024

**VIA ELECTRONIC FILING**
The Honorable Richard G. Andrews
United States District Court for the
District of Delaware
844 N. King Street, Unit 9, Room 6325
Wilmington, DE  19801

      **RE:**   *MHL Custom, Inc. v. Waydoo USA, Inc. et al*,
             **Case No:  1:21-cv-00091-RGA**

Dear Judge Andrews:

     We wanted to briefly respond on Plaintiff's behalf to Ms. Farnan's letter (D.I. 274) setting forth Defendants' request for an extension of time to file a response to Plaintiff's recent motion for a permanent injunction (D.I. 272).  Plaintiff generally objects to further extensions of deadlines in this case in light of the urgency of the request for relief set forth Plaintiff's motion for a permanent injunction. Defendants continue to disregard the orders of this Court and refuse to cooperate in the post-trial process. Defendants continue to sell infringing products in the United States and refuse to account to Plaintiff for those sales or even discuss an ongoing royalty.  Further delays will result in prejudice to Plaintiff in that unless and until the Court intervenes and rules on Plaintiff's present motion, Defendants' actions will continue, which will ultimately result in Plaintiff suffering lost sales and/or the loss of potential licensing revenue.

     Finally, as to Defendants' assertion that the motion for permanent injunction was filed without a meet and confer, Plaintiff made several reasonable attempts to meet and confer. Counsel for Plaintiff reached out to counsel for Defendants and stated as follows:

     We know you have moved to withdraw but wanted to let you know that we intend to file two separate motions before the February 6 hearing date…. Both involve subject-matter we have been discussing over the last two months but since we are now filing the motions we will need to include the 7.1.1 certification. Unless you think there is some chance you can get a response from your client on these issues, then I am thinking I will just include a certification that says we have tried to resolve these issues but have not been able to. Let me know your thoughts.

**The Honorable Richard G. Andrews**  **Cooch and Taylor P.A.**
**January 26, 2024**
**Page 2**

      Counsel also reached out to Ms. Farnan by phone and left a message asking for a meet and confer. Counsel did not respond to either request. In any event, a substantive meet and confer would have been futile in light of Defendants' failure to respond to any of Plaintiff's prior post-trial communications concerning the subject matter of the motion and in light of the apparent breakdown of the relationship between Defendants and their counsel.

      Respectfully submitted,

      */s/ Blake A. Bennett*

      Blake A. Bennett (#5133)

BAB:cls
cc:    All counsel of record (via CM-ECF)