# Morgan Lewis

**John V. Gorman**
Partner
+1.302.574.7297
john.gorman@morganlewis.com

February 5, 2024

**VIA CM/ECF**

Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street, Unit 28, Room 6124
Wilmington, DE 19801-3555

Re:   *MHL Custom, Inc. v. Waydoo USA, Inc., et al.*,
       C.A. No. 21-0091 (D. Del.)

Dear Judge Andrews:

We represent defendants Waydoo USA, Inc. and Shenzhen Waydoo Intelligence Technology Co., Ltd. in the above-referenced action. In light of our entries of appearance (D.I. 278, 279) and Defendants' prior counsel's withdrawal of appearance (D.I. 280, 281), we respectfully submit that Defendants' prior counsel's Unopposed Motion for Permission to Withdraw as Counsel (D.I. 270) is moot. Thus, we request that the Court cancel the hearing on the Motion scheduled for tomorrow, February 6, 2024.

Respectfully submitted,

*/s/ John V. Gorman*

John V. Gorman (#6599)

cc:  Counsel of Record (via CM/ECF)