IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MHL CUSTOM, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>WAYDOO USA, INC. and SHENZHEN WAYDOO INTELLIGENCE TECHNOLOGY CO., LTD,<br><br>   Defendant. | C.A. No. 21-0091-RGA |

## JOINT STATUS REPORT

Pursuant to the Court's February 5, 2024 Oral Order (D.I. 284), Plaintiff, MHL Custom, Inc. ("Plaintiff"), and against Defendants Waydoo USA Inc. and Shenzhen Waydoo Intelligence Technology Co., Ltd. ("Defendants") (collectively "the Parties") hereby submit the following Joint Status Report:

Pursuant to the Court's September 7, 2023 Order (D.I. 260), the Parties have met and conferred to attempt to reach an agreement regarding an ongoing royalty rate. As of the date of this filing, the Parties have reached an agreement in principle regarding an ongoing royalty rate, and are working to finalize a stipulated proposed order for the Court's approval and entry. The Parties anticipate filing the stipulated proposed order soon.

Respectfully submitted,

| **COOCH AND TAYLOR, P.A.** | **MORGAN, LEWIS & BOCKIUS LLP** |
|---|---|
| */s/ Blake A. Bennett* | */s/ Amy M. Dudash* |
| Blake A. Bennett (#5133) | John V. Gorman (#6599) |
| The Nemours Building | Amy M. Dudash (#5741) |
| 1007 N. Orange Street, Suite 1120 | 1201 N. Market Street, Suite 2201 |
| P.O. Box 1680 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | Telephone: 302.574.3000 |

Telephone: (302) 984-3800  
E-Mail: bbennett@coochtaylor.com

-and-

Dennis D. Murrell (KY 84017, *pro hac vice)*  
Robert J. Theuerkauf (KY 89068, *pro hac vice)*  
Brian P. McGraw (KY 90447, *pro hac vice*)  
Megan E. Gibson (KY 97237, *pro hac vice*)  
GRAY ICE HIGDON  
3939 Shelbyville Road, Suite 201  
Louisville, Kentucky 40207  
Tel: 502.625.2739  
dmurrell@grayice.com  
rjt@grayice.com  
bmcgraw@grayice.com  
mgibson@grayice.com

*Attorney for Plaintiff MHL Custom, Inc.*

Dates:  February 20, 2024

Fax: 302.574.3001  
john.gorman@morganlewis.com  
amy.dudash@morganlewis.com

*Attorneys for Defendant Waydoo USA, Inc.*  
*And Defendant/Counter Plaintiff*  
*Shenzhen Waydoo Intelligence Technology Co., Ltd.*