# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MHL CUSTOM, INC., <br><br> Plaintiff, <br><br> v. <br><br> WAYDOO USA, INC. and SHENZHEN WAYDOO INTELLIGENCE TECHNOLOGY CO., LTD, <br><br> Defendant. | C.A. No. 21-0091-RGA |

## JOINT STATUS REPORT

Pursuant to the Court's March 20, 2024 Oral Order (D.I. 286), Plaintiff, MHL Custom, Inc. ("Plaintiff"), and against Defendants Waydoo USA Inc. and Shenzhen Waydoo Intelligence Technology Co., Ltd. ("Defendants") (collectively "the Parties") hereby submit the following Joint Status Report:

Pursuant to the Court's September 7, 2023 Order (D.I. 260), the Parties have continued to attempt to reach an agreement regarding an ongoing royalty rate. The Parties have a dispute over whether this Court has entered a final judgment. Defendants have a filed a motion before the United States Court of Appeals for the Federal Circuit to dismiss the appeal in the case ("Motion to Dismiss") on the grounds that the notice of appeal was filed prematurely before this Court entered final judgment since the ongoing royalty issue had not yet been decided. Plaintiff contends that this Court's denial, without prejudice, of Plaintiff's motion for ongoing royalties, rendered the judgment final since there were no outstanding issues left for the Court to decide. Plaintiff has opposed Defendants' Motion to Dismiss the appeal on these grounds. The Motion to Dismiss has been fully briefed and is pending at the Federal Circuit.

Defendants provided Plaintiff a revised draft stipulated proposed order on March 6, 2024 that would address an agreed-upon ongoing royalty in the event it is determined that there has not been a final judgment in the case, and are awaiting Plaintiff's response regarding this draft stipulated proposed order.  Plaintiff is considering the revised stipulation proposed by Defendants but believes any stipulation should apply regardless of whether the Federal Circuit grants or denies Defendants' pending Motion to Dismiss.  In any event, Plaintiff believes it makes sense to wait and see how the Federal Circuit decides the pending motion before any stipulation is agreed to or entered by the Court.

Respectfully submitted,

| **COOCH AND TAYLOR, P.A.** | **MORGAN, LEWIS & BOCKIUS LLP** |
|---|---|
| _/s/Blake A. Bennett_ | _/s/Amy M. Dudash_ |
| Blake A. Bennett (#5133) | John V. Gorman (#6599) |
| The Nemours Building | Amy M. Dudash (#5741) |
| 1007 N. Orange Street, Suite 1120 | 1201 N. Market Street, Suite 2201 |
| P.O. Box 1680 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | Telephone: 302.574.3000 |
| Telephone: (302) 984-3800 | Fax: 302.574.3001 |
| E-Mail: bbennett@coochtaylor.com | john.gorman@morganlewis.com |
| | amy.dudash@morganlewis.com |
| -and- | |
| | _Attorneys for Defendant Waydoo USA, Inc._ |
| Dennis D. Murrell (KY 84017, _pro hac vice_) | _And Defendant/Counter Plaintiff_ |
| Robert J. Theuerkauf (KY 89068, _pro hac vice_) | _Shenzhen Waydoo Intelligence Technology Co., Ltd._ |
| Brian P. McGraw (KY 90447, _pro hac vice_) | |
| Megan E. Gibson (KY 97237, _pro hac vice_) | |
| GRAY ICE HIGDON | |
| 3939 Shelbyville Road, Suite 201 | |
| Louisville, Kentucky 40207 | |
| Tel: 502.625.2739 | |
| dmurrell@grayice.com | |
| rjt@grayice.com | |
| bmcgraw@grayice.com | |
| mgibson@grayice.com | |

*Attorney for Plaintiff MHL Custom, Inc.*

Dates:  March 25, 2024