# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MHL CUSTOM, INC., <br><br> Plaintiff, <br><br> v. <br><br> WAYDOO USA, INC. and SHENZHEN WAYDOO INTELLIGENCE TECHNOLOGY CO., LTD, <br><br> Defendant. | C.A. No. 21-0091-RGA |

## JOINT STATUS REPORT

Pursuant to the Court's May 23, 2024 Oral Order (D.I. 289), Plaintiff, MHL Custom, Inc. ("Plaintiff"), and against Defendants Waydoo USA Inc. and Shenzhen Waydoo Intelligence Technology Co., Ltd. ("Defendants") (collectively "the Parties") hereby submit the following joint status report:

The Parties have filed today a Stipulated Proposed Order On Ongoing Royalties reflecting their agreement regarding an ongoing royalty for the Court's approval and entry.

Respectfully submitted,

| **COOCH AND TAYLOR, P.A.** | **MORGAN, LEWIS & BOCKIUS LLP** |
|---|---|
| /s/Blake A. Bennett | /s/Amy M. Dudash |
| Blake A. Bennett (#5133) | John V. Gorman (#6599) |
| The Nemours Building | Amy M. Dudash (#5741) |
| 1007 N. Orange Street, Suite 1120 | 1201 N. Market Street, Suite 2201 |
| P.O. Box 1680 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | Telephone: 302.574.3000 |
| Telephone: (302) 984-3800 | Fax: 302.574.3001 |
| E-Mail: bbennett@coochtaylor.com | john.gorman@morganlewis.com |
| | amy.dudash@morganlewis.com |
| -and- | *Attorneys for Defendant Waydoo USA, Inc. And Defendant/Counter Plaintiff* |

| | |
|---|---|
| Dennis D. Murrell (KY 84017, *pro hac vice)*<br>Robert J. Theuerkauf (KY 89068, *pro hac vice)*<br>Brian P. McGraw (KY 90447, *pro hac vice*)<br>Megan E. Gibson (KY 97237, *pro hac vice*)<br>GRAY ICE HIGDON<br>3939 Shelbyville Road, Suite 201<br>Louisville, Kentucky 40207<br>Tel: 502.625.2739<br>dmurrell@grayice.com<br>rjt@grayice.com<br>bmcgraw@grayice.com<br>mgibson@grayice.com<br><br>*Attorney for Plaintiff MHL Custom, Inc.* | *Shenzhen Waydoo Intelligence Technology Co., Ltd.* |

Dated:  June 6, 2024