# United States Court of Appeals for the Federal Circuit

---

**MHL CUSTOM, INC.,**
*Plaintiff-Appellee*

v.

**WAYDOO USA, INC., SHENZHEN WAYDOO INTELLIGENCE TECHNOLOGY CO., LTD.,**
*Defendants-Appellants*

---

2024-1036

---

Appeal from the United States District Court for the District of Delaware in No. 1:21-cv-00091-RGA, Judge Richard G. Andrews.

---

## MANDATE

---

In accordance with the judgment of this Court, entered April 30, 2024, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

June 6, 2024
Date

Jarrett B. Perlow
Clerk of Court