# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MHL CUSTOM, INC., <br><br> Plaintiff, <br><br> v. <br><br> WAYDOO USA, INC. and SHENZHEN WAYDOO INTELLIGENCE TECHNOLOGY CO., LTD., <br><br> Defendants. | Civil Action No. 21-91-RGA |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendants Waydoo USA, Inc. and Shenzhen Waydoo Intelligence Technology Co., Ltd. (collectively "Defendants") hereby appeal to the United States Court of Appeals for the Federal Circuit from an Order Granting Stipulated Proposed Order on Ongoing Royalties (D.I. 292), entered in this action on June 17, 2024 (D.I. 295), a Memorandum Order entered in this action on July 1, 2024 (D.I. 296), a Memorandum Opinion regarding Defendants' renewed motions for judgment as a matter of law (D.I. 257) and associated Order (D.I. 258), both dated September 6, 2023, a Memorandum Opinion regarding Plaintiff's post-trial motions (D.I. 259) and associated Order (D.I. 260), both dated September 7, 2023, Judgment dated April 12, 2023 (D.I. 226), as amended by, *inter alia*, the Court's resolution of Plaintiff's post-trial motions dated September 7, 2023 (D.I. 259, 260), and from all orders, opinions, decisions, and rulings including, but not limited to, the Court's:

- Memorandum Opinion regarding claim construction dated June 24, 2022 (D.I. 66) and Claim Construction Order dated June 30, 2022 (D.I. 68);

- Order regarding claim construction dated January 3, 2023 (D.I. 142);

- Memorandum Opinion regarding the parties' motions for summary judgment (D.I. 153) and associated Order (D.I. 154), both dated February 3, 2023;

- Memorandum Order regarding the parties' Daubert motions dated February 3, 2023 (D.I. 155);

- Oral Order regarding the testimony of expert witness Christopher Barry dated February 22, 2023 (D.I. 160); Rulings made at the March 10, 2023 pre-trial conference, as reflected in the pre-trial conference transcript (D.I. 208) and Amended Final Joint Pretrial Order dated March 24, 2023 (D.I. 212);

- Memorandum Opinion (D.I. 201) regarding motions in limine (D.I. 167, 180), the Opinion dated March 20, 2023;

- Decisions, judgments, rulings, findings, decrees, instructions, and opinions made during and/or in connection with the March 24, 2023 through March 31, 2023 trial in this action, as reflected in the trial transcript (D.I. 239-244) and elsewhere.

As part of this Notice of Appeal, Defendants submit the required filing fees.

Dated: July 16, 2024

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Amy M. Dudash*
    John V. Gorman (#6599)
    Amy M. Dudash (#5741)
    1201 N. Market Street, Suite 2201

- 3 -

                Wilmington, DE 19801
                Telephone: 302.574.3000
                Fax: 302.574.3001
                john.gorman@morganlewis.com
                amy.dudash@morganlewis.com

*Attorneys for Defendants*
*Waydoo USA, Inc. and Shenzhen Waydoo*
*Intelligence Technology Co., Ltd.*